UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

| | |
|---|---|
| Peter Sean Brown,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Richard A. Ramsay, in his official capacity as Sheriff of Monroe County,<br><br>　　　　Defendant. | Case No. 18-cv-10279<br><br>**PLAINTIFF'S NOTICE OF RELATED CASE** |

　　　　Pursuant to Local Rule 3.8, Plaintiff submits this Notice to inform the Court that the present case is related to a case currently pending in this District: *Creedle v. Miami-Dade County*, No. 1:17-cv-22477-KMW.

　　　　The present case and *Creedle* are strikingly similar. Both are damages actions asserting Fourth Amendment claims by U.S. citizens against Florida localities for seizures without probable cause based on immigration detainers issued by Immigration and Customs Enforcement (ICE). The two cases thus raise a host of identical or substantially similar factual and legal issues.

　　　　First, the cases involve the same ICE policy of issuing immigration detainers, which request that local police hold inmates for up to 48 hours beyond when they must otherwise be released under state law. The Court and parties in *Creedle* have already spent significant resources addressing the details of this policy, along with the surrounding statutory and regulatory scheme.

1

Second, the cases' facts are very similar. Both plaintiffs are U.S. citizens who were held on ICE detainers by Florida localities. Both localities have policies and practices of effectuating ICE detainers. In both cases, the defendants held the plaintiffs despite indications that the plaintiffs were U.S. citizens who could not be deported or held for ICE.

Third, the two cases involve some of the same legal claims. Both plaintiffs have brought Fourth Amendment claims asserting that they were seized pursuant to ICE detainers without probable cause. Both plaintiffs are also asserting false imprisonment claims under Florida law. And both plaintiffs are seeking damages through 42 U.S.C. § 1983 against municipal entities under *Monell v. Department of Social Services*, 436 U.S. 658 (1978).

Plaintiff therefore believes the present case should be treated as related to *Creedle*, which will serve judicial economy, avoid duplicative proceedings, and prevent any conflicting rulings. Plaintiff is not, however, seeking consolidation at this time.

Dated: December 3, 2018                    Respectfully submitted,

/s/ Amien Kacou
Amien Kacou (Fla. Bar No. 44302)
ACLU Foundation of Florida, Inc.
4023 N. Armenia Avenue, Suite 450
Tampa, FL 33607
Telephone: (813) 288-8390
akacou@aclufl.org

Nancy Abudu (Fla. Bar No. 111881)
ACLU Foundation of Florida, Inc.
4343 W. Flagler St., Suite 400
Miami, FL 33134
Telephone: (786) 363-2700
nabudu@aclufl.org

Spencer E. Amdur*
Cody H. Wofsy*
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111

Telephone: (415) 343-1198
samdur@aclu.org
cwofsy@aclu.org

Omar C. Jadwat*
Lee Gelernt*
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2500
ojadwat@aclu.org
lgelernt@aclu.org

Sarah M. Rich*
Southern Poverty Law Center
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: (404) 521-6700
Fax:         (404) 221-5857
sarah.rich@splcenter.org

Viviana Bonilla López (Fla. Bar No. 1003205)
Southern Poverty Law Center
4770 Biscayne Blvd., Ste. 760
Miami, Florida 33137
Telephone: (786) 347-2056
Fax:         (786) 237-2949
viviana.bonillalopez@splcenter.org

Avi Garbow*
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 955-8500
agarbow@gibsondunn.com

Jonathan N. Soleimani*
Jason S. Kim*
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
jsoleimani@gibsondunn.com
jkim@gibsondunn.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 3, 2018, I electronically filed the foregoing Plaintiff's Notice of Related Case through the CM/ECF system, which will send an electronic notice of such filing to the attorneys of record registered on the CM/ECF system.

Dated this 3rd day of December, 2018.

                                          **/s/ Amien Kacou**
                                          Amien Kacou