UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-10279-CIV-KMW

PETER SEAN BROWN,

Plaintiff,

v.

RICHARD A. RAMSAY, in his official capacity as Sheriff of Monroe County,

Defendant.
_______________________________________/

**VERIFIED MOTION FOR CONTINUANCE OF HEARING**

The Defendant, RICK RAMSAY, Sheriff of Monroe County, Florida, through his undersigned attorneys, pursuant to Rule 7.6 of the General Rules for the United States District Court, Southern District of Florida, files this his Motion for Continuance of Hearing (May 7, 2019, 2:30 p.m.)[DE 48] and in support thereof would state as follows:

1. That this Honorable Court on April 17, 2019, entered its Paperless Notice of Hearing [DE46], scheduling a discovery hearing in this matter for May 10, 2019, at 2:30 p.m. before Magistrate Judge Edwin G. Torres. That Paperless Order was then succeeded by a Paperless Order [DE47] indicating that the discovery hearing previously set for May 10, 2019, was rescheduled to May 9, 2019, at 2:30 p.m. That Paperless Order was then succeeded by a third Paperless Notice of Hearing [DE48], issued April 26, 2019, reciting that the discovery hearing was reset for May 7, 2019, at 2:30 p.m., also before Magistrate Judge Edwin G. Torres.

2. That undersigned counsel, the only attorney in undersigned counsel's law firm that is actively defending the litigation and interacting with Plaintiffs' counsel, has a pre-paid scheduled vacation/trip to Nebraska to visit his grandchildren, leaving Thursday, May 2, 2019, returning Tuesday night, May 7, 2019, in the evening. Undersigned counsel will be returning to his office on Wednesday morning, May 8, 2019. The discovery hearing as first noticed for May 10, 2019, and then as reset for May 9, 2019, did not pose a scheduling conflict since undersigned counsel was scheduled to return his office in time to be available. When the third re-notice was issued on Friday, April 26, 2019, undersigned counsel was out of the office and was again out of the office, all in unrelated litigation, on Monday, April 29, 2019, and it was upon return to the office in the morning of April 30, 2019, that the existence of the scheduling conflict was noticed.

3. That pursuant to Rule 7.1.A.3 of the General Rules for the United States District Court, Southern District of Florida, certifies that he has contacted opposing counsel in this matter to advise of the now existing hearing conflict, and that he would be requesting a continuance of that hearing because of that conflict and is authorized to represent that opposing counsel does not oppose continuation of the hearing on the condition that it is rescheduled for May 8th, May 9th, or May 10th.

WHEREFORE, it is respectfully requested that this Honorable Court reset the discovery hearing currently scheduled for May 7, 2019, to either May 9 or May 10, 2019, as previously scheduled, or such other date as does not conflict with the schedule of the attorneys for the parties.



BRUCE W. JOLLY

STATE OF FLORIDA )
) ss.
COUNTY OF BROWARD )

BEFORE ME, an officer duly authorized to administer oaths, personally appeared BRUCE W. JOLLY to me personally known, who deposes and says that the facts and circumstances as above-recited are true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED before me, this 30th day of April, 2019.

NOTARY PUBLIC

My commission expires:



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been filed with the Clerk of Court via the CM/ECF system, which sends a copy to: SEE ATTACHED CERTIFICATE OF SERVICE, this **30th** day of April, 2019.

PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
Attorneys for Defendant SHERIFF
2455 East Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone (954) 462-3200
Telecopier (954) 462-3861
E-mail: bruce@purdylaw.com
susie@purdylaw.com

BY: ***/s/ Bruce W. Jolly***
BRUCE W. JOLLY
Fla. Bar No. 203637

**CERTIFICATE OF SERVICE LIST**

**PETER SEAN BROWN V. RICHARD A. RAMSAY, etc.**
**CASE NO. 18-10279-CIV-KMW**

SPENCER E. AMDUR
CODY H. WOFSY
American Civil Liberties Union
39 Drumm Street
San Francisco, CA 94111
Telephone (415) 343-1198
samdur@aclu.org
cwofsy@aclu.org

AMIEN KACOU
ACLU Foundation of Florida, Inc.
4023 N. Armenia Avenue, Suite 450
Tampa, Florida 33607
Telephone (813) 288-8390
akacou@aclufl.org
Fla. Bar No. 443020

OMAR C. JADWAT
LEE GELERNT
American Civil Liberties Union
125 Broad Street
New York, NY 10004
Telephone (212) 549-2500
ojadwat@aclu.org
lgelernt@aclu.org

NANCY ABUDU
ACLU Foundation of Florida, Inc.
4343 West Flagler Street, Suite 400
Miami, Florida 33134
Telephone (786) 363-2700
Fla. Bar No. 111881
nabudu@aclufl.org

SARAH M. RICH
Southern Poverty Law Center
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone (404) 521-6700
sarah.rich@splcenter.org.

VIVIANA BONILLA LOPEZ
Southern Poverty Law Center
4770 Biscayne Blvd, Suite 760
Miami, Florida 33137
Telephone (786) 347-2056
viviana.bonillalopez@splcenter.org
Fla. Bar No. 103205

JONATHAN N. SOLEIMANI
JASON S KIM
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone (213) 229-7000
jsoleimani@gibsondunn.com.
jkim@gibsondunn.com.

HEATHER RICHARDSON
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone (213) 229-7000
hrichardson@gibsondunn.com.