UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-10279-CIV-KMW

PETER SEAN BROWN,

        Plaintiff,

v.

RICHARD A. RAMSAY, in his official
capacity as Sheriff of Monroe County,

        Defendant.

_____/

### DEFENDANT RAMSAY'S (MONROE COUNTY SHERIFF) MOTION TO TAKE DEPOSITION OF A CONFINED PERSON (AND MEMORANDUM OF LAW)

The Defendant, RICK RAMSAY, Sheriff of Monroe County, Florida, through his undersigned attorneys, pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, files this his Motion to Take Deposition of a Confined Person, and in support thereof would state as follows:

1. That Plaintiff Brown is currently incarcerated within the Monroe County Jail system. Defendant Sheriff previously attempted to conduct Plaintiff's deposition pursuant to a date agreed upon between the parties, by way of Notice of Taking Deposition, which Notice scheduled Plaintiff's deposition for May 14, 2019. After the Notice of Taking Deposition was issued, but before the deposition could be conducted as scheduled, Plaintiff was arrested for the fourth time on a violation of probation which relates to an underlying felony arrest which occurred in December of 2016. A Notice of Canceling Deposition was issued at the insistence of Plaintiff's counsel who protested

that so long as Plaintiff was incarcerated no deposition could be scheduled without an Order of this Court.

2.  That the deadline for the completion of discovery is approaching, and the Defendant Ramsay has a concern that Plaintiff's current pending violation of probation hearing may not be timely conducted or may not result in Plaintiff's release from incarceration so, in an abundance of caution, Defendant Ramsay seeks an Order allowing for Plaintiff's deposition to be conducted so long as he is confined.

### 3.01(g) STATEMENT

Undersigned counsel for the Defendant Ramsay has consulted with Jonathan N. Soleimani, one of Plaintiff's fourteen attorneys of record, to ascertain that Plaintiff does or does not consent to the requested relief, with Mr. Soleimani replying as follows:

> "Plaintiff's position is that it would be premature to seek leave under FRCP 38(2)(B) to take Plaintiff's deposition because the uncertainty surrounding the length of Plaintiff's detention may soon be resolved. Plaintiff's next hearing was recently moved to July but our understanding is that the hearing is likely to be advanced to late June.  Our hope is that Plaintiff's deposition can occur once his current detention has ended, hopefully well in advance of the August 19, 2019, discovery cutoff.  We are hoping to know more about the likelihood of his possibility following Plaintiff's next hearing in a few weeks."

WHEREFORE, it is respectfully requested that this Honorable Court enter its Order permitting the deposition of Plaintiff, Peter Brown, to be taken at the Monroe County Jail.

Further, and in support of this Motion to Take Deposition of a Confined Person, Defendant Ramsay would refer this Honorable Court to the Memorandum of Law attached hereto and by reference made a part hereof.

## MEMORANDUM OF LAW

According to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure that the deposition of a confined person (prison or a jail) may be taken only with leave of court. Plaintiff, Patrick Brown, is currently confined as a detainee within the Monroe County Jail system on pending charges of violation of probation.

As the Motion recites, the deposition of Plaintiff Brown was previously scheduled during a period that Plaintiff was not detained, but Plaintiff was subsequently arrested and as a result detained on the pending violation of probation and there is a concern that Plaintiff may or may not be released from detention prior to the close of discovery in this matter. It is the Defendant Sheriff under whose authority the Monroe County Jail, where Plaintiff is currently confined, is operated.  It is not anticipated that there will be difficulty in coordinating a date, time or location with jail authorities overseeing the jail where the deposition can be conducted.  All of those considerations will be coordinated with the participation of the Sheriff.

Defendants' Motion to Take Deposition of a Confined Person should be granted.

I HEREBY CERTIFY that a copy of the foregoing has been filed with the Clerk of Court via the CM/ECF system, which sends a copy to: SEE ATTACHED CERTIFICATE OF SERVICE, this **11**th day of June, 2019.

-3-

PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
Attorneys for Defendant SHERIFF
2455 East Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone (954) 462-3200
Telecopier (954) 462-3861
E-mail: bruce@purdylaw.com
        susie@purdylaw.com

BY:    */s/ Bruce W. Jolly*
        BRUCE W. JOLLY
        Fla. Bar No. 203637