UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
Case No. 4:18-cv-10279-WILLIAMS/TORRES

PETER SEAN BROWN,

        Plaintiff,

  v.

RICHARD A. RAMSAY, in his official
capacity as Sheriff of Monroe County,

        Defendant.

_____/

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**

## TABLE OF AUTHORITIES

Page(s)

**Cases**

*Bickert v. Catawissa Lumber & Specialty Co.*,
  2008 WL 918518 (M.D. Pa. Mar. 31, 2008)..................................................................2

*Clemons v. Sunbeam Prods., Inc.*,
  2013 WL 12075985 (S.D. Ill. Apr. 24, 2013)................................................................1

*Global Satellite Commc'n Co. v. Starmill U.K. Ltd.*,
  378 F.3d 1269 (11th Cir. 2004) ....................................................................................1

*United States v. Miller*,
  2006 WL 3390379 (D. Kan. Nov. 21, 2006) ................................................................2

*Williams v. Rodriguez*,
  2012 WL 6085267 (E.D. Cal. Sept. 12, 2012)..............................................................2

**Statutes**

28 U.S.C. § 1404(a) .............................................................................................................1

28 U.S.C. § 1404(c) .............................................................................................................1

**Rules**

Fed. R. Civ. P. 16(b)(4).......................................................................................................2

S.D. Fla. Local Rule 3.4.D..................................................................................................1

**Other Authorities**

S.D. Fla. Case Numbering Plan, Admin. Order at 2 (2001), https://bit.ly/2Kr5t05 ........................1

The Court should strike or deny Defendant's motion to transfer.  *See* Def.'s Mot. to Transfer the Trial Venue, Dkt. 80 ("Mot.").  Defendant's motion is both procedurally improper and premature.

Defendant styles his filing as a motion to transfer venue to the Key West Division under 28 U.S.C. § 1404(a).  Mot. at 4.  But this case is *already* in the Key West Division, as its case number and the ECF docket reflect.  *See* S.D. Fla. Case Numbering Plan, Admin. Order at 2 (2001), https://bit.ly/2Kr5t05.  Plaintiff filed this case in the Key West Division, *see* Dkt. 1, at which point it was assigned to a judge in Miami, Dkt. 2, because no judge in the Southern District keeps chambers in Key West.  *See* Dkts. 6, 25 (related case notice and order).  But venue remains in the Key West Division.  *See Global Satellite Commc'n Co. v. Starmill U.K. Ltd.*, 378 F.3d 1269, 1272 (11th Cir. 2004) ("A Judge with chambers in one Division may be assigned a case with venue in another Division.") (quoting S.D. Fla. Local Rule 3.4.D).  Transfer under Section 1404 would therefore serve no purpose, because the case is already in the correct Division.  *See* 28 U.S.C. § 1404(a) (describing transfer to another "district or division" only).

Instead of transfer to a different Division, Defendant's motion appears primarily concerned with the physical location of a future trial in this case.  *See* Mot. at 7–8 (discussing the advantages of "Monroe County's courthouse"); *cf.* 28 U.S.C. § 1404(c) (addressing trial location).  But it is premature to ask for a final determination of where trial would take place while the case is still in the middle of discovery—*i.e.*, before it is known which (if any) issues will remain after summary judgment, which witnesses would be called, and the like.  The Court should defer any decision on trial logistics until after summary judgment.  Courts routinely deny "premature" motions to change trial locations until "[a]fter dispositive motions have been ruled on and the trial date is within sight."  *Clemons v. Sunbeam Prods., Inc.*, 2013 WL 12075985, at *1 (S.D. Ill. Apr. 24, 2013); *see,*

1

*e.g.*, *Williams v. Rodriguez*, 2012 WL 6085267, at *1 (E.D. Cal. Sept. 12, 2012) (denying similar motion filed before it was known "whether this case goes to trial"); *Bickert v. Catawissa Lumber & Specialty Co.*, 2008 WL 918518, at *2 (M.D. Pa. Mar. 31, 2008) (denying similar "premature" motion before logistical demands of trial had been assessed); *United States v. Miller*, 2006 WL 3390379, at *2 (D. Kan. Nov. 21, 2006) (denying motion to transfer when case was in "its early pretrial stage").[1]

Dated: August 15, 2019

Respectfully submitted,

*/s/ Daniel Tilley*

DANIEL TILLEY, SBN 102882
ACLU FOUNDATION OF FLORIDA, INC.
dtilley@aclufl.org
4343 W. Flagler St., Suite 400
Miami, FL 33134
Telephone: (786) 363-2700

