**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**KEY WEST DIVISION**
**Case No. 4:18-cv-10279-WILLIAMS/TORRES**

PETER SEAN BROWN,

      Plaintiff,

  v.

RICHARD A. RAMSAY, in his official
capacity as Sheriff of Monroe County,

      Defendant.

_____/

    Jonathan N. Soleimani hereby declares as follows:

    1.  I am a member of the bar of the State of California and an associate at the law firm

Gibson, Dunn & Crutcher LLP, counsel to Plaintiff Peter Sean Brown.  I have been admitted

*pro hac vice* to this Court in order to appear in this matter.  *See* Dkt. 21.  I submit this

declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss

("Opposition").  I am personally familiar with the facts set forth in this Declaration and if

called, could competently testify thereto.

    2.  Attached as Exhibit A is a true and correct copy of the transcript of the Deposition

of Plaintiff Peter Sean Brown, taken by counsel for Defendant Richard A. Ramsay, on July 17,

2019.  Passages cited in the Opposition have been highlighted by Plaintiff's counsel for the

Court's convenience.

    3.  Attached as Exhibit B is a true and correct copy of Dkt. 51, Plaintiff-Movant's

Notice of Compliance Regarding May 30, 2019 Discovery Hearing, dated May 20, 2019.

4.   Attached as <u>Exhibit C</u> is a true and correct copy of Dkt. 59, Plaintiff-Movant's Amended Notice of Compliance Regarding June 13, 2019 Discovery Hearing, dated June 10, 2019.

5.   Attached as <u>Exhibit D</u> is a true and correct copy of Dkt. 68, Plaintiff-Movant's Notice of Compliance Regarding July 11, 2019 Discovery Hearing, dated July 8, 2019.

6.   Attached as <u>Exhibit E</u> is a true and correct copy of Dkt. 83, Plaintiff-Movant's Notice of Compliance Regarding August 16, 2019 Discovery Hearing, dated August 11, 2019.

7.   Attached as <u>Exhibit F</u> is a true and correct copy of an email from Plaintiff's counsel to Defendant's counsel, dated April 9, 2019, demonstrating Plaintiff's meet-and-confer efforts.

8.   Attached as <u>Exhibit G</u> is a true and correct copy of an email from Plaintiff's counsel to Defendant's counsel, dated April 16, 2019, demonstrating Plaintiff's meet-and-confer efforts.

9.   Attached as <u>Exhibit H</u> is a true and correct copy of a letter from Plaintiff's counsel to Defendant's counsel, dated June 26, 2019, demonstrating Plaintiff's meet-and-confer efforts.

10. Attached as <u>Exhibit I</u> is a true and correct copy of Dkt. 74, a Discovery Order issued by Judge Torres requiring Defendant to comply with his discovery obligations, dated July 19, 2019.

11. Attached as <u>Exhibit J</u> is a true and correct copy of a letter from Plaintiff's counsel to Defendant's counsel, dated July 23, 2019, demonstrating Plaintiff's meet-and-confer-efforts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2019, in Los Angeles, CA.

Jonathan N. Soleimani

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
Case No. 4:18-cv-10279-WILLIAMS/TORRES

PETER SEAN BROWN,

      Plaintiff,

    v.

RICHARD A. RAMSAY, in his official
capacity as Sheriff of Monroe County,

      Defendant.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Declaration of

Jonathan N. Soleimani was served via the U.S. District Court for the Southern District of

Florida's electronic filing system on August 15, 2019, on counsel for Defendant Richard A.

Ramsay, Bruce Jolly and Harrison A. Joss.  Service via the Court's electronic filing system is

permitted under Federal Rule of Civil Procedure 5(b)(2)(E) and S.D. Fla. Local Rule 5.1(e).

Dated: August 15, 2019

                    Respectfully submitted,

                    */s/ Daniel Tilley*
                    DANIEL TILLEY, SBN 102882
                    ACLU FOUNDATION OF FLORIDA, INC.
                    dtilley@aclufl.org
                    4343 W. Flagler St., Suite 400
                    Miami, FL 33134
                    Telephone: (786) 363-2700

                    AMIEN KACOU, SBN 44302
                    akacou@aclufl.org
                    4023 N. Armenia Avenue, Suite 450
                    Tampa, FL 33607

Telephone: (813) 288-8390

SOUTHERN POVERTY LAW CENTER
VIVIANA BONILLA LÓPEZ, SBN 1003205
viviana.bonillalopez@splcenter.org
4770 Biscayne Blvd., Ste. 760
Miami, Florida 33137
Telephone: (786) 347-2056

SARAH M. RICH (adm. *pro hac vice*)
sarah.rich@splcenter.org
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: (404) 221-5830

AMERICAN CIVIL LIBERTIES UNION
SPENCER E. AMDUR (adm. *pro hac vice*)
samdur@aclu.org
CODY H. WOFSY (adm. *pro hac vice*)
cwofsy@aclu.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-1198

OMAR C. JADWAT (adm. *pro hac vice*)
ojadwat@aclu.org
LEE GELERNT (adm. *pro hac vice*)
lgelernt@aclu.org
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2620

GIBSON, DUNN & CRUTCHER LLP
HEATHER L. RICHARDSON (adm. *pro hac vice*)
hrichardson@gibsondunn.com
JONATHAN N. SOLEIMANI (adm. *pro hac vice*)
jsoleimani@gibsondunn.com
JENNIFER K. BRACHT (adm. *pro hac vice*)
jbracht@gibsondunn.com
JASON S. KIM (adm. *pro hac vice*)
jkim@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
PATRICK HAYDEN (adm. *pro hac vice*)
phayden@gibsondunn.com

200 Park Avenue
New York, NY 10166
Telephone:  (212) 351-4000

*Attorneys for Plaintiff Peter Sean Brown*