AMIEN KACOU, SBN 44302
akacou@aclufl.org
4023 N. Armenia Avenue, Suite 450
Tampa, FL 33607
Telephone: (813) 288-8390

SOUTHERN POVERTY LAW CENTER
VIVIANA BONILLA LÓPEZ, SBN 1003205
viviana.bonillalopez@splcenter.org
4770 Biscayne Blvd., Ste. 760
Miami, Florida 33137
Telephone: (786) 347-2056

SARAH M. RICH (adm. *pro hac vice*)
sarah.rich@splcenter.org
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: (404) 221-5830

---

[1] In seeking to modify the scheduling order, *see* Mot. at 2 ¶ 4, Defendant did not invoke Rule 16, which governs modifications of scheduling orders. *See* Fed. R. Civ. P. 16(b)(4). Nevertheless, Rule 16(b)(4) requires "good cause," which is absent here because the motion is so premature.

2

AMERICAN CIVIL LIBERTIES UNION
SPENCER E. AMDUR (adm. *pro hac vice*)
samdur@aclu.org
CODY H. WOFSY (adm. *pro hac vice*)
cwofsy@aclu.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-1198

OMAR C. JADWAT (adm. *pro hac vice*)
ojadwat@aclu.org
LEE GELERNT (adm. *pro hac vice*)
lgelernt@aclu.org
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2620

GIBSON, DUNN & CRUTCHER LLP
HEATHER L. RICHARDSON (adm. *pro hac vice*)
hrichardson@gibsondunn.com
JONATHAN N. SOLEIMANI (adm. *pro hac vice*)
jsoleimani@gibsondunn.com
JENNIFER K. BRACHT (adm. *pro hac vice*)
jbracht@gibsondunn.com
JASON S. KIM (adm. *pro hac vice*)
jkim@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000

PATRICK HAYDEN (adm. *pro hac vice*)
phayden@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:  (212) 351-4000


*Attorneys for Plaintiff Peter Sean Brown*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**KEY WEST DIVISION**
**Case No. 4:18-cv-10279-WILLIAMS/TORRES**

PETER SEAN BROWN,

        Plaintiff,

    v.

RICHARD A. RAMSAY, in his official
capacity as Sheriff of Monroe County,

        Defendant.

_____/

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Opposition to Defendant's Motion to Transfer Venue was served via the U.S. District Court for the Southern District of Florida's electronic filing system on August 15, 2019, on counsel for Defendant Richard A. Ramsay, Bruce Jolly and Harrison A. Joss.  Service via the Court's electronic filing system is permitted under Federal Rule of Civil Procedure 5(b)(2)(E) and S.D. Fla. Local Rule 5.1(e).

Dated: August 15, 2019

                                          Respectfully submitted,

                                          */s/ Daniel Tilley*

                                          DANIEL TILLEY, SBN 102882
                                          ACLU FOUNDATION OF FLORIDA, INC.
                                          dtilley@aclufl.org
                                          4343 W. Flagler St., Suite 400
                                          Miami, FL 33134
                                          Telephone: (786) 363-2700

                                          AMIEN KACOU, SBN 44302
                                          akacou@aclufl.org

4023 N. Armenia Avenue, Suite 450
Tampa, FL 33607
Telephone: (813) 288-8390

SOUTHERN POVERTY LAW CENTER
VIVIANA BONILLA LÓPEZ, SBN 1003205
viviana.bonillalopez@splcenter.org
4770 Biscayne Blvd., Ste. 760
Miami, Florida 33137
Telephone: (786) 347-2056

SARAH M. RICH (adm. *pro hac vice*)
sarah.rich@splcenter.org
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: (404) 221-5830

AMERICAN CIVIL LIBERTIES UNION
SPENCER E. AMDUR (adm. *pro hac vice*)
samdur@aclu.org
CODY H. WOFSY (adm. *pro hac vice*)
cwofsy@aclu.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-1198

OMAR C. JADWAT (adm. *pro hac vice*)
ojadwat@aclu.org
LEE GELERNT (adm. *pro hac vice*)
lgelernt@aclu.org
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2620

GIBSON, DUNN & CRUTCHER LLP
HEATHER L. RICHARDSON (adm. *pro hac vice*)
hrichardson@gibsondunn.com
JONATHAN N. SOLEIMANI (adm. *pro hac vice*)
jsoleimani@gibsondunn.com
JENNIFER K. BRACHT (adm. *pro hac vice*)
jbracht@gibsondunn.com
JASON S. KIM (adm. *pro hac vice*)
jkim@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000

PATRICK HAYDEN (adm. *pro hac vice*)
phayden@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000

*Attorneys for Plaintiff Peter Sean Brown*