# EXHIBIT A

```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                         KEY WEST DIVISION

3    PETER SEAN BROWN,                   CASE NO. 18-10279-CIV-KMW

4              Plaintiff,

5    v.

6    RICHARD A. RAMSAY, in his
     official capacity as
7    Sheriff of Monroe County,

8              Defendant.

9    _____/

10

11

12              DEPOSITION OF PETER SEAN BROWN

13           -Taken on Behalf of the Defendant-

14

15

16      DATE TAKEN:        July 17, 2019

17      TIME:              9:50 AM - 4:21 PM

18      PLACE:             5501 College Road
                           Key West, Florida  33040
19

20

21       Examination of the witness taken before:
                    Amy Landry, RPR, FPR
22       All Keys Reporting, a U.S. Legal Support Company
     Olde Towne Centre              600 Whitehead Street
23   9701 Overseas Highway          Suite 207, 2nd Floor
     Marathon                       Key West
24   305-289-1201                   305-294-2601

25
```

## Page 2

```
 1            APPEARANCES FOR THE PLAINTIFF
         VIVIANA BONILLA LOPEZ, ESQUIRE
 2          Southern Poverty Law Center
         4770 Biscayne Boulevard, Suite 760
 3            Miami, Florida  33137
         viviana.bonillalopez@splcenter.org
 4
                   and
 5
           SARAH M. RICH, ESQUIRE
 6          Southern Poverty Law Center
       150 East Ponce de Leon Avenue, Suite 340
 7            Decatur, Georgia  30030
            sarah.rich@splcenter.org
 8
 9        APPEARANCE FOR THE DEFENDANT
         BRUCE W. JOLLY, ESQUIRE
10    Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A.
        Galleria Corporate Centre, Suite 1216
11         2455 East Sunrise Boulevard
         Fort Lauderdale, Florida  33304
12             bruce@purdylaw.com
13
                ALSO PRESENT
14    Andrew Jolly, law clerk for Bruce W. Jolly, Esquire
15
16
            I N D E X
17 DEPONENT                                    PAGE
     PETER SEAN BROWN
18      Direct Examination by Mr. Jolly         11
        Cross-Examination by Ms. Lopez         157
19      Redirect Examination by Mr. Jolly      168
20
21
22          E X H I B I T S
23          (No exhibits were marked.)
24
25
```

## Page 3

```
 1          INVOCATIONS OF FIFTH AMENDMENT RIGHT
 2 Page 27, Lines 2 - 5
      Q    Okay.  Can you tell me when you last wrote a --
 3 calendar year, last wrote a check?
         MS. LOPEZ:  Objection to form.
 4    A    I choose to invoke my Fifth Amendment rights.
   ----------------------------------------------------
 5 Page 54, Lines 22 - 25
      Q    How did the cut occur?
 6    A    The policeman --
         MS. LOPEZ:  I'm advising my client to invoke his
 7 Fifth Amendment right.
   ----------------------------------------------------
 8 Page 55, Line 21 through Page 56, Line 15
      Q    Okay.  I will not ask you, then, how you got the
 9 injury.  But I am going to ask you to describe the
   injury.  MS. LOPEZ:  I'm advising my client to invoke his
10 Fifth Amendment privilege.
         MR. JOLLY:  Based on what?
11       MS. LOPEZ:  I'm instructing my client to invoke
   his Fifth Amendment right.
12    Q    I want you to describe the injury.  I'm not even
   asking you how it occurred.  I just want you to describe the
13 injury.
         MS. LOPEZ:  I'm instructing my client to invoke
14 his Fifth Amendment right.
      A    I choose to invoke my Fifth Amendment right.
15    Q    Okay.  What treatment was rendered?
         MS. LOPEZ:  I'm instructing my client to invoke
16 his Fifth Amendment right.
         MR. JOLLY:  Viviana, that's not a Fifth Amendment
17 privilege.
         MS. LOPEZ:  I'm instructing my client not to
18 respond, and invoke his Fifth Amendment right.
   ----------------------------------------------------
19
20 Page 57, Lines 14 - 16
      Q    Why are you in jail right now?
21       MS. LOPEZ:  I'm instructing my client to invoke
   his Fifth Amendment privilege.
22 ----------------------------------------------------
23 Page 58, Lines 16 - 20
      Q    Have you paid any costs of supervision to this
24 point?
         MS. LOPEZ:  I'm advising my client to invoke his
25 Fifth Amendment privilege.
      A    I choose to invoke my Fifth Amendment privilege.
   ----------------------------------------------------
```

## Page 4

```
 1 Page 67, Line 9 through Page 68, Line 2
      Q    Do you consider yourself a substance abuser?
 2       MS. LOPEZ:  I'm advising my client to not respond
   to that question and invoke his Fifth Amendment right.
 3    Q    Are you doing that?
      A    I choose to.
 4    Q    Do you have -- do you use alcohol?
         MS. LOPEZ:  I'm instructing my client to not
 5 respond to that question and invoke his Fifth Amendment
   right.
 6    Q    On the date that you were arrested in connection
   with the violation of probation, were you under the
 7 influence of alcohol?
         MS. LOPEZ:  I'm advising my client to not respond
 8 to that question and invoke his Fifth Amendment right.
      Q    You have to invoke it yourself.
 9    A    I choose to invoke.
      Q    Well, on the date that you were arrested, were you
10 impaired by any illicit drug?
      A    I choose to invoke my Fifth Amendment right.
11 ----------------------------------------------------
12 Page 68, Line 5 to Page 70, Line 8
      Q    Do you consider yourself a drug abuser?
13       MS. LOPEZ:  I'm advising my client to invoke his
   Fifth Amendment right and not answer that question.
14    Q    I may have asked this, and I apologize.  Do you
   consider yourself an alcohol abuser?
15       MS. LOPEZ:  I'm advising my client to not respond
   and invoke his Fifth Amendment right.
16    A    I choose to invoke my Fifth Amendment right.
      Q    Do you drink alcohol?
17       MS. LOPEZ:  I advise my client not to respond and
   invoke his Fifth Amendment right.
18    A    I choose to invoke my Fifth Amendment right.
      Q    When you drink alcohol, what is it that you drink?
19       MS. LOPEZ:  I advise my client not to respond to
   that question and invoke his Fifth Amendment right.
20 And anything else along this line of questioning is
   going to receive the same response.
21       MR. JOLLY:  I have to do this, though.
      Q    You have to invoke it.
22    A    I choose to invoke my Fifth Amendment right.
      Q    When you use the illegal drug, what is the illegal
23 drug that you use?
         MS. LOPEZ:  I advise my client to invoke his Fifth
24 Amendment right.
      A    I choose to invoke my Fifth Amendment right.
25    Q    Obviously, at least hopefully since you've been in
   jail, you have not used alcohol to excess?
```

## Page 5

```
 1       MS. LOPEZ:  I advise my client to invoke his Fifth
   Amendment right, and I object to form.
 2       MR. JOLLY:  Let me correct the form.  What do you
   think is the problem with the form?
 3       MS. LOPEZ:  The question was posed in a confusing
   manner.
 4    Q    Did you understand the question?
      A    The beginning part.  The latter twist at the end
 5 sort of was perplexing.
         MS. LOPEZ:  Your question assumes facts not in
 6 evidence.
         MR. JOLLY:  So what?  That's what we do.
 7       MS. LOPEZ:  That's my objection.
         MR. JOLLY:  And the answer would be, "No, I
 8 didn't," if he were going to answer.
         MS. LOPEZ:  I advise you not to answer and invoke
 9 your Fifth Amendment right.
      Q    Do I owe you one?
10    A    Yes, you owe me an invocation.
      A    I choose to invoke my Fifth Amendment right.
11    Q    Since you've been jailed -- and again, I have that
   as being from April 17, '19, to today's date, which is
12 roughly 91 days.  Have you used any illegal drugs while in
   jail?
13       MS. LOPEZ:  I advise my client not to answer and
   invoke his Fifth Amendment privilege.
14    A    I choose to invoke my Fifth Amendment right.
15 ----------------------------------------------------
16 Page 76, Lines 11 - 18
      Q    Okay.  Now, you were arrested in April of '18.
17 Why were you arrested?
         MS. LOPEZ:  I'm advising my client to invoke his
18 Fifth Amendment right and not answer that question.
      Q    Do you understand that -- invoke it.  My fault.
19    A    That's quite all right.  We're learning.
      Q    Me, too.
20    A    I choose to invoke my Fifth Amendment right.
21 ----------------------------------------------------
22 Page 77, Line 20 through Page 78, Line 6
      Q    You're welcome.  So why were you arrested in April
23 of '18?
         MS. LOPEZ:  I'm instructing my client to invoke
24 his Fifth Amendment right and not answer that question.
      A    I choose to invoke my Fifth Amendment right and
25 not answer.
      Q    Where were you arrested relating to your detention
```

## Page 6

```
 1   in April of '18?
              MS. LOPEZ:  I advise my client to invoke his Fifth
 2   Amendment right and not answer that question.
         A   I choose to invoke my Fifth Amendment right,
 3   please.
 4   _____
 5   Page 78, Lines 12 - 16
         Q   Where were you arrested?
 6            MS. LOPEZ:  I am advising my client to invoke his
     Fifth Amendment right and not answer that question.
 7       Q   Were you arrested at the probation office?
         A   I choose to invoke my Fifth Amendment right.
 8   _____
 9   Page 79, Line 17 through Page 80, Line 2
         Q   I know.  What did you violate?  What were the
10   conditions that you violated?
              MS. LOPEZ:  I'm advising my client not to answer
11   that question and invoke his Fifth Amendment right.
         A   I choose to invoke my Fifth Amendment right.  Oh,
12   boy.
         Q   What defense, if any, did you interpose to those
13   violation of probation violations?
              MS. LOPEZ:  I advise my client to invoke his Fifth
14   Amendment right and not answer that question.
         A   I choose to invoke my Fifth Amendment right.
15   _____
16   Page 80, Lines 6 - 9
         Q   How were those charges resolved?
17            MS. LOPEZ:  I'm advising my client to invoke his
     Fifth Amendment right and not answer that question.
18       A   I choose to invoke my Fifth Amendment.
19   _____
20   Page 81, Lines 2 - 5
         Q   Where were you arrested?
21            MS. LOPEZ:  I'm advising my client to invoke his
     Fifth Amendment right and not respond to that question.
22       A   I choose to invoke my Fifth Amendment right.
23   _____
24   Page 82, Lines 4 - 8
         Q   Can you tell me where you were arrested on any one
25   or more of those occasions?
              MS. LOPEZ:  I'm advising my client not to respond
```

## Page 7

```
 1   to that question and invoke his Fifth Amendment right.
         A   I choose to invoke my Fifth Amendment right.
 2   _____
 3   Page 82, Lines 12 - 19
         Q   That's all right.  And do you know why you were
 4   arrested on those three occasions since April of 2018?
              MS. LOPEZ:  I advise my client --
 5       A   Fifth Amendment.
         Q   Good job.  Were those charges, whatever they were,
 6   resolved?  And if so, how?
              MS. LOPEZ:  I advise --
 7       A   Fifth Amendment.
 8   _____
 9   Page 83, Line 23 to Page 81, Line 1
         Q   And how was your release secured?
10            MS. LOPEZ:  I advise my client not to respond to
     that question and invoke his Fifth Amendment right.
11       A   Fifth Amendment.
12   _____
13   Page 84, Lines 11 - 17
         Q   Okay.  And for each one of these arrests, up to
14   and through March -- I'm sorry, April of 2019, if I ask you
     what you were arrested for, you're not going to answer that
15   question?
              MS. LOPEZ:  I advise my client not to answer that
16   question and invoke his Fifth Amendment right.
         A   Fifth.
17   _____
18   Page 84, Lines 22 - 24
         Q   Can you tell me what you were arrested for on any
19   one of those four occasions since April of 2018?
         A   Fifth Amendment.
20   _____
21   Page 85, Line 20 to Page 86, Line 19
         Q   Fair enough.  When you are arrested on a violation
22   of probation, do you understand that the -- that you are not
     allowed the opportunity to bond out?
23            MS. LOPEZ:  Objection to form.  Alleged violation.
     And I'm instructing my client not to respond and invoke
24   his Fifth Amendment privilege.
         Q   When you are arrested --
25       A   Fifth.
         Q   Okay.  As we sit here today, do you have an
```

## Page 8

```
 1   expectation as to when your release is going to be secured?
              MS. LOPEZ:  I advise my client not to respond to
 2   that and invoke his Fifth Amendment privilege.
         A   Fifth.
 3       Q   Do you have an expectation today as to when it is
     that you're going to get out?
 4            MS. LOPEZ:  I --
         A   Fifth.
 5       Q   As to the three violations of -- and it might be
     four violations of probation occurring for which you were
 6   incarcerated in July of '18, and February of '19, and February
     of '19, did you plead -- did you admit those violations?
 7            MS. LOPEZ:  Objection to form, and I'm advising my
     client not to answer that question and invoke his Fifth
 8   Amendment right.
         A   Fifth Amendment, please.
 9   _____
10   Page 87, Line 14 to Page 88, Line 14
         Q   If I ask you about the circumstances of your
11   arrest in April of '18 which led to your incarceration for
     the period of April 4th through April 27th, you will not
12   answer that question?
              MS. LOPEZ:  I advise him --
13       A   Fifth Amendment, please.
         Q   If I ask you about the circumstances of the
14   arrest, who arrested you, where you were arrested, will you
     take the Fifth?
15            MS. LOPEZ:  I advise my client, he can respond to
     who arrested him.  But I will advise him not to answer
16   where.
              MR. JOLLY:  Fair enough.
17       Q   Who arrested you?
         A   Probation department.  And Fifth Amendment after
18   that.
         Q   Have you ever been arrested by a Deputy Donovan, a
19   female in Big Pine?
         A   Yes.
20       Q   Tell me about that.
              MS. LOPEZ:  I'm advising my client not to respond
21   to this question.
         Q   Where were you arrested on Big Pine?
22            MS. LOPEZ:  I'm advising my client not to answer
     this question and invoke his Fifth Amendment privilege.
23       A   Fifth Amendment, please.
24   _____
25   Page 88, Lines 19 - 20
         Q   What were you arrested for?
```

## Page 9

```
 1       A   Fifth Amendment, please.
 2   _____
 3   Page 88, Line 23 to Page 89, Line 11
         Q   Oh, okay.  In the 176 days that you have been
 4   detained since your release to ICE on April 27, 2018, have
     you had any physical altercations with other inmates?
 5            MS. LOPEZ:  I'm advising my client to invoke his
     Fifth Amendment privilege and not respond to that
 6   question.
         A   Fifth Amendment.
 7       Q   Have you had any physical altercations with any
     detention staff in that same period, the four -- the 176
 8   days for which you've been incarcerated since your release
     on April 27, 2018?
 9            MS. LOPEZ:  I advise my client to invoke his Fifth
     Amendment right and not answer that question.
10       A   Fifth Amendment, please.
11   _____
12   Page 90, Lines 3 - 10
         Q   The 176 days that you have been in custody.  And
13   that would include 7-13-18 to 10-3-18, 1-4-19 to 1-4-19,
     2-20-19 to 3-1-19, and April 17 until today.  Have you had
14   any incident that caused you -- been engaged in any incident
     that caused you physical harm?
15            MS. LOPEZ:  I advise my client to invoke his Fifth
     Amendment right.
16       A   I invoke my Fifth Amendment right, please.
17   _____
18   Page 91, Lines 14 - 20
         Q   I'm talking about events, though.  Was there like
19   some event that has triggered -- other than just being here.
     Hell, I don't want to be here.
20            MS. LOPEZ:  I'm instructing my client to invoke
     his Fifth Amendment privilege and not answer that
21   question.
         A   Fifth Amendment.
22   _____
23   Page 94, Lines 9 - 12
24       Q   Did you admit the violation?
              MS. LOPEZ:  I'm advising my client to invoke his
     Fifth Amendment right.
25       A   Fifth Amendment, please.
```

Page 10

```
1   ─────────────────────────────────────
2   Page 132, Line 20 through Page 133, Line 1
        Q    And I may have done this.  I apologize.  If I ask
3   you what occurred that caused you to be violated, are you
    going to claim the Fifth?
4       A    Yes.
        Q    For each of those three violation of probation
5   proceedings?
        A    That we have covered, yes.
6   ─────────────────────────────────────
7   Page 141, Lines 4 - 9
        Q    Is your expectation as to tentative relief, does
8   that impact your current health -- mental health?
        A    I'm a little confused.
9       MS. LOPEZ:  Objection to form.  And I'm advising
    my client to invoke his Fifth Amendment privilege.
10      A    Fifth Amendment, please.
11  ─────────────────────────────────────
12  Page 144, Lines 6 - 21
        Q    When you were placed on probation originally, what
13  were the terms of that probation?  Conditions, things of
    that kind.  Do you know?
14      A    The whole listing, no.  Just to not repeat that
    charge, you know, what I did.  I wasn't supposed to do --
15  smoke --
        MS. LOPEZ:  Okay.  You're invoking your Fifth
16  Amendment privilege.  Don't.  I'm advising you to
    invoke your Fifth Amendment privilege.
17      A    Fifth Amendment, please.
        Q    You are accused currently, and have been accused
18  in the past of violating the terms of the conditions of
    the -- terms of the conditions of your probation?
19      A    Fifth Amendment, please.
        Q    What can you tell me about that?
20      A    Fifth Amendment, please.
21  ─────────────────────────────────────
22
23
24
25
```

Page 11

```
1   (WHEREUPON, the following proceedings were had with all
2   parties present:)
3                   PETER SEAN BROWN
4   was called as a witness and, having been first duly sworn,
5   was examined and testified as follows:
6           THE DEPONENT:  I do.
7                   DIRECT EXAMINATION
8   BY MR. JOLLY:
9       Q    All right.  Mr. Brown, my name is Bruce Jolly.  To
10  my left is Andrew Jolly.  He works in my office and works
11  for me.  I represent Monroe County Sheriff Ramsay, who you
12  have sued.  This is a deposition.  I will be asking you
13  questions.  For the most part, those questions will relate
14  directly to the lawsuit or to your claim.  Your obligation,
15  if you have one, is to listen to the question, make sure
16  that the question makes sense.  Tell me if the question
17  doesn't make sense, and I will fix it.
18          Assuming it makes sense and you understood it,
19  your job is to answer it and to answer it truthfully.  Now,
20  have you ever given a deposition before?
21      A    I have not.
22      Q    Have you ever had to testify under oath in any
23  litigation setting before?
24      A    No, I have not.
25      Q    Fair enough.  The reason I mention that is the
```

Page 12

```
1   best way to handle what is going on here today is to answer
2   the questions verbally, a verbal response, as opposed to a
3   shrug, a nod, a shake of the head, because that does not
4   translate well later on when we order the transcript and
5   we're trying to figure out what it was that you were doing.
6   So don't do that.  Answer the questions verbally.
7           There is no real magic to this.  You are
8   represented by counsel.  And if you wish, if you need to
9   consult with your lawyer, I will not interfere with that so
10  long as it's not in the middle of a question.  If you need
11  to talk to them in a middle of a question, you have to
12  answer the question, and then you can talk to them.
13          If you need to take a break, apparently there is a
14  deputy here to get you to where you've got to go, to go to
15  the bathroom and that kind of stuff.  Now, do you have any
16  questions before we start?
17      A    Not at the moment, no.
18      Q    Well, that's what I'm asking.
19      A    That's what I answered.
20      Q    If you don't, we can move forward.
21      A    At the moment.
22      Q    In connection with this deposition, what is it
23  that you did to prepare?
24      A    I have met numerous times with counsel reviewing
25  the processes that will be held today, over information that
```

Page 13

```
1   may or may not be covered within today's proceedings, and
2   proper protocol expected by yourself and myself, and all
3   parties included.
4       Q    And what materials, what documents, what stuff, if
5   anything, have you reviewed as a part of that process, the
6   preparation process?  Did you look at any documents?
7           MS. LOPEZ:  Objection.  Attorney/client privilege.
8           MR. JOLLY:  Does that mean you're instructing him
9   not to answer?
10          MS. LOPEZ:  Yes.  I'm instructing him not to
11  answer.
12          MR. JOLLY:  Here is why.  I'm not asking for
13  communications.  I want to know what he reviewed to
14  prepare for this deposition today.  If you're telling
15  him not to answer, there is not much I can do.  You're
16  bigger than I am.  But it is not a correct or an
17  appropriate objection, and we will just deal with it
18  down the road, which means you all have to come back
19  down here when the Court orders him to answer that
20  question.
21          MS. LOPEZ:  The materials that I selected for him
22  to review are work product privilege, so I'm
23  instructing him not to answer.
24          MR. JOLLY:  Respectfully, if he reviewed it to
25  prepare, I'm entitled know what it was, whoever
```

Page 14

```
 1        selected it.  But if you're telling him not to answer,
 2        we will deal with it on another day at another time.
 3        But it does hamper my ability to go forward.
 4             MS. LOPEZ:  I'm instructing him not to answer.
 5             MR. JOLLY:  Fair enough.
 6        Q    Other than what your lawyer will not let me ask
 7   you -- actually, I can ask it.  She just wouldn't let you
 8   answer.  What else, if anything, did you do to prepare?
 9             MS. LOPEZ:  I'm instructing my client not to
10        answer anything related to any conversations that you
11        had --
12        Q    I don't want to know about conversations --
13   actually, that's not true.  I would love to know about it,
14   but I'm not entitled to know about it.  So other than
15   communications with your lawyer, what else have you done to
16   prepare?
17        A    You're confusing me, because I don't know what the
18   proper response is.
19        Q    Simple answer:  The proper response is the truth.
20   So what is the truth?
21        A    Can you restate the question.
22        Q    Of course I can.
23        A    Please.
24        Q    Other than the communications with your lawyers,
25   other than the stuff that you reviewed that your lawyer
```

Page 15

```
 1   arguably -- well, your lawyer doesn't want me to ask you --
 2   what else, if anything, did you do to prepare?
 3        A    I've simply gone through this experience and just
 4   have the truth to offer you.
 5        Q    Good answer.  How long -- how many meetings have
 6   you had with your counsel to prepare for the depo?
 7        A    Approximately three.
 8        Q    When did those meetings take place?
 9        A    Yesterday, and two prior last week.
10        Q    How long did yesterday's meeting last?
11        A    Approximately an hour, hour-and-a-half.
12        Q    Where did that meeting take place?
13        A    In a room adjacent to the dorm I'm housed in.
14        Q    In the jail?
15        A    Correct.
16        Q    And who was present at that meeting?
17        A    Myself and Viviana.
18        Q    Just the two of you?
19        A    For yesterday's, yes.
20        Q    I understand.  And I'm going to work backwards.
21   Apparently you had meetings last week as well?
22        A    That is correct.
23        Q    With whom, when, and how long did they last?
24        A    That would be Wednesday of last week for a few
25   hours.  I don't know exactly the time frame.
```

Page 16

```
 1        Q    What are we talking, a full day?  Are we talking
 2   an hour-and-a-half?  You tell me.
 3        A    A few -- a couple hours.  Two hours at most.
 4        Q    That was Wednesday?
 5        A    Yes.
 6        Q    And what other meetings occurred last week?
 7        A    I believe it was -- I think it was just the
 8   Wednesday for last week, because I had court.  I'm sorry, I
 9   had a lot of different things coinciding.  So I had that
10   meeting last Tuesday -- I mean last Wednesday.  I had court
11   Thursday and Tuesday.
12        Q    What happened on Thursday in court?
13             MS. LOPEZ:  I'm instructing my client not to
14        answer based on his Fifth Amendment right.  I'm
15        instructing my client to invoke his Fifth Amendment
16        right.
17             MR. JOLLY:  Viviana, how does what happened at
18        court tend to incriminate him?  I just want to know
19        what the result of the hearing was.
20             MS. LOPEZ:  You can answer what the result of the
21        hearing was.
22        A    It was just a continuance as far as the resolution
23   date.
24        Q    What's the resolution date?
25        A    August -- it's 8th or 9th.  I think it's the 9th.
```

Page 17

```
 1        Q    Who represents you in that proceeding?
 2        A    Mr. Schulmacher.
 3        Q    How long has Mr. Schuhmacher been your lawyer in
 4   that proceeding?
 5        A    For approximately a month, a month-and-a-half.
 6   About a month, though, I would say, comfortably.
 7        Q    So you only had one meeting with your lawyers last
 8   week in connection with preparing for this deposition?
 9             MS. LOPEZ:  Objection to form.
10             MR. JOLLY:  What's the matter with that?  I will
11        fix it if you can tell me what you think was erroneous
12        about it.
13             MS. LOPEZ:  It was confusing what lawyer you were
14        referring to when you asked him who he met with.
15             MR. JOLLY:  Fair enough.
16        Q    What lawyer did you meet with last week on the
17   Wednesday meeting that you discussed?
18        A    That was with -- that was with -- that was the
19   parties here.
20        Q    Viviana?
21        A    It was the three of us.
22        Q    Was Sarah there for that meeting?
23        A    On Wednesday, yeah.
24        Q    Okay.  That's what I'm trying to find out.  So
25   when you met with them to prepare for this deposition for a
```

Page 18

1  couple hours or so, it was with Viviana and Sarah?
2      A   That's correct.
3      Q   All right.  Any other meetings last week to
4  prepare for this deposition with lawyers?
5      A   There was one -- I forget the day.  We had had
6  another one, and I'm actually forgetting the day, which is
7  just --
8      Q   Was it last week?
9      A   No.  I think it was prior to that.
10      Q   And how long did that meeting last?
11      A   A few hours.
12      Q   And who was present at that meeting?
13      A   Sarah, Viviana, and myself.
14      Q   The three of you?
15      A   Yeah.
16      Q   So you can tell me with some confidence that
17  you've had three meetings with lawyers to prepare for this
18  depo, consisting of somewhere between three to six hours?
19      A   All total?
20      Q   Yes, sir.
21      A   Yes.
22      Q   Fair enough.  Would you state and spell your full
23  name.
24      A   Peter Sean Brown, spelled P-e-t-e-r, S-e-a-n,
25  B-r-o-w-n.

Page 19

1      Q   Date of birth?
2      A   Would be February 28th, the year 1968.
3      Q   Place of birth?
4      A   Philadelphia, Pennsylvania.
5      Q   Have you ever gone by any name other than Peter
6  Sean Brown?
7      A   I have not.
8      Q   No nicknames that are like street names or
9  anything like that?
10      A   I have no aliases of any sort.
11      Q   Okay.  Have you ever issued or I guess utilized
12  any date of birth other than 2-28-68?
13      A   I have not.  It's on record.  That is my birth
14  certificate.  I have had no reason to offer another date of
15  birth.
16      Q   So the simple answer is no?
17      A   Yes.
18      Q   Fair.  What is your current residence address?
19      A   545 Ixora, spelled I-x-o-r-a, Drive, Big Pine Key,
20  Florida.
21      Q   Can you describe that for me?
22      A   Describe the area?
23      Q   Sure.  It is an apartment -- I know the area.  Is
24  it an apartment, a condo, a mobile home?
25      A   It's a house, a three-bedroom home.

Page 20

1      Q   And with whom do you ordinarily reside at that
2  location?
3      A   I have two roommates.
4      Q   Their names, sir?
5      A   Eric Smith and Aaron Stultz, with two As.
6      Q   Spell the last name, please.
7      A   S-t-u-l-t-z.
8      Q   And what relation, if any, are they to you?
9      A   Friends and landlord.
10      Q   Which one is the landlord?
11      A   If there were to be one, Eric Smith.  They're
12  both -- I mean, they both own the house.  But Eric Smith
13  directly.
14      Q   Now, my understanding is you've been in the Monroe
15  County Jail since April 17th of this year; is that accurate?
16      A   That is correct.
17          MR. ANDREW JOLLY:  From April 17, it's about 91
18  days, I believe.
19          MR. JOLLY:  Can you calculate each individual one?
20          MR. ANDREW JOLLY:  I did.  75, 1, and 9.
21          MR. JOLLY:  Thanks.
22      Q   So for the last 175 days or so, 176 days or so,
23  you have been a resident at the Monroe County Jail?
24      A   If that's your wording, yes.
25      A   I'm sorry, I don't understand what you meant by my

Page 21

1  wording.
2      A   Resident?  I've been held here, yeah.
3      Q   So you've been detained here?
4      A   Yes.
5      Q   You have been incarcerated at the Monroe County
6  Jail?
7      A   That is correct.
8      Q   For 176 days?
9      A   Whatever the total is, since April 17.
10      Q   You concede that April 17 is the day you started
11  your incarceration?  I mean, if you dispute it, I want to
12  know.
13      A   It was the 16th or 17th.
14      Q   Okay.  So you have not lived, stayed overnight at
15  the Ixora Drive address for that period of time?
16      A   That's correct.
17      Q   Have you paid rent during that period of time?
18      A   No, I have not.
19      Q   When did you last pay rent for the Ixora Drive
20  residence?
21      A   The beginning of April.
22      Q   How much rent did you pay?
23      A   I would believe the last payment I might -- I pay
24  different amounts.  But I believe the last amount was $250.
25      Q   Do you have a lease agreement?

Page 22

1     A    Yeah -- no.  We're friends.
2     Q    Well, that doesn't preclude having an agreement.
3     A    I mean, we have an agreement.
4     Q    What's the agreement?
5     A    $600 a month for rent, and then with utilities.
6     Q    I'm sorry, say again?  I was -- how much did you
7  pay rent?
8     A    $600 a month.  And then, you know, whatever
9  utilities we share.
10    Q    Okay.  And when was the last time you paid $600 a
11 month, for a month period?
12    A    And once -- I mean, I pay at different times.  So
13 I'm confused at where you're going -- what you're asking.
14    Q    Don't worry about where I'm going.  Just make sure
15 that my question makes sense.
16    A    What are you asking?
17    Q    Fair enough.  I can deal with that.  When did you
18 last reside at the Ixora Drive address for a full month?
19    A    April 15th.
20    Q    What is your normal rental period?  In other
21 words, for when you pay rent for a specific period?  Is it
22 the 1st of the month, the 15th, whenever?
23    A    We're not that precise.  We're friends.
24    Q    I don't care about that.  I just want to know what
25 it is.

Page 23

1     A    It's for the month.
2     Q    Do you have a regular rental payment date?
3     A    No.
4     Q    When do you last recall paying $600 in one lump
5  for any one rental period?
6     A    I can't recall exactly.
7     Q    How do you pay, cash or by check?
8     A    Usually cash.
9     Q    Do you have a checking account?
10    A    At this time, no.
11    Q    When did you last have a checking account?
12    A    It's been a few months.
13    Q    Great.  Can you be more precise than a few months?
14    A    It's been about six, seven months.
15    Q    Okay.  And where did you bank?  Was it a checking
16 account?
17    A    Yeah.
18    Q    Where did you bank when you had a checking
19 account?
20    A    That was from Cape Savings Bank.  Then I had Bank
21 of America, too.
22    Q    Well, when you last had an account, that's what
23 I'm trying to find out.  Where did you bank?
24    A    The last part was Bank of America.  And then I
25 stopped.

Page 24

1     Q    And the Bank of America branch at which you banked
2  was where?
3     A    From Key West.  And then -- that was from when I
4  moved from New Jersey to here.  And I kind of didn't really
5  use it that much.  That's why I don't have it anymore.
6     Q    In the last -- you indicated that you had an
7  account up until six or seven months ago.  What bank did you
8  have that account with?
9     A    By that time, it was closed.  I had none.
10    Q    Fair.
11    A    I had none.
12    Q    When you last had a bank account, whenever that
13 was, where is it that you maintained that account?
14    A    I actually forgot the bank.  It was the first bank
15 I got to when I came down.  And I'm just not having -- I
16 can't remember the name right now.
17    Q    That brings up another question.  To this point,
18 have you had trouble hearing anything that I have said?
19    A    No.  You're enunciating quite well.
20    Q    Is there any reason, any condition from which you
21 suffer, any medication that you may be taking that is
22 interfering -- has interfered with your ability to
23 (a) understand the question, or (b) answer the question?
24    A    No.
25    Q    So you feel okay?

Page 25

1     A    Under the circumstances, yes.
2     Q    And by that you mean under what circumstances?
3  Being in jail?  Yeah, I get jail sucks, but --
4     A    No.  Being in this situation with yourself.  It's
5  intimidating.
6     Q    Oh, yeah.  I'm Mr. Intimidator.
7     A    Everybody's got a purpose.
8     Q    Okay.  Well, let me get back to the question, now
9  that we've -- so can you give me the name of any bank where
10 you've maintained a bank account since you've been in the
11 Keys?  I mean, how do you survive?  You've got to have a
12 bank account.
13        MS. LOPEZ:  Objection to form.
14        MR. JOLLY:  I know.
15    Q    You don't have to answer that.  That was just
16 trying to jog your memory.  So what's the answer?
17        MS. LOPEZ:  Objection to form.
18    Q    Can you give me the name of a bank or not?
19    A    Bank of America.
20    Q    Okay.  Which branch?  That's what I'm trying to
21 find out.
22    A    Key West.
23    Q    Okay.  Can you tell me --
24    A    There is one in Big Pine, but it closed.  So I had
25 to use Key West.

Page 26

1    Q    The bank branch for Bank of America in Key West is
2  located where?
3    A    On -- I forget the street.  I really do.
4    Q    What's it close to?
5    A    By Mr. Z's.
6    Q    So this year, the calendar year 2019, how many
7  checks do you think you've written?
8    A    None.
9    Q    Calendar year 2018, how many checks do you think
10  you've written?
11    A    Very minimal.  Maybe -- not a lot.  I don't use a
12  lot of checking.
13    MS. LOPEZ:  Counsel, what is -- what is the
14  purpose of this line of questioning?  Can we please
15  speed it up and get to relevant information?
16    MR. JOLLY:  Respectfully, don't ever do that
17  again.  I'm asking the deposition -- or I'm taking the
18  deposition.  I'm trying to learn a little bit about
19  this man.  He is the one making the claim.  So I will
20  continue to ask questions that are reasonably
21  calculated to help me learn about the client, your
22  client, so I can report to the people I represent.
23         Now, Madam Reporter, what was the last
24  question?
25         (The last question was read back.)

Page 27

1    A    None.
2    Q    Okay.  Can you tell me when you last wrote a --
3  calendar year, last wrote a check?
4    MS. LOPEZ:  Objection to form.
5    A    I choose to invoke my Fifth Amendment rights.
6    Q    You think that question will tend to incriminate
7  you?
8    A    I don't know where you're going with it.
9    Q    I'm just trying to find out when you last wrote a
10  check.
11    A    I don't remember exactly.
12    MS. LOPEZ:  With respect --
13    MR. JOLLY:  This is not that tough.
14    MS. LOPEZ:  With respect, if my client has invoked
15  his Fifth Amendment privilege, that is that.
16    Q    You understand that your lawyer did not tell you
17  to invoke your Fifth Amendment privilege?
18    MS. LOPEZ:  He owns the privilege.  He can invoke
19  it himself.  He has done that.  Let's move on.
20    MR. JOLLY:  I will move on at the pace I think is
21  appropriate.  But thank you.  The point is, I just want
22  him to confirm that his lawyer did not tell him --
23  instruct him to invoke the privilege.
24    Q    Will you concede that for me?
25    A    Yes.

Page 28

1    Q    Fair enough.  When you last wrote a check, what do
2  you think you wrote it for?  In other words, was it to pay
3  rent, a telephone bill, some kind of utility bill?  You tell
4  me.
5    A    I -- it's been some time.  So I have not -- I
6  don't know.
7    MS. LOPEZ:  I'm going to object to this entire
8  line of questioning.  My client has invoked his
9  privilege, so I would just like for the record to
10  reflect that.
11    MR. JOLLY:  I don't know how often you do this,
12  but one cannot invoke privilege to a broad category of
13  questions.  One has to invoke privilege on an
14  individual question basis.
15    MS. LOPEZ:  Can I have a break to speak to my
16  client?
17    MR. JOLLY:  Sure.
18    MS. LOPEZ:  Will you step out?
19    MR. JOLLY:  No.  You can go out.
20    MS. RICH:  We discussed this in advance.
21    MR. JOLLY:  We discussed this in advance?  What
22  did we do?
23    MS. LOPEZ:  At the hearing, the judge stated that
24  in order for me to speak privately to my client, you
25  and the court reporter would step out, given that he is

Page 29

1  being detained.
2    MR. JOLLY:  I don't think that's quite what he
3  said, but I get your point.
4    MS. LOPEZ:  There is nowhere else we can go.
5    MR. JOLLY:  That's not true, either.  But I will
6  do it.  It's easier.
7         (A recess was taken from 10:15 a.m. to 10:19 a.m.)
8    MR. JOLLY:  Madam Reporter, can you read back to
9  me the last question?
10         (The last question was read back.)
11    A    I don't recall.
12    Q    When you're out, when you're a free person, what
13  bills do you normally have in connection with living your
14  life?
15    MS. LOPEZ:  Objection to form.
16    Q    You can still answer.
17    A    Phone.
18    Q    Cell phone or --
19    A    Cell phone.  Within the rent, portions of the
20  elec -- you know, we split the bills, the normal utilities
21  within the household.
22    Q    Do you own a motor vehicle?
23    A    No.
24    Q    When did you last own a motor vehicle?
25    A    I -- I couldn't even tell you.  It's been many

Page 30

1  years.  I don't -- I really couldn't even tell you.
2       Q   When you last owned a motor vehicle, what kind of
3  motor vehicle was it?
4       A   Just a little Chevy, like, Impala.  It was -- that
5  was, I mean, many years ago, like out of school.  I don't --
6       Q   Have you owned a motor vehicle since you've moved
7  or lived in the Keys?
8       A   I have not.
9       Q   Okay.  You have a cell phone?
10      A   Yes.
11      Q   Do you still have it?
12      A   Yes.  It's within my property here.
13      Q   Okay.  Do you know whether it's still active?
14      A   At this point, I do not.  I believe it's not at
15  the moment.
16      Q   What other bills do you have in your daily living?
17          MS. LOPEZ:  Objection to form.
18      Q   Like, that you would have to support yourself,
19  again, as a free person.
20          MS. LOPEZ:  Objection to form.
21      A   The same I told you.  The bills --
22      A   Phone, electric, and rent.  Those are your only
23  bills?
24      A   Food, transportation.
25      Q   What transportation?

Page 31

1       A   I would take the shuttle back and forth to work
2  when I was working in Key West.
3       Q   A shuttle from where to where?
4       A   Big Pine to Key West.
5       Q   It's like a bus?
6       A   It is a bus.
7       Q   Okay.  And how much does that cost?
8       A   It would be for $25 a week.
9       Q   Do you own a bike?
10      A   I do.
11      Q   And do you own like a motorcycle, any other
12  motorized means of transport?
13      A   I do not.
14      Q   So you have a bike?
15      A   Yes.
16      Q   Where is your bike currently?
17      A   At -- at the home.
18      Q   The two individuals that you live with --
19  Mr. Smith, has he visited you while you've been in jail?
20      A   No.
21      Q   This last time?
22      A   No.
23      Q   And the other name was Stultz, I think?
24      A   Stultz.
25      Q   Has Mr. Stultz visited you while you were in jail

Page 32

1  in this last jailing?
2          MS. LOPEZ:  Objection to form.
3       A   No, but I just speak with them on the phone.
4       Q   You have access to a telephone?
5       A   Yes.
6       Q   All right.  Who has visited you in this last
7  jailing from April 17th to the present?  Who has come to see
8  you?
9       A   Other than attorneys?
10      Q   Other than attorneys.
11      A   No one.  I don't care for anyone to.
12      Q   What is your current age?
13      A   51.
14      Q   Now current, for the last 91 days, you have been
15  jailed at the Monroe -- well, in the Monroe County jail
16  system?
17          MS. LOPEZ:  Objection to form.
18      Q   Is that accurate?
19          MS. LOPEZ:  Objection to form.
20      A   I'm confused how to answer that.  I don't know.
21      A   You shouldn't be.  It's pretty straightforward.
22      A   Can you state the question again.
23      Q   Yes, sir.  I will, if that will help you.  For the
24  last 91 days, have you been incarcerated in the Monroe
25  County jail system?

Page 33

1       A   Yes.
2       Q   How long have you been housed or detained in the
3  Key West or the Stock Island facility?
4       A   The past week.
5       Q   Where were you detained before that?
6       A   Marathon.
7       Q   And were you detained in Marathon from the date of
8  your arrest until a week or so ago?
9          MS. LOPEZ:  Objection to form.
10      A   Yes.
11      Q   Okay.
12          MS. LOPEZ:  And Counsel, please don't tell my
13  client whether or not he should be confused by your
14  questions.  If he asks you to restate the question, I
15  would imagine that will be helpful for your deposition.
16      Q   Are you currently employed?
17      A   Well, not currently.  I'm being detained.  I still
18  have my job.
19      Q   I will get there.  Are you currently employed?
20      A   No.
21      Q   When were you last employed?
22      A   April 14th.
23      Q   When you were last employed, where were you
24  employed?
25      A   Island Deli in Big Pine Key.

Page 34

1    Q    And you had worked for Island Deli for how long?
2    A    Almost a year.
3    Q    Who was your supervisor or the person to whom you
4    answered?
5    A    Diane Coultorroy.
6    Q    Can you spell that last name?
7    A    Close.  C-o-u-l-t-o-r-r-o-y.
8    Q    And her relation, if any, to the business is what?
9    A    Managerial.
10   Q    Okay.  She's not the owner?
11   A    No.
12   Q    Do you have reason to believe she still works
13   there?
14   A    Yes.
15   Q    Have you talked to her in the last six months, or
16   since April 17th?
17   A    Once.
18   Q    By phone?
19   A    Yes.
20   Q    The purpose of that call?  Did she call you or did
21   you call her?
22   A    I called her.
23   Q    For what purpose?
24   A    To give my status, and to inform that I would
25   be -- being detained, and just to say that I was okay

Page 35

1    physically, because she didn't know where I was at.
2    Q    Anything else you can recall telling her?
3    A    No.
4    Q    Now, my understanding is you were also in jail for
5    the period -- you indicated you had worked at Island Deli
6    for a year or so?
7         MS. LOPEZ:  Objection to form.
8    Q    Let me finish the question.  My understanding is
9    that you worked for the Island Deli for a year or so during
10   that -- is that an accurate statement?
11   A    Yes.
12   Q    Okay.  My understanding is in the last year, you
13   have been incarcerated from January 4th in '19, one day on
14   January 4th, and on February 20th through March 1st of 2019.
15   You obviously were not working at that location on those
16   dates if you were in jail.
17        MS. LOPEZ:  Objection to form.  Is there a
18        question pending?
19        MR. JOLLY:  Yes.  That was it.
20   A    In stating that, does that not mean I am still
21   employed there?
22   Q    Respectfully, sir, I am not permitted to answer
23   your questions, even though I think I could probably answer
24   it.  The point is, were you working -- not "employed."  Were
25   you actually working those days?

Page 36

1    A    Then in that case, no.
2    Q    All right.  But you didn't lose your job?
3    A    That is correct.
4    Q    Were you working for Island Deli in July of '18
5    through October of '18?
6    A    Yes.  Well --
7    Q    I want you to assume that you were in jail from
8    July 13th through October 3rd.  Who was your employer, if
9    you had one, during that period?
10        MS. LOPEZ:  Objection to form.  Are you --
11        objection to form.  You said -- are you asking him to
12        assume he was in jail?  Can you state the dates, to
13        make sure he was actually in jail?
14        MR. JOLLY:  I thought I just did.  July 13th
15        through October 3rd.  I did.
16   Q    See, what I'm trying to find out is, we have you
17   in jail 176 days in the last year.  But that did not
18   interfere with your work or your ability to retain
19   employment?
20        MS. LOPEZ:  Objection to form.
21   A    But -- no.
22   Q    Okay.  If that's your answer, I accept it.  Is
23   there something you wanted to add?
24   A    As far as -- I've had my -- they've held my job
25   for me at the deli.

Page 37

1    Q    What is your job at the deli?
2    A    I -- it's multi-faceted.  I do the counter.  I do
3    sandwiches.  I do catering.  I do ordering.
4    Q    Do you do deliveries?
5    A    No.
6    Q    Do you have --
7    A    I mean, I do -- as a business, we do.  Myself
8    personally, no, I do not.
9    Q    Do you have a driver's license?
10   A    No, I do not.
11   Q    When did you last have a driver's license?
12   A    I do not recall.
13   Q    Has your driver's license ever been suspended?
14   A    I do not recall.  No.
15   Q    So the answer is no?
16   A    No.
17   Q    How did your -- how did your driver's license come
18   to no longer be valid?
19   A    I never transferred it.
20   Q    Transferred from where to where?
21   A    New Jersey to here.
22   Q    So you've never even had a Florida driver's
23   license?
24   A    No.
25   Q    Okay.  What was your address, residence address,

Page 38

1  in April of 2018?
2      A    545 Ixora Drive.
3      Q    Okay.  Same place?
4      A    Uh-huh.
5      Q    Okay.  Whatever you rent, is it like a room?  Do
6  you have access to the whole house?  Again, you tell me.
7      A    I have my own bedroom, but I have full access to
8  the house.
9      Q    And you have resided at that location for how
10  long?
11      A    Approximately -- approximately five to six years.
12  I can't exactly give you an answer.
13      Q    So that would have been your residence obviously
14  in April of '18?
15      A    That's correct.
16      Q    When working at the Island Deli, what is your
17  wage?
18      A    I make $14 an hour plus tips.
19      Q    Did you file a tax return for the year 2018?
20      A    No.  I got -- no.
21      Q    Did you file a tax return for the tax year 2017?
22      A    I've -- from Island Deli, no.
23      Q    From anywhere.  For any wages you've earned, from
24  whoever you earned them.  So I don't -- I'm less concerned
25  about who you worked for.  But did you file a tax return?

Page 39

1      A    No.
2      Q    When is the last tax return you think you filed?
3  What year?
4      A    Before -- it would be '16.
5      Q    Do you have reason to believe you filed a tax
6  return in the tax year 2016?
7      A    Yes.
8      Q    Where would that tax -- did you retain a copy of
9  that tax return?
10      A    Through the -- after the hurricane I don't have
11  much documents and stuff.  I lost a lot of paperwork.
12      Q    So is the answer to that question, you don't have
13  it?
14      A    No.
15      Q    You've given me the reason, but I'm just trying to
16  make sure --
17      A    I'm sorry, no.
18      Q    That's okay.  What is your recollection of your
19  earnings for the year 2018 since you didn't file a tax
20  return?
21      A    I don't recall.
22      Q    Well, your weekly -- okay, same question with
23  respect to '17.  Do you know how much you earned in '17?
24      A    Approximately $33,000.
25      Q    From Island Deli?

Page 40

1      A    From what --
2      Q    That's my fault.  2017, you think you earned
3  $33,000?
4      A    Yeah, because that wouldn't be from Island Deli.
5      Q    Fair enough.  What was your employer?
6      A    Fogarty's.
7      Q    Fogarty's is what?
8      A    A restaurant in Key West.
9      Q    When did you work for Fogarty's?
10      A    As far as my start date, I cannot recollect.  I've
11  been there for a few years.  But that was ending -- it would
12  have ended April of last year.
13      Q    April of '18?
14      A    Yes.
15      Q    So you worked at Fogarty's up until April of '18;
16  is that accurate?
17      A    Yes.
18      Q    Why did you stop working at Fogarty's?
19      A    I had been incarcerated, and then sent to the
20  Krome center.  And during that time -- it's corporate, so my
21  time period, I had to be fired.
22      Q    How long were you at Krome?  A day?
23      A    At the physical -- yeah, at the center.  But --
24      Q    That's what I'm talking about, the physical
25  center.

Page 41

1      A    Right.
2      Q    One day?
3      A    Yeah.  But I -- but from my incarceration --
4      MS. LOPEZ:  Let the record reflect that Counsel
5  has said both of these last questions in a very
6  sarcastic tone.
7      MR. JOLLY:  I'm sorry, describe the sarcastic
8  tone, because I don't think I am being sarcastic.  So
9  we need to have some better description by you of that
10  accusation.
11      MS. LOPEZ:  I have already said what I would like
12  to get into the record.
13      MR. JOLLY:  Okay.  I would like the record to
14  reflect that I'm not being sarcastic.  So it doesn't
15  help us much, does it?
16      Q    Fogarty's.  You were about to tell me about
17  Fogarty's; that you stopped working at Fogarty's when you
18  were arrested in April 2018 for a violation of probation
19  warrant.  Is that what you meant to say?
20      MS. LOPEZ:  Objection to form.  You're putting
21  words into my client's mouth.
22      Q    Did you understand the question?
23      A    I do appreciate your enunciations.  I speak and
24  understand and comprehend quite well.  I understand that.
25      Q    Good.

Page 42

1   A   I'm just trying to take in you --
2   Q   That's fair enough.
3   A   -- as a human being.  So --
4   Q   Oh, that's going to be a struggle.
5   A   Everybody's got a purpose.
6   Q   But my question is, if I've understood you -- and
7   you will tell me if I'm wrong.  If I have understood you
8   correctly, you were working at Fogarty's up to the point in
9   time that you were arrested in April of 2018 for a violation
10  of probation warrant?
11  A   Yes.
12      MS. LOPEZ:  Objection to form.
13  Q   That's a fair statement?
14      MS. LOPEZ:  Objection to form.
15  A   Yes.
16  Q   Okay.  And you think -- so you were not working at
17  Island Deli when you were arrested in April of 2018?
18  A   No.
19  Q   From --
20  A   No.
21  Q   From the time that you worked at Island Deli, did
22  you have any sources of income other than working at the
23  deli?
24  A   No.
25  Q   Before being arrested in April of 2018 on the

Page 43

1   violation of probation warrant, did you have any sources of
2   income other than from Fogarty's?
3   A   No.
4   Q   That was your only job?
5   A   Yes.
6   Q   And in the year 2017, if I've understood you
7   correctly, you think you earned $33,000 for the year 2017 at
8   Fogarty's?
9       MS. LOPEZ:  Objection to form.
10  Q   Go ahead.
11  A   Approximately, yes.
12  Q   Well, if it's --
13  A   Yes.
14  Q   Okay.  And what was your job at Fogarty's?
15  A   I was a waiter.
16  Q   And what was your work -- your typical work
17  schedule at Fogarty's?
18  A   From -- the hours fluctuated.  But generally it's
19  from -- I opened, so it was from 10:00 o'clock.  And the
20  fluctuation came at closing, which would be anywhere until
21  5:00 to sometimes later.  It depends on the day, the time,
22  the season.
23  Q   Your immediate supervisor at Fogarty's?
24      MS. LOPEZ:  Objection to form.
25      MR. JOLLY:  Okay.  I will bite on that one.

Page 44

1   What's the matter with that one?
2       MS. LOPEZ:  It's not really a question.
3       MR. JOLLY:  And that made a difference?
4   Q   Who was your immediate supervisor when you worked
5   for Fogarty's?
6   A   There were many.
7   Q   Well, who was the primary supervisor for the time
8   that you worked at Fogarty's?
9   A   Again, there were many.  Their transition rate was
10  high.
11  Q   Who was the supervisor for the longest period of
12  time that stands out in your brain when you worked at
13  Fogarty's?
14      MS. LOPEZ:  Objection to form.
15  A   There was Brooke.  There was Larry.
16  Q   Brooke who?
17  A   Lynch.
18  Q   And how would you describe your relation, if any,
19  with Ms. Lynch?  She's a friend of yours, is she not?
20      MS. LOPEZ:  Objection to form.
21  Q   Go ahead.
22  A   We had a professional, proper -- I'm sorry, what
23  would you -- how would you like me to answer?
24  Q   Brooke Lynch is the one you asked to speak on your
25  behalf with ICE, did you not?

Page 45

1       MS. LOPEZ:  Objection to form.
2   A   She chose to.
3   Q   I just want to know, are you buddies?  I didn't
4   mean to suggest or intimate another purpose.  Is she your
5   friend?
6       MS. LOPEZ:  Objection to form.
7   Q   You can still answer.
8   A   She's -- yeah.  She's my supervisor that -- yeah.
9   We were -- yes.
10  Q   The last day before you were arrested on
11  April 4th, 2018, did you work?
12      MS. LOPEZ:  Objection to form.
13  A   I don't recall.  I may have been off.  I don't
14  recall.
15  Q   Are you able to tell me the last day that you
16  worked, whatever it was, prior to your arrest in April of
17  2018?
18  A   No.
19  Q   Okay.  The other individual's name you mentioned
20  was Larry.  Larry who?
21  A   I'm going to -- I may remember.  I cannot remember
22  at this time during this proceeding.  It may come to me.  At
23  this moment I'm not remembering Larry's last name.
24  Q   Where did Brooke live, did you know?
25  A   She did live in Key West.  But I do believe she --

Page 46

1  that was after the hurricane, she had to stay there.  But I
2  believe she got another place.  And where, I'm not exactly
3  sure.
4      Q    When did you last see Ms. Lynch?
5      A    Probably a year or so ago.
6      Q    When did you last speak to Ms. Lynch?
7      A    A few months ago.
8      Q    And did she call you, or did you call her?  Or did
9  she visit you?  It could have been.  I didn't mean to
10  exclude that.
11     A    No.  We had messaged on Facebook, and I think then
12  I called her, because she was --
13     Q    You messaged her -- was that while you were
14  incarcerated?
15     A    No.
16     Q    Have you seen or spoken to Ms. Lynch since you've
17  been incarcerated since April of 2019?
18     A    No.
19     Q    She has not visited you?
20     A    No one has.
21     Q    What is your height?
22     A    5'7".
23     Q    Weight?
24     A    148.
25     Q    How, if at all, in the last two years, has either

Page 47

1  of those fluctuated?
2      A    My weight has been less.
3      Q    You weigh less now?
4      A    No.  I weigh more now.
5      Q    At the time of your arrest, what did you weigh?
6          MS. LOPEZ:  Objection to form.
7      A    138.
8      Q    So you think you've gained 10 pounds or so in the
9  last three or four months?
10     A    Apparently.
11     Q    Okay.  And at the time of your arrest in April of
12  2018, what did you weigh?  Believe it or not, there is a
13  reason why I ask it.
14     A    I'm sure there is.
15     Q    Don't be sure about anything I do, but --
16     A    I'm just going with the moment.
17     Q    Great.
18     A    At what time, again?
19     Q    When you were arrested in April of '18, not '19.
20     A    I don't remember.
21     Q    Are you married?
22     A    I am not.
23     Q    Have you ever been married?
24     A    I have not.
25     Q    Have you ever been involved in litigation other

Page 48

1  than this lawsuit?
2      A    I have not.
3      Q    Been sued, or sued somebody else?
4      A    Understood.  Have not.
5      Q    Do you have family, blood relatives, in Monroe
6  County?
7      A    I do not.
8      Q    Do you have any surviving blood relatives
9  anywhere?
10     A    Yes.
11     Q    Who?  Where?
12     A    Sister.  Not sure.
13     Q    When did you -- what's her name?
14     A    Kimberly Brown.
15     Q    And where is Ms. Kimberly Brown?
16     A    As stated, not sure.
17     Q    When did you last speak to your sister?
18     A    More years than I could remember.
19     Q    Apparently you do not have a relationship?
20     A    That is correct.
21     Q    Is she older or younger?
22     A    Older.
23     Q    Are either of your parents -- have either of your
24  parents survived?
25     A    No.

Page 49

1      Q    When did your mother die?
2      A    A few years ago.  I have not been in -- I have
3  not -- I'm distant with them, so I don't remember exactly.
4      Q    But you have reason to believe that both your mom
5  and dad are deceased?
6      A    Yes.
7      Q    But you didn't talk to them?
8      A    No.
9      Q    And to what would you attribute that?
10     A    Life.
11     Q    And when you say "life," what do you mean by
12  "life"?  That's fairly encompassing.
13     A    What specifically would you like to know what I
14  meant by that?
15     Q    What you meant by that.  What about life is it
16  that you --
17     A    Separation of --
18         MS. LOPEZ:  Objection to form.
19     Q    Separation of what?
20     A    Our lives.  I went my own path, and we just
21  separated.
22     Q    There is no cataclysmic event that you can point
23  to?
24         MS. LOPEZ:  Objection to form.
25     A    As far as?

Peter Sean Brown
July 17, 2019
50 to 53

Page 50

1    Q    That caused a separation or rift.
2    A    No.
3    Q    Okay.  I mean, if there isn't, there isn't.
4  Whatever is the circumstances, however life has somehow made
5  it difficult for you to continue a relationship with your
6  family?
7         MS. LOPEZ:  Objection to form.
8    Q    Is that accurate or not?
9    A    (The deponent nodded.)
10   Q    You have to say out loud.
11   A    Yes.
12   Q    Okay.  Prior to -- well, have you ever suffered a
13 physical injury that required a hospitalization?
14   A    Yes.
15   Q    Tell me about that.  When, where, what happened?
16   A    I was in Key West and got my eye injured, so I had
17 to go to Kendall.
18   Q    What happened to your eye?
19   A    It was -- there was -- I was getting done at work.
20 I was still working at Fogarty's.  And I passed -- it was
21 the wrong time.  There was a scuffle going on, and I was not
22 paying attention, and kind of walked in the middle of it.
23 And trying to avoid --
24   Q    There was a scuffle at the restaurant?
25   A    No.  This was on Duval Street.  It was just a

Page 51

1  bad -- like I said, it was a bad time, wrong spot.  And I
2  tried to get out of the way.  I got, like, hit in the eye
3  with something, and it damaged my eye.
4    Q    And you had to go to Kendall?
5    A    Uh-huh.
6    Q    Do you have health insurance?
7    A    I don't any longer.
8    Q    Did you have health insurance at any time?
9    A    For the time when I was at Fogarty's.
10   Q    They offered health insurance to you as an
11 employee?
12   A    Yes.
13   Q    Okay.  What was your wage at Fogarty's?  How much
14 did you make hourly?
15   A    It was minimum wage as a server, and then there
16 was tips, were the basis of salary there.
17   Q    Where did you work before Fogarty's?
18   A    I worked at Viva Saloon.
19   Q    Is that in Key West?
20   A    That's in Key West.
21   Q    Your job?
22   A    Waiter.
23   Q    How long did you work for Viva Saloon?
24   A    Approximately seven months-ish.
25   Q    Why did you leave Viva Saloon?

Page 52

1    A    They were -- the owners were new to the restaurant
2  business, and I couldn't continue to keep -- I felt that
3  they were not -- it wasn't a good match.
4    Q    You left voluntarily?
5    A    Uh-huh.
6    Q    You were not fired?
7    A    Huh-uh.
8    Q    Were you fired by Fogarty's?
9    A    Yes.
10   Q    And that was related to your arrest for the
11 violation of probation?
12   A    Yes.
13   Q    Your wage at Visa Saloon?
14   A    Fluctuated.
15   Q    Well, generally what was it?  I'm sure it
16 fluctuated some.
17   A    I don't -- a few -- anywhere from, approximation,
18 $600 a week.
19   Q    At the Island Deli, were you paid in check or
20 cash?
21   A    By check and cash.  Tips are cash.  Salary is --
22   Q    Good point.  With respect to Fogarty's, how were
23 you paid?
24   A    Same way.
25   Q    With respect to Viva Saloon, how were you paid?

Page 53

1    A    Same way.
2    Q    So you indicated you injured an eye.  Were you
3  transported, or did you transport yourself to Kendall?
4    A    I had -- I was transported.
5    Q    By whom?
6    A    Fishermen's Hospital.  I was at Fishermen's.
7    Q    Was it by, like, medical transport?
8    A    Uh-huh.
9    Q    Were you hospitalized?
10   A    Uh-huh.
11   Q    For how long?
12   A    A couple days.
13   Q    And can you tell me what the diagnosis was?
14   A    I had to have my eye closed.  It was a bad
15 laceration.
16   Q    How is your vision now?
17   A    It's okay.  I still have -- there is a tear duct
18 issue with it that I have now.
19   Q    Which you attribute to the incident where you were
20 struck?
21   A    Uh-huh.
22   Q    Or did you have it before?
23   A    No.  I didn't have it before.
24   Q    All right.  So that's one occasion where you had
25 to -- where you were hospitalized.  Any other incidents

Page 54

1   where you received an injury requiring hospitalization?
2       A    No.  As far as for staying in a hospital, no.
3       Q    I'm sorry if I did not make that clear.  Where you
4   had to visit a hospital.  And by the way, the next series of
5   questions involves where you've had a medical injury or
6   illness that required medical intervention, going to see a
7   doctor.  So we're going to get there eventually.
8       A    Yes.  I had to go to -- I had to take -- I was
9   going to the Key West hospital when -- actually when this
10  alleged first -- which led to my -- the incident in Key West
11  which led to my charge of the resisting arrest with
12  violence.  I had to be taken to the Key West hospital to
13  have stitches.
14      Q    After the incident?
15      A    Uh-huh.
16      Q    We're going to get there.  So that's another
17  occasion where you were medically treated for some kind of
18  injury?
19      A    Yeah.
20      Q    Can you describe the injury for me?
21      A    I had a cut on my chin, and it was bleeding.
22      Q    How did the cut occur?
23      A    The policeman --
24           MS. LOPEZ:  I'm advising my client to invoke his
25   Fifth Amendment right.

Page 55

1           MR. JOLLY:  "How did the cut occur?"  He's already
2   pled to it.
3           MS. LOPEZ:  This relates to an incident that is
4   still ongoing.  My client has still not been sentenced.
5   This is an open matter in the court.  And you're asking
6   him details about the actual incident that he has not
7   been sentenced for.
8           MR. JOLLY:  Okay.  I would like to flush this out.
9   And then when the Court hears your explanation for the
10  objection, it will be on the record.  Are you
11  suggesting that the underlying offense to which he pled
12  and admitted and has been adjudicated now provides an
13  opportunity for him to claim Fifth Amendment to discuss
14  what occurred?
15          MS. LOPEZ:  That is correct.  He has not been
16  sentenced for that charge yet.
17          MR. JOLLY:  Respectfully, yes, he has.  But I
18  understand what you think happened.
19      Q    I guess you're not going to answer that question?
20      A    Correct.
21      Q    Okay.  I will not ask you, then, how you got the
22  injury.  But I am going to ask you to describe the injury.
23          MS. LOPEZ:  I'm advising my client to invoke his
24  Fifth Amendment privilege.
25          MR. JOLLY:  Based on what?

Page 56

1           MS. LOPEZ:  I'm instructing my client to invoke
2    his Fifth Amendment right.
3       Q    I want you to describe the injury.  I'm not even
4    asking you how it occurred.  I just want you to describe the
5    injury.
6           MS. LOPEZ:  I'm instructing my client to invoke
7    his Fifth Amendment right.
8       A    I choose to invoke my Fifth Amendment right.
9       Q    Okay.  What treatment was rendered?
10          MS. LOPEZ:  I'm instructing my client to invoke
11   his Fifth Amendment right.
12          MR. JOLLY:  Viviana, that's not a Fifth Amendment
13   privilege.
14          MS. LOPEZ:  I'm instructing my client not to
15   respond, and invoke his Fifth Amendment right.
16      Q    Who treated you?
17      A    Isn't this all part of the same?
18          MS. LOPEZ:  You can answer that question.
19          MR. JOLLY:  I don't think he has answered it.  I
20   haven't asked it.  How could he have answered it?
21      Q    Who was the treater for the injury to your chin?
22      A    Key West Medical Center.
23      Q    Over here on Stock Island?
24      A    Uh-huh.
25      Q    Okay.  Do you recall the name of the doctor?

Page 57

1       A    I do not.
2       Q    Do you suffer any malady, continuing malady
3    related to that cut?
4       A    I do not.
5       Q    So if I asked you about the circumstances of your
6    arrest back in -- I guess it was December of 2017, you're
7    not going to answer any question about that?
8       A    That is correct.
9       Q    All right.  It is your contention that that matter
10   is -- is it your contention that that is the matter for
11   which you are now or currently detained at the Monroe County
12   Jail?
13      A    It is the stem of such, yes.
14      Q    Why are you in jail right now?
15          MS. LOPEZ:  I'm instructing my client to invoke
16   his Fifth Amendment privilege.
17      Q    What are the charges for which you are currently
18   detained?
19          MS. LOPEZ:  You can answer that.
20      A    Probation violation.
21      Q    What is the violation of probation that you have
22   allegedly -- that has been made against you?  What are you
23   alleged to have done?
24      A    A -- I failed a urinalysis.
25      Q    That's on -- that's your understanding of why you

Page 58

1  are here currently, why you are in jail currently is because
2  you failed a urinalysis?
3      A    That is correct.
4      Q    Okay.  On the violation of probation the time
5  before, what was the allegation of condition -- of
6  violation?
7      A    The same.
8      Q    Any other conditions that you were alleged to have
9  violated?
10     A    No.
11     Q    For example, maybe failing to pay the costs of
12  supervision?
13     A    Well, that's -- that wasn't the -- that wasn't the
14  reasoning for the violation, because I have until the end of
15  my probation to cover that financially.
16     Q    Have you paid any costs of supervision to this
17  point?
18          MS. LOPEZ:  I'm advising my client to invoke his
19     Fifth Amendment privilege.
20     A    I choose to invoke my Fifth Amendment privilege.
21     Q    Okay.  Any other medical treatment rendered to you
22  other than what you've described to this point?
23     A    As far as for --
24     Q    Anything.  If you had, like, an illness that
25  required medical intervention.  If you had another injury

Page 59

1  that required -- I don't want to limit it.  I just want to
2  know if you've had to be treated before.
3      A    Do you consider optometry care?
4      Q    Was it as a result of an injury?
5      A    No.
6      Q    Then I don't really care.  Where you've gone to --
7  you haven't had to see a doctor other than an optometrist
8  and other than the two incidents that you've described in
9  the last five years?
10     A    No.
11     Q    Would you generally describe yourself as healthy?
12     A    Yes.
13     Q    Okay.  When did you move to the Keys, Key West, or
14  the Keys?
15     A    Full-time?
16     Q    Sure.
17     A    You look perplexed at that.
18     Q    Don't go by how I look.  I'm always perplexed.
19     A    Because I lived -- I came here seasonally for a
20  few years, and then I moved.
21     Q    Then I will start with full-time.  When did you
22  come to the Keys full-time?
23     A    Five years -- for approximately five years.  Five
24  to six years.
25     Q    That takes us back to 2014 or so?

Page 60

1      A    Correct.
2      Q    And what motivated the move to Key West, or to the
3  Keys?
4      A    I was spending more time down -- I had been
5  spending more time down here.  I was working at Mangrove
6  Mama's.  And I found myself spending more time down here,
7  and decided to move here.
8      Q    All right.  Where were you living at the time?
9      A    In Big Pine as well, just not the same.
10     Q    Well, other than -- since you said you weren't --
11  when you moved here full-time, you were coming here back and
12  forth.  Where else were you living prior to moving to the
13  Keys?
14     A    New Jersey.
15     Q    All right.  What part of New Jersey?
16     A    Cape May, New Jersey.
17     Q    Were you employed up there?
18     A    Yes.
19     Q    So you tell me if I'm wrong.  Am I to understand
20  that the reason you came to the Keys full-time five years
21  ago or so was because you were already spending more time
22  here?
23     A    Yes.
24     Q    Before you came here full-time, how much time
25  would you be spending in the Keys?

Page 61

1      A    The winter season fluctuated from late December to
2  April, approximately, you know.  It fluctuated, as I said.
3      Q    And so you were here for the winter, and then you
4  went back to Jersey for the summer?
5      A    That would be correct.
6      Q    And is Cape May where you resided full-time prior
7  to moving here?
8      A    Yes.
9      Q    Did you work in the Cape May area?
10     A    Yes.
11     Q    What did you do?
12     A    Waiter, bartended, maitre d'd.
13     Q    Paid hourly plus tips?
14     A    Correct.
15     Q    What is your educational level?
16     A    I did a high school diploma, and a few years of
17  college.
18     Q    Where did you go to high school?
19     A    In Mays Landing, New Jersey.
20     Q    Is that near a big city?
21     A    It's in close proximity to Atlantic City.
22     Q    And you were living with your folks at the time?
23     A    Yes.
24     Q    And did you graduate from high school?
25     A    I got my GED later, because I left home.

Page 62

```
1    Q    When did you leave home?
2    A    Mid-'80s.
3    Q    So you would have been less than 18?
4    A    Yes.
5    Q    And why did you leave home at that time?
6    A    I had -- I was just -- wanted to go -- get away
7  from my mother.
8    Q    Oh, I get that.  And so where did you go when you
9  left in the mid-'80s?
10   A    I went at one point -- summer, I went to Wildwood,
11 New Jersey, which is near Cape May.  And that was during the
12 summer, because it was about the time that school was over.
13 So I went and got a summer job, and then I just kind of
14 bounced around after that.
15   Q    When did you get your GED?
16   A    Like '85, '86.
17   Q    How did you get your GED?  Tell me about what
18 occurred.
19   A    I was in -- I ended up entering into Job Corps,
20 and I got it through there.
21   Q    When was that?
22   A    '85.
23   Q    Why did you enroll in Job Corps?
24   A    I wanted to get my GED.
25   Q    Okay.  That's how that works?  You enroll in Job
```

Page 63

```
1  Corps, and you get your GED?
2    A    You get a trade certificate, and get -- and finish
3  your education.
4    Q    Do you maintain any professional licenses?
5    A    No.
6    Q    Have you ever had a professional license?  Teach,
7  Realtor, practice law?
8    A    No.
9    Q    What trade did you learn in Job Corps?
10   A    Medical ward clerk.
11   Q    Have you ever worked as a medical ward clerk?
12   A    Actually, no.
13   Q    Have you ever worked in law enforcement?
14   A    No.
15   Q    Any other medical treatment that I did not cover
16 with you that you have received?  No operations?
17   A    Spanning how long of a period of time?
18   Q    Let me go back to when you were like a young man,
19 I will say your 20s.  Not that you're not young now but, you
20 know, you're not as young.  But 20s.
21   A    No.
22   Q    Before April of 2018 -- no, I don't want to do
23 that.  Before December of 2017, had you ever been arrested?
24   A    Yes.
25   Q    When?  Where?  For what?
```

Page 64

```
1    A    I don't recall the exact for right now.
2    Q    I don't want exact.  I just want you to tell me
3  what you remember.
4    A    I was -- it was during a time I was -- I don't
5  remember the year, but I was in -- working in Miami Beach
6  when I had a possession charge.
7    Q    Possession of what?
8    A    Marijuana.
9    Q    You were living in Miami Beach at some point in
10 time?
11   A    Yes.
12   Q    When was that, sir?
13   A    About '99, 2000.  Between there and like 2000,
14 2001.
15   Q    When you were arrested in Miami Beach for
16 possession of marijuana?
17   A    Uh-huh.
18   Q    How was that resolved?  What happened?
19   A    I had to do 30 days.
20   Q    And where did you do the 30 days?
21   A    In Miami-Dade.
22   Q    Do you know which facility?
23   A    Huh-uh.
24   Q    Do you know whether you were adjudicated, found
25 guilty, convicted?
```

Page 65

```
1    A    I recall -- I believe that's why I had to do the
2  30 days.
3    Q    Could be.  I don't know.
4    A    I would assume that's what that was.
5    Q    So you had 30 days back in '99 or 2000.  Any other
6  arrests prior to December of '17?
7    A    Well, does like having to spend a night in the
8  drunk tank count for arrests?  I don't know.
9    Q    It could.
10   A    Well, how specific are you asking me?
11   Q    I'm asking that specific.  So any time you've been
12 incarcerated, I want to know.  And then I will explore.
13   A    Yes.  I don't remember the time, but I've had to
14 spend the night in the drunk tank at some point.  I don't
15 remember when.
16   Q    How about where?
17   A    It was probably in Miami.  I don't remember.  I
18 mean, I know I had to do -- I had to do a night or two in
19 the drunk tank here.
20   Q    In Monroe?
21   A    Uh-huh.
22   Q    When was that?
23   A    I don't remember.  I really don't remember.
24   Q    Was it while you were a full-time resident, which
25 would be the last five years?
```

Page 66

1    A    No.

2    Q    Or sometime before?

3    A    Before.

4    Q    So you think you've been arrested and spent one
5  night or so in the drunk tank, at least two times in Monroe
6  County?

7    A    Yeah.  But I don't know if they arrest you when
8  they do that.  I feel like it was just, you spend -- they
9  detain you, and then you have to just blow in a
10  Breathalyzer.  And then they tell you, "Don't do that
11  again."

12    Q    Okay.  And any other -- but did that also happen
13  in Dade County where it was a drunk tank incarceration?

14    A    I think it was just here, and I'm just getting it
15  jumbled.  No.  That was the only thing in Dade County was
16  dealing with that.

17    Q    All right.  Any other arrests in any other
18  locations?

19         (Interrupted by knock on the door.)

20         MR. JOLLY:  This is as good a breaking point as
21  any, so let's go.  Enjoy your lunch.

22         (A lunch recess was taken from 11:11 a.m. to
23  1:26 p.m.)

24    Q    Mr. Brown, during the lunch hour, was there
25  anything that you reviewed in your -- in the jail to further

Page 67

1  prepare you for this deposition?

2    A    No.

3    Q    Is there anything else that you did to prepare you
4  for the continuation of this deposition?

5    A    I had a moment to just breathe.

6    Q    Okay.  Are you having -- are you -- have you ever
7  received any treatment for substance abuse?

8    A    No.

9    Q    Do you consider yourself a substance abuser?

10         MS. LOPEZ:  I'm advising my client to not respond
11  to that question and invoke his Fifth Amendment right.

12    Q    Are you doing that?

13    A    I choose to.

14    Q    Do you have -- do you use alcohol?

15         MS. LOPEZ:  I'm instructing my client to not
16  respond to that question and invoke his Fifth Amendment
17  right.

18    Q    On the date that you were arrested in connection
19  with the violation of probation, were you under the
20  influence of alcohol?

21         MS. LOPEZ:  I'm advising my client not to respond
22  to that question and invoke his Fifth Amendment right.

23    Q    You have to invoke it yourself.

24    A    I choose to invoke.

25    Q    Well, on the date that you were arrested, were you

Page 68

1  impaired by any illicit drug?

2    A    I choose to invoke my Fifth Amendment right.

3    Q    Have you ever received treatment for drug abuse?

4    A    No.

5    Q    Do you consider yourself a drug abuser?

6         MS. LOPEZ:  I'm advising my client to invoke his
7  Fifth Amendment right and not answer that question.

8    Q    I may have asked this, and I apologize.  Do you
9  consider yourself an alcohol abuser?

10         MS. LOPEZ:  I'm advising my client not to respond
11  and invoke his Fifth Amendment right.

12    A    I choose to invoke my Fifth Amendment right.

13    Q    Do you drink alcohol?

14    A    I advise my client not to respond and
15  invoke his Fifth Amendment right.

16    A    I choose to invoke my Fifth Amendment right.

17    Q    When you drink alcohol, what is it that you drink?

18         MS. LOPEZ:  I advise my client not to respond to
19  that question and invoke his Fifth Amendment right.
20  And anything else along this line of questioning is
21  going to receive the same response.

22         MR. JOLLY:  I have to do this, though.

23    Q    You have to invoke it.

24    A    I choose to invoke my Fifth Amendment right.

25    Q    When you use the illegal drug, what is the illegal

Page 69

1  drug that you use?

2         MS. LOPEZ:  I advise my client to invoke his Fifth
3  Amendment right.

4    A    I choose to invoke my Fifth Amendment right.

5    Q    Obviously, at least hopefully since you've been in
6  jail, you have not used alcohol to excess?

7         MS. LOPEZ:  I advise my client to invoke his Fifth
8  Amendment right, and I object to form.

9         MR. JOLLY:  Let me correct the form.  What do you
10  think is the problem with the form?

11         MS. LOPEZ:  The question was posed in a confusing
12  manner.

13    Q    Did you understand the question?

14    A    The beginning part.  The latter twist at the end
15  sort of was perplexing.

16         MS. LOPEZ:  Your question assumes facts not in
17  evidence.

18         MR. JOLLY:  So what?  That's what we do.

19         MS. LOPEZ:  That's my objection.

20         MR. JOLLY:  And the answer would be, "No, I
21  didn't," if he were going to answer.

22         MS. LOPEZ:  I advise you not to answer and invoke
23  your Fifth Amendment right.

24    A    Do I owe you one?

25    Q    Yes, you owe me an invocation.

Page 70

1    A    I choose to invoke my Fifth Amendment right.
2    Q    Since you've been jailed -- and again, I have that
3    as being from April 17, '19, to today's date, which is
4    roughly 91 days.  Have you used any illegal drugs while in
5    jail?
6         MS. LOPEZ:  I advise my client not to answer and
7         invoke his Fifth Amendment privilege.
8    A    I choose to invoke my Fifth Amendment right.
9    Q    In the complaint somewhere, you allege that you've
10   had some issue with immigration before your arrest in April
11   of 2018.
12        MS. LOPEZ:  Objection to form.
13   Q    Go ahead.
14   A    Can you --
15   Q    Can I what?
16   A    Repeat the question.
17   Q    Sure.
18        MR. JOLLY:  Madam Reporter?
19        MS. LOPEZ:  Let the record reflect that the tone
20        that Counsel used was kind of hostile.
21        MR. JOLLY:  Respectfully, the record should not
22        reflect that, since it's not hostile.  Go ahead, Madam
23        Reporter.  Sorry.
24        (The question on line 9 was read back.)
25   Q    Did you understand that?

Page 71

1         MS. LOPEZ:  Objection to form.  There is no
2         question posed there.  It's a statement.
3         MR. JOLLY:  Madam Reporter, I'm sorry, would you
4         read that again?
5         (The question on page 65, line 9 was read back
6         again.)
7         MR. JOLLY:  I don't think there was a question
8         there.
9    Q    Did you have a problem with immigration prior to
10   April of 2018?
11   A    Did I have a problem, or did immigration have a
12   problem?
13   Q    Was there a problem as between the two of you?
14        MS. LOPEZ:  Objection to form.
15   A    Yes.
16   Q    Tell me about that.  What happened?  When did it
17   happen?  How did it happen?  How was it resolved?
18        MS. LOPEZ:  Objection to form.  That was five
19        questions.
20        MR. JOLLY:  No, it was only four.
21   Q    But I want you to answer it in the fashion that
22   you can.
23        MS. LOPEZ:  Objection to form.  If you don't
24        understand what he's asking, you can ask him to
25        rephrase.

Page 72

1    A    Rephrase.
2    Q    Okay.
3    A    Please.
4    Q    I know that when I tell my clients, "Do you
5    understand it?"  They usually look at me and go, "No."  So
6    apparently you've done the right thing.  Here is the
7    question.  At some point in time, before April of 2018, you
8    allege that you -- in the complaint that you had had some
9    problem with immigration before.  Can you tell me about
10   that?
11   A    Yes.
12   Q    Tell me about that.
13   A    There was a -- whatever they call these errors
14   from the INS department.  At that time it was INS within New
15   Jersey stating that there was an INS hold, or whatever it
16   was called at that time, from -- on me.  And it was pretty
17   much -- it was just figured out that I was indeed a U.S.
18   citizen, and that an error was made, and they took me back
19   home.
20   Q    Were you picked up?
21   A    Uh-huh.
22   Q    By whom?
23   A    The -- it was a policeman from --
24   Q    From what agency?
25   A    New Jersey.  It was like the Atlantic City.

Page 73

1    Q    Can you tell me when that happened?
2    A    Honestly, no.  It was quite some time ago.
3    Q    And by "quite some time ago," more than ten years?
4    A    Yes.
5    Q    Now, when you were picked up by you think Atlantic
6    City, was it -- did Atlantic -- were you arrested on some
7    other charges?
8    A    I was in the car with someone, and there was an
9    arrest made.  And then I got questioned during that.  And
10   that's when this came up.
11   Q    By whom were you questioned?
12   A    The police officers, as far as for taking names
13   and information, and then this came up.
14   Q    Were you taken into custody at that time?
15   A    Yes.
16   Q    For -- and how long were you in custody at that
17   time?
18   A    Until -- a few hours, until they transported me to
19   Marlton, New Jersey.
20   Q    And what went on at Marlton, New Jersey?
21   A    Marlton (pronunciation).
22   Q    I don't know.  I don't go to Jersey.  So how long
23   were you in custody?
24   A    It transpired during the course of a day.
25   Q    And where were you transported to?  I know you

Peter Sean Brown
July 17, 2019                                                                    74 to 77

Page 74

1   gave me the time, but what office?

2        A    INS.

3        Q    And you were detained by INS?

4        A    Yes.

5        Q    I assume you don't remember the names of any

6   individuals with whom you spoke?

7        A    Oh, absolutely not.

8        Q    And what was the allegation that caused you to be

9   detained?

10       A    Within INS?

11       Q    Sure.

12       A    That I was being mistaken for an illegal alien.

13       Q    Do you know how that mistake was made?

14       A    Actually, no.

15       Q    How was it resolved?

16       A    Through checking my records, they discovered their

17  error, finally, and then brought me back home.

18       Q    And do you recall what you were -- what

19  citizenship you were -- was attributed to you?  Boy, I made

20  that hard.

21       A    For you or me?

22       Q    For me.  Probably you, too.

23       A    I mean, can you explain?

24       Q    Yeah.  What was the citizenship that they said you

25  were?

Page 75

1        A    Jamaican.

2        Q    And do you know how it came to pass that they

3   discovered that -- that it was discovered that you were not

4   Jamaican?

5            MS. LOPEZ:  Objection to form.

6        A    But I'm not Jamaican.

7        Q    I understand.  How did they figure that out?

8            MS. LOPEZ:  Objection to form.

9        Q    How did INS figure it out?

10       A    They tracked down and got my paperwork.

11       Q    What paperwork?

12       A    I believe at the time a copy of my birth

13  certificate.

14       Q    Okay.  And from -- what was the source of the copy

15  of your birth certificate?

16           MS. LOPEZ:  Objection to form.

17       Q    Did they get it from you?  Did they get it from

18  your mom, your sister?

19           MS. LOPEZ:  Objection to form.

20       Q    I need you to tell me.

21           MS. LOPEZ:  Objection to form.

22       A    It was sent to them via -- I don't -- through a

23  friend, because we had to get it -- because I had them call

24  the vital records in Pennsylvania.

25       Q    And how long did that process take?

Page 76

1        A    Over the course of the day.

2        Q    It was done in one day?

3        A    Yeah.

4        Q    Less than one 24-hour period?

5        A    Yeah.

6        Q    Although you cannot tell me when that occurred,

7   did any other interactions with ICE occur from that period

8   until you were arrested on the violation of probation

9   warrant in April of 2018?

10       A    No.

11       Q    Okay.  Now, you were arrested in April of '18.

12  Why were you arrested?

13           MS. LOPEZ:  I'm advising my client to invoke his

14      Fifth Amendment right and not answer that question.

15       Q    Do you understand that -- invoke it.  My fault.

16       A    That's quite all right.  We're learning.

17       Q    Me, too.

18       A    I choose to invoke my Fifth Amendment right.

19       Q    All right.  And do you understand that the -- that

20  that event, that arrest, is related to the underlying

21  charges for which you are being detained today?

22           MS. LOPEZ:  Objection to form.

23       A    Could you state that one more time?  I'm sorry.

24           MR. JOLLY:  Madam Reporter?

25           (The last question was read back.)

Page 77

1            MS. LOPEZ:  Objection to form.

2        A    Yes.

3        Q    You get that?

4        A    Yes.

5        Q    Here is my understanding.  You get arrested in

6   April -- just let me walk through the chronology, and you're

7   going to tell me if I'm wrong.

8        A    Okay.

9        Q    You get arrested in April of '18 on a violation of

10  probation.  You've subsequently been arrested on violations

11  of probation, which are different, but related to the same

12  underlying case?

13       A    Yes, sir.

14       Q    Okay.  Tell me why --

15       A    Thank you.

16       Q    I'm sorry?

17       A    Thank you.

18       Q    Oh, you're welcome.

19       A    For the clarification.

20       Q    You're welcome.  So why were you arrested in April

21  of '18?

22           MS. LOPEZ:  I'm instructing my client to invoke

23      his Fifth Amendment right and not answer that question.

24       A    I choose to invoke my Fifth Amendment right and

25  not answer.

Page 78

1      Q    Where were you arrested relating to your detention
2  in April of '18?
3           MS. LOPEZ:  I advise my client to invoke his Fifth
4      Amendment right and not answer that question.
5      A    I choose to invoke my Fifth Amendment right,
6  please.
7      Q    Who arrested you on that occasion?
8      A    Key West Police Department.
9      Q    Actually, that's not right.  But on the violation
10 of probation, you were arrested by Key West?
11     A    No.  That would be the office of probation.
12     Q    Where were you arrested?
13          MS. LOPEZ:  I am advising my client to invoke his
14     Fifth Amendment right and not answer that question.
15     Q    Were you arrested at the probation office?
16     A    I choose to invoke my Fifth Amendment right.
17     Q    I'm sorry, I keep jumping the gun.
18     A    That's okay.
19          MS. LOPEZ:  I would like the record to reflect
20     that Counsel is expressing displeasure every time my
21     client invokes his Fifth Amendment right.
22          MR. JOLLY:  You know, I wish you read that right,
23     because I am not expressing displeasure.  And you'll --
24     well, I'm not expressing displeasure.  And that is an
25     unfair and certainly inaccurate comment.

Page 79

1      Q    How long were you in jail on the -- resulting from
2  the arrest of April of 2018?
3      A    In total?
4      Q    Sure.  We'll start with that.  Well, I don't know
5  what you meant by total.  I have reason to believe you were
6  in jail on the arrest of April of 2018 for roughly 22 or 23
7  days.  I think you were arrested on the 4th and released on
8  the 27th.
9           MS. LOPEZ:  Objection to form.
10     Q    Is that your memory?
11     A    Yes.
12     Q    All right.
13          MS. LOPEZ:  Objection to form.
14     Q    Do you recall the charges for which you were
15     arrested?
16     A    For that, violation of probation.
17     Q    I know.  What did you violate?  What were the
18 conditions that you violated?
19          MS. LOPEZ:  I'm advising my client not to answer
20     that question and invoke his Fifth Amendment right.
21     A    I choose to invoke my Fifth Amendment right.  Oh,
22 boy.
23     Q    What defense, if any, did you interpose to those
24 violation of probation violations?
25          MS. LOPEZ:  I advise my client to invoke his Fifth

Page 80

1  Amendment right and not answer that question.
2      A    I choose to invoke my Fifth Amendment right.
3      Q    Now, you understand that that incarceration is
4  what is at issue in this case?  You get that?
5      A    Yes.
6      Q    How were those charges resolved?
7           MS. LOPEZ:  I'm advising my client to invoke his
8      Fifth Amendment right and not answer that question.
9      A    I choose to invoke my Fifth Amendment.
10     Q    Since your release in April, I think it was
11 April 27th, 2018, have you subsequently been arrested?
12 You've been arrested since?
13     A    Thank you.  Yes.
14     Q    When?  Where?  For what?
15          MS. LOPEZ:  Objection to form.  That's three
16     questions.
17          MR. JOLLY:  Well, those are the three I'm going to
18     ask.  I like to do it shorter because it makes for a
19     shorter record, but not a less clear record.
20     Q    Do you understand the question as I asked it?
21 When were you arrested?  Where were you arrested?  For what
22 were you arrested?
23          MS. LOPEZ:  Objection to form.
24     A    Yes, I understand the questions.
25     Q    When were you arrested?

Page 81

1      A    As for the dates, I don't remember exactly.
2      Q    Where were you arrested?
3           MS. LOPEZ:  I'm advising my client to invoke his
4      Fifth Amendment right and not respond to that question.
5      A    I choose to invoke my Fifth Amendment right.
6      Q    And you understand that those arrests are related
7  to the reason that we are here today?
8           MS. LOPEZ:  Objection to form.
9      Q    Do you understand that?
10     A    Yes.
11     Q    Okay.  And for what were you arrested?  What are
12 the dates that you were arrested since April of 2018?
13     A    What were the --
14     Q    Yes, sir.
15     A    I don't have them on the top of my head.
16     Q    What were the charges for -- how many times were
17 you arrested since April of 2018?
18          MS. LOPEZ:  Objection to form.
19          MR. JOLLY:  "How many times were you arrested?"
20          MS. LOPEZ:  You asked two questions.
21          MR. JOLLY:  Did I ask two questions?  You can say
22     I did if I did.
23          MR. ANDREW JOLLY:  I think you did.
24          Q    Okay.  For how many times were you arrested?
25     A    I believe it was three.  They were for the -- each

Page 82

1  were for the violation of probation.
2      Q    But you can't tell me the dates?
3      A    Not off the top of my head, no.
4      Q    Can you tell me where you were arrested on any one
5  or more of those occasions?
6          MS. LOPEZ:  I'm advising my client not to respond
7  to that question and invoke his Fifth Amendment right.
8      A    I choose to invoke my Fifth Amendment right.
9      Q    Just say "Fifth Amendment."  It will make a
10 shorter record.
11     A    Thank you.
12     Q    That's all right.  And do you know why you were
13 arrested on those three occasions since April of 2018?
14         MS. LOPEZ:  I advise my client --
15     A    Fifth Amendment.
16     Q    Good job.  Were those charges, whatever they were,
17 resolved?  And if so, how?
18         MS. LOPEZ:  I advise --
19     A    Fifth Amendment.
20     Q    How long have you been -- were you incarcerated on
21 each of the three subsequent arrests?
22     A    Varied.  Various.  Could you be more specific as
23 to which one?
24     Q    Sure, although you won't tell me which ones they
25 were.  When you were arrested in July of 2018, how long were

Page 83

1  you detained on the violation of probation warrant?
2      A    Two months.  Two to three months.  I'm --
3      Q    What if I said 75 days?  Would that be accurate?
4      A    What would that equate to in months?
5          MS. LOPEZ:  Object to form.
6      Q    October 3.
7          MS. LOPEZ:  Object to form.
8      A    Yes, but what would that equate to in months?
9      Q    That's like two-and-a-half months.
10     A    That's kind of what I thought.  Yeah, that's where
11 I was going.
12     Q    You don't dispute that you were incarcerated for
13 75 days on the arrest related to the violation of probation
14 in July of 2018?
15         MS. LOPEZ:  Objection to form.
16     A    No.
17     Q    Okay.  Do you recall being arrested in January,
18 January 4th, 2019, for a violation of probation?
19     A    Yes.
20     Q    Do you recall how long you were in jail on that
21 arrest?
22     A    A day or so.
23     Q    And how was your release secured?
24         MS. LOPEZ:  I advise my client not to respond to
25 that question and invoke his Fifth Amendment right.

Page 84

1      A    Fifth Amendment.
2      Q    Do you know when the next arrest was?  How about
3  if I said February 20, 2019?
4          MS. LOPEZ:  Objection to form.
5      A    Can you repeat the date?
6      Q    February 20th.  I've got you being released on
7  March 1st.  Does that sound right?
8          MS. LOPEZ:  Objection to form.
9      Q    Does that sound wrong?
10     A    I wouldn't -- I'm going to go "yes."
11     Q    Okay.  And for each one of these arrests, up to
12 and through March -- I'm sorry, April of 2019, if I ask you
13 what you were arrested for, you're not going to answer that
14 question?
15         MS. LOPEZ:  I advise my client not to answer that
16 question and invoke his Fifth Amendment right.
17     A    Fifth.
18     Q    That was Fifth Amendment?
19     A    Yes.
20     Q    Good job.
21     A    Okay.
22     Q    Can you tell me what you were arrested for on any
23 one of those four occasions since April of 2018?
24     A    Fifth Amendment.
25     Q    If I were to tell you the total number of days to

Page 85

1  this point for those four arrests all relating to the same
2  violation of probation as --
3          MS. LOPEZ:  Alleged violation of probation.
4          MR. JOLLY:  Well, three of them he pled to.  But
5  the current one is pending.
6      Q    On the violations of probation, do you understand
7  you've already done 176 days?
8          MS. LOPEZ:  Objection to form.
9      Q    Did you know that?
10         MS. LOPEZ:  Objection to form.
11     A    No, I did not.
12     Q    Do you dispute it?
13         MS. LOPEZ:  Objection to form.
14     A    But -- no.  You have it in writing.
15     Q    Well, don't go by that.  I'm trying to find out if
16 you have reason to believe that that number is inaccurate.
17     A    I'm going to say that that's probably accurate.
18     Q    You think it's accurate?
19     A    Uh-huh.
20     Q    Fair enough.  When you are arrested on a violation
21 of probation, do you understand that the -- that you are not
22 allowed the opportunity to bond out?
23         MS. LOPEZ:  Objection to form.  Alleged violation.
24 And I'm instructing my client not to respond and invoke
25 his Fifth Amendment privilege.

Peter Sean Brown
July 17, 2019                                              86 to 89

Page 86

1    Q    When you are arrested --
2    A    Fifth.
3    Q    Okay.  As we sit here today, do you have an
4  expectation as to when your release is going to be secured?
5         MS. LOPEZ:  I advise my client not to respond to
6    that and invoke his Fifth Amendment privilege.
7    A    Fifth.
8    Q    Do you have an expectation today as to when it is
9  that you're going to get out?
10        MS. LOPEZ:  I --
11   A    Fifth.
12   Q    As to the three violations of -- and it might be
13  four violations of probation occurring for which you were
14  incarcerated in July of '18, January of '19, and February
15  of '19, did you plead -- did you admit those violations?
16        MS. LOPEZ:  Objection to form, and I'm advising my
17   client not to answer that question and invoke his Fifth
18   Amendment right.
19   A    Fifth Amendment, please.
20        MR. JOLLY:  And so that I'm clear, I guess it is
21   your opinion that that tends to incriminate himself if
22   he were to admit to having violated the conditions of
23   probation at a day in the past?
24        MS. LOPEZ:  We both understand what the Fifth
25   Amendment is supposed to do.

Page 87

1         MR. JOLLY:  Don't assume I understand everything.
2         MS. LOPEZ:  Okay.  Well, the Fifth Amendment is
3    supposed to protect you from incriminating yourself.
4    So yes, when we're invoking it, we're protecting -- he
5    is protecting himself.  He is doing what he is supposed
6    to do.
7         MR. JOLLY:  I do get that.  But you apparently
8    perceive that the admission of a previous violation of
9    probation somehow today, after the fact when he has
10   already admitted it, tends to incriminate him?
11        MS. LOPEZ:  His case for the charge is still
12   pending.  He has not been sentenced.  So everything
13   related to that, he will be pleading the Fifth to.
14   Q    If I ask you about the circumstances of your
15  arrest in April of '18 which led to your incarceration for
16  the period of April 4th through April 27th, you will not
17  answer that question?
18        MS. LOPEZ:  I advise him --
19   A    Fifth Amendment, please.
20   Q    If I ask you about the circumstances of the
21  arrest, who arrested you, where you were arrested, will you
22  take the Fifth?
23        MS. LOPEZ:  I advise my client, he can respond to
24   who arrested him.  But I will advise him not to answer
25   where.

Page 88

1         MR. JOLLY:  Fair enough.
2    Q    Who arrested you?
3    A    Probation department.  And Fifth Amendment after
4    that.
5    Q    Have you ever been arrested by a Deputy Donovan, a
6  female in Big Pine?
7    A    Yes.
8    Q    Tell me about that.
9         MS. LOPEZ:  I'm advising my client not to respond
10   to this question.
11   Q    Where were you arrested on Big Pine?
12        MS. LOPEZ:  I'm advising my client not to answer
13   this question and invoke his Fifth Amendment privilege.
14   A    Fifth Amendment, please.
15   Q    When on Big Pine were you arrested by the female
16  deputy?
17        MS. LOPEZ:  You can answer that.
18   A    In April.
19   Q    What were you arrested for?
20   A    Fifth Amendment, please.
21   Q    Have you reviewed the video of that arrest?
22   A    No.
23   Q    Oh, okay.  In the 176 days that you have been
24  detained since your release to ICE on April 27, 2018, have
25  you had any physical altercations with other inmates?

Page 89

1         MS. LOPEZ:  I'm advising my client to invoke his
2    Fifth Amendment privilege and not respond to that
3    question.
4    A    Fifth Amendment.
5    Q    Have you had any physical altercations with any
6  detention staff in that same period, the four -- the 176
7  days for which you've been incarcerated since your release
8  on April 27, 2018?
9         MS. LOPEZ:  I advise my client to invoke his Fifth
10   Amendment right and not answer that question.
11   A    Fifth Amendment, please.
12   Q    What experiences, if any, have you had in that
13  same period which caused you injury?
14        MS. LOPEZ:  Objection to form.  Are you referring
15   to physical injury?
16        MR. JOLLY:  Could be, but I don't want to limit it
17   to that.
18        MS. LOPEZ:  To the extent that you can answer that
19   without it affecting your Fifth Amendment right, you
20   can answer.  It's a very broad question.
21   A    Yeah.
22   Q    You think that's broad?
23   A    Well, do you mean physical?
24   Q    It could be.
25   A    Do you mean emotional?

Page 90

1    Q    It could be.

2    A    And from what period again?

3    Q    The 176 days that you have been in custody.  And

4    that would include 7-13-18 to 10-3-18, 1-4-19 to 1-4-19,

5    2-20-19 to 3-1-19, and April 17 until today.  Have you had

6    any incident that caused you -- been engaged in any incident

7    that caused you physical harm?

8         MS. LOPEZ:  I advise my client to invoke his Fifth

9    Amendment right.

10   A    I invoke my Fifth Amendment right, please.

11   Q    And any other kind of injury, other than a

12   physical injury, has anything caused you, other than

13   physical injury, for that same period as just described?

14   A    Emotional?

15   Q    Sure.  Could be.

16   A    Well, emotionally, yes.  Often.

17   Q    Okay.  What incidents have occurred in that period

18   that have caused you emotional injury?

19   A    From the 18th -- I mean, from last May -- I mean,

20   last April.

21   Q    Well, it would be when you were arrested.  The

22   period that I described was, it would be -- the beginning

23   period was July of '18.  The four incarcerations since July

24   of '18.  I'm excluding the April, but I will get there.

25   A    I'm sure.

Page 91

1    Q    Don't be sure about anything I do.

2         MS. LOPEZ:  Objection to form.

3    Q    What can I tell you?  Tell me about emotional

4    injury events for the four incarcerations since.

5         MS. LOPEZ:  Objection to form.

6    A    But emotionally, it reopens this whole -- this

7    situation which is leading us to sitting here today.  That,

8    coupled with the fact of it's not, for anyone within these

9    walls -- and some maybe do enjoy it.  I can't speak for all.

10   Myself, I don't find any part of this to be healthy or --

11   you know, it's a bad emotional experience.

12   Q    Being in jail?

13   A    Yeah.

14   Q    I'm talking about events, though.  Was there like

15   some event that has triggered -- other than just being here.

16   Hell, I don't want to be here.

17        MS. LOPEZ:  I'm instructing my client to invoke

18        his Fifth Amendment privilege and not answer that

19        question.

20   A    Fifth Amendment.

21   Q    As we sit here today, do you understand that from

22   the time of your arrest on April 4th, 2018, until the

23   reinstatement of your probation on April 26th, 2018, you

24   were being detained in this facility, the Monroe County

25   Jail, by the Monroe County Sheriff, on a warrant for

Page 92

1    violation of probation?

2         MS. LOPEZ:  Objection to form.

3    A    In combination with the ICE detainer.

4    Q    Well, is that what you think?

5    A    That's what my paperwork said.

6    Q    I want you to assume that there was no ICE

7    detainee, as there is no ICE detainee currently.

8         MS. LOPEZ:  Objection to form.

9         MR. JOLLY:  Well, let me finish.  Then object.

10   Q    Do you understand that you would have been held in

11   jail anyway until your probation was reinstated?

12        MS. LOPEZ:  Objection to form.

13   Q    Do you get that?

14        MS. LOPEZ:  Objection to form.

15   A    From April, yes.

16   Q    You get that?

17   A    From April --

18   Q    Until April 26th.

19   A    Now I do.  I didn't at the time.

20   Q    Okay.  But you do understand that now?

21   A    Yeah.

22   Q    Okay.  You understand you were being held on a

23   "no bond" warrant for that period?

24        MS. LOPEZ:  Objection to form.

25   Q    Issued by a local judge.

Page 93

1    A    Well, I knew -- I was told I couldn't receive one,

2    yes.

3    Q    You couldn't receive a bond?

4    A    Uh-huh.

5    Q    And if you can't receive a bond, you can't get

6    out.  You understand that?

7         MS. LOPEZ:  Objection to form.

8    A    Yes.

9    Q    For that April period on the -- I think that was

10   the original time you were charged with a violation of

11   probation.  How many times did you go to court?

12   A    From -- on the -- from April?

13   Q    During that April period.  I don't know if you

14   went on more than one occasion.

15   A    With court, are you specifically -- there is a

16   first appearance court, and then there is proper -- or not

17   that that one is not proper.  But there is "court" court.

18   I'm not stating that right, but I don't know the terminology

19   you're going to require.

20   Q    How many times have you been going before a judge?

21   A    Once on a video.  Two.

22   Q    You don't recall the name of the judge before whom

23   you appeared on the violation of probation?

24        MS. LOPEZ:  Objection to form.

25   A    On the video court?

Page 94

1    Q    That's not the one I'm asking.  When you went for
2  the final appearance where your probation was reinstated --
3    A    Judge Jones.
4    Q    When you went before Judge Jones for the final
5  hearing on April 26th, 2018, what happened at that hearing?
6    A    I was reinstated.
7    Q    What was the process by which you were reinstated?
8    A    That I --
9    Q    Did you admit the violation?
10    MS. LOPEZ:  I'm advising my client to invoke his
11  Fifth Amendment right.
12    A    Fifth Amendment, please.
13    Q    Okay.  And how long -- when did you leave court?
14  If you know the time, that's what I'm seeking.
15    A    Well, before noon.
16    Q    And how did you get to court that day?
17    A    Transport.
18    Q    An MCSO deputy?
19    A    That is correct.
20    Q    Fair enough.  Were you in your jail uniform when
21  you went to court?
22    A    Yes.
23    Q    And how did you get returned to jail from the
24  courthouse?
25    A    The same way, in reverse.

Page 95

1    Q    What time?
2    A    Mid-day.
3    Q    And where did you go upon your return to jail?
4    A    Back to C dorm.
5    Q    And for how long were you in C dorm before you
6  were taken to another holding cell?  I should say to
7  another -- to a holding cell.
8    MS. LOPEZ:  Objection to form.
9    A    I was there until ICE picked me up.
10    Q    Did you go to -- you didn't go to another cell
11  before ICE picked you up?  That's what I'm getting at.
12    A    Oh, okay.  That was weird.
13    Q    That was weird?
14    A    Well, how you stated it.  I wasn't sure.  Because
15  before, no.  After, I was at -- I was brought back to
16  C dorm.  And then in the middle of the night, I was taken
17  from C dorm and then brought downstairs to the holding area
18  for processing or re --
19    Q    What time?
20    A    Approximately 2:30 to 3:00 o'clock in the morning.
21    Q    Was your property returned to you at that time?
22    A    I signed for it, and it was handed over to ICE
23  agents.
24    Q    You didn't get it?
25    A    Not physically, no.

Page 96

1    Q    Were you -- did you change clothing?
2    A    I did change clothing, because I had to change out
3  of the blue uniform.
4    Q    So what clothing did you change into?
5    A    To street clothing.  To street clothing.
6    Q    Whose street clothing?
7    A    They were mine.
8    Q    Okay.  They were given to you?
9    A    Yeah.
10    Q    And were you -- what happened after you dressed
11  out?  You went back into your street clothes?
12    A    I was being sent to another -- I was being sent to
13  the holding -- to holding cell with everyone else, with
14  all the other ICE detainees.
15    Q    So it was a different cell than the one -- than
16  the one you were --
17    A    -- housed in.
18    Q    For holding -- I mean, intake?  How many different
19  cells?  I'm trying to figure out what the process was.
20    MS. LOPEZ:  Objection to form.
21    Q    Where did you go?
22    MS. LOPEZ:  Objection to form.
23    A    I went to C dorm, down to the one main holding
24  cell.  Well, I went to the property room, because you have
25  to sign out for properties.  Then I was given clothes from

Page 97

1  that to change into.  So I had to go into a cell then
2  into that.  And then from that cell, then you're then
3  shackled, and then put into, like, not a cell, but an area
4  while you're waiting to be handed over to the ICE facility.
5    Q    What time were you returned to the jail after
6  court?
7    A    Before -- approximately by noon.  It was early.
8  It was morning court.
9    Q    That's your memory?
10    A    That's what I really believe.  So yeah.
11    Q    And what time were you released to ICE?
12    MS. LOPEZ:  Objection to form.
13    A    It was --
14    Q    Wait.  What's the problem with that form?
15    MS. LOPEZ:  You have already asked that question,
16  and it's been answered.  I didn't mean to make that a
17  speaking objection.  Just objection to form.  You can
18  continue.
19    MR. JOLLY:  That's all right.  You're not making a
20  speaking objection.  I'm the one who asked you, "What
21  do you think the problem is," so if I think you're
22  right, I can correct it.  I'm going to ask it again,
23  anyway.
24    Q    What time were you released out of the jail into
25  whatever vehicle was going to transport you?

Page 98

1    A    That was within the proximity of 3:30-ish.
2    Q    Had you actually gone to bed before they called
3    you down?
4    A    I was in the state of laying down.  As far as for
5    slumber, no.
6    Q    Did you know that ICE was coming to get you?
7    A    I did not really think that was going to happen,
8    no.  I was quite surprised.  I was kind of delirious at that
9    time because it was weird.
10   Q    What was weird?
11   A    Of being risen at 2:30 in the morning and saying,
12   "Let's go."  And I thought, "Well, it's odd to be released
13   out into the street at 2:30 in the morning, because where am
14   I going to go?"  I just -- whatever weird state I was in, it
15   wasn't registering.
16   Q    So when did you realize that you were going to be
17   released to ICE for transport?
18   A    After I was taken out of my cell, which was, like
19   I said, about 2:30, by the time I got into the main part of
20   the open part of the dorm in C dorm, I asked the guard on
21   duty.  I said, "Where am I going?"  They said, "You will
22   find out when you get there."
23   Q    What was the name of that Detention or Corrections
24   deputy?
25   A    I'm pretty positive it was Deputy Rushton.  I'm

Page 99

1    pretty positive.
2    Q    Was Rushton a deputy that worked in your dorm?
3    A    Uh-huh, for that evening.
4    Q    With some regularity?
5    A    Yeah.  Yeah.
6    Q    When did you realize that ICE was there to get
7    you?
8    A    As I was sitting there waiting in the front of
9    C dorm, I looked over to the adjoining dorm, which is
10   D dorm, where they have the ICE detainees, and I saw them
11   being lined up over there.  And it sort of clicked in at
12   that moment that, "This is odd."
13   Q    Were there any individuals there with identifiers
14   as ICE representatives?
15   A    At that moment, no.
16   Q    Ever?
17   A    Yes.
18   Q    Tell me about that.
19   A    That was after going through the processes of
20   being taken downstairs and going through the property and
21   the changing and this.  Then the ICE agents were made
22   present, the driver and the other guard, to execute the
23   exchange.
24   Q    How many transport officials were there?
25   A    Two.

Page 100

1    Q    Describe the vehicle.
2    A    Bus-like.
3    Q    Like a full-sized bus?
4    A    Like a --
5    Q    A school bus?
6    A    No.  Like a not-pleasant limousine bus.  You know
7    what they are?
8    Q    A not-pleasant limousine bus?
9    A    Yes.
10   Q    No, that doesn't really help me.  Sorry.
11   A    It was like a limousine bus.  Do you know what a
12   limousine bus is?
13   Q    Not really.
14   A    I don't know how to describe it.  An excursion
15   bus, and the shorter variety, but with gates and chains and
16   half a toilet.
17        MR. ANDREW JOLLY:  Prison van?
18   A    But like a bus.  A mini-bus.
19   Q    How many seats?
20   A    Approximately 12 or so, the way it was laid out.
21   Approximately.
22   Q    And how many individuals were transported at the
23   same time?
24   A    On my instance?
25   Q    Yes, sir.

Page 101

1    A    There were -- there was about seven or eight
2    people at that time, in that transport.
3    Q    And how long did that process take?
4    A    The transport?
5    Q    Yes, sir.
6    A    We got to -- well, we left here at a quarter to
7    4:00, 4:00.  We were at the Krome facility, it was sun -- it
8    was morning.  So --
9    Q    That's what I'm trying to find out, what time.
10   A    Early morning.  It was like -- when we first got
11   there, it was probably about 7:00.  I mean, we sat in the
12   parking lot for a long time before we actually got in the
13   facility.
14   Q    It took you three hours to get to Krome?  Is that
15   your memory?
16        MS. LOPEZ:  Objection to form.
17   I mean, I don't know, but that surprises me.
18   Could be, but --
19        MS. LOPEZ:  Objection to form.
20   A    It was early in the morning.  You know, I don't
21   know the exact time.  It was probably like --
22   Q    Do you know the names of any of the transport
23   officials?
24        MS. LOPEZ:  Objection to form.
25   A    No.

Page 102

1     Q    Did you have any conversations with any of the
2 transport officials?
3     A    Yes.
4     Q    Who -- what was that conversation?
5     A    If records could please be checked, because there
6 must be some mistake with picking me up, because I was a
7 U.S. citizen.
8     Q    Did that -- did the person with whom you spoke
9 have an identification badge or identifier, something that
10 gave his name?
11    A    They did, but I don't remember.
12    Q    The guy you spoke to -- by the way, I assume they
13 were both men?
14    A    That is correct.
15    Q    The man you spoke to, was it the guard or the
16 driver?
17    A    Both.
18    Q    You asked -- you made this comment to both?
19    A    Yes.
20    Q    And what response, if any, did you receive from
21 either or both?
22    MS. LOPEZ:  Objection to form.  You can answer.
23    A    Pretty much was, "Well, you're on the list.
24 You're here on the list.  You deal with it when you get to
25 Krome."

Page 103

1     Q    Okay.  What happened when you got to Krome?  Walk
2 me through the steps.
3     A    All of them?
4     Q    Well, yes.  I want you to literally,
5 chronologically tell me where you went, what happened, what
6 conversations you had with whom.  But I'm letting you
7 actually give it in a narrative form.  Tell me what
8 happened.
9     A    When we got to the parking lot, we -- the
10 vehicle -- the vehicle had to make the first check-in point
11 within the parking lot.
12    Q    You were awake?
13    A    I was awake the entire trip, the entire ride
14 there, pretty much.  Not coherent, but I was awake.  There
15 was a lot going on in my mind, so it's hard to sleep
16 shackled on a bus.
17    Q    The question was, were you awake?
18    A    When we got there?
19    Q    Yeah.
20    A    Yes.
21    Q    What happened next?
22    MS. LOPEZ:  Objection to form.
23    A    We had to wait.  I guess there are certain --
24 there are access moments, or points.  I don't know exactly
25 how it goes.  But you can only advance so far through a

Page 104

1 certain amount of gate systems.  So we were waiting in the
2 first area, on the very outside of the parking facility.
3 And we had to wait there for a lengthy period of time.  I
4 don't exactly recall how long.  But I know it was well over
5 20 minutes to half an hour.
6     During that time, one of the other people, the
7 detainees, had to go to the restroom to defecate.  And there
8 was a little small half-bathroom on the bus that wasn't even
9 really working, wasn't in usage.  People had to urinate in
10 it, because people had to go, somehow, from the bus ride.
11 We weren't allowed -- there aren't any stops.
12    Q    Are you cuffed during this period?
13    A    You're shackled.
14    Q    Were you shackled during this period?
15    A    Uh-huh.
16    Q    Go ahead.  You were telling me about the
17 defecating in the half-bathroom.
18    A    He tried to ask for help, or asked if he could be
19 let out somewhere so he could go take care of his business.
20 And they were like, "No.  You're just going to have to hold
21 it.  We're kind of just stuck here until you get inside."
22    So that wasn't going as quick as this guy needed.
23 And he tried to get -- you know, tried to ask about it.  And
24 he ended up having to defecate in that little half-bathroom
25 thing that didn't work.

Page 105

1     Q    Was it at least private?  In other words, was
2 there a door?
3     A    No.  It was a half -- well --
4     Q    So you sit down and --
5     A    Yeah, but --
6     Q    You're looking out at everybody else?
7     A    Yeah, and everybody else can see you doing it.
8     Q    Great.
9     A    And he had to -- I don't know how, but he had --
10 he was shackled, too.
11    Q    Did you have to use the bathroom?
12    A    I urinated in it.  I had to.
13    Q    Well, that's okay.  So after this guy defecated
14 and basically grossed everybody out, what happened next?
15    MS. LOPEZ:  Objection to form.
16    A    The driver and the -- the security person, or
17 whatever the other person's title is, left the vehicle
18 because it smelled bad.  And they left -- they went wherever
19 they went to just take a break for a minute.  So we were
20 sitting there, looking for him.  But you know --
21    Q    So what happened?  That's what I want to know.
22    A    They waited for another 20 minutes to a half-hour.
23    Q    Then what happened?
24    A    Then they finally came back, and we went to the
25 next step.

Page 106

1    Q    The next step was what?
2    A    The next gate.  The next set of gates to go in.
3  And we had to, like, stay there for a little bit because
4  someone that was coming out, there was some problem.  From
5  what we had heard, there was somebody that was having a
6  heart attack or something.  So that stopped all kind of
7  transport.
8    Q    What time was this?
9    A    About, I would say -- I don't know exact.  But
10  somewhere after -- between 8:00 or 9:00.
11    Q    Then what happened?
12    MS. LOPEZ:  Objection to form.
13    A    We finally, after sitting there I don't know how
14  long -- sorry, I'm just kind of -- everything was just
15  weird, a blur.  But we finally got to the front of the
16  building, and they stopped and were taking everybody off the
17  bus.  Finally they got the guy that had to go to the
18  bathroom because, you know, you need to clean -- he had to
19  get himself as clean as possible.  And everybody still had
20  to go to the bathroom, so they took everybody out.
21        And as they were -- we were coming off the bus,
22  they were asking everybody what -- what country were they
23  from.  And they were kind of sectioning everybody off
24  according to what country they were from.
25        So everybody was, you know -- by that time, you

Page 107

1  know, it was difficult.  I tried to ask people what to do on
2  the way up there.  But nobody really spoke English that well
3  or that much, so nobody really had any kind of advice.  So I
4  just kind of had to follow the line and go.
5        And they went and asked me, and I said, "I'm from
6  the United States."  You know, and they kind of looked at me
7  weird.  They were like --
8    Q    You know, when possible, tell me who it is that
9  looked weird at you.
10    A    The people that, like -- whoever the person was,
11  the agent that was taking everybody off the bus.
12    Q    Name, if you know.
13    A    I'm sorry, but at this point, names, I didn't --
14  everything was a blur.
15    Q    Did you know it at the time?
16    MS. LOPEZ:  I would like the record to reflect
17    that my client is crying.
18    A    At the time I didn't.  I really didn't, because
19  I'm trying to take in everything, you know.  I'm really
20  freaking out because I'm sitting here in this center, and I
21  just --
22    Q    You're inside a building now?
23    A    Yeah.  We walk in.
24    Q    Tell me about the building.
25    A    It was like the main intake part of the building.

Page 108

1    Q    How many ICE officials?
2    A    A lot.  I don't have an exact number.
3    Q    Fair enough.  If that's the best you can do, I
4  have no choice except to accept it.
5    A    I mean, are you speaking of the data people?  Are
6  you speaking of the agents themselves, the guards?
7    Q    I will fix it.  Do you recall the name of any ICE
8  official with whom you spoke before you were discharged by
9  ICE?
10    A    Only the last agent, I remember the name.
11    Q    What is that name?
12    A    Agent Camacho.
13    Q    And his role that you observed was to do what?
14    A    Find -- by the time he was sent to me, it was to
15  finish out my paperwork for deportation.
16    Q    What time -- I know you were eventually released
17  out of Krome.  What time was that?
18    A    That was at, like, by the afternoon.  I don't know
19  exact.  I didn't have any watch.
20    Q    Was it still daylight?
21    A    It was still daylight.
22    Q    So we're talking sometime between 7:00 and
23  mid-afternoon that you were at ICE at Krome where your
24  immigration status was being straightened out.  Is that a
25  fair statement?

Page 109

1    A    Yes.
2    Q    Okay.  Who -- how is it -- what is your
3  understanding of how your situation was resolved with ICE?
4    MS. LOPEZ:  Objection to form.
5    Q    Can you state the question again?
6    MR. JOLLY:  Madam Reporter?
7    (The last question was read back.)
8    Q    What happened?
9    A    Oh, after the -- going through the three sets of
10  agents and being told at one point, with the second set of
11  agents, that was when I was given this folder that had my
12  picture on it from Monroe County's Detention Center.  But it
13  was this huge folder, and it was kind of slammed down on the
14  table in front of me and said, "That's you."
15        And I said, "That's my picture, but I don't know
16  where you got all this information from."  This was -- there
17  was three sets of agents that I had to deal with during the
18  course of the day.  I seemed to have pissed off the first
19  two, so they kind of -- especially the second pair.  I
20  really don't remember the names, so --
21    Q    Can you describe them?  White guys?  Black guys?
22  All men?  Any women?
23    MS. LOPEZ:  Objection to form.
24    A    They were all men.  There was --
25    Q    Hispanic?

Page 110

1    A    Hispanic, like, the first two.  I was later told
2    the second two -- one was actually Jamaican, because they
3    found it ironic, people that worked there, of what I was
4    going through.  And this happened to be a Jamaican guy.
5    Q    What was his name?
6    A    I don't remember.  And I didn't really -- it
7    didn't really start to click in.  I didn't, you know, have
8    anything to facilitate writing with.  And there was so many
9    things going through my head at the moment, I wasn't
10   thinking of being investigated.
11   Q    Were you still shackled?
12   A    In between times, yes.  Like I would go -- when I
13   would be placed into the -- this big holding cell, no.  But
14   then as I was coming out, because I had had -- I had had one
15   set of agents.  I was freaked out and I was like, "I need to
16   try and call my roommate and try to get some sort of
17   paperwork or something to you."
18   Q    Were you permitted to call them?
19   A    I finally was allowed to call my roommate, yeah.
20   Q    What time?
21   A    This was early afternoon.
22   Q    Who did you call?
23   A    My roommate Eric.
24   Q    What did you ask the roommate to do?
25   A    To please try to locate my birth certificate.

Page 111

1    Q    Do you know whether he was successful?
2    A    He was.
3    Q    How?  Was the birth certificate somehow
4    communicated or transported to ICE?
5    MS. LOPEZ:  Objection to form.
6    A    It was sent through email.
7    Q    Okay.  That's all I'm trying to find out.  Did ICE
8    get it?
9    A    Yeah.
10   Q    How did they get it?
11   A    Through an email.
12   Q    Who did it?  Who sent it to them?
13   A    My roommate.
14   Q    Did you happen to observe what was in the ICE
15   folder that you were discussing?
16   A    A lot of -- no, not exactly.  It was a lot of
17   papers.  I didn't know --
18   Q    You didn't look at it?
19   A    No, because it wasn't mine.  My picture, but it
20   wasn't mine.  So I didn't look at it.
21   Q    Who from ICE explained to you how this got
22   resolved, resulting in your release?
23   MS. LOPEZ:  Objection to form.
24   A    It was a combination between some of the intake
25   people at the computer and then with the agent Camacho.

Page 112

1    Q    Who explained why you were being released?
2    A    The agent Camacho.  He was the last one left, out
3    of everybody.
4    Q    What did he tell you?
5    A    A lot.  Well, one, "Oops," they were sorry.  Some
6    crazy mistake that incited because when Monroe County sent
7    them my arrest number, which is I guess how this works --
8    Q    I need you to tell me what Camacho told you.
9    (Ms. Rich retired from the deposition.)
10   A    He said that they got my birth certificate.  They
11   realized a mistake had been made; that they were sorry that
12   a mistake was made.  They were like, "Sometimes it happens."
13   And then he began -- because I asked how, and he was
14   explaining about these -- whatever numbers they use for
15   records.  There was some difference in my -- like a one- or
16   two-digit difference in my file number from Monroe County
17   and whoever this man they were really looking for's number.
18   He told me that that was his reasoning behind everything,
19   because I asked -- you know, I was asking about, "Well,
20   what's to say that this isn't going to happen again," you
21   know.
22   Q    What were you told?
23   A    Well, first he said, "Well, we've red-flagged your
24   file."  And I said, "But there never should have been a
25   file, so I don't understand how a file is even offered or

Page 113

1    created."
2    Q    That was your response?
3    A    Uh-huh.
4    Q    Okay.  You've been in jail four times since.  We
5    went over the dates and the time periods.  To your
6    information, no ICE hold has been placed on you in any --
7    connected with any one of those detentions?
8    A    No.
9    Q    So do you have reason to believe at this point
10   that problem has been alleviated?
11   A    Yes-ish.
12   A    Yes-ish?  I'm not sure I can say that.
13   A    Well, I'm going to say no, then.  And the reason
14   being, I did not think this was a -- I would have thought
15   this was rectified many years ago via the INS.  However,
16   this comes back years later in a worse scenario and a more
17   drawn-out scenario.  And --
18   Q    You've been in jail 176 days since July of '18 in
19   the Monroe County Jail.
20   A    So it seems okay.  It seems like it's been, yes.
21   Q    What indication, if any, do you have that ICE
22   continues to believe that you are a deportable alien?
23   MS. LOPEZ:  Objection to form.
24   MR. JOLLY:  I thought that was pretty good.
25   MS. LOPEZ:  Calls for speculation.

Page 114

1      A    I don't know what -- I don't know what their
2   belief was, because I would never believe this would have
3   started in the beginning.
4      Q    I don't care about their belief.  What indication
5   do you have that this continues to be a potential problem?
6      A    Because it happened the first time.
7      Q    Other than that, you don't have any indication?  I
8   mean, you're here -- you've been here for 176 days, and it
9   hasn't happened again?
10     A    I've been on earth for 51 years, and I don't
11  believe that it should have happened at all.
12     Q    Okay.  You understand that ICE made a mistake
13  here.  You get that?
14          MS. LOPEZ:  Objection to form.
15     Q    You get that?
16     A    They were one party that made a mistake, yes.
17     Q    You believe Monroe made a mistake?
18     A    Yes.
19     Q    What mistake did Monroe make?
20     A    They knew every possibility that I was a U.S.
21  citizen, knew my place of birth, and abided by this:  That I
22  was an alien, an immigrant.
23     Q    You understand your detention under the ICE
24  detainer was for less than one day of the 23 days that you
25  were in jail?

Page 115

1      A    Then why was I given a paper on April 6th or 7th
2   or 8th?  I don't remember the date.
3      Q    Did you know that the jail is obligated to give
4   you that?
5      A    Does that negate the ICE hold?
6      A    Not only does it not negate it, that was the
7   reason you got it.
8          MS. LOPEZ:  Objection to form.
9      Q    You get that?
10         MS. LOPEZ:  Objection to form.
11         MR. JOLLY:  I will fix it.
12         MS. LOPEZ:  You're calling for a legal conclusion
13     that my client is not in a position to make.
14     Q    Do you believe -- what's the mistake that you
15  think Monroe County made, the sheriff, so I can get you
16  pinpointed on that?
17     A    Multiple ones.
18     Q    What are they?  I don't care, one or a hundred, I
19  want you to tell me what you think they are.
20         MS. LOPEZ:  Objection to form.
21     A    Should I go on my thinking?  I mean --
22     Q    I'm asking your thinking.  Later on, I think we
23  will be able to demonstrate that your thinking is wrong.
24  But I still need to know what your thinking is.
25         MS. LOPEZ:  Objection to form.  Please don't tell

Page 116

1   my client that his thinking is wrong.
2          MR. JOLLY:  I said I think his thinking is wrong.
3      He obviously does not.
4      Q    Go ahead.  What do you think Monroe County Sheriff
5   goofed on?
6      A    As a known U.S. citizen, with paperwork within
7   this facility to prove the fact, or else I wouldn't be
8   within the system.  If I were this illegal alien immigrant
9   that they were holding me for and transporting me in the
10  hands of someone else, then why wasn't that discovered at a
11  previous time, and how would I end up on probation?
12     Q    Okay.  Anything else?
13     A    At the moment, no.
14     Q    But you agree -- you acknowledge that ICE made a
15  mistake?
16     A    Yes, I do.
17     Q    Why did you not sue ICE?  You sued the sheriff.
18         MS. LOPEZ:  Objection.  You're asking for my
19     client to make a legal conclusion.
20         MR. JOLLY:  I don't want him to make a legal
21     conclusion.  I want him to tell me why he did not sue
22     ICE.  It isn't legal.  It's, frankly, factual.
23     Q    Why did you not sue ICE?
24     A    The Sheriff's Department held me and handed me
25  over to ICE.  I don't know if --

Page 117

1      Q    You've admitted that ICE made a mistake, but
2   you're not suing ICE for that mistake?
3      A    Yeah, but you haven't asked it -- you don't care
4   for my answer, and I stated that the Sheriff's Department
5   made a mistake as well.  You didn't care for that.
6      Q    I didn't know that you were going to say that.
7   Who told you that the Sheriff's Department made a mistake?
8      A    My common sense.
9      Q    Okay.  I'm not sure how much confidence I can
10  place in that.  I'm trying to find out who from ICE told you
11  that the sheriff made a mistake, which is what you just
12  said.
13         MS. LOPEZ:  Counsel, please refrain from being
14     impolite to my client and harassing him by saying that
15     you cannot put confidence in his common sense.  I'm
16     just asking you to be civil.
17         MR. JOLLY:  Oh, you're joking.  You don't think
18     I've been civil?
19         MS. LOPEZ:  You just insulted my client and said
20     you can't place confidence in his common sense.  I
21     don't think that's necessary for the questions you're
22     asking.
23     Q    Who from ICE told you that the sheriff made a
24  mistake?
25         MS. LOPEZ:  Objection to form.

Page 118

1    Q    Not your common sense.  Who told you that?
2         MS. LOPEZ:  Objection to form.
3    A    There was no point of that questioning at that
4    time.
5    Q    I haven't had to say anything to you about this.
6    It is imperative that you listen to the question and make
7    some effort to answer the question that is asked.  I'm
8    asking a direct question.  Who from ICE -- not what you
9    think.  Who from ICE told you that the sheriff goofed?
10        MS. LOPEZ:  Let the record reflect that Counsel is
11        raising his voice at my client.  Please don't raise
12        your voice.
13        MR. JOLLY:  I am not raising my voice.  I am a
14   loud talker.
15   Q    Go on.
16   A    Your intonation and eye direction is sort of
17   threatening, though.
18   Q    Eye direction?
19   A    And your intonation of your voice is a bit much,
20   yes.  Sorry.
21   Q    Well, that's the way it goes.  Answer the
22   question.
23   A    The only person that offered any sort of
24   explanation was Camacho.
25   Q    Okay.  Are you saying, as we sit here today, that

Page 119

1    Camacho to you said, "Oh, this was the sheriff's fault; they
2    goofed," or order words to that effect?
3         MS. LOPEZ:  Objection to form.  And Counsel has
4         raised his voice again.
5    A    No.
6    Q    Okay.  Did anyone else from ICE blame the sheriff
7    for the issuance of an ICE detainer?
8    A    For the issuance of, or execution of?
9    Q    Issuance.  ICE says, "Oh, we did this because
10   Monroe told us to"?
11   A    No, because --
12        MS. LOPEZ:  Objection to form.  That's not a
13        question.
14   Q    Well, it was a question.  You can answer it.
15   A    I don't believe --
16        MS. LOPEZ:  Objection to form.  Calls for
17        speculation.  How would my client know what ICE and
18        Monroe County said to each other?
19        MR. JOLLY:  They wouldn't.  But I'm trying to find
20        out, what did ICE representatives tell him about their
21        supposed blame, which is what he has indicated he was
22        told, against Monroe.
23        MS. LOPEZ:  And you can review the record, but my
24        client did not say that ICE told him that the blame was
25        on Monroe.  He said that he believes Monroe --

Page 120

1         MR. JOLLY:  That's your response to that?  Because
2    I will rely on that.
3         MS. LOPEZ:  No, I'm not responding to any --
4         MR. JOLLY:  That solves my problem.
5         MS. LOPEZ:  I am not responding to any questions.
6    I am not the one being detained.  I'm saying you are
7    misstating the record.  And if you would like, maybe
8    you can ask the court reporter to review that for you.
9    But my objection to form, you've misstated the record.
10   And I think you're right; I shouldn't be the one trying
11   to clarify that.  We can ask the court reporter --
12        MR. JOLLY:  I didn't say that.  I will rely on
13   you.
14        MS. LOPEZ:  I'm not --
15   Q    Who from ICE placed any level of blame for the
16   issuance of the ICE detainer against you?
17        MS. LOPEZ:  Objection.  Assumes facts not in
18        evidence.
19   A    Until this issue had been addressed, that never
20   came up.
21   Q    Okay.  I'm talking about who from ICE told you
22   that, suggested that to you?  If it wasn't anybody, I get
23   it, and I will move on.
24   A    Then no.  Because since this process started, I
25   haven't spoken to anybody from ICE.

Page 121

1    Q    So that conversation or a conversation like that
2    did not occur while you were at Krome?
3         MS. LOPEZ:  Objection to form.
4    A    Not putting the blame on anyone, no.  There was no
5    blame put on anyone.
6    Q    How -- where did -- you were released from Krome
7    eventually.  What time was that?
8    A    Late afternoon.
9    Q    Where did you go?
10   A    To a mutual friend's daughter's house.
11   Q    Who?
12   A    To Eric's daughter's house.
13   Q    Where?
14   A    In downtown Miami.
15   Q    How did you get there?
16   A    She came to pick me up.
17   Q    What did you do when you got there?
18   A    To her residence?
19   Q    Sure.
20   A    I sat there in kind of shock for quite some time.
21   Q    Okay.  You sat there?
22   A    I ate.  I hadn't eaten for the past day or so, so
23   I tried to get something to eat.  I kind of freaked out, and
24   then just tried to -- I was freaked out a lot.  And then
25   tried to make some calls, because I was trying to figure out

Page 122

1  how -- I had to get home.
2  Q   Well, did you get home?
3  A   Yes.
4  Q   When?
5  A   The next day.
6  Q   How?
7  A   His daughter transported me half the way, and then
8  Eric met me -- we met up halfway.
9  Q   And then where did you go?
10 A   Home.
11 Q   What did you do when you got home?
12 A   I kind of was in shock for a minute.
13 Q   I know.  You have told me that several times.  I'm
14 trying to find out, what did you do?
15 A   I had -- for a minute, I did -- I just called
16 people up.
17 Q   Did you sleep?
18 A   Not really.
19 Q   Did you eat?
20 A   I didn't really -- I didn't eat.  I ate a little
21 something, like I said, while I was at Emily's house.  And
22 then -- and I got -- finally when I got home, I was just
23 kind of, like, really riled up.  So I just tried to make
24 some phone calls to people and tell them, like, because
25 people had kind of gotten wind of what was going on.

Page 123

1  Q   Who did you call?
2  A   Various people.  Various friends.
3  Q   Can you tell me any more about who it was?
4  A   Specifically?
5  Q   Sure.
6  A   No, because it was many.  I mean, you know, I
7  called a friend of mine, Mark.  Mark Evanhock (phonetic),
8  who was kind of knowing, you know --
9  Q   Is he a good friend?
10 A   Yes.
11 Q   Who else?
12 A   I'm sure I talked to Brooke within that time.  I
13 called many people.  Probably my friend Margie.  You know,
14 there was a lot of people.  There was a lot going on.  There
15 was a lot.  I don't remember all.
16 Q   Are these people all friends of yours, the three
17 you listed?
18 A   Uh-huh.
19 Q   Were you, at the time of your detention from
20 April 4th or 5th until April 26th, represented by counsel?
21 A   The public defender for the violation.
22 Q   So you were represented by an attorney?
23 A   Uh-huh.
24 Q   I cannot ask you what discussions you had with
25 that lawyer, but did you ever meet with that lawyer?

Page 124

1  A   During that time, April?
2  Q   Yeah, until your probation was reinstated.  Did
3  you meet with him or her?
4  A   Uh-huh.
5  Q   Was it a him?
6  A   You are incorrect.  It was a lady.
7  Q   There you go.  Did you meet with her?
8  A   Indeed.  Yes, I did.
9  Q   And what was her name?
10 A   Lisa Prychodko.
11 Q   And what actions, if any, did she take on your
12 behalf as it relates to the ICE hold?
13 A   That wasn't her jurisdiction.
14 Q   You know, it's interesting that that was your
15 response, as opposed to answering the question that was
16 asked, which was -- whether it was or was not her
17 jurisdiction -- what did she do for you?  I'm asking, what
18 did she do for you?  My limited experience in that field is,
19 a public defender will act on behalf of someone for which
20 there is an ICE issue.  But you and I can disagree.  All I
21 want to know is, what did she do, if anything?
22        MS. LOPEZ:  Objection to form.  Calls for
23     speculation.
24 A   Nothing.  As far as for that matter, nothing.
25 Q   Who, other than the public defender who was

Page 125

1  representing you, did you speak to about your situation, the
2  ICE hold, while you were detained, April 4th or 5th to
3  April 26th?
4  A   Just about every guard, deputy, or whatever.
5  Q   I'm sorry, I should have excluded staff.  We will
6  get to staff.  I'm talking about friends.  My fault.
7  A   Brooke.  Well, she knew -- she knew about it,
8  Brooke.
9  Q   Go ahead.
10 A   What?
11 Q   I want to know who you spoke to.
12 A   Brooke, Eric, Aaron, and Mark.
13 Q   Did you speak to them at the jail?  Telephone?
14 Email?  You tell me.
15 A   Telephone, with Eric and Brooke.  I probably -- I
16 think with Mark I just sent messages through Eric.
17 Q   And I want you to describe for me what actions you
18 are aware of that any took on your behalf to contact ICE.
19 A   Brooke I know, because she was able to obtain a
20 lot more of the information, because I was within -- she
21 knew more about the ICE hold than I was able to get
22 information from.
23 Q   How did she find that out?
24 A   Through whatever site she was on.  It was listed.
25 And they had listings of me with wrong --

Page 126

1    Q    Who had listings?
2    A    Whatever site.  The sheriff's site, or whatever
3    site that Brooke was on that she was able to obtain this
4    information from.
5    Q    What did she do to remedy -- to correct, to assist
6    you, if anything?
7    A    She made numerous calls, I know, to the sheriff's
8    department and office.  Because she was -- she tried to get
9    in and see me, and they offered her a lot of different
10   reasons.  She was never even able to actually come and see
11   me.  They didn't -- for some reason they did not allow that.
12   One, they said, because she came from work, and they said
13   her shorts were inappropriate.
14   Q    That is an issue, but --
15   A    And then it was something else that she came, and
16   it was obstacles that she -- you know, because she did try
17   to come here, because she was trying to help me.
18   Q    Great.  What did she do?  We somehow seem to get
19   side-tracked.  What steps did she take, if any?
20   A    She tried to speak to whoever possible that she
21   could within the Sheriff's Department.
22   Q    Who did she speak to?
23   A    Exactly, I don't know.
24   Q    To your knowledge, did she prepare a log of the
25   efforts she made?

Page 127

1    A    I could not tell you that.
2    Q    You've never seen such a thing?
3    A    I have not.
4    Q    Did she contact ICE?
5    A    I believe.  I'm not 100 percent certain, but I
6    believe she tried to call that number.  Because there was a
7    number that I had, and I believe I had given it to her.
8    Q    Where did you get that number?
9    A    On the "ICE hold" paper.
10   Q    Oh, I'm glad you brought that up.  Well, let me --
11   did Mark do anything for you that you're aware of, contact
12   ICE?
13   A    At that time, no.
14   Q    Well, then at what time?  While you were in jail
15   is all I care about.
16   A    No.
17        MS. LOPEZ:  Objection to form.
18   Q    Same question with respect to Margie.  What did
19   Margie do?
20   A    Waited to -- nothing.
21        MS. LOPEZ:  After this question and he answers,
22   can we take a break?
23        MR. JOLLY:  Of course.
24        MS. LOPEZ:  Okay.  Go ahead.
25        MR. JOLLY:  I'm short of time.  Like five minutes,

Page 128

1    is that what you need?
2        MS. LOPEZ:  Yes.
3        MR. JOLLY:  Then let's take it now.  I'm going to
4    a whole new area.
5        MS. LOPEZ:  Okay.  Perfect timing, then.
6        MR. JOLLY:  Oh, I would never describe it as
7    perfect.  But okay.  Go ahead.
8        MS. LOPEZ:  Okay.  Can you leave the room?
9        MR. JOLLY:  Not for a bathroom break that you
10   need.
11        MS. LOPEZ:  No, no, no.  I'm asking for a break to
12   speak to my client.  Could you please step out and give
13   us the room?
14        MR. JOLLY:  I'm not breaking for that anymore.  I
15   thought you needed a bathroom break.
16        MS. LOPEZ:  No, I need a break to speak to my
17   client.
18        MR. JOLLY:  I'm sorry, we've taken enough breaks
19   for you to speak to your client.
20        MS. LOPEZ:  My client is allowed to take breaks
21   during the deposition if he needs them.
22        MR. JOLLY:  Not to speak to you.  He is allowed to
23   take a break if he needs to go to the bathroom.  I've
24   been way more courteous with this.  You're not allowed
25   to talk to even your client during a deposition.

Page 129

1    Ordinarily I permit it, but I'm short of time, so I'm
2    not agreeing to do that.  If you need a bathroom break,
3    that's different.
4        MS. LOPEZ:  My client is allowed to take breaks
5    during the deposition if he needs them.  And I'm asking
6    you for the room.
7        MR. JOLLY:  To talk to you?  No, he is not.
8        MS. LOPEZ:  He is allowed to take a break.
9        MR. JOLLY:  I'm not leaving the room.
10        MS. LOPEZ:  Is there a room here that we can use?
11        MR. JOLLY:  I cannot answer that.
12        MS. LOPEZ:  Well, then, I will go find out,
13   because my client is going to take a break.
14        MR. JOLLY:  Well, I'm going to continue with the
15   questioning.
16        MS. LOPEZ:  You can't question my client without
17   me present.
18        MR. JOLLY:  I can, without you, as long as your
19   other lawyer is here.
20        MS. LOPEZ:  Well, she's not here.  So you can't --
21        MR. JOLLY:  Well, go get her.
22        MS. LOPEZ:  I'm not going to go get her.  I'm
23   going to see if there is a room that we can use.
24        MR. JOLLY:  Well, I'll go get her.
25        MS. LOPEZ:  Can you please -- you can't just go

Page 130

1    call her from where she is.
2         MR. JOLLY:  I could.  I could say, "We need to go
3    forward, and you need to take a break."
4         MS. LOPEZ:  I don't need a break.  My client needs
5    a break.  Peter, do you need a break right now?
6         MR. JOLLY:  Your lawyer is talking to you.  You
7    better answer her the way she wants you to answer her.
8         THE DEPONENT:  You're not nice, are you?
9         MR. JOLLY:  I'm moderately funny.
10        THE DEPONENT:  You're not a very nice man.
11        MS. LOPEZ:  Peter, don't worry about this.
12        MR. JOLLY:  You don't think I'm a nice guy?
13        MS. LOPEZ:  Peter, don't worry.
14        MR. JOLLY:  Andrew, am I a nice guy, or am I being
15   a dick?
16        MS. LOPEZ:  Would you be okay with giving my
17   client a break?  It will be less than five minutes.
18        MR. JOLLY:  To talk to you, no.  But I think
19   you're right, there is not much I can do about it.
20   This is not proper.  I'm objecting to it.
21        MS. LOPEZ:  It's on the record.  Thank you.
22        (A recess was taken from 2:49 p.m. to 2:58 p.m.)
23   Q    Are you currently represented by the public
24   defender?
25   A    No.

Page 131

1    Q    Who is your current lawyer?
2    A    Mr. Schuhmacher.
3    Q    When was Mr. Schuhmacher hired?
4    A    Approximately a month-and-a-half ago or so.
5    Q    And up until the hiring of Mr. Schuhmacher in
6    connection with your pending violation of probation, were
7    you represented by the public defender?
8    A    Just briefly.
9         MS. LOPEZ:  Objection to form.  Alleged violation.
10   A    Briefly.
11        MR. JOLLY:  Alleged violation?
12   Q    For how long?
13   A    With the public defender's representation?
14   Q    Yes, sir.
15   A    Approximately a week or so.
16   Q    So Schuhmacher -- these charges have been pending
17   since April of 2019.  So Mr. Schuhmacher has represented you
18   during the period of May and June?
19   A    The latter part of May, yes.
20   Q    So the PD was only involved for --
21   A    -- a very brief amount of time.
22   Q    Did you sign an affidavit of indigency when the PD
23   was appointed on that occasion?
24   A    Yes.
25   Q    Did you sign an affidavit of indigency on -- did

Page 132

1    the PD represent you in the violation of probation
2    proceeding which resulted in your arrest in July of '18?
3    Not '19.  '18.
4    A    Yes.
5    Q    Same question with respect to the violation of
6    probation in January of '19.
7    A    Yes.
8    Q    Same question with respect to February 20, 2019.
9    That violation of probation.
10   A    Yes.
11   Q    You never hired a private attorney in those
12   cases -- in those proceedings?
13   A    Correct.
14   Q    But you chose to do that in this instance?
15   A    Correct.
16   Q    Okay.  Did you sign affidavits of indigency on
17   each occasion where the public defender was appointed on the
18   three cases in July, January, and February?
19   A    Yes.
20   Q    And I may have done this.  I apologize.  If I ask
21   you what occurred that caused you to be violated, are you
22   going to claim the Fifth?
23   A    Yes.
24   Q    For each of those three violation of probation
25   proceedings?

Page 133

1    A    That we have covered, yes.
2    Q    Yes, sir.  Okay.  When were you notified of the
3    ICE hold?
4    A    April 8th -- 6th or 8th.
5    Q    How were you notified?
6    A    My dates are -- I was handed the actual ICE
7    detainer form from a deputy, I would assume, within this
8    facility.
9    Q    Where were you when it was handed to you?
10   A    At C dorm.
11   Q    And were you housed in C dorm for the entirety of
12   the time that you were in the Monroe County Jail on the
13   violation of probation proceeding which occurred in April of
14   2018?
15   A    For the most part.  Not solely.
16   Q    Where else were you?
17   A    B1.  A couple different ones, because I got moved
18   two or three times.
19   Q    All at Stock Island?
20   A    Until this -- until now, where I'm in Marathon.
21   Q    Marathon.  Right.
22   A    Yes.
23   Q    And do you know or recall the name of the deputy
24   who gave you the documentation?
25   A    I do not.  I'm sorry.

Page 134

1    Q    What documentation were you provided?
2    A    The form that I believe -- that was stating the
3    fact that an ICE detainer was being placed upon myself.
4    Q    Did you retain a copy in your property or with you
5    in the dorm?
6    A    For an initial period of time, yes.  I no
7    longer -- it was a while ago.  I don't have possession of
8    that now.  But initially, yes.
9    Q    Did you retain possession of it for the entirety
10   of the time that you were jailed in April of 2018?
11   A    I do believe so, yeah.  Because I was trying to --
12   I was obtaining the phone -- I was trying to use the phone
13   number from there to call the actual Krome center.  So yeah.
14   Somewhere in transport -- I don't know if somewhere my
15   papers got lost or what happened to them.  Because I ended
16   up getting -- the papers, even that I had gotten at Krome,
17   they all got taken.  So I'm not -- I didn't end the whole
18   journey with all those papers.
19   Q    In this instance, in this lawsuit, are you making
20   a claim for lost wages for the 13 hours of detention after
21   your probation was reinstated?
22   A    In whole?
23   Q    Well, I'm really only defending 13 hours of
24   detention relating to the ICE -- relating to the period
25   after your probation was reinstated.  So are you making a

Page 135

1    claim for lost wages relating to that?
2    A    Yeah.
3         MS. LOPEZ:  Objection to form.
4    Q    What is the lost wages that you are claiming were
5    lost, the wages that you claim were lost as a result of not
6    being released on the 26th?
7    A    I'm not sure what you -- for the day?
8    Q    Frankly, yes.  Because other than that, you've
9    sort of conceded that for the first -- from the 4th to the
10   26th you were in jail on local state charges for which you
11   were not going to be released.  But you're claiming that the
12   ICE hold delayed your release.  So I'm asking, for that
13   period, what are your lost wages?
14        MS. LOPEZ:  Objection to form.  My client has not
15   conceded anything.
16   A    And I'm confused.  So then that paperwork that I
17   received on the 6th, what was that?  A non-existent entity?
18   Q    Oh, no.  But they were going to hold you whether
19   that was handed to you or not.  So I'm asking you, what are
20   the wages that you claim were lost for the 13 hours after
21   your probation was reinstated, and you were released out of
22   Krome?
23        MS. LOPEZ:  Objection to form.
24   A    I'm not sure.  My days vary.  I don't know what I
25   would have lost.

Page 136

1    Q    Well, sir, this is my deposition; the only real
2    time, normally, that I get to depose you.  So today is the
3    day I get to ask, how much money did you lose?
4    A    I mean, I -- my days at that time, I was making a
5    couple hundred dollars a shift.
6    Q    Did you work -- how long was it before you
7    returned to work after your release from Krome?
8    A    It took me -- I didn't -- couldn't go back to work
9    right away.
10   Q    Okay.  You've kind of told me that.  But how long
11   was it before you went back to work?
12   A    It was a few weeks.  I had checked into some --
13   you know, I was lining some things up.  But I had a lot -- I
14   couldn't really go back to work right away.  I was checking
15   and trying to make arrangements to go find another job
16   somewhere else that I had been offered previously before.  I
17   had to really put a lot of things back together.  I had to
18   regroup.  And I didn't -- I wasn't able to really get -- go
19   right back in to work.
20   Q    Now, the detention -- this is built into the
21   question.  The detention from April 4th to April 26th, if
22   lawful, how was the detention for the subsequent 13 hours,
23   until the release from Krome -- no.  How was the detention
24   after the 26th different than the detention for the 25 days
25   before, at least in terms of how it affected you

Page 137

1    emotionally?
2         MS. LOPEZ:  Objection to form.
3    A    More intense.  The whole -- the whole -- from the
4    beginning, it was a very stressing situation, very bizarre.
5    The intensity level skyrocketed at that moment.
6    Q    What moment?
7    A    After the reinstatement.  Isn't that what you
8    asked me, or am I mistaken?
9    Q    Yeah, I think.  But I will follow up with it.  So
10   do you consider the whole period, from the day you were
11   arrested until the time of release from Krome, all as one
12   awful episode?
13   A    From the moment I got that -- I knew what my
14   probation violation was.  As far as receiving that ICE hold,
15   that brought everything to a whole 'nother level.
16   Q    Have you seen any -- sought professional treatment
17   in connection with any emotional or psychiatric damage as it
18   relates to this incident?
19   A    Just within here.  I couldn't afford really
20   outside counseling.  I've done it in here.
21   Q    Who?
22   A    There is a -- in the psych department, whatever,
23   the health department, a psychiatric person or psychologist,
24   I guess, whose name is Jasmine.  I'm forgetting her last
25   name at the moment.

Peter Sean Brown

Page 138

```
1    Q    Where?
2    A    In this facility.
3    Q    Not in Marathon?
4    A    No.  All of our medical things are tended to here.
5    Q    So --
6    A    Pretty much.
7    Q    You did not see a health care counselor, a mental
8  health counselor, while you were detained in Marathon?
9    A    Not in Marathon.
10   MS. LOPEZ:  Object to form.
11   A    Here.
12   Q    They bring you down for that?
13   A    They brought me down for you.
14   Q    They did.
15   A    So yes.
16   Q    Aren't we all lucky?
17   A    It's a special day.
18   Q    So the only -- only mental health counselor
19 you've seen is in the last week or so while you've been
20 here?
21   A    No.  That's -- no.  I've been brought prior to
22 this.
23   Q    Well, that was my question.  So you've been
24 brought to this facility to see a counselor?
25   A    Uh-huh.
```

Page 139

```
1    Q    How many times?
2    A    In this time, once.  But I have seen her once
3  before.
4    Q    A total of two times you've seen the counselor?
5    A    Here.
6    Q    In the last 90-some-odd days?
7    A    Yeah.
8    Q    Prior to coming -- prior to your arrest in April,
9  had you seen a counselor for any mental health issues which
10 you had been experiencing?
11   A    This April?
12   Q    Yes, 91 days ago.
13   A    This same Jasmine when I was here.  Outside of
14 here?
15   Q    I will start with that.  Outside?
16   A    No.
17       (Ms. Rich returned to the deposition.)
18   Q    In the jail, did you see Jasmine before you were
19 incarcerated in April of 2019?
20   A    Yes.
21   Q    Where?
22   A    Here.
23   Q    In this facility?
24   A    Yes.
25   Q    How many times?
```

Page 140

```
1    A    Before this -- before this April, once.  One other
2  time.
3    Q    Okay.  Any other times that you saw her on any
4  other incarcerations?
5    A    No.
6    Q    So you visited with Jasmine three times?
7    A    Yeah.
8    Q    And what assistance if any is she providing or he
9  providing?
10   A    She.
11   Q    Jasmine would be a she?
12   A    Yeah.
13   Q    It's a new world.  What can I tell you?
14   A    I mean, she's limited on what she is able to do
15 within the --
16   Q    I don't care about her limitations.  What has she
17 done for you?
18   A    She listens.  She told me to try and write these
19 things down.
20   Q    What have you asked her to do, is probably what I
21 should have asked.
22   A    Just suggestions in dealing with stuff, because
23 there is some moments where it gets a little overwhelming.
24 And there is some moments where I am, you know, okay with
25 it.  Life -- you know, everybody has tragedies, and
```

Page 141

```
1  sometimes they affect us differently at different times.  So
2  I -- sometimes this bothers me more than other times.  And
3  then other times, I'm able to just press on with my life.
4    Q    Is your expectation as to tentative relief, does
5  that impact your current health -- mental health?
6    A    I'm a little confused.
7        MS. LOPEZ:  Objection to form.  And I'm advising
8  my client to invoke his Fifth Amendment privilege.
9    A    Fifth Amendment, please.
10   Q    Got it.  You know, you're suing the sheriff for
11 money.  You know that?  You want money damages here.  What
12 do you think is the amount of money that a jury should award
13 you for your damages?  What do you want?
14   A    I'm not an expert on how that's gauged.  I can
15 only offer and explain my scenario.  That is I guess what
16 the courts and people amongst yourselves do.  I can only
17 express what -- I mean, it's a painful situation, and it's
18 kind of something that's probably going to stick with me for
19 a little bit.  I wasn't expecting to be in this situation.
20 Whatever transgressions or things I may have done, or wrong
21 mistakes, none of them were ever deportable.  The
22 punishments for them were never threatening with
23 deportation.  So this was something I was never foreseeing
24 in my lifetime.  So --
25   Q    I have asked you to tell me what your economic
```

Page 142

1    damages are, and you haven't been able to tell me.  I have
2    asked you what your psychiatric and emotional damages are.
3    And to the extent that that is monetary --
4         A    I don't know how to put a price on that.
5         Q    Let me finish, please.
6         A    Okay.
7         Q    Rooted in monetary calculations, you know, I
8    haven't seen anything about that.  But this is your lawsuit,
9    not any lawyer's lawsuit.  It's your lawsuit.  What is the
10   amount of money that you perceive will make you whole?
11        A    I don't know if I will ever be whole, if you're
12   telling me that that's just going to erase -- money is not
13   going to erase what's happened.  I can't reverse time and
14   reverse what's done.  That's mentally in there for my life.
15   I don't know if anything like that has ever happened to you,
16   but it's not something you can just turn off.
17        Q    I'm not asking you to erase it or turn it off.
18   I'm asking, what do you want?
19        A    I want this past me as far as possible.
20        Q    And money is going to help you do that?  I mean, I
21   defend lawsuits where people ask for money.  I have to
22   report to people, too.  What do you want?  They're going to
23   want to know, "What does this guy want?"
24             MS. LOPEZ:  Objection to form.  Asked and
25        answered.  You have asked this question; it's been

Page 143

1        answered.  You've asked this question; it's been
2        answered.  This is maybe the fourth time you have asked
3        this, and he has answered it.
4         Q    Do you wish for me to have any further
5    information?
6         A    Pertaining to?
7         Q    That.  How much money you want.  I mean, if you
8    can't tell me, I will move on.
9         A    I don't know what answer to have for you.  I don't
10   have -- I don't know what the grid for this type of
11   situation -- I don't know.  This is a bad situation.
12        Q    Have you given thought to it?
13        A    To this situation?
14        Q    Well, to the amount of money that you want to walk
15   away with as you get out of here.
16             MS. LOPEZ:  Objection.  Asked and answered.
17        A    No.  I haven't put a denomination amount on it.
18        Q    Well, that's not really what I asked.  I asked,
19   Have you put a thought to it?
20        A    I haven't put an amount on it.
21        Q    Do you own any real property?
22        A    No.
23        Q    Do you have any investment or savings accounts?
24        A    Not at this time, no.  I'm kind of depleted.
25        Q    Say again?

Page 144

1         A    No.  No.
2         Q    Oh, "kind of depleted."  Have you had any further
3    contact with any ICE official since you were released from
4    jail in April of 2018?
5         A    No.
6         Q    When you were placed on probation originally, what
7    were the terms of that probation?  Conditions, things of
8    that kind.  Do you know?
9         A    The whole listing, no.  Just to not repeat that
10   charge, you know, what I did.  I wasn't supposed to do --
11   smoke --
12             MS. LOPEZ:  Okay.  You're invoking your Fifth
13        Amendment privilege.  Don't.  I'm advising you to
14        invoke your Fifth Amendment privilege.
15        A    Fifth Amendment, please.
16        Q    You are accused currently, and have been accused
17   in the past of violating the terms of the conditions of
18   the -- terms of the conditions of your probation?
19        A    Fifth Amendment, please.
20        Q    What can you tell me about that?
21        A    Fifth Amendment, please.
22        Q    You understand that the documents provided to you
23   while you were in C dorm by the deputy who you do not
24   recall, those documents pertaining to the ICE hold were
25   documents provided to the Monroe County Sheriff by ICE?

Page 145

1             MS. LOPEZ:  Objection to form.
2         Q    You understand that?
3         A    I would assume that.  I don't know who else would
4    give them.
5         Q    Well, what information, if any, do you have that
6    ICE didn't give those documents to MCSO?
7             MS. LOPEZ:  Objection to form.
8         Q    The simple answer is, "I have no such
9    information."
10        A    I don't.
11        Q    Well, that's all you've got to say.
12             MS. LOPEZ:  Objection to form.  Don't suggest to
13        my client how he should respond to your questions.
14        Q    Do you understand that your incarceration at the
15   Monroe County Jail from April 5, 2018, until April 26, 2018,
16   was lawful?
17             MS. LOPEZ:  Objection to form.  And objection,
18        he -- why would my client be able to reach that legal
19        conclusion?  You're asking for a legal conclusion he
20        cannot make.
21             MR. JOLLY:  I'm asking for a factual conclusion.
22        Q    Do you have reason to believe that your
23   incarceration was not lawful for that 22-day period?
24             MS. LOPEZ:  Same objection.  My client cannot
25        reach that legal conclusion.

Page 146

```
 1        MR. JOLLY:  I really don't want a legal
 2   conclusion.  I really just want him to tell me, "I
 3   think it was unlawful, or I don't think it was
 4   unlawful."  And then I will ask why.
 5        MS. LOPEZ:  Objection to form.  My client cannot
 6   reach that legal conclusion.
 7        MR. JOLLY:  You're instructing him not to answer?
 8        MS. LOPEZ:  I'm asking my client, can you reach
 9   that legal conclusion?  If you can make a legal
10   conclusion, then answer the question.  If you can't,
11   then don't.
12   A    I'm not able at present.
13        MR. JOLLY:  Oh, I waited all day for this.  That
14   was a speaking objection, and I was hugely criticized
15   yesterday for making speaking objections.  So I guess
16   it's the old "good for the goose is good for the
17   gander."
18        MS. LOPEZ:  With all due respect, you engaged me
19   in a conversation about my objection.
20        MR. JOLLY:  Sort of, kind of.  I get it.  Fair
21   enough.
22   Q    Do you blame the federal government at all for
23   what happened?
24   A    I'm sorry?
25   Q    It's okay.  For what happened here, do you blame
```

Page 147

```
 1   the federal government at all?
 2   A    I blame the parties responsible.
 3   Q    What kind of answer is that?  Do you blame the
 4   federal government?
 5        MS. LOPEZ:  Objection.
 6   Q    Why not just answer the question that's asked?
 7        MS. LOPEZ:  Don't ask my client ironically, "What
 8   kind of question is that?"  It's highly disrespectful.
 9        MR. JOLLY:  Well, it's so clear that you have
10   coached this kid -- this young man to death.
11        MS. LOPEZ:  Do not call my client a kid.  My
12   client is 51 years old.  And I have not coached my
13   client.
14        MR. JOLLY:  Oh, old man.  What can I tell you?
15        MS. LOPEZ:  Proceed.
16   Q    The federal government -- I know you blame people.
17   But do you blame the federal government at all for this
18   situation?
19   A    Solely?
20   Q    No.  Not solely.  In any respect.  You give me way
21   too much credit.  I'm not this clever.  Just answer the
22   question as asked.
23   A    I'm not that coached.  I'm just really freaking
24   out because I don't know what to say on some of this stuff.
25   Q    Not a bad response.  That was a good one.  You
```

Page 148

```
 1   know what the answer always is?  The truth.  Do you believe
 2   that the federal government is responsible in any way for
 3   the situation which you encountered in April of 2018?
 4   A    Yes.
 5   Q    Oh, did you complain in writing to any Monroe
 6   County Sheriff's staff regarding your situation?
 7   A    Yes.
 8   Q    Who?
 9        MS. LOPEZ:  Objection to form.
10        MR. JOLLY:  That was good.  Help me correct it,
11   then, if you think it was improper.
12        MS. LOPEZ:  You just said that you don't like
13   speaking objections.  Objection to form.
14        MR. JOLLY:  Okay.  I'm engaging.
15        MS. LOPEZ:  It was vague.  What does "situation"
16   mean?
17        MR. JOLLY:  That was it.
18   Q    Regarding your detention in April of 2018 and how
19   you felt, apparently, that it was improper, what if any
20   Monroe County Sheriff's staff did you discuss, complain to,
21   write?  Whatever word you want to put in there.
22        MS. LOPEZ:  Objection.  Mischaracterization of the
23   facts and of his testimony.
24        MR. JOLLY:  Well, whatever.
25   Q    You can answer that.  I should never have engaged
```

Page 149

```
 1   her.  I should have just gone forward.
 2   A    I filed multiple grievances.
 3   Q    What's multiple?
 4   A    Exactly?
 5   Q    If you can.
 6   A    Four.
 7   Q    Okay.  What form did those grievances take?
 8   A    A combination of handwritten and via the kiosk
 9   system.
10   Q    How many handwritten grievances or complaints did
11   you submit regarding your situation as being held for ICE?
12   A    I want to say it was equally split; that there
13   were two, I believe, written, and two via kiosk.
14   Q    Did you receive a response?
15   A    To two of them, I believe.
16   Q    Which ones?
17   A    There was one very clearly expressing the mistake
18   it made in my citizenship and asking for some sort of -- any
19   sort of assistance in correcting the matter.
20   Q    That was what you complained of?
21   A    Uh-huh.
22   Q    Okay.  That was not the response?
23   A    No.  Oh, the response was, "That's between ICE and
24   your attorney."
25   Q    All right.  And do you recall who it is that
```

Page 150

```
 1   responded that way?
 2        A    Not offhand, no.
 3        Q    Did you follow up on it?
 4        A    Yes.
 5        Q    What did you do for follow-up on it?
 6        A    I think I had wrote, then I don't -- in whatever
 7   order it was, I either did a kiosk or another handwritten.
 8   They were sort of, you know --
 9        Q    Have you retained copies of any written complaint
10   that you submitted to MCSO staff?
11        A    I had.  I don't -- they are on record.
12        Q    Well, they may or may not be of record.  I want to
13   know if you retained a copy.
14        A    No.
15        Q    Do you recall -- go ahead.
16        A    Are you saying, like, that I kept right now, or
17   did I retain one at all?
18        Q    Well, if you have them now, I want to know.
19        A    I don't have them now.  I have handed them in.
20        Q    Handed them in?
21        A    I wanted to revisit that.
22        Q    Handed them in to whom?
23        A    I handed them in to -- to -- to Legal.  I handed
24   them in to -- the two that I had, I mailed in to Amien.
25        Q    To who?  Oh, Amien.  Okay.
```

Page 151

```
 1        A    And then the kiosk system, I believe that I had
 2   gotten those -- I requested copies of those from --
 3        Q    I'm aware of the one.  I'm aware of the one to
 4   which Linares responded.  Do you recognize Linares's name?
 5        A    Lieutenant Linares.
 6        Q    Do you remember him responding?
 7        A    I believe that may be the one who said, "It's
 8   between you and" --
 9        Q    That's not quite what he said, but it's close.
10        A    I'm trying.
11        Q    What was the other complaint, and who responded?
12        A    That was I think the -- that was the one before
13   that.  And then I don't believe I got a response, which is
14   why I had to send another one.  There was one I didn't --
15   one I didn't get a response to, so I still had to send
16   another one.
17        Q    I have never seen that one.  I don't have that.
18   To whom did you give that?
19        A    I sent it to just general record -- like when you
20   put in the grievance forms, you're not always told who it
21   directly goes to, because everybody's got different titles.
22   So I just put it in.
23        Q    Did you ever see it come back?
24        A    The one I got back, and had no response to.
25   That's why I said --
```

Page 152

```
 1        Q    Do you recall what was written?  What did you say?
 2   What was the complaint?
 3        A    I believe that was the one initially stating that
 4   the ICE -- that this ICE hold had been held -- I mean
 5   "placed."  And I didn't have the -- I didn't understand
 6   where it was coming from.
 7        Q    The kiosk, tell me how that works.
 8        A    That, in a multitude of ways, that's pretty much
 9   how we make communications, requests, obtain information, do
10   ordering.  That's how we --
11        Q    In the complaint, you suggest you wrote a letter
12   to the sheriff.  Did you keep a copy of that letter?
13        A    That's done within the kiosk system?
14        A    I cannot speak to that.  I don't think it was, and
15   you didn't specify.  Did you write a separate letter to the
16   sheriff?
17        A    I'm not sure.  I don't remember if I did, if I
18   addressed one of the requests or not.  There was a lot going
19   on.  I don't remember specifically.  I feel like I did one
20   of the written ones, but I'm not 100 percent sure.
21        Q    You indicate that the Sheriff's Office, who you do
22   not name, mocked you.  Who mocked you, and describe that to
23   me.
24        A    There were two incidents of that.
25        Q    Tell me about that.  Who, and what happened?
```

Page 153

```
 1        A    One was Officer McDonald on the night of the 26th.
 2   He was one of the other guards on duty within C dorm.  And
 3   after realizing that nothing was getting done, I asked again
 4   about getting some help and finding out what exactly was
 5   going on.
 6        Q    This was on the 26th?
 7        A    Uh-huh.
 8        Q    Please continue.
 9        A    And he -- he half-heartedly listened to my
10   situation, really kind of didn't pay much mind to it.
11        Q    I want to know how he mocked you.
12        A    He started singing the Fresh Prince of Bel Air
13   theme song.
14        Q    That's who did that?
15        A    Yes.
16        Q    You indicated there was another deputy who mocked
17   you.  Who was that, and describe it to me.
18        A    Deputy Baptiste.  When I was leaving, he was the
19   one singing, "Don't worry, be happy," and "Everything is
20   going to be all right, Mon," as I'm getting shackled out the
21   door and handed to ICE.
22        Q    Have you ever had any interactions with Sergeant
23   Dickson?
24        A    I'm not -- I may have.  I don't know.
25        Q    She is not a person whose name comes to you off
```

Page 154

1    the top of your head?  I think she was your release deputy.
2        A    Oh, down in the courtroom, maybe?
3        Q    No, I think --
4        A    Oh, from ICE.  The night that ICE came.
5        Q    Yeah, I think she was there.
6        A    There was another lady there.  I mean, there was a
7    lady and Baptiste.  Baptiste was the one -- last person I
8    dealt with on the way out.
9        Q    And Baptiste is the one that was singing --
10       A    -- the "Don't worry, be happy," and "Everything is
11   going to be all right, Mon."  That's that Bobby McFerrin
12   song.  It's the whole Jamaican thing.
13       Q    Okay.
14       A    Yeah.  That was exactly my thought.  It was being
15   funny-ish.  The other lady that you -- the other officer
16   that you mentioned was -- like I said, I spoke to everybody
17   possible.  Like, I don't -- I didn't remember.  I wasn't
18   having the luxury of having a pen and paper -- you know, a
19   pencil and a paper.  And with so much going on, no, I did
20   not mentally retain all the names of people that I saw,
21   because a lot was going on.  But just about everybody I
22   spoke to or came encountered with, I addressed about this
23   situation in trying to get some help.
24       Q    You -- I'm done with the basic questioning.  But
25   if -- is there anything that I did not ask you that you

Page 155

1    would like me to know or like to tell me?
2        A    Other than just to know I understand that this
3    is -- this is your job.  But I feel that --
4        Q    What's my job?  To do what?
5        A    Do what you do.
6        Q    What do I do?
7        MS. LOPEZ:  Please don't engage my client in an
8    argument.  He is answering your question.
9        MR. JOLLY:  I'm sorry, I didn't think that was an
10   argument.
11       A    I don't -- in trying to explain this situation to
12   you, what's happened, I don't find it -- you know, the
13   things -- the other things that I have had and things that I
14   had, I don't -- like I said, I don't realize or think how
15   they are punishable or excusable for the deportation thing.
16   I don't get it.
17       Q    Respectfully, I don't understand that.  What are
18   you trying to tell me?
19       A    Nothing.  I'm good.
20       Q    Anything else that you want me to know that I may
21   not have asked you about this case?  This is my day to
22   interview you.  And I'm hoping I haven't missed something
23   that perhaps you wanted me to know that might influence the
24   people I report to.
25       MS. LOPEZ:  I'd like the record to reflect my

Page 156

1    client is crying.
2        MR. JOLLY:  I would like the record to reflect I
3    don't think he is crying.
4        Q    Anything else you want to tell me?
5        A    I'm crying.  Well, I'm okay.  I'm not okay,
6    actually.  I'm just trying to be a civil human being.
7    That's kind of what I do, my thing.  I'm not going to feed
8    into being -- whatever this is.
9        Q    I don't know what that means, "whatever this is."
10       A    I just feel -- I don't know --
11       MS. LOPEZ:  Do you have a question for him?
12       MR. JOLLY:  Yeah.  I didn't understand what he
13   said.
14       Could you explain?
15       MS. LOPEZ:  My client is clearly upset.  I don't
16   actually --
17       MR. JOLLY:  I'm upset.  That's life.
18       MS. LOPEZ:  Okay.  Do you have a question related
19   to this case for him?
20       MR. JOLLY:  Well, that's a question.
21       Q    Tell me what you meant by that answer.  Listen,
22   again, this is the only day I get to see you pretrial.  And
23   I need to know everything you think I should know.
24       A    I just feel that you should know that if you were
25   in this situation, I think you would understand more how I

Page 157

1    feel, and how this is a really weird experience.  It's a
2    thing I don't wish on anybody, including yourself.
3        Q    Okay.
4        A    And it is -- I'm --
5        Q    Anything else you want me to know?
6        A    No.
7        MR. JOLLY:  I'm done.  You want to explain reading
8    and waiving?
9        MS. LOPEZ:  No.  I'm going to be doing a redirect,
10   and I need a break, so if you can please leave the
11   room.
12       MR. JOLLY:  Okay.
13       MS. LOPEZ:  Thank you.
14       (A recess was taken from 3:37 p.m. to 4:00 p.m.)
15                  CROSS-EXAMINATION
16   BY MS. LOPEZ:
17       Q    You testified that you met with your attorneys
18   yesterday and Wednesday of last week; correct?
19       A    Yes.
20       Q    Did you meet with your attorneys any other time?
21       A    I did meet this Monday as well.
22       Q    Earlier you testified that you filed four
23   grievances:  Two of them were through the kiosk system, and
24   two were written.  Would you dispute that you actually filed
25   three grievances via the kiosk, and only one of them was

Page 158

1 written?
2     A    I would not dispute.  Through everything -- I knew
3 there was four, but I just wasn't sure if they were written,
4 how many were written, or how many were in the kiosk.
5     Q    The sheriff's attorney asked you various questions
6 about what time it was when you were being transferred from
7 the Monroe County Detention Center to Krome.  Were you
8 wearing a watch?
9     A    No.  We weren't.  My property was taken, so I have
10 no time.  I'm just gauging in from the 2:30 wake-up time.
11     Q    Was there any way for you to know for sure what
12 time it was?
13     A    After -- no.  After leaving the building, no.  Not
14 regularly.
15     Q    Why did you stop working at Fogarty's?
16     A    From -- Fogarty's is corporate.  So we were
17 allowed a two-week window of time which you can either do
18 for vacation or other needs.  And once that two weeks has
19 been passed, then you have to go, and then you're
20 terminated, and you have to reapply for work.
21     Q    Did they fire you related to your performance?
22     A    Not for performance.  It was from the time lost,
23 timed out.
24     Q    And is it your understanding that your managers
25 were happy with your work at Fogarty's?

Page 159

1     A    Yes.  As in any job, you know, I had a few bad
2 moments there.  It's a restaurant business.  I had some
3 moments.  But for the whole picture of things, I feel that
4 my tenure there was pretty good.  I got along with most of
5 my managers.
6     Q    You have testified that you received the ICE
7 detainer shortly after you were booked in early April;
8 correct?
9     A    That is correct.
10     Q    How did that make you feel?
11     A    Well, anyway, I was just scared.
12          (Interrupted by knock on the door.)
13          (Discussion off the record.)
14     Q    How did that make you feel?
15     A    Well, scared.  Hurt.  But scared a lot.  And just
16 frustrated.  I didn't really know where to -- as it
17 progressed, I didn't know where to turn or what to do.  It's
18 very -- you feel powerless.  I didn't really expect that to
19 be happening, so I didn't know what -- it's not something
20 that you think is going to happen, so you don't really have
21 a prepared plan for it.  I was trying to say that earlier.
22 You don't know what to do in that situation.
23          So you -- it just -- it was a constant perilous
24 feeling.  And it's sort of the exact opposite of what being
25 a citizen is about.  And then you have no rights all of a

Page 160

1 sudden because of this piece of paper.  Everything is
2 stripped away at that moment.  And nobody really seemed to
3 aid in that.
4     Q    And you said that -- you testified earlier that
5 you didn't think they would send you to ICE.  But you say
6 that receiving the detainer upset you.  Can you explain
7 that?
8     A    I couldn't believe it was happening.  I still to
9 this day, I mean, other than -- if I weren't going through
10 it, I wouldn't believe it, you know.  It's just -- when I
11 received that, I looked at the paper in astonishment and
12 thought, "No, it's not me," you know.  And trying to explain
13 that, I handed that piece of paper to more people, and I was
14 like, "This is not possible," you know.  That's why at that
15 time I still kept thinking, "Okay, this will be resolved.
16 It was just an error, clerical error."
17          I mean, you know, but at the same time every day
18 is going by, and nothing is getting resolved.  So it just
19 built and built and built and built and built and built.  It
20 was just a bad, bad snowball.  You know, it just got worse.
21 And the more nobody listened, the more nobody did anything,
22 the worse it just -- like I said, I went -- I have never
23 felt like that powerless and doing nothing, to where nobody
24 was believing you.  Getting put on that transport vehicle
25 was a pinnacle of getting just left, abandoned, and alone at

Page 161

1 that time, you know.
2          And it's a bad thing for anybody, you know, at any
3 time.  Like I said, I don't ever wish anything like that
4 happening to anybody, anyone.  I don't know if anybody has
5 ever been through that, but it's not what -- being a
6 citizen, you wouldn't think that you're going to be
7 encountering that.
8     Q    When Mr. Jolly was asking you about your lost
9 wages, you said it was hard to find a job because you needed
10 to regroup and put things back together.  What did you mean
11 by that?
12     A    I couldn't, like -- mentally, it was mentally,
13 physically.  By that time, it was exhausting.  Even in that
14 last 24 hours, that -- it was a really exhausting experience
15 on everything.  On your soul, on your being, which lends to
16 physical.  I couldn't face anybody for a minute.  One, I had
17 to put in a realization of what just happened.  I'm still
18 explaining it.
19          When I have to think about it and go there, I
20 don't believe that it actually happened.  I don't believe
21 we're sitting here at this table today right now, because
22 it's something I can't believe I -- that happened.  I
23 don't -- you know, I don't -- you know, how often are you
24 told, "You're not a citizen.  Go here."  Where am I going?
25 Where -- you know, I'm going home.  "Where is that?"  Now

Page 162

1  you're telling me out of the blue, "Oh, yeah."
2        And then for nobody to do anything about it made
3  it just -- then I was like, "Wow, this is bad," you know.
4  Like he said, I don't -- you know, as life goes, you've got
5  to build up a little resistance to it, and go and build
6  walls. But you don't get -- you know, there is times, there
7  is things where I hear -- or I'm just sitting there, and I'm
8  thinking about stuff.
9        And now ICE is so present in the news, I hear
10 about -- I hear about it more and more. And every time, I'm
11 taken right back to these walls. And it's not good. It's
12 not a good place you want to keep revisiting. But there it
13 is. I've got -- you know, I've got it, you know. I've got
14 to do it.
15    Q   Why weren't you able to go to work right away
16 after you were released?
17    A   I had to just regroup. And emotionally, it took
18 me a minute. I went and made the steps to it, but I had
19 even said, I'm like, I can't -- I didn't want to be facing
20 anybody. Then I got to a point of where I was actually
21 explaining the situation. And that happened, you know.
22 Because the more you tell it, the more you've got to relive
23 it, the more it just stays there.
24        And for the first couple weeks when I got out,
25 everybody was like, "Did this really happen? Did this

Page 163

1  really happen?" I had to not go through it once; I had to
2  relive it multiple days, and it was just getting worse and
3  getting worse and getting worse, because it kept -- it was
4  like a bad gerbil wheel, with that picture in front of me.
5  And I just -- the more I'm just trying to get out of it, the
6  more I've got to think about that experience.
7     Q   What are some of the physical effects that the
8  experience of being detained and handed over to ICE by the
9  Monroe County Sheriff's Office had on your body?
10    MR. JOLLY:  Form.  Go ahead.
11    A   I didn't eat well, you know. I didn't eat much
12 for a little bit. You know, you've got to eat for survival.
13 But you know, I'm not that big of a person, anyway. So I
14 don't really need to be missing a lot of meals, just for
15 strength. You know, you kind of need it. But I didn't want
16 to eat. I literally laid in my bed for a couple -- for days
17 in blackness. I stopped. I couldn't take the phone
18 anymore. I really couldn't take explaining that situation,
19 this situation, for a while.
20        And it got to a point where I had to -- I asked --
21 I was like, "I can't keep doing this," because I would still
22 be laying in that bedroom, like, you know -- it's -- it's
23 weird what, you know, that's something your mind -- it can't
24 just turn it off. I can't.
25    Q   So it affected your ability to do everyday tasks?

Page 164

1     A   Yeah. All I really would do is get up and go walk
2  my dog. That was my only moment. And then hope I didn't
3  see anybody, because then I have to explain everything all
4  over again. "Well, what happened? Did this happen?" You
5  know. So it put me in a box for -- you know, it put me in a
6  box for a minute. I didn't -- I wasn't great.
7        I feel as though I've been -- you know, I've been
8  raised a strong person with good -- you know, a good head on
9  my shoulders. Like I said, I'm not perfect. I'm human. I
10 have made some bad choices in life. But never did I think,
11 like, that was where it was going to end up, like that.
12    Q   And how long did that go on that you had trouble
13 doing everyday activities, and you could only get out to
14 walk your dog?
15    A   It took a couple weeks before I could actually go
16 back and start work. And I started work, like, slow, you
17 know. Because I kind of just, like, would drift off into,
18 like -- because it would start. Somebody would ask me about
19 it, and I would start. And then I would start thinking
20 about it. And then I would just sit there and start -- you
21 know, you kind of just get in a zone.
22        So I -- you know, I would go in for a little
23 while. And I've got to deal with people all the time, you
24 know. So I can't really just be sitting there and thinking
25 about this and, you know -- but it was weird. I was more

Page 165

1  emotional -- like, I was really weak. Like, you know, I'm
2  not bawling, like, you know, at one point I was. I couldn't
3  go through that story and not think about it and not freak
4  out. Now, like, it hurts me still, but I've got to go on.
5     Q   Did it affect your ability to sleep?
6     A   I didn't -- yeah, I don't regularly -- even still,
7  now I don't regularly sleep well, you know. Weird things,
8  you know. Sometimes I just think about stuff. I wake up in
9  that situation, thinking I was in that situation again. So
10 I don't know, you know. So it doesn't happen a lot like it
11 used to, you know. Some time has gone on. But it's
12 still -- it's still there, you know. I still -- I don't
13 know. I still get it. I still do it.
14    Q   You say you woke up remembering that you were in
15 that state. Is that a nightmare?
16    A   Yeah. It's not a good dream, you know. You
17 don't -- you know, you kind of wake up and you're -- it's
18 weird little stuff. Like you hear some keys jingling or --
19 I just go out -- you know, like, it's a while. It's a
20 process, and it's still a process. Like I don't know if I
21 should have -- I wish I had been able to have that luxury to
22 be able to go and see somebody. Because if I had talked it
23 out a while earlier on, you know, it's -- I would get -- I
24 have the property, like, better tools to where it's like --
25 now it's just time. I've got to deal with it.

Page 166

1    Q   Why keys jingling?
2    A   Because that's the -- remember, that's the last
3  thing you hear was the keys jingling, and then they open the
4  door.  And then they said, "Pack up."  And the next thing
5  you know, I'm shackled up and going -- headed down.  I was,
6  you know, out -- I will never forget that ride.  I will
7  never forget riding past my street and, you know, we were
8  going past Big Pine and I'm thinking, "I don't know if
9  I'm -- I'm going past home into something where I don't
10  even -- you can't fathom it.  It's going through it."
11       And it's so surreal of a situation that -- like I
12  said, I went from, like, sad, mad, like, furious.  And then
13  like really upset.  And then like -- it's -- you know,
14  people turn their back on you in that thing.  It was weird.
15    Q   Before the Monroe County Sheriff's Office held you
16  for ICE, had you ever been diagnosed with anxiety or
17  depression?
18       MR. JOLLY:  Objection.  Form.
19    Q   You can answer.
20    A   No.  No, I've been, you know, pretty -- like, I've
21  been in the service business for a while.  And you know, I
22  like -- you know, I'm upbeat.  You know, I like people.
23  It's kind of my thing.  I still do.  I just -- I don't know.
24  It's weird.  I don't know.  I'm kind of -- I don't know, I'm
25  kind of not -- it's tiring.  It's life tiring.  It was a big

Page 167

1  thing in life where it really made me not great.
2       MS. LOPEZ:  And we're just going to have the
3       record reflect that right now Peter is crying.
4       MR. JOLLY:  I dispute that characterization.
5    Q   The last question that I have for you is, have you
6  ever experienced something like what you're describing --
7  the nightmares, not being able to sleep, the social
8  isolation -- before?
9       MR. JOLLY:  The socialized what?
10       MS. LOPEZ:  Social isolation.  I can repeat the
11       question.
12       MR. JOLLY:  Oh, "isolation."  I just didn't
13       understand.
14    Q   Have you ever experienced something like what you
15  were describing -- nightmares, not being able to sleep, or
16  social isolation -- before this incident?
17       MR. JOLLY:  Form.
18    Q   Before ICE held you, and before the Monroe County
19  Sheriff held you for ICE?
20       MR. JOLLY:  Form.
21    A   No.  Because even for anything, what I have done,
22  I knew that whatever thing I had to own up for, you know.
23  This was something out of my -- like, I didn't know.  I didn't
24  make myself an -- like, I don't even know how to properly --
25  like what, you know, I always want to say "alien" or

Page 168

1  "immigrant."  I didn't -- it's not something that I did.
2  That's just something that was placed on me by --
3  incorrectly.  And so no, I didn't, you know.
4       MS. LOPEZ:  No further questions.
5       MR. JOLLY:  I have three.
6               REDIRECT EXAMINATION
7  BY MR. JOLLY:
8    Q   I neglected to ask you if you have any post-high
9  school education.  Did you go to college?
10    A   Yes.  I thought we discussed it.  I went to
11  college for a couple years.
12    Q   We did not.  You may have discussed that with
13  them, but not with me.  Where did you go to college?
14    A   For -- I went to Sullivan County Community College
15  in Upstate New York.
16    Q   To study what?
17    A   Lab technician.  It was after I did the ward clerk
18  thing.
19    Q   Did you obtain any post-high school degree?
20    A   I did not, no.
21    Q   So it was like a trade -- or a vocational school?
22    A   Yes.
23    Q   And you do not -- other than that, have you had
24  any professional training in a trade?
25    A   No.  I've just been -- I've been in the restaurant

Page 169

1  business for quite so many years.
2    Q   Here is the most important question of the day.
3  Do you have a dog?  What kind of a dog?  Serious.  What kind
4  of a dog do you have?
5    A   I have an Australian shepherd.
6    Q   Who takes care of him while you're in jail?  Or
7  her.
8    A   Eric, my roommate.
9       MR. JOLLY:  That's it.  We're kind of dog people.
10  That's why I asked.  I was just curious.
11       THE DEPONENT:  Yeah, my roommates.
12       MR. JOLLY:  Good.  That's it.  You want to tell
13  him about reading and waiving?
14       MS. LOPEZ:  You can go ahead.
15       MR. JOLLY:  You are obligated to read this thing.
16  You have the right to read it.  You have the right not
17  to read it.  If you choose not to read it, you won't
18  read it.  If you say you've got to read it, you're
19  supposed to go to her office to read it.  I'm not quite
20  sure how that will work.
21       I am ordering it.  I have already instructed
22  her that I am ordering it.  You're not supposed --
23  actually you can even sort of make changes now.  That's
24  kind of the way it works.  But since I am not your
25  lawyer, and ordinarily I do not instruct the other

Page 170

1   lawyer's client to read or waive.
2        MS. LOPEZ:  I thought you wanted to explain
3   something.  So yes, I will advise you not to waive your
4   right to review the transcript.
5        MR. JOLLY:  That's a read.  And I'm ordering it,
6   normal delivery.
7        MS. LOPEZ:  We will get a copy as well.
8        (The deposition concluded at 4:21 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 171

1                   CERTIFICATE OF OATH
2
3   STATE OF FLORIDA )
                     )
4   COUNTY OF MONROE )
5
6
7        I, Amy Landry, RPR, FPR, the undersigned
8   authority, certify that Peter Sean Brown personally appeared
9   before me and was duly sworn.
10
11       WITNESS my hand and official seal this 29th day of
12   July, 2019.
13
14
15
16
17              _Amy Landry_
                Amy Landry
18              Notary Public - State of Florida
                Commission No. GG 083384
19              Expires:  April 26, 2021
20
21
22
23
24
25

Page 172

1                 CERTIFICATE OF REPORTER
2
3   STATE OF FLORIDA )
                     )
4   COUNTY OF MONROE )
5
6        I, Amy Landry, Registered Professional Reporter
7   and Florida Professional Reporter, do HEREBY CERTIFY that I
8   was authorized to and did stenographically report the
9   deposition of Peter Sean Brown; that a review of the
10   transcript was requested; and that the transcript, pages 1
11   through 170, is a true record of my stenographic notes.
12
13       I FURTHER CERTIFY that I am not a relative,
14   employee, attorney, or counsel of any of the parties, nor am
15   I a relative or employee of any of the parties' attorney or
16   counsel connected with the action, nor am I financially
17   interested in the action.
18
19       DATED this 29th day of July, 2019 at Key West,
20   Monroe County, Florida.
21
22              _Amy Landry_
                Amy Landry, RPR, FPR
23              All Keys Reporting,
                a U.S. Legal Support Company
24              9701 Overseas Highway
                Marathon, Florida  33050
25

Page 173

1                       ERRATA SHEET
2   DO NOT WRITE ON THE TRANSCRIPT - ENTER CHANGES ON THIS PAGE
3     IN RE:  PETER SEAN BROWN v. RICHARD A. RAMSAY, etc.
                  Deposition of Peter Sean Brown
4                    Taken July 17, 2019
                   U.S. Legal Job No. 1966936
5
6   Page  Line   Change                    Reason
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22
    Under penalties of perjury, I declare that I have read the
23  foregoing document and that the facts stated in it are true.
24
    _____         _____
25  DATE                     Peter Sean Brown



Page 174

```
 1              WITNESS NOTIFICATION LETTER
 2   July 31, 2019
 3   Peter Sean Brown
     c/o Viviana Bonilla Lopez, Esquire
 4   Southern Poverty Law Center
     4770 Biscayne Boulevard, Suite 760
 5   Miami, Florida  33137
     viviana.bonillalopez@splcenter.org
 6
 7
 8   In Re: Peter Sean Brown v. Richard A. Ramsay, etc.
         Deposition taken on July 17, 2019
 9        U.S. Legal Support Job No. 1966936
10
11   The transcript of the above-referenced proceeding has been
     prepared and is being provided to your office for review by
12   the witness.
13   We respectfully request that the witness complete their
     review within 30 days and return the errata sheet to our
14   office at the below address or via email to:
     southeastproduction@uslegalsupport.com.
15
16   Sincerely,
17   Amy Landry, RPR, FPR
     U.S. Legal Support, Inc.
18   700 East Dania Beach Boulevard
     First Floor
19   Dania Beach, FL 33004
     305-289-1201
20
21
22
23
24
     CC via transcript:
25   Bruce W. Jolly, Esquire
```

| $ | |
|---|---|
| **$14** | 38:18 |
| **$25** | 31:8 |
| **$250** | 21:24 |
| **$33,000** | 39:24 40:3 43:7 |
| **$600** | 22:5,8, 10 23:4 52:18 |

| ( | |
|---|---|
| **(a)** | 24:23 |
| **(b)** | 24:23 |

| 1 | |
|---|---|
| **1** | 7:9 10:2 20:20 |
| **1-4-19** | 9:13 90:4 |
| **10** | 9:12 47:8 |
| **10-3-18** | 9:13 90:4 |
| **100** | 127:5 152:20 |
| **10:00** | 43:19 |
| **10:15** | 29:7 |
| **10:19** | 29:7 |
| **11** | 5:16 7:13 9:3 |
| **11:11** | 66:22 |
| **12** | 6:5 7:3 9:23 100:20 |
| **13** | 134:20,23 135:20 136:22 |
| **132** | 10:2 |
| **133** | 10:2 |
| **138** | 47:7 |
| **13th** | 36:8,14 |
| **14** | 3:20 8:10 9:18 |
| **141** | 10:7 |
| **144** | 10:12 |

**148** 46:24
**14th** 33:22
**15** 3:8
**15th** 22:19,22
**16** 3:20,22 6:5 39:4
**16th** 21:13
**17** 5:11 6:9 7:13 9:13 20:17 21:9,10 39:23 65:6 70:3 90:5
**175** 20:22
**176** 9:3,7,12 20:22 21:8 36:17 85:7 88:23 89:6 90:3 113:18 114:8
**17th** 20:15 21:13 32:7 34:16
**18** 5:16,23 6:1 8:6,11 36:4,5 38:14 40:13,15 47:19 62:3 76:11 77:9,21 78:2 86:14 87:15 90:23, 24 113:18 132:2,3
**18th** 90:19
**19** 5:11 7:3, 21 8:6,25 35:13 47:19 70:3 86:14,15 132:3,6
**1968** 19:2
**1:26** 66:23
**1st** 22:22 35:14 84:7

| 2 | |
|---|---|
| **2** | 3:2 4:1 6:9,20 |

**2-20-19** 90:5
**2-28-68** 19:12
**20** 3:22 5:22 7:21 8:25 9:18 10:2 84:3 104:5 105:22 132:8
**2000** 64:13 65:5
**2001** 64:14
**2014** 59:25
**2016** 39:6
**2017** 38:21 40:2 43:6,7 57:6 63:23
**2018** 7:4,19 9:4,8 26:9 38:1,19 39:19 41:18 42:9, 17,25 45:11, 17 47:12 63:22 70:11 71:10 72:7 76:9 79:2,6 80:11 81:12, 17 82:13,25 83:14 84:23 88:24 89:8 91:22,23 94:5 133:14 134:10 144:4 145:15 148:3,18
**2019** 7:14 26:6 35:14 46:17 83:18 84:3,12 131:17 132:8 139:19
**20s** 63:19,20
**20th** 35:14 84:6
**21** 3:8 10:12
**22** 3:5 7:18 79:6
**22-day** 145:23
**23** 7:9 9:3 79:6 114:24

**24** 7:18 161:14
**24-hour** 76:4
**25** 3:5 136:24
**26** 145:15
**26th** 91:23 92:18 94:5 123:20 125:3 135:6,10 136:21,24 153:1,6
**27** 3:2 9:4,8 88:24 89:8
**27th** 8:11 79:8 80:11 87:16
**28th** 19:2
**2:30** 95:20 98:11,13,19 158:10
**2:49** 130:22
**2:58** 130:22

| 3 | |
|---|---|
| **3** | 9:12 83:6 |
| **3-1-19** | 9:13 90:5 |
| **30** | 64:19,20 65:2,5 |
| **3:00** | 95:20 |
| **3:30-ish** | 98:1 |
| **3:37** | 157:14 |
| **3rd** | 36:8,15 |

| 4 | |
|---|---|
| **4** | 6:24 10:7 |
| **4:00** | 101:7 157:14 |
| **4:21** | 170:8 |
| **4th** | 8:11 35:13,14 45:11 79:7 83:18 87:16 91:22 123:20 125:2 135:9 |

**5**

136:21

**5**

5   3:2 4:12
  6:20 145:15
5'7"   46:22
51   32:13
  114:10 147:12
54   3:5
545   19:19
  38:2
55   3:8
56   3:8
57   3:20
58   3:22
5:00   43:21
5th   123:20
  125:2

**6**

6   5:22 6:16
  10:12
65   71:5
67   4:1
68   4:1,12
6th   115:1
  133:4 135:17

**7**

7-13-18   9:13
  90:4
70   4:12
75   20:20
  83:3,13
76   5:16
77   5:22
78   5:22 6:5
79   6:9
7:00   101:11
  108:22
7th   115:1

**8**

8   4:12 6:24
80   6:9,16
81   6:20 7:9
82   6:24 7:3
83   7:9
84   7:13,18
85   7:21
  62:16,22
86   7:21 62:16
87   8:10
88   8:10,25
  9:3
89   9:3
8:00   106:10
8th   16:25
  115:2 133:4

**9**

9   4:1 6:16
  9:23 10:7
  20:20 70:24
  71:5
90   9:12
90-some-odd
  139:6
91   5:12 9:18
  20:17 32:14,
  24 70:4
  139:12
94   9:23
99   64:13 65:5
9:00   106:10
9th   16:25

**A**

a.m.   29:7
  66:22
Aaron   20:5
  125:12
abandoned
  160:25

abided   114:21
ability   14:3
  24:22 36:18
  163:25 165:5
able   45:15
  115:23
  125:19,21
  126:3,10
  136:18 140:14
  141:3 142:1
  145:18 146:12
  162:15
  165:21,22
  167:7,15
about   8:10,
  13,20 9:18
  10:19 14:12,
  13,14 17:6,12
  20:17 22:14,
  24 23:14
  26:18,21
  38:25 40:24
  41:16 47:15
  49:15 50:15
  55:6 57:5,7
  62:12,17
  64:13 65:16
  71:16 72:9,12
  84:2 87:14,20
  88:8 91:1,3,
  14 98:19
  99:18 101:1,
  11 104:16,23
  106:9 107:24
  112:14,19
  114:4 118:5
  119:20 120:21
  123:3 125:1,
  4,6,7,21
  127:15
  130:11,19
  140:16 142:8
  144:20 146:19
  152:25 153:4
  154:21,22
  155:21 158:6
  159:25 161:8,
  19 162:2,8,10
  163:6 164:18,

20,25 165:3,8
  169:13
absolutely
  74:7
abuse   67:7
  68:3
abuser   4:1,
  12,14 67:9
  68:5,9
accept   36:22
  108:4
access   32:4
  38:6,7 103:24
according
  106:24
account   23:9,
  11,16,19,22
  24:7,8,12,13
  25:10,12
accounts
  143:23
accurate
  20:15 32:18
  35:10 40:16
  50:8 83:3
  85:17,18
accusation
  41:10
accused   10:17
  144:16
acknowledge
  116:14
act   124:19
actions
  124:11 125:17
active   30:13
activities
  164:13
actual   55:6
  133:6 134:13
actually
  14:7,13 18:6
  24:14 35:25
  36:13 54:9
  63:12 74:14
  78:9 98:2
  101:12 103:7

110:2 126:10
156:6,16
157:24 161:20
162:20 164:15
169:23
**add** 36:23
**address** 19:18
21:15 22:18
37:25
**addressed**
120:19 152:18
154:22
**adjacent**
15:13
**adjoining**
99:9
**adjudicated**
55:12 64:24
**admission**
87:8
**admit** 8:6
9:23 86:15,22
94:9
**admitted**
55:12 87:10
117:1
**advance**
28:20,21
103:25
**advice** 107:3
**advise** 4:17,
19,23 5:1,8,
13 6:1,13
7:4,6,10,15
8:1,12,15
9:9,15 68:14,
18 69:2,7,22
70:6 78:3
79:25 82:14,
18 83:24
84:15 86:5
87:18,23,24
89:9 90:8
170:3
**advising** 3:6,
9,24 4:2,7,
13,15 5:17
6:6,10,17,21,

25 8:7,20,22
9:5,24 10:9,
16 54:24
55:23 58:18
67:10,21
68:6,10 76:13
78:13 79:19
80:7 81:3
82:6 86:16
88:9,12 89:1
94:10 141:7
144:13
**affect** 141:1
165:5
**affected**
136:25 163:25
**affecting**
89:19
**affidavit**
131:22,25
**affidavits**
132:16
**afford** 137:19
**after** 8:17
39:10 46:1
54:14 62:14
87:9 88:3
95:15 96:10
97:5 98:18
99:19 105:13
106:10,13
109:9 127:21
134:20,25
135:20 136:7,
24 137:7
153:3 158:13
159:7 162:16
168:17
**afternoon**
108:18 110:21
121:8
**again** 5:11
22:6 26:17
30:19 32:22
38:6 44:9
47:14 66:11
70:2 71:4,6
90:2 97:22

109:5 112:20
114:9 119:4
143:25 153:3
156:22 164:4
165:9
**against** 57:22
119:22 120:16
**age** 32:12
**agency** 72:24
**agent** 107:11
108:10,12
111:25 112:2
**agents** 95:23
99:21 108:6
109:10,11,17
110:15
**ago** 24:7 30:5
33:8 46:5,7
49:2 60:21
73:2,3 113:15
131:4 134:7
139:12
**agree** 116:14
**agreeing**
129:2
**agreement**
21:25 22:2,3,
4
**ahead** 43:10
44:21 70:13,
22 104:16
116:4 125:9
127:24 128:7
150:15 163:10
169:14
**aid** 160:3
**Air** 153:12
**alcohol** 4:4,
7,14,16,18,25
67:14,20
68:9,13,17
69:6
**aliases** 19:10
**alien** 74:12
113:22 114:22
116:8 167:25
**all** 5:19 7:3
11:1,9 13:2,

18 18:3,19
32:6 36:2
46:25 53:24
56:17 57:9
60:8,15 66:17
76:16,19
79:12 82:12
85:1 91:9
96:14 97:19
103:3 106:6
109:16,22,24
111:7 114:11
123:15,16
124:20 127:15
133:19
134:17,18
137:11 138:4,
16 145:11
146:13,18,22
147:1,17
149:25 150:17
153:20
154:11,20
159:25 164:1,
3,23
**allegation**
58:5 74:8
**allege** 70:9
72:8
**alleged** 7:23
54:10 57:23
58:8 85:3,23
131:9,11
**allegedly**
57:22
**alleviated**
113:10
**allow** 126:11
**allowed** 7:22
85:22 104:11
110:19
128:20,22,24
129:4,8
158:17
**Almost** 34:2
**alone** 160:25
**along** 4:20
68:20 159:4

already  41:11
  55:1 60:21
  85:7 87:10
  97:15 169:21
also  35:4
  66:12
altercations
  9:4,7 88:25
  89:5
although  76:6
  82:24
always  59:18
  148:1 151:20
  167:25
am  3:9 6:6
  13:16 35:20,
  22 41:8 47:22
  55:22 60:19
  78:13,23
  98:13,21
  118:13 120:5,
  6 130:14
  137:8 140:24
  161:24
  169:21,22,24
Amendment
  3:1,4,7,10,
  11,14,16,18,
  21,24,25 4:2,
  5,8,10,13,15,
  16,17,18,19,
  22,24 5:1,9,
  10,13,14,18,
  20,24 6:2,6,
  7,11,14,17,
  18,21,22 7:1,
  5,7,10,11,16,
  19,24 8:2,8,
  13,17,22,23
  9:1,5,6,9,10,
  15,16,20,21,
  24,25 10:9,
  10,16,17,19,
  20 16:14,15
  27:5,15,17
  54:25 55:13,
  24 56:2,7,8,
  11,12,15
  57:16 58:19,

20 67:11,16,
  22 68:2,7,11,
  12,15,16,19,
  24 69:3,4,8,
  23 70:1,7,8
  76:14,18
  77:23,24
  78:4,5,14,16,
  21 79:20,21
  80:1,2,8,9
  81:4,5 82:7,
  8,9,15,19
  83:25 84:1,
  16,18,24
  85:25 86:6,
  18,19,25
  87:2,19 88:3,
  13,14,20
  89:2,4,10,11,
  19 90:9,10
  91:18,20
  94:11,12
  141:8,9
  144:13,14,15,
  19,21
America
  23:21,24 24:1
  25:19 26:1
Amien  150:24,
  25
amongst
  141:16
amount  21:24
  104:1 131:21
  141:12 142:10
  143:14,17,20
amounts  21:24
and  3:18 4:2,
  5,8,13,14,15,
  17,19,20 5:1,
  7,8,11,13,18,
  24 6:2,6,11,
  14,17,21 7:1,
  3,6,9,10,13,
  14,16,23 8:2,
  5,6,7,17,22
  9:5,9,12,13,
  20 10:2,9,17
  11:4,5,10,17,

18,19 12:4,8,
  12,15 13:1,2,
  4,17 15:3,9,
  16,17,20,23
  16:6,11 18:1,
  6,10,12,13,22
  20:1,5,8,9,20
  22:5,8,10,12
  23:15,24
  24:1,3,4,15
  25:2 26:15
  28:25 30:22
  31:1,7,11,23
  33:7,12 34:1,
  8,24,25 35:14
  38:9 39:11
  40:19,20
  41:23,24
  42:6,16 43:6,
  14,16,19
  44:3,18 46:2,
  8,11 47:11
  48:15 49:5,9,
  11,20 50:16,
  20,21,22,23
  51:1,3,4,15
  52:2,10,21
  53:13 54:4,21
  55:5,9,12
  56:15 59:8,20
  60:2,6,7,11
  61:3,6,16,22,
  24 62:5,8,11,
  13,20 63:1,2
  64:13,20
  65:12 66:4,9,
  10,12,14
  67:11,16,22
  68:7,8,11,14,
  19,20 69:8,
  20,22 70:2,6
  72:5,16,18
  73:3,8,9,13,
  16,20,25
  74:3,8,17,18
  75:2,10,14,25
  76:14,19
  77:6,23,24
  78:4,14,23,

24,25 79:7,20
  80:1,8 81:4,
  6,11 82:7,12,
  17 83:23,25
  84:11,12,16
  85:24 86:6,
  12,14,16,17,
  20 88:3,13
  89:2,10 90:2,
  3,5,11 91:9,
  18 93:5,16
  94:13,16,23
  95:3,5,16,17,
  22 96:10
  97:2,3,11,16
  98:11,12
  99:10,11,20,
  21,22 100:15,
  22 101:3
  102:20 104:3,
  7,20,23
  105:4,7,9,14,
  16,18,24
  106:3,16,19,
  21,23 107:4,
  5,6,20
  108:13,22
  109:10,13,14,
  15 110:4,6,8,
  15,16 111:25
  112:13,17,24
  113:5,13,16,
  17 114:8,10,
  21 116:9,11,
  24 117:4,14,
  19 118:6,16,
  19 119:3,17,
  23 120:7,10,
  23 121:23,24
  122:7,9,21,
  22,24 124:9,
  11,20 125:12,
  15,17,25
  126:8,9,10,
  12,15 127:7,
  21 128:12
  129:5 130:3
  131:5,18
  132:18,20

133:11,23
135:16,21
136:15,18
140:8,18,24,
25 141:2,7,
15,16,17
142:1,2,3,13,
20,24 143:3,
16 144:16
145:17 146:4,
14 147:12
148:18,23
149:8,13,18,
23,25 151:1,
8,11,13,24
152:5,14,22,
25 153:2,4,9,
17,19,21
154:7,9,10,
18,19 155:13,
22 156:22
157:1,4,8,10,
18,23,25
158:18,19,20,
24 159:15,24,
25 160:2,4,
11,12,13,18,
19,21,23,25
161:2,10,19
162:2,5,7,9,
10,11,17,18,
21,24 163:2,
3,5,8,20
164:1,2,12,
13,16,19,20,
23,24,25
165:3,17,20,
22 166:3,4,5,
7,8,11,12,13,
21 167:2,18
168:3,23
169:13,25
170:5
**Andrew**  11:10
20:17,20
81:23 100:17
130:14
**another**  14:2
18:6 19:14

24:17 45:4
46:2 54:16
58:25 95:6,7,
10 96:12
105:22 136:15
150:7 151:14,
16 153:16
154:6
**answer**  4:13
5:7,8,13,18,
24,25 6:2,6,
10,14,17
7:14,15 8:7,
12,15,22 9:9,
20 11:19
12:1,6,12
13:9,11,15,
19,23 14:1,4,
8,10,19 15:5
16:14,20
19:16 24:23
25:15,16
29:16 32:20
35:22,23
36:22 37:15
38:12 39:12
44:23 45:7
55:19 56:18
57:7,19 68:7
69:20,21,22
70:6 71:21
76:14 77:23,
25 78:4,14
79:19 80:1,8
84:13,15
86:17 87:17,
24 88:12,17
89:10,18,20
91:18 102:22
117:4 118:7,
21 119:14
129:11 130:7
143:9 145:8
146:7,10
147:3,6,21
148:1,25
156:21 166:19
**answered**
12:19 34:4

56:19,20
97:16 142:25
143:1,2,3,16
**answering**
124:15 155:8
**answers**
127:21
**anxiety**
166:16
**any**  3:23 4:10
5:12 6:12,24
7:18 9:4,7,14
11:22 12:15
13:6 14:10
18:3 19:5,10,
12 20:8 23:5
24:20,21 25:9
31:11 34:8
38:23 42:22
43:1 44:18
48:8 51:7,8
53:25 57:2,7
58:8,16,21
63:4,15 65:5,
11 66:12,17,
21 67:7 68:1
70:4 74:5
76:7 79:23
82:4 84:22
88:25 89:5,12
90:6,11 91:10
99:13 101:22
102:1,20
104:11 107:3
108:7,19
109:22 113:6,
7,21 114:7
118:23 120:3,
5,15 123:3
124:11 125:18
126:19
137:16,17
139:9 140:3,8
142:9 143:4,
21,23 144:2,3
145:5 147:20
148:2,5,19
149:18 150:9
153:22 157:20

158:11 159:1
161:2 168:8,
19,24
**anybody**
120:22,25
157:2 161:2,
4,16 162:20
164:3
**anymore**  24:5
128:14 163:18
**anyone**  32:11
91:8 119:6
121:4,5 161:4
**anything**  4:20
13:5 14:8,10
15:2 19:9
24:18 35:2
47:15 58:24
66:25 67:3
68:20 90:12
91:1 110:8
116:12 118:5
124:21 126:6
127:11 135:15
142:8,15
154:25 155:20
156:4 157:5
160:21 161:3
162:2 167:21
**anyway**  92:11
97:23 159:11
163:13
**anywhere**
38:23 43:20
48:9 52:17
**apartment**
19:23,24
**apologize**
4:14 10:2
68:8 132:20
**apparently**
12:13 15:21
47:10 48:19
72:6 87:7
148:19
**appearance**
93:16 94:2

**appeared**
93:23

**appointed**
131:23 132:17

**appreciate**
41:23

**appropriate**
13:17 27:21

**approximately**
15:7,11 17:5
38:11 39:24
43:11 51:24
59:23 61:2
95:20 97:7
100:20,21
131:4,15

**approximation**
52:17

**April** 5:11,
16,22 6:1
7:4,14,19
8:11 9:4,8,13
20:15,17
21:9,10,21
22:19 32:7
33:22 34:16
38:1,14
40:12,13,15
41:18 42:9,
17,25 45:11,
16 46:17
47:11,19 61:2
63:22 70:3,10
71:10 72:7
76:9,11 77:6,
9,20 78:2
79:2,6 80:10,
11 81:12,17
82:13 84:12,
23 87:15,16
88:18,24 89:8
90:5,20,24
91:22,23
92:15,17,18
93:9,12,13
94:5 115:1
123:20 124:1
125:2,3
131:17 133:4,

13 134:10
136:21 139:8,
11,19 140:1
144:4 145:15
148:3,18
159:7

**are** 3:20 4:3
7:21,22,24
10:3,17 12:7
13:22 16:1
19:8 20:8
22:16 26:20
30:22 33:16,
19 36:10,11
45:3,15 47:21
48:23 49:5
52:21 55:10
57:11,14,17,
22 58:1 65:10
67:6,12 76:21
77:11 80:17
81:6,7,11
85:20,21 86:1
89:14 93:15
100:7 103:23,
24 104:12
108:5 113:22
115:18,19
118:25 120:6
123:16 124:6
125:18 130:8,
23 132:21
133:6 134:19,
25 135:4,13,
19 138:4
142:1,2
144:16
150:11,16
155:15,17
161:23 163:7
169:15

**area** 19:22,23
61:9 95:17
97:3 104:2
128:4

**aren't** 104:11
138:16

**arguably** 15:1

**argument**
155:8,10

**around** 62:14

**arrangements**
136:15

**arrest** 8:11,
14 33:8 45:16
47:5,11 52:10
54:11 57:6
66:7 70:10
73:9 76:20
79:2,6 83:13,
21 84:2
87:15,21
88:21 91:22
112:7 132:2
139:8

**arrested** 4:6,
9 5:16,17,22,
25 6:5,7,20,
24 7:4,14,18,
21,24 8:14,
15,17,18,21,
25 41:18
42:9,17,25
45:10 47:19
63:23 64:15
66:4 67:18,25
73:6 76:8,11,
12 77:5,9,10,
20 78:1,7,10,
12,15 79:7,15
80:11,12,21,
22,25 81:2,
11,12,17,19,
24 82:4,13,25
83:17 84:13,
22 85:20 86:1
87:21,24
88:2,5,11,15,
19 90:21
137:11

**arrests** 7:13
65:6,8 66:17
81:6 82:21
84:11 85:1

**as** 5:11 7:25
8:1,3,5 10:7
11:4,5 12:2,

10 13:5 15:21
16:22 20:5
30:19 36:24
37:7 40:10
42:3 48:16
49:25 51:10,
15 54:2 58:23
59:4,11 60:9
61:2 63:11,20
66:20 70:3
71:13 73:12
80:20 81:1
82:22 85:2
86:3,4,8,12
90:13 91:21
92:7 98:4
99:8,14
104:22
106:19,21
110:14 116:6
117:5 118:25
124:12,15,24
128:6 129:18
135:5 137:11,
14,17 141:4
142:19 143:15
147:22 149:11
153:20 157:21
159:1,16
162:4 164:7
170:7

**ask** 3:8,9
7:14 8:10,13
10:2 14:6,7
15:1 26:20
47:13 55:21,
22 71:24
80:18 81:21
84:12 87:14,
20 97:22
104:18,23
107:1 110:24
120:8,11
123:24 132:20
136:3 142:21
146:4 147:7
154:25 164:18
168:8

asked  4:14
  17:14 44:24
  56:20 57:5
  68:8 80:20
  81:20 97:15,
  20 98:20
  102:18 104:18
  107:5 112:13,
  19 117:3
  118:7 124:16
  137:8 140:20,
  21 141:25
  142:2,24,25
  143:1,2,16,18
  147:6,22
  153:3 155:21
  158:5 163:20
  169:10
asking  3:12
  11:12 12:18
  13:12 22:13,
  16 26:17
  36:11 55:5
  56:4 65:10,11
  71:24 94:1
  106:22 112:19
  115:22 116:18
  117:16,22
  118:8 124:17
  128:11 129:5
  135:12,19
  142:17,18
  145:19,21
  146:8 149:18
  161:8
asks  33:14
assist  126:5
assistance
  140:8 149:19
assume  36:7,
  12 65:4 74:5
  87:1 92:6
  102:12 133:7
  145:3
assumes  5:5
  69:16 120:17
Assuming
  11:18

astonishment
  160:11
at  4:25 5:4
  6:7 12:17,21
  13:6 14:2
  15:16 16:3,17
  18:12 20:1,23
  21:5,14
  22:12,13,18
  23:10 24:1
  27:20 28:23
  30:14 31:17
  32:15 35:1,5,
  15 36:25 37:1
  38:9,16
  40:15,18,22,
  23 41:17
  42:8,16,21,22
  43:7,14,17,
  20,23 44:8,12
  45:22 46:25
  47:5,11,18
  50:19,20,24
  51:8,9,13,18
  52:13,19 53:6
  57:11 59:17
  60:5,8 61:22
  62:5,10 64:9
  65:14 66:5
  69:5,14 72:5,
  7,14,16
  73:14,16,20
  75:12 78:15
  80:4 86:23
  92:19 94:5
  95:11,15,21
  98:8,11,13
  99:11,15
  100:22 101:2,
  6,7 105:1,6
  107:6,9,13,
  15,18 108:18,
  23 109:10
  110:9 111:18,
  20,25 113:9
  114:11
  116:10,13
  118:3,11
  121:2 122:21

123:19 125:13
  127:13,14
  133:10,19
  134:16 136:4,
  25 137:5,25
  141:1 143:24
  145:14
  146:12,22
  147:1,17
  150:17
  158:15,25
  160:2,11,14,
  17,25 161:2,
  21 165:2
  170:8
ate  121:22
  122:20
Atlantic
  61:21 72:25
  73:5,6
attack  106:6
attention
  50:22
attorney
  123:22 132:11
  149:24 158:5
Attorney/
client  13:7
attorneys
  32:9,10
  157:17,20
attribute
  49:9 53:19
attributed
  74:19
August  16:25
Australian
  169:5
avoid  50:23
awake  103:12,
  13,14,17
award  141:12
aware  125:18
  127:11 151:3
away  62:6
  136:9,14
  143:15 160:2
  162:15

awful  137:12

---

B

B-R-O-W-N
  18:25
B1  133:17
back  13:18
  25:8 26:25
  29:8,10 31:1
  57:6 59:25
  60:11 61:4
  63:18 65:5
  70:24 71:5
  72:18 74:17
  76:25 95:4,15
  96:11 105:24
  109:7 113:16
  136:8,11,14,
  17,19 151:23,
  24 161:10
  162:11 164:16
  166:14
backwards
  15:20
bad  51:1
  53:14 91:11
  105:18 143:11
  147:25 159:1
  160:20 161:2
  162:3 163:4
  164:10
badge  102:9
bank  23:15,
  18,20,23,24
  24:1,7,12,14
  25:9,10,12,
  18,19 26:1
banked  24:1
Baptiste
  153:18 154:7,
  9
bartended
  61:12
based  3:10
  16:14 55:25
basic  154:24

basically
105:14
basis 28:14
51:16
bathroom
12:15 105:11
106:18,20
128:9,15,23
129:2
bawling 165:2
Beach 64:5,9,
15
because 12:3
14:17 16:8
35:1 40:4
41:8 46:12
58:1,14 59:19
60:21 61:25
62:12 75:23
78:23 80:18
95:14 96:2,24
98:9,13
102:5,6
104:10 105:18
106:3,18
107:18,20
110:2,14
111:19 112:6,
13,19 114:2,6
119:9,11
120:1,24
121:25 122:24
123:6 125:19,
20 126:8,12,
16,17 127:6
129:13 133:17
134:11,15
135:8 140:22
147:24 151:21
154:21 160:1
161:9,21
162:22 163:3,
21 164:3,17,
18 165:22
166:2 167:21
bed 98:2
163:16
bedroom 38:7
163:22

been 4:25
5:11 8:18
9:3,8,12,14
10:17 11:4
17:3 20:14,23
21:2,3,5
23:12,14
25:10 28:5
29:25 31:19
32:14,24 33:2
35:13 37:13
38:13 40:11,
19 45:13
46:9,17 47:2,
23,25 48:3
49:2 55:4,7,
12,15 57:22
60:4 62:3
63:23 65:11
66:4 69:5
70:2 77:10
80:11,12
82:20 87:12
88:5,23 89:7
90:3,6 92:10
93:20 97:16
112:11,24
113:4,6,10,
18,20 114:8,
10 117:18
120:19 128:24
131:16 136:16
138:19,21,23
139:10 142:1,
25 143:1
144:16 152:4
158:19 161:5
164:7 165:21
166:16,20,21
168:25
before 11:20,
23 12:16 33:5
39:4 42:25
45:10 51:17
53:22,23 58:5
59:2 60:24
63:22,23
66:2,3 70:10
72:7,9 93:20,

22 94:4,15
95:5,11,15
97:7 98:2
101:12 108:8
136:6,11,16,
25 139:3,18
140:1 151:12
164:15 166:15
167:8,16,18
began 112:13
beginning 5:4
21:21 69:14
90:22 114:3
137:4
behalf 44:25
124:12,19
125:18
behind 112:18
being 5:11
9:19 25:3,4
29:1 33:17
34:25 41:8,14
42:3,25 70:3
74:12 76:21
83:17 84:6
91:12,15,24
92:22 96:12
98:11 99:11,
20 108:24
109:10 110:10
112:1 113:14
117:13 120:6
130:14 134:3
135:6 149:11
154:14 156:6,
8 158:6
159:24 161:5,
15 163:8
167:7,15
Bel 153:12
belief 114:2,
4
believe 16:7
20:18 21:23,
24 30:14
34:12 39:5
45:25 46:2
47:12 49:4
65:1 75:12

79:5 81:25
85:16 97:10
113:9,22
114:2,11,17
115:14 119:15
127:5,6,7
134:2,11
145:22 148:1
149:13,15
151:1,7,13
152:3 160:8,
10 161:20,22
believes
119:25
believing
160:24
best 12:1
108:3
better 41:9
130:7 165:24
between 18:18
64:13 71:13
106:10 108:22
110:12 111:24
149:23 151:8
big 8:19,21
19:19 25:24
31:4 33:25
60:9 61:20
88:6,11,15
110:13 163:13
166:8,25
bigger 13:16
bike 31:9,14,
16
bill 28:3
bills 29:13,
20 30:16,21,
23
birth 19:1,3,
12,13,15
75:12,15
110:25 111:3
112:10 114:21
bit 26:18
106:3 118:19
141:19 163:12

bite 43:25
bizarre 137:4
Black 109:21
blackness
  163:17
blame 119:6,
  21,24 120:15
  121:4,5
  146:22,25
  147:2,3,16,17
bleeding
  54:21
blood 48:5,8
blow 66:9
blue 96:3
  162:1
blur 106:15
  107:14
Bobby 154:11
body 163:9
bond 7:22
  85:22 92:23
  93:3,5
booked 159:7
both 20:12
  41:5 49:4
  86:24 102:13,
  17,18,21
bothers 141:2
bounced 62:14
box 164:5,6
boy 6:12
  74:19 79:22
brain 44:12
branch 24:1
  25:20 26:1
break 12:13
  28:15 105:19
  127:22 128:9,
  11,15,16,23
  129:2,8,13
  130:3,4,5,17
  157:10
breaking
  66:20 128:14
breaks
  128:18,20

129:4
Breathalyzer
  66:10
breathe 67:5
brief 131:21
briefly
  131:8,10
bring 138:12
brings 24:17
broad 28:12
  89:20,22
Brooke 44:15,
  16,24 45:24
  123:12 125:7,
  8,12,15,19
  126:3
brought 74:17
  95:15,17
  127:10 137:15
  138:13,21,24
Brown 11:3,9
  18:24 19:6
  48:14,15
  66:24
Bruce 11:9
buddies 45:3
build 162:5
building
  106:16
  107:22,24,25
  158:13
built 136:20
  160:19
bus 31:5,6
  100:3,5,6,8,
  11,12,15,18
  103:16 104:8,
  10 106:17,21
  107:11
Bus-like
  100:2
business 34:8
  37:7 52:2
  104:19 159:2
  166:21 169:1
but 3:9 8:15
  13:16 14:1,3,

14 20:12
21:24 25:3,24
27:21 28:12
29:3,5 32:3
36:2,17,21
38:7,25 39:15
40:11,23 41:3
42:6 43:18
45:25 46:1
47:15 49:4,7
55:17,22
63:19,20 64:5
65:13 66:7,12
71:21 74:1
75:6 77:11
78:9 80:19
82:2 83:8
85:4,14 87:7,
24 89:16
90:24 91:6
92:20 93:17,
18 97:3
100:15,18
101:17,18
102:11 103:6,
14,25 104:4
105:5,9,20
106:9,15
107:2,13
109:12,15
110:13 111:19
112:24 115:24
116:14 117:1,
3 119:19,23
120:9 123:25
124:20 126:14
127:5 128:7
129:1 130:18
132:14 134:8
135:11,18
136:10,13
137:9 139:2
142:8,16
147:17 151:9
152:20
154:21,24
155:3 158:3
159:3,15
160:5,17

161:5 162:6,
12,18 163:13,
15 164:10,25
165:4,11
168:13 169:24
by 4:10 8:18
  11:8 12:8
  13:2 19:5
  20:25 23:7
  24:9 25:2
  26:5 33:13
  34:18 41:9
  49:11,14,15
  52:8,21 53:5,
  7 54:4 59:18
  66:19 68:1
  72:22 73:3,5,
  11 74:3 78:10
  79:5 85:15
  88:5,15 91:25
  92:25 94:7
  97:7 98:19
  102:12 106:25
  108:8,14,18
  114:21 117:14
  123:20,22
  130:23 131:7
  144:23,25
  156:21 157:16
  159:12 160:18
  161:11,13
  163:8 168:2,7

C

C-O-U-L-T-O-R-
R-O-Y 34:7
calculate
  20:19
calculated
  26:21
calculations
  142:7
calendar 3:3
  26:6,9 27:3
call 34:20,21
  46:8 72:13
  75:23 110:16,

18,19,22
123:1 127:6
130:1 134:13
147:11
called 11:4
34:22 46:12
72:16 98:2
122:15 123:7,
13
calling
115:12
calls 113:25
119:16 121:25
122:24 124:22
126:7
Camacho
108:12 111:25
112:2,8
118:24 119:1
came 24:15
43:20 59:19
60:20,24
73:10,13 75:2
105:24 120:20
121:16
126:12,15
154:4,22
can 3:2 6:24
7:18 8:15
10:19 12:12,
20 13:15
14:7,21,22
16:20 17:11
18:16 19:21
20:19 22:17
23:13 25:9,
18,23 26:14,
22 27:2,18
28:15,19
29:4,8,16
32:22 34:6
35:2 36:12
45:7 49:22
53:13 54:20
56:18 57:19
70:14,15
71:22,24 72:9
73:1 74:23
81:21 82:4

84:5,22 87:23
88:17 89:18,
20 91:3
97:17,22
102:22 103:25
105:7 108:3
109:5,21
113:12 115:15
117:9 119:14,
23 120:8,11
123:3 124:20
127:22 128:8
129:10,18,23,
25 130:19
140:13
141:14,16
142:16 144:20
146:8,9
147:14 148:25
149:5 157:10
158:17 160:6
166:19 167:10
169:14,23
can't 23:6
24:16 38:12
82:2 91:9
93:5 117:20
129:16,20,25
142:13 143:8
146:10 161:22
162:19
163:21,23,24
164:24 166:10
cannot 28:12
40:10 45:21
76:6 117:15
123:24 129:11
145:20,24
146:5 152:14
Cape 23:20
60:16 61:6,9
62:11
car 73:8
care 22:24
32:11 59:3,6
104:19 114:4
115:18 117:3,
5 127:15
138:7 140:16

169:6
case 36:1
77:12 80:4
87:11 155:21
156:19
cases 132:12,
18
cash 23:7,8
52:20,21
cataclysmic
49:22
category
28:12
catering 37:3
caused 9:14
10:3 50:1
74:8 89:13
90:6,7,12,18
132:21
cell 29:18,19
30:9 95:6,7,
10 96:13,15,
24 97:1,2,3
98:18 110:13
cells 96:19
center 40:20,
23,25 56:22
107:20 109:12
134:13 158:7
certain
103:23 104:1
127:5
certainly
78:25
certificate
19:14 63:2
75:13,15
110:25 111:3
112:10
chains 100:15
change 96:1,
2,4 97:1
changes
169:23
changing
99:21

characterizati
on 167:4
charge 10:14
54:11 55:16
64:6 87:11
144:10
charged 93:10
charges 6:16
7:5 57:17
73:7 76:21
79:14 80:6
81:16 82:16
131:16 135:10
check 3:3
23:7 27:3,10
28:1 52:19,21
check-in
103:10
checked 102:5
136:12
checking
23:9,11,15,18
26:12 74:16
136:14
checks 26:7,9
Chevy 30:4
chin 54:21
56:21
choice 108:4
choices
164:10
choose 3:4,
14,25 4:3,9,
10,16,18,22,
24 5:10,14,
20,24 6:2,7,
11,14,18,22
7:1 27:5 56:8
58:20 67:13,
24 68:2,12,
16,24 69:4
70:1,8 76:18
77:24 78:5,16
79:21 80:2,9
81:5 82:8
169:17
chose 45:2
132:14

chronologically 103:5
chronology 77:6
circumstances 8:10,13 25:1,2 50:4 57:5 87:14,20
citizen 72:18 102:7 114:21 116:6 159:25 161:6,24
citizenship 74:19,24 149:18
city 61:20,21 72:25 73:6
civil 117:16,18 156:6
claim 10:3 11:14 26:19 55:13 132:22 134:20 135:1,5,20
claiming 135:4,11
clarification 77:19
clarify 120:11
clean 106:18,19
clear 54:3 80:19 86:20 147:9
clearly 149:17 156:15
clerical 160:16
clerk 63:10,11 168:17
clever 147:21
click 110:7
clicked 99:11
client 3:6,9,11,13,15,17,21,24 4:2,4,

7,13,15,17,19,23 5:1,13,17,23 6:1,6,10,13,17,21,25 7:4,10,15,23 8:1,7,15,20,22 9:5,9,15,20,24 10:9 14:9 16:13,15 26:21,22 27:14 28:8,16,24 33:13 54:24 55:4,23 56:1,6,10,14 57:15 58:18 67:10,15,21 68:6,10,14,18 69:2,7 70:6 76:13 77:22 78:3,13,21 79:19,25 80:7 81:3 82:6,14 83:24 84:15 85:24 86:5,17 87:23 88:9,12 89:1,9 90:8 91:17 94:10 107:17 115:13 116:1,19 117:14,19 118:11 119:17,24 128:12,17,19,20,25 129:4,13,16 130:4,17 135:14 141:8 145:13,18,24 146:5,8 147:7,11,12,13 155:7 156:1,15 170:1
client's 41:21
clients 72:4
close 26:4 34:7 61:21 151:9

closed 24:9 25:24 53:14
closing 43:20
clothes 96:11,25
clothing 96:1,2,4,5,6
coached 147:10,12,23
coherent 103:14
coinciding 16:9
college 61:17 168:9,11,13,14
combination 92:3 111:24 149:8
come 13:18 32:7 37:17 45:22 59:22 126:10,17 151:23
comes 113:16 153:25
comfortably 17:6
coming 60:11 98:6 106:4,21 110:14 139:8 152:6
comment 78:25 102:18
common 117:8,15,20 118:1
communicated 111:4
communications 13:13 14:15,24 152:9
Community 168:14
complain 148:5,20
complained 149:20

complaint 70:9 72:8 150:9 151:11 152:2,11
complaints 149:10
comprehend 41:24
computer 111:25
concede 21:10 27:24
conceded 135:9,15
concerned 38:24
concluded 170:8
conclusion 115:12 116:19,21 145:19,21,25 146:2,6,9,10
condition 24:20 58:5
conditions 6:10 10:13,18 58:8 79:18 86:22 144:7,17,18
condo 19:24
confidence 18:16 117:9,15,20
confirm 27:22
confused 10:8 22:13 32:20 33:13 135:16 141:6
confusing 5:3 14:17 17:13 69:11
connected 113:7
connection 4:6 12:22 17:8 29:13 67:18 131:6

137:17

**consider** 4:1,
12,14 59:3
67:9 68:5,9
137:10

**consisting**
18:18

**constant**
159:23

**consult** 12:9

**contact**
125:18 127:4,
11 144:3

**contention**
57:9,10

**continuance**
16:22

**continuation**
67:4

**continue**
26:20 50:5
52:2 97:18
129:14 153:8

**continues**
113:22 114:5

**continuing**
57:2

**conversation**
102:4 121:1
146:19

**conversations**
14:10,12
102:1 103:6

**convicted**
64:25

**copies** 150:9
151:2

**copy** 39:8
75:12,14
134:4 150:13
152:12 170:7

**corporate**
40:20 158:16

**Corps** 62:19,
23 63:1,9

**correct** 5:2
13:16 15:15,

22 18:2 20:16
21:7,16 36:3
38:15 48:20
55:15,20 57:8
58:3 60:1
61:5,14 69:9
94:19 97:22
102:14 126:5
132:13,15
148:10 157:18
159:8,9

**correcting**
149:19

**Corrections**
98:23

**correctly**
42:8 43:7

**cost** 31:7

**costs** 3:23
58:11,16

**could** 35:23
46:9 48:18
56:20 65:3,9
76:23 82:22
89:16,24
90:1,15
101:18 102:5
104:18,19
126:21 127:1
128:12 130:2
156:14
164:13,15

**couldn't**
29:25 30:1
52:2 93:1,3
136:8,14
137:19 160:8
161:12,16
163:17,18
165:2

**Coultorroy**
34:5

**counsel** 12:8,
24 15:6 26:13
33:12 41:4
70:20 78:20
117:13 118:10
119:3 123:20

**counseling**
137:20

**counselor**
138:7,8,18,24
139:4,9

**count** 65:8

**counter** 37:2

**country**
106:22,24

**County** 11:11
20:15,23 21:5
32:15,25 48:6
57:11 66:6,
13,15 91:24,
25 112:6,16
113:19 115:15
116:4 119:18
133:12 144:25
145:15 148:6,
20 158:7
163:9 166:15
167:18 168:14

**County's**
109:12

**couple** 16:3
18:1 53:12
133:17 136:5
162:24 163:16
164:15 168:11

**coupled** 91:8

**course** 14:22
73:24 76:1
109:18 127:23

**court** 13:19
16:8,10,12,18
28:25 55:5,9
93:11,15,16,
17,25 94:13,
16,21 97:6,8
120:8,11

**courteous**
128:24

**courthouse**
94:24

**courtroom**
154:2

**courts** 141:16

**cover** 58:15
63:15

**covered** 10:5
13:1 133:1

**crazy** 112:6

**created** 113:1

**credit** 147:21

**criticized**
146:14

**CROSS-
EXAMINATION**
157:15

**crying** 107:17
156:1,3,5
167:3

**cuffed** 104:12

**curious**
169:10

**current** 10:8
19:18 32:12,
14 85:5 131:1
141:5

**currently**
10:17 31:16
33:16,17,19
57:11,17 58:1
92:7 130:23
144:16

**custody** 9:12
73:14,16,23
90:3

**cut** 3:5
54:21,22 55:1
57:3

---

**D**

**d'd** 61:12

**dad** 49:5

**Dade** 66:13,15

**daily** 30:16

**damage** 137:17

**damaged** 51:3

**damages**
141:11,13
142:1,2

data  108:5
date  4:6,9
  5:11 16:23,24
  19:1,12,14
  23:2 33:7
  40:10 67:18,
  25 70:3 84:5
  115:2
dates  35:16
  36:12 81:1,12
  82:2 113:5
  133:6
daughter
  122:7
daughter's
  121:10,12
day  14:2 16:1
  18:5,6 21:10
  35:13 40:22
  41:2 43:21
  45:10,15
  73:24 76:1,2
  83:22 86:23
  94:16 109:18
  114:24 121:22
  122:5 135:7
  136:3 137:10
  138:17 146:13
  155:21 156:22
  160:9,17
  169:2
daylight
  108:20,21
days  5:12
  9:3,8,12
  20:18,22 21:8
  32:14,24
  35:25 36:17
  53:12 64:19,
  20 65:2,5
  70:4 79:7
  83:3,13 84:25
  85:7 88:23
  89:7 90:3
  113:18 114:8,
  24 135:24
  136:4,24
  139:6,12
  163:2,16

deal  13:17
  14:2 22:17
  102:24 109:17
  164:23 165:25
dealing  66:16
  140:22
dealt  154:8
death  147:10
deceased  49:5
December  57:6
  61:1 63:23
  65:6
decided  60:7
defecate
  104:7,24
defecated
  105:13
defecating
  104:17
defend  142:21
defender
  123:21
  124:19,25
  130:24 131:7
  132:17
defender's
  131:13
defending
  134:23
defense  6:12
  79:23
degree  168:19
delayed
  135:12
deli  33:25
  34:1 35:5,9
  36:4,25 37:1
  38:16,22
  39:25 40:4
  42:17,21,23
  52:19
delirious
  98:8
deliveries
  37:4
delivery
  170:6

demonstrate
  115:23
denomination
  143:17
department
  8:17 72:14
  78:8 88:3
  116:24 117:4,
  7 126:8,21
  137:22,23
depends  43:21
depleted
  143:24 144:2
depo  15:6
  18:18
deponent  11:6
  50:9 130:8,10
  169:11
deportable
  113:22 141:21
deportation
  108:15 141:23
  155:15
depose  136:2
deposition
  11:12,20
  12:22 13:14
  17:8,25 18:4
  26:17,18
  33:15 67:1,4
  112:9 128:21,
  25 129:5
  136:1 139:17
  170:8
depression
  166:17
deputy  8:18
  12:14 88:5,16
  94:18 98:24,
  25 99:2 125:4
  133:7,23
  144:23
  153:16,18
  154:1
describe  3:9,
  12 19:21,22
  41:7 44:18
  54:20 55:22

56:3,4 59:11
  100:1,14
  109:21 125:17
  128:6 152:22
  153:17
described
  58:22 59:8
  90:13,22
describing
  167:6,15
description
  41:9
details  55:6
detain  66:9
detained  9:4
  21:3 29:1
  33:2,5,7,17
  34:25 57:11,
  18 74:3,9
  76:21 83:1
  88:24 91:24
  120:6 125:2
  138:8 163:8
detainee  92:7
detainees
  96:14 99:10
  104:7
detainer  92:3
  114:24 119:7
  120:16 133:7
  134:3 159:7
  160:6
detention
  5:25 9:7 78:1
  89:6 98:23
  109:12 114:23
  123:19
  134:20,24
  136:20,21,22,
  23,24 148:18
  158:7
detentions
  113:7
diagnosed
  166:16
diagnosis
  53:13

Diane   34:5
dick   130:15
Dickson
  153:23
did   3:5 5:4
  6:9,12 8:6
  9:23 10:14
  12:23 13:6
  14:8 15:2,8,
  10,12,23
  17:16 18:10
  20:20 21:19,
  22 22:6,17
  23:11,15,18,
  23 24:7
  27:16,22
  28:22 29:24
  34:20 36:14,
  15,17 37:11,
  17 38:19,21,
  25 39:8 40:9,
  18 41:22
  42:21 43:1
  44:25 45:11,
  24,25 46:4,6,
  8 47:5,12
  48:13,17 49:1
  51:8,14,17,
  23,25 53:3,22
  54:3,22 55:1
  59:13,21
  61:9,11,16,
  18,24 62:1,5,
  8,15,17,23
  63:9,15 64:20
  66:12 67:3
  69:13 70:25
  71:9,11,16,17
  73:6 75:7,9,
  17,25 76:7
  79:17,23
  81:21,22,23
  85:9,11 86:15
  93:11 94:9,
  13,16,23
  95:3,10 96:1,
  2,4,21 98:6,
  7,16 99:6
  101:3 102:1,

8,11,20
105:11 107:15
110:22,24
111:7,10,12,
14 112:4
113:14 114:19
115:3 116:17,
21,23 119:6,
9,20,24
121:2,6,9,15,
17 122:2,9,
11,14,15,17,
19 123:1,25
124:2,7,8,11,
17,18,21
125:1,13,23
126:5,11,16,
18,19,22,24
127:4,8,11,18
131:22,25
132:16 134:4,
9 136:3,6
138:7,14
139:18 144:10
148:5,20
149:7,10,14
150:3,5,7,17
151:18,23
152:1,12,15,
17,19 153:14
154:19,25
157:20,21
158:15,21
159:10,14
160:21 161:10
162:25 164:4,
10,12 165:5
168:1,9,12,
13,17,19,20
didn't   5:8
24:4 35:1
36:2 39:19
45:3 46:9
49:7 53:23
69:21 92:19
95:10,24
97:16 104:25
107:13,18
108:19 110:6,

7 111:17,18,
20 117:5,6
120:12 122:20
126:11 134:17
136:8,18
145:6 151:14,
15 152:5,15
153:10 154:17
155:9 156:12
159:16,17,18,
19 160:5
162:19
163:11,15
164:2,6 165:6
167:12,23
168:1,3
die   49:1
difference
  44:3 112:15,
  16
different
  16:9 21:24
  22:12 77:11
  96:15,18
  126:9 129:3
  133:17 136:24
  141:1 151:21
differently
  141:1
difficult
  50:5 107:1
diploma   61:16
direct   11:7
  118:8
direction
  118:16,18
directly
  11:14 20:13
  151:21
disagree
  124:20
discharged
  108:8
discovered
  74:16 75:3
  116:10
discuss   55:13
  148:20

discussed
  17:17 28:20,
  21 168:10,12
discussing
  111:15
discussion
  159:13
discussions
  123:24
displeasure
  78:20,23,24
dispute   21:11
  83:12 85:12
  157:24 158:2
  167:4
disrespectful
  147:8
distant   49:3
do   4:1,4,12,
  14,16,21 5:2,
  6,9,18 7:3,
  22,25 8:3
  10:13,14 11:6
  12:6,15 13:15
  14:8 15:2
  20:1 21:25
  23:2,4,7,9
  25:11 26:3,7,
  9,16 28:1,11,
  22 29:6,13,22
  30:11,13,14,
  16 31:9,10,
  11,13 34:12
  37:2,3,4,6,7,
  8,9,10,12,14
  38:5 39:5,23
  41:23 45:25
  47:15 48:5,7,
  8,19 49:11
  51:6 56:25
  57:1,2,4 59:3
  61:11 63:4,22
  64:19,20,22,
  24 65:1,18
  66:8,10 67:9,
  14 68:5,8,13,
  22 69:9,18,24
  72:4 74:13,18
  75:2 76:15,19

79:14 80:18,
20 81:9 82:12
83:17,20 84:2
85:6,12,21
86:3,8,25
87:6,7 89:23,
25 91:1,9,21
92:10,13,19,
20 97:21
100:11 101:22
107:1 108:3,
7,13 110:24
111:1 113:9,
21 114:5
115:14 116:4,
16 121:17
122:11,14
124:17,18,21
126:5,18
127:11,19
129:2 130:5,
19 132:14
133:23,25
134:11 137:10
140:14,20
141:12,13,16
142:18,20,22
143:4,21,23
144:8,10,23
145:5,14,22
146:22,25
147:3,11,17
148:1 149:25
150:5,15
151:4,6
152:1,9,21
155:4,5,6
156:7,11,18
158:17
159:17,22
162:2,14
163:25 164:1
165:13 166:23
167:23 168:23
169:3,4,25
**doctor**  54:7
56:25 59:7
**documentation**
133:24 134:1

**documents**
13:4,6 39:11
144:22,24,25
145:6
**does**  10:7
12:3 13:8
14:3 16:17
31:7 35:20
41:15 65:7
84:7,9 115:5,
6 116:3 141:4
142:23 148:15
**doesn't**  11:17
15:1 22:2
41:14 100:10
165:10
**dog**  164:2,14
169:3,4,9
**doing**  4:3
12:5 67:12
87:5 105:7
157:9 160:23
163:21 164:13
**dollars**  136:5
**don't**  9:19
10:16 12:6,20
14:12,17
15:25 20:25
22:14,24 24:5
25:15 26:11,
16 27:8,11
28:6,11 29:2,
11 30:1,5
32:11,20
33:12 38:24
39:10,12,21
41:8 45:13
47:15,20 49:3
51:7 52:17
56:19 59:1,6,
18 63:22
64:1,2,4
65:3,8,13,14,
17,23 66:7,10
71:7,23 73:22
74:5 75:22
79:4 81:1,15
83:12 85:15
87:1 89:16

91:1,10,16
93:13,18,22
100:14
101:17,20
102:11 103:24
104:4 105:9
106:9,13
108:2,18
109:15,20
110:6 112:25
114:1,4,7,10
115:2,18,25
116:20,25
117:3,17,21
118:11 119:15
123:15 126:23
130:4,11,12,
13 134:7,14
135:24 140:16
142:4,11,15
143:9,10,11
144:13 145:3,
10,12 146:1,
3,11 147:7,24
148:12 150:6,
11,19 151:13,
17 152:14,17,
19 153:19,24
154:10,17
155:7,11,12,
14,16,17
156:3,9,10,15
157:2 159:20,
22 161:3,4,
20,23 162:4,6
163:14 165:6,
7,10,12,17,20
166:8,9,23,24
167:24
**done**  10:2
14:15 27:19
50:19 57:23
72:6 76:2
85:7 132:20
137:20 140:17
141:20 142:14
152:13 153:3
154:24 157:7
167:21

**Donovan**  8:18
88:5
**door**  66:19
105:2 153:21
159:12 166:4
**dorm**  15:13
95:4,5,16,17
96:23 98:20
99:2,9,10
133:10,11
134:5 144:23
153:2
**down**  13:18,19
24:15 60:4,5,
6 75:10 96:23
98:3,4 105:4
109:13
138:12,13
140:19 154:2
166:5
**downstairs**
95:17 99:20
**downtown**
121:14
**drawn-out**
113:17
**dream**  165:16
**dressed**  96:10
**drift**  164:17
**drink**  4:16,18
68:13,17
**Drive**  19:19
21:15,19
22:18 38:2
**driver**  99:22
102:16 105:16
**driver's**
37:9,11,13,
17,22
**drug**  4:10,12,
22,23 68:1,3,
5,25 69:1
**drugs**  5:12
70:4
**drunk**  65:8,
14,19 66:5,13
**duct**  53:17

due  146:18
duly  11:4
during  21:17
  35:9 36:9
  40:20 45:22
  62:11 64:4
  66:24 73:9,24
  93:13 104:6,
  12,14 109:17
  124:1 128:21,
  25 129:5
  131:18
duty  98:21
  153:2
Duval  50:25

         E

each  7:13
  10:4 20:19
  81:25 82:21
  84:11 119:18
  132:17,24
earlier
  157:22 159:21
  160:4 165:23
early  97:7
  101:10,20
  110:21 159:7
earned  38:23,
  24 39:23 40:2
  43:7
earnings
  39:19
earth  114:10
easier  29:6
eat  121:23
  122:19,20
  163:11,12,16
eaten  121:22
economic
  141:25
education
  63:3 168:9
educational
  61:15

effect  119:2
effects  163:7
effort  118:7
efforts
  126:25
eight  101:1
either  29:5
  46:25 48:23
  102:21 150:7
  158:17
elec  29:20
electric
  30:22
else  4:20
  14:8,15 15:2
  29:4 35:2
  48:3 60:12
  67:3 68:20
  96:13 105:6,7
  116:7,10,12
  119:6 123:11
  126:15 133:16
  136:16 145:3
  155:20 156:4
  157:5
email  111:6,
  11 125:14
Emily's
  122:21
emotional
  89:25 90:14,
  18 91:3,11
  137:17 142:2
  165:1
emotionally
  90:16 91:6
  137:1 162:17
employed
  33:16,19,21,
  23,24 35:21,
  24 60:17
employee
  51:11
employer  36:8
  40:5
employment
  36:19

encompassing
  49:12
encountered
  148:3 154:22
encountering
  161:7
end  5:4 58:14
  69:14 116:11
  134:17 164:11
ended  40:12
  62:19 104:24
  134:15
ending  40:11
enforcement
  63:13
engage  155:7
engaged  9:14
  90:6 146:18
  148:25
engaging
  148:14
English  107:2
enjoy  66:21
  91:9
enough  7:21
  8:16 11:25
  14:5 17:15
  18:22 22:17
  28:1 40:5
  42:2 85:20
  88:1 94:20
  108:3 128:18
  146:21
enroll  62:23,
  25
entering
  62:19
entire  28:7
  103:13
entirety
  133:11 134:9
entitled
  13:25 14:14
entity  135:17
enunciating
  24:19

enunciations
  41:23
episode
  137:12
equally
  149:12
equate  83:4,8
erase  142:12,
  13,17
Eric  20:5,11,
  12 110:23
  122:8 125:12,
  15,16 169:8
Eric's  121:12
erroneous
  17:11
error  72:18
  74:17 160:16
errors  72:13
especially
  109:19
Evanhock
  123:7
even  3:12
  29:25 30:1
  35:23 37:22
  56:3 104:8
  112:25 126:10
  128:25 134:16
  161:13 162:19
  165:6 166:10
  167:21,24
  169:23
evening  99:3
event  9:19
  49:22 76:20
  91:15
events  9:18
  91:4,14
eventually
  54:7 108:16
  121:7
ever  8:18
  11:20,22
  19:5,11 26:16
  37:13 47:23,
  25 50:12
  63:6,11,13,23

67:6 68:3
88:5 99:16
123:25 141:21
142:11,15
151:23 153:22
161:3,5
166:16 167:6,
14
**every**  78:20
114:20 125:4
160:17 162:10
**everybody**
105:6,7,14
106:16,19,20,
22,23,25
107:11 112:3
140:25
154:16,21
162:25
**everybody's**
25:7 42:5
151:21
**everyday**
163:25 164:13
**everyone**
96:13
**everything**
87:1,12
106:14
107:14,19
112:18 137:15
153:19 154:10
156:23 158:2
160:1 161:15
164:3
**evidence**  5:6
69:17 120:18
**exact**  64:1,2
101:21 106:9
108:2,19
159:24
**exactly**  15:25
23:6 27:11
38:12 46:2
49:3 81:1
103:24 104:4
111:16 126:23
149:4 153:4

154:14
**EXAMINATION**
11:7 168:6
**examined**  11:5
**example**  58:11
**except**  108:4
**excess**  4:25
69:6
**exchange**
99:23
**exclude**  46:10
**excluded**
125:5
**excluding**
90:24
**excursion**
100:14
**excusable**
155:15
**execute**  99:22
**execution**
119:8
**exhausting**
161:13,14
**expect**  159:18
**expectation**
8:1,3 10:7
86:4,8 141:4
**expected**  13:2
**expecting**
141:19
**experience**
15:3 91:11
124:18 157:1
161:14 163:6,
8
**experienced**
167:6,14
**experiences**
89:12
**experiencing**
139:10
**expert**  141:14
**explain**  74:23
141:15 155:11
156:14 157:7
160:6,12

164:3 170:2
**explained**
111:21 112:1
**explaining**
112:14 161:18
162:21 163:18
**explanation**
55:9 118:24
**explore**  65:12
**express**
141:17
**expressing**
78:20,23,24
149:17
**extent**  89:18
142:3
**eye**  50:16,18
51:2,3 53:2,
14 118:16,18

---

**F**

**face**  161:16
**Facebook**
46:11
**facilitate**
110:8
**facility**  33:3
64:22 91:24
97:4 101:7,13
104:2 116:7
133:8 138:2,
24 139:23
**facing**  162:19
**fact**  87:9
91:8 116:7
134:3
**facts**  5:5
69:16 120:17
148:23
**factual**
116:22 145:21
**failed**  57:24
58:2
**failing**  58:11
**fair**  7:21
8:16 11:25

14:5 17:15
18:22 19:18
22:17 24:10
28:1 40:5
42:2,13 85:20
88:1 94:20
108:3,25
146:20
**fairly**  49:12
**family**  48:5
50:6
**far**  16:22
36:24 40:10
49:25 54:2
58:23 73:12
98:4 103:25
124:24 137:14
142:19
**fashion**  71:21
**fathom**  166:10
**fault**  5:18
40:2 76:15
119:1 125:6
**February**  8:6
19:2 35:14
84:3,6 86:14
132:8,18
**federal**
146:22 147:1,
4,16,17 148:2
**feed**  156:7
**feel**  24:25
66:8 152:19
155:3 156:10,
24 157:1
159:3,10,14,
18 164:7
**feeling**
159:24
**felt**  52:2
148:19 160:23
**female**  8:19
88:6,15
**few**  15:24
16:3 18:11
23:12,13
40:11 46:7
49:2 52:17

59:20 61:16
73:18 136:12
159:1
**field** 124:18
**Fifth** 3:1,4,
7,10,11,14,
16,18,21,24,
25 4:2,5,8,
10,13,15,16,
17,18,19,22,
23,24 5:1,9,
10,13,14,18,
20,24 6:1,2,
6,7,11,13,14,
17,18,21,22
7:1,5,7,10,
11,16,19,24,
25 8:2,4,7,8,
13,14,17,22,
23 9:1,5,6,9,
10,15,16,20,
21,24,25
10:3,9,10,15,
16,17,19,20
16:14,15
27:5,15,17
54:25 55:13,
24 56:2,7,8,
11,12,15
57:16 58:19,
20 67:11,16,
22 68:2,7,11,
12,15,16,19,
24 69:2,4,7,
23 70:1,7,8
76:14,18
77:23,24
78:3,5,14,16,
21 79:20,21,
25 80:2,8,9
81:4,5 82:7,
8,9,15,19
83:25 84:1,
16,17,18,24
85:25 86:2,6,
7,11,17,19,24
87:2,13,19,22
88:3,13,14,20
89:2,4,9,11,

19 90:8,10
91:18,20
94:11,12
132:22 141:8,
9 144:12,14,
15,19,21
**figure** 12:5
75:7,9 96:19
121:25
**figured** 72:17
**file** 38:19,
21,25 39:19
112:16,24,25
**filed** 39:2,5
149:2 157:22,
24
**final** 94:2,4
**finally** 74:17
105:24
106:13,15,17
110:19 122:22
**financially**
58:15
**find** 17:24
23:23 25:21
27:9 36:16
85:15 91:10
98:22 101:9
108:14 111:7
117:10 119:19
122:14 125:23
129:12 136:15
155:12 161:9
**finding** 153:4
**finish** 35:8
63:2 92:9
108:15 142:5
**fire** 158:21
**fired** 40:21
52:6,8
**first** 11:4
24:14 54:10
93:16 101:10
103:10 104:2
109:18 110:1
112:23 114:6
135:9 162:24

**Fishermen's**
53:6
**five** 38:11
59:9,23 60:20
65:25 71:18
127:25 130:17
**fix** 11:17
17:11 108:7
115:11
**Florida** 19:20
37:22
**fluctuated**
43:18 47:1
52:14,16
61:1,2
**fluctuation**
43:20
**flush** 55:8
**Fogarty's**
40:6,7,9,15,
18 41:16,17
42:8 43:2,8,
14,17,23
44:5,8,13
50:20 51:9,
13,17 52:8,22
158:15,16,25
**folder**
109:11,13
111:15
**folks** 61:22
**follow** 107:4
137:9 150:3
**follow-up**
150:5
**following**
11:1
**follows** 11:5
**Food** 30:24
**for** 7:13,14,
18 8:5,11,25
9:8 10:4
11:11,13
13:12,14,21
15:6,19,24
16:8 17:5,8,
22,25 18:4,17
19:21 20:22

21:8,15,19
22:5,11,18,21
23:1,5 26:1
27:24 28:2,9,
24 31:8
32:11,14,23
33:15 34:1,23
35:4,6,9
36:4,25 38:9,
19,21,23,25
39:19 40:9,11
41:18 42:9
43:7 44:5,7,
11 50:5 51:9,
23 52:10
53:11 54:2,
17,20 55:7,9,
13,16 56:21
57:10,17
58:11,14,23
59:19,23
61:3,4 63:25
64:1,15 65:8
67:1,4,7 68:3
73:12,16
74:12,21,22
76:21 77:19
79:6,14,16
80:14,18,21
81:1,11,16,
24,25 82:1
83:12,18
84:11,13,22
85:1 86:13
87:11,15
88:19 89:7
90:13 91:4,8,
9,25 92:23
93:9 94:1,4
95:5,18,22
96:18,25
98:4,17 99:3
101:12 104:3,
18 105:19,20,
22 106:3
108:15 112:14
113:25 114:8,
10,24 115:12
116:9,18

117:2,4,5,21
119:7,8,16
120:8,15
121:20,22
122:12,15
123:21
124:17,18,19,
22,24 125:17
126:11 127:11
128:9,11,14,
19 129:6
131:12,20
132:24
133:11,15
134:6,9,20
135:1,7,9,10,
12,20 136:22,
24 138:12,13
139:9 140:17
141:10,13,18,
22 142:14,21
143:4,9,10
145:19,21,23
146:13,15,16,
22,25 147:17
148:2 149:11,
18 150:5
155:15
156:11,19
158:11,18,20,
22 159:3,21
161:2,16
162:2,24
163:12,14,16,
19 164:5,6,22
166:16,21
167:5,19,21,
22 168:11,14
169:1
**for's** 112:17
**foreseeing**
141:23
**forget** 18:5
26:3 166:6,7
**forgetting**
18:6 137:24
**forgot** 24:14
**form** 3:3 5:1,
2 7:23 8:7

10:9 17:9
25:13,17 27:4
29:15 30:17,
20 32:2,17,19
33:9 35:7,17
36:10,11,20
41:20 42:12,
14 43:9,24
44:14,20
45:1,6,12
47:6 49:18,24
50:7 69:8,9,
10 70:12
71:1,14,18,23
75:5,8,16,19,
21 76:22 77:1
79:9,13
80:15,23
81:8,18 83:5,
7,15 84:4,8
85:8,10,13,23
86:16 89:14
91:2,5 92:2,
8,12,14,24
93:7,24 95:8
96:20,22
97:12,14,17
101:16,19,24
102:22 103:7,
22 105:15
106:12 109:4,
23 111:5,23
113:23 114:14
115:8,10,20,
25 117:25
118:2 119:3,
12,16 120:9
121:3 124:22
127:17 131:9
133:7 134:2
135:3,14,23
137:2 138:10
141:7 142:24
145:1,7,12,17
146:5 148:9,
13 149:7
163:10 166:18
167:17,20

**forms** 151:20
**forth** 31:1
60:12
**forward** 12:20
14:3 130:3
149:1
**found** 60:6
64:24 110:3
**four** 7:19 8:5
9:7 47:9
71:20 84:23
85:1 86:13
89:6 90:23
91:4 113:4
149:6 157:22
158:3
**fourth** 143:2
**frame** 15:25
**frankly**
116:22 135:8
**freak** 165:3
**freaked**
110:15
121:23,24
**freaking**
107:20 147:23
**free** 29:12
30:19
**Fresh** 153:12
**friend** 44:19
45:5 75:23
123:7,9,13
**friend's**
121:10
**friends** 20:9
22:1,23
123:2,16
125:6
**from** 5:11
20:17 23:20
24:3,4,20
29:7 31:3
32:7 33:7
35:13 36:7
37:20 38:22,
23 39:25
40:1,4 41:3
42:19,21

43:2,18,19
52:17 61:1,24
62:7 66:22
70:3 72:14,
16,23,24
75:14,17 76:7
79:1 87:3
90:2,19 91:21
92:15,17
93:12 94:23
95:17 96:25
97:2 102:20
104:10 106:4,
23,24 107:5
109:12,16
111:21 112:9,
16 117:10,13,
23 118:8,9
119:6 120:15,
21,25 121:6
123:19 125:22
126:4,12
130:1,22
133:7 134:13
135:9 136:7,
21,23 137:3,
10,11,13
144:3 145:15
151:2 152:6
154:4 157:14
158:6,10,16,
22 166:12
**front** 99:8
106:15 109:14
163:4
**frustrated**
159:16
**full** 16:1
18:22 22:18
38:7
**full-sized**
100:3
**full-time**
59:15,21,22
60:11,20,24
61:6 65:24
**funny** 130:9
**funny-ish**
154:15

**furious**
166:12
**further**  66:25
143:4 144:2
168:4

---

**G**

---

**gained**  47:8
**gander**  146:17
**gate**  104:1
106:2
**gates**  100:15
106:2
**gauged**  141:14
**gauging**
158:10
**gave**  74:1
102:10 133:24
**GED**  61:25
62:15,17,24
63:1
**general**
151:19
**generally**
43:18 52:15
59:11
**gerbil**  163:4
**get**  8:3 12:14
25:3,8 26:15
29:3 33:19
41:12 51:2
54:7,16 62:6,
8,15,17,24
63:1,2 75:17,
23 77:3,5,9
80:4 86:9
87:7 90:24
92:13,16 93:5
94:16,23
95:24 98:6,22
99:6 101:14
102:24
104:21,23
106:19 110:16
111:8,10
114:13,15
115:9,15

120:22
121:15,23
122:1,2
125:6,21
126:8,18
127:8 129:21,
22,24 136:2,
3,18 143:15
146:20 151:15
154:23 155:16
156:22 162:6
163:5 164:1,
13,21 165:13,
23 170:7
**gets**  140:23
**getting**  50:19
66:14 95:11
134:16 153:3,
4,20 160:18,
24,25 163:2,3
**give**  25:9,18
34:24 38:12
103:7 115:3
128:12 145:4,
6 147:20
151:18
**given**  11:20
28:25 39:15
96:8,25
109:11 115:1
127:7 143:12
**giving**  130:16
**glad**  127:10
**go**  12:14 14:3
28:19 29:4
43:10 44:21
50:17 51:4
54:8 59:18
61:18 62:6,8
63:18 66:21
70:13,22 72:5
73:22 84:10
85:15 93:11
95:3,10 96:21
97:1 98:12,14
104:7,10,16,
19 106:2,17,
20 107:4
110:12 115:21

116:4 118:15
121:9 122:9
124:7 125:9
127:24 128:7,
23 129:12,21,
22,24,25
130:2 136:8,
14,15,18
150:15 158:19
161:19,24
162:5,15
163:1,10
164:1,12,15,
22 165:3,4,
19,22 168:9,
13 169:14,19
**goes**  103:25
118:21 151:21
162:4
**going**  3:9
4:20 5:8 7:14
8:1,3 10:3
12:1 15:20
22:13,14 27:8
28:7 42:4
45:21 47:16
50:21 54:6,7,
9,16 55:19,22
57:7 68:21
69:21 77:7
80:17 83:11
84:10,13
85:17 86:4,9
93:19,20
97:22,25
98:7,14,16,21
99:19,20
103:15
104:20,22
109:9 110:4,9
112:20 113:13
117:6 122:25
123:14 128:3
129:13,14,22,
23 132:22
135:11,18
141:18
142:12,13,20,
22 152:18

153:5,20
154:11,19,21
156:7 157:9
159:20 160:9,
18 161:6,24,
25 164:11
166:5,8,9,10
167:2
**gone**  15:3
19:5 59:6
98:2 149:1
165:11
**good**  7:5 15:5
41:25 52:3,22
66:20 82:16
84:20 113:24
123:9 146:16
147:25 148:10
155:19 159:4
162:11,12
164:8 165:16
169:12
**goofed**  116:5
118:9 119:2
**goose**  146:16
**got**  3:8 12:14
24:15 25:7,11
38:20 42:5
46:2 50:16
51:2 55:21
61:25 62:13,
20 73:9 75:10
84:6 98:19
101:6,10,12
103:1,9,18
106:15,17
109:16 111:21
112:10 115:7
121:17
122:11,22
133:17
134:15,17
137:13 141:10
145:11
151:13,21,24
159:4 160:20
162:4,13,20,
22,24 163:6,
12,20 164:23

165:4,25
169:18
**gotten**  122:25
134:16 151:2
**government**
146:22 147:1,
4,16,17 148:2
**graduate**
61:24
**great**  23:13
47:17 105:8
126:18 164:6
167:1
**grid**  143:10
**grievance**
151:20
**grievances**
149:2,7,10
157:23,25
**grossed**
105:14
**guard**  98:20
99:22 102:15
125:4
**guards**  108:6
153:2
**guess**  19:11
55:19 57:6
86:20 103:23
112:7 137:24
141:15 146:15
**guilty**  64:25
**gun**  78:17
**guy**  102:12
104:22 105:13
106:17 110:4
130:12,14
142:23
**guys**  109:21

—————————

**H**

—————————

**had**  9:4,7,13
11:1,22 14:11
15:6,21 16:8,
9,10 17:7
18:5,17 19:14

23:18,20,22
24:6,9,11,12,
18 25:24 34:1
35:5 36:9,24
37:22 40:19,
21 44:22
46:1,11 50:16
51:4 53:4,14,
24 54:4,5,8,
12,21 58:24,
25 59:2,7
60:4 62:6
63:6,23 64:6,
19 65:1,5,13,
18 67:5 70:10
72:8 75:23
88:25 89:5,12
90:5 96:2
97:1 98:2
103:6,10,23
104:3,7,9,10
105:9,12
106:3,5,17,
18,19 107:3,4
109:11,17
110:14 112:11
118:5 120:19
122:1,15,25
123:24 125:25
126:1 127:7
134:16
136:12,13,16,
17 139:9,10
144:2 150:6,
11,24 151:1,
14,15,24
152:4 153:22
155:13,14
159:1,2
161:16
162:17,18
163:1,9,20
164:12
165:21,22
166:16 167:22
168:23
**hadn't**  121:22
**half**  100:16
104:5 105:3

122:7
**half-bathroom**
104:8,17,24
**half-heartedly**
153:9
**half-hour**
105:22
**halfway**  122:8
**hamper**  14:3
**handed**  95:22
97:4 116:24
133:6,9
135:19
150:19,20,22,
23 153:21
160:13 163:8
**handle**  12:1
**hands**  116:10
**handwritten**
149:8,10
150:7
**happen**  66:12
71:17 98:7
111:14 112:20
159:20 162:25
163:1 164:4
165:10
**happened**
16:12,17
50:15,18
55:18 64:18
71:16 73:1
94:5 96:10
103:1,5,8,21
105:14,21,23
106:11 109:8
110:4 114:6,
9,11 134:15
142:13,15
146:23,25
152:25 155:12
161:17,20,22
162:21 164:4
**happening**
159:19 160:8
161:4
**happens**
112:12

**happy**  153:19
154:10 158:25
**harassing**
117:14
**hard**  74:20
103:15 161:9
**harm**  9:14
90:7
**has**  9:19 17:3
24:22 27:14,
19 28:8,13
31:19,25
32:6,7 37:13
41:5 46:19,
20,25 47:2
50:4 55:4,6,
12,15,17
56:19 57:22
87:9,12 90:12
91:15 113:6,
10 119:3,21
131:17 135:14
140:16,25
142:15 143:3
158:18 161:4
165:11
**hasn't**  114:9
**have**  3:23
4:4,8,14,21,
25 5:11,12
7:25 8:3,18
9:3,4,7,12,13
10:2,5,17
11:12,15,20,
21,22,24
12:11,15,24
13:5,18 14:15
15:4,5 19:5,
7,10,11,13,14
20:3,23 21:5,
14,17,18,25
22:3 23:2,9,
11 24:5,8,18
25:11,15
28:5,15 29:13
30:6,8,9,11,
16,18 31:14
32:4,14,24
33:2,18

| | | | |
|---|---|---|---|
| 34:12,15 | 147:9,12 | 129:5,7,8 | **her** 34:8,15, |
| 35:13 36:16 | 148:25 149:1 | 140:8 143:3 | 21,22 35:2 |
| 37:6,9,11 | 150:9,18,19 | 145:13,18,19 | 46:8,12,13 |
| 38:6,7,9,13 | 151:17 152:5 | 151:9 153:2, | 48:13 121:18 |
| 39:5,10,12 | 153:22,24 | 9,11,12,18 | 124:3,7,9,13, |
| 40:12 41:9,11 | 155:13,21 | 155:8 156:3, | 16 126:9,13 |
| 42:7,22 43:1 | 156:11,18 | 12 162:4 | 127:7 129:21, |
| 45:13 46:9,16 | 158:9,19,20 | **he's** 55:1 | 22,24 130:1,7 |
| 47:23,24,25 | 159:6,20,25 | 71:24 | 137:24 139:2 |
| 48:2,4,5,8, | 160:22 161:19 | **head** 12:3 | 140:3,16,20 |
| 19,23 49:2,4 | 164:3,10 | 81:15 82:3 | 149:1 169:7, |
| 50:10,12 | 165:21,24 | 110:9 154:1 | 19,22 |
| 51:6,8 53:14, | 167:2,5,14,21 | 164:8 | **here** 7:25 |
| 17,18,22,23 | 168:5,8,12,23 | **headed** 166:5 | 9:19 12:1,14 |
| 54:13 56:20 | 169:3,4,5,16, | **health** 10:8 | 13:12,19 |
| 57:21,23 | 21 | 51:6,8,10 | 17:19 21:2,3 |
| 58:8,14,16 | **haven't** 56:20 | 137:23 138:7, | 24:4 30:12 |
| 62:3 63:6,11, | 59:7 117:3 | 8,18 139:9 | 37:21 56:23 |
| 13,16 66:9 | 118:5 120:25 | 141:5 | 58:1 59:19 |
| 67:6,14,23 | 142:1,8 | **healthy** 59:11 | 60:5,6,7,11, |
| 68:3,8,22,23 | 143:17,20 | 91:10 | 22,24 61:3,7 |
| 69:6 70:2,4 | 155:22 | **hear** 162:7,9, | 65:19 66:14 |
| 71:9,11 79:5 | **having** 11:4 | 10 165:18 | 72:6 77:5 |
| 80:11 81:15 | 22:2 24:15 | 166:3 | 81:7 86:3 |
| 82:20 85:14, | 65:7 67:6 | **heard** 106:5 | 91:7,15,16,21 |
| 16 86:3,8 | 86:22 104:24 | **hearing** | 101:6 102:24 |
| 88:5,21,23,24 | 106:5 154:18 | 16:19,21 | 104:21 107:20 |
| 89:5,12 90:3, | **he** 5:8 8:15 | 24:18 28:23 | 114:8,13 |
| 5,17,18 92:10 | 11:10 13:13, | 94:5 | 118:25 126:17 |
| 93:20 96:24 | 24 17:14 | **hears** 55:9 | 129:10,19,20 |
| 97:15 99:10 | 26:19 27:18, | **heart** 106:6 | 137:19,20 |
| 102:1,9 | 19 28:25 29:2 | **height** 46:21 | 138:4,11,20 |
| 104:20 105:11 | 31:19 33:13, | **held** 12:25 | 139:5,13,14, |
| 108:2,4,19 | 14 36:12,13 | 21:2 36:24 | 22 141:11 |
| 109:18 110:7 | 55:6,11,15,17 | 92:10,22 | 143:15 146:25 |
| 112:24 113:9, | 56:19,20 | 116:24 149:11 | 161:21,24 |
| 14,21 114:2, | 69:21 85:4 | 152:4 166:15 | 169:2 |
| 5,7,11 122:13 | 86:22 87:4,5, | 167:18,19 | **high** 44:10 |
| 125:5 127:3 | 9,12,13,23 | **Hell** 9:19 | 61:16,18,24 |
| 131:16 132:20 | 104:18,19,23, | 91:16 | **highly** 147:8 |
| 133:1 134:7 | 24 105:9,10 | **help** 26:21 | **him** 8:12,15 |
| 135:25 137:16 | 106:18 108:14 | 32:23 41:15 | 13:8,10,15, |
| 139:2 140:20, | 111:1,2 | 100:10 104:18 | 19,21,23 |
| 21 141:20,25 | 112:2,4,10, | 126:17 142:20 | 14:1,4 16:18 |
| 142:1,21,25 | 13,18,23 | 148:10 153:4 | 17:14 27:22, |
| 143:2,4,9,10, | 116:3,21 | 154:23 | 23 36:11 |
| 12,19,23 | 119:21,25 | **helpful** 33:15 | 55:6,13 71:24 |
| 144:2,16 | 123:9 127:21 | | 87:10,18,24 |
| 145:5,8,22 | 128:21,22,23 | | 105:20 |

116:20,21
117:14
119:20,24
124:3,5
146:2,7 151:6
156:11,19
169:6,13
**himself** 27:19
86:21 87:5
106:19
**hired** 131:3
132:11
**hiring** 131:5
**his** 3:6,9,11,
14,16,18,21,
24 4:2,5,8,
13,15,17,19,
23 5:1,13,17,
24 6:1,6,11,
13,17,21 7:1,
10,16,24 8:2,
7,22 9:5,9,
15,20,24 10:9
16:14,15
27:15,22 28:8
54:24 55:23
56:2,7,11,15
57:16 58:18
67:11,16,22
68:6,11,15,19
69:2,7 70:7
76:13 77:23
78:3,13,21
79:20,25 80:7
81:3 82:7
83:25 84:16
85:25 86:6,17
87:11 88:13
89:1,9 90:8
91:18 94:10
102:10 104:19
108:13 110:5
112:18 116:1,
2 117:15,20
118:11 119:4
122:7 141:8
148:23
**Hispanic**
109:25 110:1

**hit** 51:2
**hold** 72:15
104:20 113:6
115:5 124:12
125:2,21
127:9 133:3
135:12,18
137:14 144:24
152:4
**holding** 95:6,
7,17 96:13,
18,23 110:13
116:9
**home** 19:24,25
31:17 61:25
62:1,5 72:19
74:17 122:1,
2,10,11,22
161:25 166:9
**Honestly** 73:2
**hope** 164:2
**hopefully**
4:25 69:5
**hoping** 155:22
**hospital** 53:6
54:2,4,9,12
**hospitalizatio
n** 50:13 54:1
**hospitalized**
53:9,25
**hostile**
70:20,22
**hour** 15:11
38:18 66:24
104:5
**hour-and-a-
half** 15:11
16:2
**hourly** 51:14
61:13
**hours** 15:25
16:3 18:1,11,
18 43:18
73:18 101:14
134:20,23
135:20 136:22
161:14

**house** 19:25
20:12 38:6,8
121:10,12
122:21
**housed** 15:13
33:2 96:17
133:11
**household**
29:21
**how** 3:5,8,12
6:16 7:6,9
15:5,10,23
16:17 17:3
18:10 21:22
22:6 23:7
25:11 26:6,9
28:11 31:7
32:20 33:2
34:1 37:17
38:9 39:23
40:22 44:18,
23 46:25
51:13,23
52:22,25
53:11,16
54:22 55:1,21
56:4,20 59:18
60:24 62:17,
25 63:17
64:18 65:10,
16 71:17
73:16,22
74:13,15
75:2,7,9,25
79:1 80:6
81:16,19,24
82:17,20,25
83:20,23 84:2
93:11,20
94:13,16,23
95:5,14 96:18
99:24 100:14,
19,22 101:3
103:25 104:4
105:9 106:13
108:1 109:2,3
111:3,10,21
112:7,13,25
116:11 117:9

119:17 121:6,
15 122:1,6
125:23 131:12
133:5 136:3,
6,10,22,23,25
139:1,25
141:14 142:4
143:7 145:13
148:18 149:10
152:7,9,10
153:11 155:14
156:25 157:1
158:4 159:10,
14 161:23
164:12 167:24
169:20
**however** 50:4
113:15
**huge** 109:13
**hugely** 146:14
**Huh-uh** 52:7
64:23
**human** 42:3
156:6 164:9
**hundred**
115:18 136:5
**hurricane**
39:10 46:1
**Hurt** 159:15
**hurts** 165:4

---

**I**

**I'D** 155:25
**I'LL** 129:24
**I'M** 3:6,9,11,
12,13,15,17,
21,24 4:2,4,
7,13,15 5:17,
23 6:10,17,
21,25 7:14,23
8:7,20,22
9:5,18,20,24
10:8,9,16
12:18 13:10,
12,22,25
14:4,9,14
15:13,20

16:8,13,14
17:24 18:6
20:25 22:6,
13,14 23:23
24:15 25:6,20
26:17,18 27:9
28:7 32:20
33:17 36:16
38:24 39:15,
17 40:24
41:7,14 42:1,
7 44:22
45:21,23 46:2
47:14,16 49:3
52:15 54:3,24
55:23 56:1,3,
6,10,14 57:15
58:18 59:18
60:19 65:11
66:14 67:10,
15,21 68:6,10
71:3 75:6
76:13,23
77:7,16,22
78:17,24
79:19 80:7,17
81:3 82:6
83:2 84:10,12
85:15,17,24
86:16,20
88:9,12 89:1
90:24,25
91:14,17
93:18 94:1,
10,14 95:11
96:19 97:20,
22 98:25
101:9 103:6
106:14 107:5,
13,19,20
111:7 113:12,
13 115:22
117:9,10,15
118:7 119:19
120:3,6,14,21
122:13 123:12
124:17 125:5,
6 127:5,10,25
128:3,11,14,

18 129:1,5,9,
14,22 130:9,
12,20 133:20,
25 134:17,23
135:7,12,16,
19,24 137:24
141:3,6,7,14
142:17,18
143:24 144:13
145:21 146:8,
12,24 147:21,
23 148:14
151:3,10
152:17,20
153:20,24
154:24 155:9,
19,22 156:5,
6,7,17 157:4,
7,9 158:10
161:17,25
162:7,10,19
163:5,13
164:9 165:1
166:5,8,9,22,
24 169:19
170:5

I'VE   15:3
21:2 36:24
38:22 40:10
42:6 43:6
65:13 84:6
114:10 117:18
128:23 137:20
138:21 162:13
163:6 164:7,
23 165:4,25
166:20 168:25

I-X-O-R-A
19:19

ICE   9:4 44:25
76:7 88:24
92:3,6,7
95:9,11,22
96:14 97:4,11
98:6,17 99:6,
10,14,21
108:1,7,9,23
109:3 111:4,
7,14,21

113:6,21
114:12,23
115:5 116:14,
17,22,23,25
117:1,2,10,23
118:8,9
119:6,7,9,17,
20,24 120:15,
16,21,25
124:12,20
125:2,18,21
127:4,9,12
133:3,6
134:3,24
135:12 137:14
144:3,24,25
145:6 149:11,
23 152:4
153:21 154:4
159:6 160:5
162:9 163:8
166:16
167:18,19

identification
102:9

identifier
102:9

identifiers
99:13

if   5:8 6:12
7:6,14 8:10,
13 10:2
11:15,16
12:8,10,13,20
13:4,14,24
14:1,8 15:2
17:11 20:8,
11,24 21:11
27:14 32:23
33:14 34:8
35:16 36:8,22
42:6,7 43:6,
12 44:18
46:25 50:3
54:3 57:5
58:24,25 59:2
60:19 66:7
69:21 71:23
77:7 79:23

81:22 82:17
83:3 84:3,12,
25 85:15
86:21 87:14,
20 89:12
93:5,13 94:14
97:21 102:5,
20 104:18
107:12 108:3
113:21 116:8,
25 120:7,22
124:11,21
126:6,19
128:21,23
129:2,5,23
132:20 134:14
136:21 140:8
142:11,15
143:7 145:5
146:9,10
148:11,19
149:5 150:13,
18 152:17
154:25 156:24
157:10 158:3
160:9 161:4
165:20,22
166:8 168:8
169:17,18

illegal   4:22
5:12 68:25
70:4 74:12
116:8

illicit   4:10
68:1

illness   54:6
58:24

imagine   33:15

immediate
43:23 44:4

immigrant
114:22 116:8
168:1

immigration
70:10 71:9,11
72:9 108:24

impact   10:8
141:5

impaired   4:10
  68:1
Impala   30:4
imperative
  118:6
impolite
  117:14
important
  169:2
improper
  148:11,19
in   3:20 4:6,
  25 5:3,5,12,
  16,22 6:1
  8:6,11,19
  9:3,7,12,14
  10:18 11:10,
  22 12:10,11,
  22 15:13,14
  16:12 17:1,3,
  8 20:14 22:20
  23:4 24:6
  25:3,4,10,24
  26:1 28:2,20,
  21,24 29:13
  30:7,16 31:2,
  19,25 32:1,6,
  15,24 33:2,7,
  25 34:15
  35:4,12,13,
  16,20 36:1,4,
  7,12,13,17
  38:1,14 39:6,
  23 40:8 41:5,
  18 42:1,8,9,
  17,25 43:6
  44:12 45:16,
  25 46:25
  47:8,11,19,25
  48:5 49:2
  50:16,22
  51:2,19,20
  52:19 54:2,10
  55:5 57:6,14
  58:1 59:8
  60:9,25 61:9,
  19,21 62:9,
  19,23,25
  63:9,13 64:5,

9,15,21 65:5,
7,14,17,18,20
66:5,9,13,15,
17,25 67:18
69:5,11,16
70:4,9,10
71:21 72:7,8
73:8,16,23
75:24 76:2,9,
11 77:5,9,20
78:2 79:1,3,6
80:4,10 82:25
83:4,8,14,17,
20 85:14
86:14,23
87:15 88:6,
18,23 89:6,12
90:3,6,17
91:12,24
92:3,10
94:20,25
95:5,16,20
96:17 98:4,
11,13,14,20
99:2,8,11
101:2,11,12,
20 103:7,15
104:1,9,17,24
105:1,12
106:2 107:19,
20,23 109:14
110:7,12
111:14,22
112:15,16
113:4,6,16,18
114:3,25
115:13 116:9
117:10,15,20
120:17
121:14,20
122:12 124:18
126:9 127:14
131:5 132:1,
2,6,11,12,14,
18 133:11,12,
13,20 134:4,
5,10,14,19,22
135:10
136:19,25

137:17,20,22
138:2,3,8,9,
19 139:2,6,8,
18,19,23
140:22
141:19,24
142:7,14
144:4,17,23
146:19 147:20
148:2,3,5,18,
21 149:18,19
150:6,19,20,
22,23,24
151:20,22
152:8,11
154:2,23
155:7,11
156:25 158:4
159:1,7,22
160:3,11
161:13,17
162:9 163:4,
16,17,22
164:5,10,21,
22 165:8,9,14
166:14,21
167:1 168:15,
24,25 169:6
inaccurate
  78:25 85:16
inappropriate
  126:13
incarcerated
  8:6 9:8 21:5
  32:24 35:13
  40:19 46:14,
  17 65:12
  82:20 83:12
  86:14 89:7
  139:19
incarceration
  8:11 21:11
  41:3 66:13
  80:3 87:15
  145:14,23
incarcerations
  90:23 91:4
  140:4

incident   9:14
  53:19 54:10,
  14 55:3,6
  90:6 137:18
  167:16
incidents
  53:25 59:8
  90:17 152:24
incited   112:6
include   9:13
  90:4
included   13:3
including
  157:2
income   42:22
  43:2
incorrect
  124:6
incorrectly
  168:3
incriminate
  16:18 27:6
  86:21 87:10
incriminating
  87:3
indeed   72:17
  124:8
indicate
  152:21
indicated
  24:6 35:5
  53:2 119:21
  153:16
indication
  113:21 114:4,
  7
indigency
  131:22,25
  132:16
individual
  20:19 28:14
individual's
  45:19
individuals
  31:18 74:6
  99:13 100:22

influence  4:7
67:20 155:23
inform  34:24
information
12:25 26:15
73:13 109:16
113:6 125:20,
22 126:4
143:15 145:5,9
152:9
initial  134:6
initially
134:8 152:3
injured  50:16
53:2
injury  3:9,
12,13 50:13
54:1,5,18,20
55:22 56:3,5,
21 58:25 59:4
89:13,15
90:11,12,13,
18 91:4
inmates  9:4
88:25
INS  72:14,15
74:2,3,10
75:9 113:15
inside  104:21
107:22
instance
100:24 132:14
134:19
instruct
27:23 169:25
instructed
169:21
instructing
3:11,13,15,
17,21 4:4
5:23 7:23
9:20 13:8,10,
23 14:4,9
16:13,15
56:1,6,10,14
57:15 67:15
77:22 85:24
91:17 146:7

insulted
117:19
insurance
51:6,8,10
intake  96:18
107:25 111:24
intense  137:3
intensity
137:5
interactions
76:7 153:22
interesting
124:14
interfere
12:9 36:18
interfered
24:22
interfering
24:22
interpose
6:12 79:23
interrupted
66:19 159:12
intervention
54:6 58:25
interview
155:22
intimate  45:4
intimidating
25:5
Intimidator
25:6
into  41:12,21
62:19 73:14
96:4,11 97:1,
2,3,24 98:13,
19 110:13
136:12,20
156:8 164:17
166:9
intonation
118:16,19
investigated
110:10
investment
143:23

invocation
5:10 69:25
INVOCATIONS
3:1
invoke  3:4,6,
9,11,13,14,
15,18,21,24,
25 4:2,5,8,9,
10,13,15,16,
17,18,19,21,
22,23,24 5:1,
8,10,13,14,
17,18,20,23,
24 6:1,2,6,7,
11,13,14,17,
18,21,22 7:1,
10,16,23 8:2,
7,22 9:5,9,
15,16,20,24
10:9,16 16:15
27:5,17,18,23
28:12,13
54:24 55:23
56:1,6,8,10,
15 57:15
58:18,20
67:11,16,22,
23,24 68:2,6,
11,12,15,16,
19,23,24
69:2,4,7,22
70:1,7,8
76:13,15,18
77:22,24
78:3,5,13,16
79:20,21,25
80:2,7,9
81:3,5 82:7,8
83:25 84:16
85:24 86:6,17
88:13 89:1,9
90:8,10 91:17
94:10 141:8
144:14
invoked  27:14
28:8
invokes  78:21
invoking
10:15 87:4

144:12
involved
47:25 131:20
involves  54:5
ironic  110:3
ironically
147:7
is  4:18,20,22
5:2,11 8:1,3
10:7 11:9,10,
12,15,19,25
12:1,7,13,22
13:12,15,16
14:18,19,20
15:22 18:6
19:13,16,18,
23 20:10,14,
15,16 21:7,9,
10 22:20,21,
25 24:13,20,
21 25:24
26:1,13,19
27:13,15,20,
21 28:25 29:4
31:6,16
32:12,18 34:8
35:4,8,10,12,
17,24 36:3,
16,22 37:1,15
38:5,16 39:2,
12,18 40:7,16
41:19 42:6
44:19,24 45:4
46:21 47:12,
14 48:15,20,
21 49:15,22
50:4,8 51:19
52:21 53:16,
17 55:3,5,15
57:8,9,10,13,
21 58:1,3
61:6,15,20
62:11 66:20
67:3 68:17,
20,25 69:10
70:3 71:1
72:6 76:20
77:5 78:20,24
79:10 80:3,4

85:5,16 86:4,
8,20,25 87:2,
5,11 91:7
92:4,7 93:15,
16,17 94:19
97:21 99:9,12
100:12 101:14
102:14 105:17
107:8,17
108:11,24
109:2 112:7,
25 115:3,13,
23,24 116:1,2
117:11 118:6,
7,10,16,19
119:21 123:9
124:18,20,21
126:14 127:15
128:1,20,22
129:4,7,8,10,
13,19,23
130:1,6,19,20
131:1 135:4
136:1,2,20
137:22,24
138:19 140:8,
14,20,23,24
141:4,12,15
142:3,8,9,12,
20 143:2,11
145:8 146:16
147:3,8,12
148:1,2
149:25 151:13
153:19,25
154:9,10,25
155:3,8,21
156:1,3,8,9,
15,22 157:1,4
158:16,24
159:9,20,25
160:1,14,18
161:25 162:3,
6,7,9,13
164:1 165:15
167:3,5 169:2

**Island** 33:3,
25 34:1 35:5,
9 36:4 38:16,

22 39:25 40:4
42:17,21
52:19 56:23
133:19

**isn't** 50:3
56:17 112:20
116:22 137:7

**isolation**
167:8,10,12,
16

**issuance**
119:7,8,9
120:16

**issue** 53:18
70:10 80:4
120:19 124:20
126:14

**issued** 19:11
92:25

**issues** 139:9

**it** 3:12 4:8,
18,21 5:18
8:3,5 11:17,
18,19 12:5,22
13:16,17,24,
25 14:1,2,3,
7,13,14 16:7,
22 17:11,12,
13,21 18:1,8,
9 19:23,24
21:11,13
22:21,25
23:15 24:5,9,
13,14 25:24
26:4,15 27:8,
19 28:2 29:6
30:3,4,11
31:6,8 35:19,
24 36:22
37:19 38:5
39:4,13 40:11
41:14,15
43:19,21
45:16,22 46:9
47:12,13
49:15 50:5,
19,20,22,25
51:1,3,15
52:3,15 53:7,

14,18,22,23
54:21 55:2,10
56:4,19,20
57:6,9,10,13
59:1,4 61:2
62:12,20 64:4
65:9,17,24
66:8,13,14
67:23 68:17,
23 71:16,17,
20,21 72:5,
14,15,16,17,
23,25 73:2,6,
24 74:15
75:2,3,9,17,
22,23 76:2,15
80:10,18,20
81:25 82:9
85:12,14
86:8,12,20
87:4,10
89:16,19,24
90:1,21,22
91:6,9 95:14,
22,24 96:15
97:7,8,13,22
98:9,14,25
99:11 100:11,
14,20 101:7,
10,11,14,20,
21 102:15,24
103:7,25
104:4,10,21,
23 105:1,3,7,
12,18 107:1,
8,15,25
108:4,7,14,
20,21 109:2,
12,13 110:3,6
111:6,8,10,
12,16,18,19,
20,24 112:12
113:20 114:6,
8,11 115:6,7,
11 116:22
117:3 118:6,
21 119:14
120:22,23
123:3,6

124:5,6,12,16
125:7,24
126:15,16
127:7 128:3,6
129:1 130:17,
19,20 133:9
134:7,9
136:6,8,11,
12,25 137:4,
9,17,20
140:23,25
141:10 142:17
143:3,12,17,
19,20 146:3,
20 148:10,11,
15,17,19
149:12,18,25
150:3,5,7
151:19,20,22,
23 152:6,14
153:10,17
154:14
155:12,16
157:4 158:6,
10,12,22,24
159:16,21,23
160:8,10,16,
18,19,20,22
161:9,12,13,
14,18,19,20
162:2,3,5,10,
12,13,14,17,
18,22,23
163:1,2,3,5,
15,20,23,24,
25 164:5,11,
15,18,19,20,
25 165:3,4,5,
10,13,22,25
166:10,14,25
167:1 168:10,
17,21 169:9,
12,16,17,18,
19,21,22,24
170:5

**it's** 12:10
16:25 19:13,
25 20:17
23:1,12,14

25:4 28:5
29:6,25
30:12,13,14
31:5 32:21
37:2 40:20
43:12,18 44:2
53:17 61:21
70:22 71:2
85:18 89:20
91:8,11 97:16
98:12 103:15
113:20 116:22
124:14 130:21
138:17 140:13
141:17 142:9,
16,25 143:1
146:16,25
147:8,9
151:7,9
154:12 157:1
159:2,17,19,
24 160:10,12
161:2,5,22
162:11 163:22
165:11,12,16,
17,19,20,23,
24,25 166:10,
11,13,23,24,
25 168:1
**Ixora**   19:19
21:15,19
22:18 38:2

---

**J**

**jail**   3:20
4:25 5:12
15:14 20:15,
23 21:6 25:3
31:19,25
32:15,25
35:4,16 36:7,
12,13,17
57:12,14 58:1
66:25 69:6
70:5 79:1,6
83:20 91:12,
25 92:11
94:20,23 95:3

97:5,24
113:4,18,19
114:25 115:3
125:13 127:14
133:12 135:10
139:18 144:4
145:15 169:6
**jailed**   5:11
32:15 70:2
134:10
**jailing**   32:1,
7
**Jamaican**
75:1,4,6
110:2,4
154:12
**January**   8:6
35:13,14
83:17,18
86:14 132:6,
18
**Jasmine**
137:24
139:13,18
140:6,11
**Jersey**   24:4
37:21 60:14,
15,16 61:4,19
62:11 72:15,
25 73:19,20,
22
**jingling**
165:18 166:1,
3
**job**   7:5 11:19
33:18 36:2,24
37:1 43:4,14
51:21 62:13,
19,23,25 63:9
82:16 84:20
136:15 155:3,
4 159:1 161:9
**jog**   25:16
**joking**   117:17
**Jolly**   3:10,16
4:21 5:2,6,7
8:16 11:8,9,
10 13:8,12,24

14:5 16:17
17:10,15
20:17,19,20,
21 25:14
26:16 27:13,
20 28:11,17,
19,21 29:2,5,
8 35:19 36:14
41:7,13 43:25
44:3 55:1,8,
17,25 56:12,
19 66:20
68:22 69:9,
18,20 70:18,
21 71:3,7,20
76:24 78:22
80:17 81:19,
21,23 85:4
86:20 87:1,7
88:1 89:16
92:9 97:19
100:17 109:6
113:24 115:11
116:2,20
117:17 118:13
119:19 120:1,
4,12 127:23,
25 128:3,6,9,
14,18,22
129:7,9,11,
14,18,21,24
130:2,6,9,12,
14,18 131:11
145:21 146:1,
7,13,20
147:9,14
148:10,14,17,
24 155:9
156:2,12,17,
20 157:7,12
161:8 163:10
166:18 167:4,
9,12,17,20
168:5,7
169:9,12,15
170:5
**Jones**   94:3,4
**journey**
134:18

**judge**   28:23
92:25 93:20,
22 94:3,4
**July**   8:6
36:4,8,14
82:25 83:14
86:14 90:23
113:18 132:2,
18
**jumbled**   66:15
**jumping**   78:17
**June**   131:18
**jurisdiction**
124:13,17
**jury**   141:12
**just**   3:12
9:19 10:14
13:17 14:7
15:3,18 16:7,
18,22 18:7
22:14,24
24:15 25:15
27:9,21 28:9
30:4 32:3
34:25 36:14
39:15 42:1
45:3 47:16
49:20 50:25
56:4 59:1
60:9 62:6,13
64:2 66:8,9,
14 67:5 72:17
77:6 82:9
90:13 91:15
97:17 98:14
104:20,21
105:19 106:14
107:4,21
117:11,16,19
121:24
122:15,22,23
125:4,16
129:25 131:8
137:19 140:22
141:3 142:12,
16 144:9
146:2 147:6,
21,23 148:12
149:1 151:19,

22 154:21
155:2 156:6,
10,24 158:3,
10 159:11,15,
23 160:10,16,
18,20,22,25
161:17 162:3,
7,17,23
163:2,5,14,24
164:17,20,21,
24 165:8,19,
25 166:23
167:2,12
168:2,25
169:10

**K**

**keep** 52:2
78:17 152:12
162:12 163:21
**Kendall** 50:17
51:4 53:3
**kept** 150:16
160:15 163:3
**Key** 19:19
24:3 25:22,25
26:1 31:2,4
33:3,25 40:8
45:25 50:16
51:19,20
54:9,10,12
56:22 59:13
60:2 78:8,10
**keys** 25:11
30:7 59:13,
14,22 60:3,
13,20,25
165:18 166:1,
3
**kid** 147:10,11
**Kimberly**
48:14,15
**kind** 10:13
12:15 24:4
28:3 30:2
50:22 54:17
62:13 70:20

83:10 90:11
98:8 104:21
106:6,14,23
107:3,4,6
109:13,19
121:20,23
122:12,23,25
123:8 136:10
141:18 143:24
144:2,8
146:20 147:3,
8 153:10
156:7 163:15
164:17,21
165:17
166:23,24,25
169:3,9,24
**kiosk** 149:8,
13 150:7
151:1 152:7,
13 157:23,25
158:4
**knew** 93:1
114:20,21
125:7,21
137:13 158:2
167:22
**knock** 66:19
159:12
**know** 6:9 7:3
10:13,14
13:13,25
14:12,13,14,
17 15:25
16:18 19:23
21:12 22:8,24
25:14 27:8
28:6,11 29:20
30:13 32:20
35:1 39:23
45:3,24 49:13
59:2 61:2
63:20 64:22,
24 65:3,8,12,
18 66:7 72:4
73:22,25
74:13 75:2
78:22 79:4,17
82:12 84:2

85:9 91:11
93:13,18
94:14 98:6
100:6,11,14
101:17,20,21,
22 103:24
104:4,23
105:9,20,21
106:9,13,18,
25 107:1,6,8,
12,15,19
108:16,18
109:15 110:7
111:1,17
112:19,21
114:1 115:3,
24 116:25
117:6 119:17
122:13 123:6,
8,13 124:14,
21 125:11,19
126:7,16,23
133:23 134:14
135:24 136:13
140:24,25
141:10,11
142:4,7,11,
15,23 143:9,
10,11 144:8,
10 145:3
147:16,24
148:1 150:8,
13,18 153:11,
24 154:18
155:1,2,12,
20,23 156:9,
10,23,24
157:5 158:11
159:1,16,17,
19,22 160:10,
12,14,17,20
161:1,2,4,23,
25 162:3,4,6,
13,21 163:11,
12,13,15,22,
23 164:5,7,8,
17,21,22,24,
25 165:1,2,7,
8,10,11,12,

13,16,17,19,
20,23 166:5,
6,7,8,13,20,
21,22,23,24
167:22,24,25
168:3
**knowing** 123:8
**knowledge**
126:24
**known** 116:6
**Krome** 40:20,
22 101:7,14
102:25 103:1
108:17,23
121:2,6
134:13,16
135:22 136:7,
23 137:11
158:7

**L**

**Lab** 168:17
**laceration**
53:15
**lady** 124:6
154:6,7,15
**laid** 100:20
163:16
**Landing** 61:19
**landlord**
20:9,10
**Larry** 44:15
45:20
**Larry's** 45:23
**last** 3:2,3
15:9,10,21,
23,24 16:6,8,
10 17:7,16
18:3,8,10
20:6,22
21:19,23,24
22:10,18
23:4,11,22,24
24:6,12
26:23,25
27:2,3,9 28:1
29:9,10,24

30:2 31:21
32:1,6,14,24
33:21,23
34:6,15 35:12
36:17 37:11
39:2 40:12
41:5 45:10,
15,23 46:4,6,
25 47:9 48:17
59:9 65:25
76:25 90:19,
20 108:10
109:7 112:2
137:24 138:19
139:6 154:7
157:18 161:14
166:2 167:5
**late** 61:1
121:8
**later** 12:4
43:21 61:25
110:1 113:16
115:22
**latter** 5:4
69:14 131:19
**law** 63:7,13
**lawful** 136:22
145:16,23
**lawsuit** 11:14
48:1 134:19
142:8,9
**lawsuits**
142:21
**lawyer** 12:9
14:6,15,25
15:1 17:3,13,
16 27:16,22
123:25 129:19
130:6 131:1
169:25
**lawyer's**
142:9 170:1
**lawyers** 14:24
17:7 18:4,17
**laying** 98:4
163:22
**leading** 91:7

**learn** 26:18,
21 63:9
**learning** 5:19
76:16
**lease** 21:25
**least** 4:25
66:5 69:5
105:1 136:25
**leave** 51:25
62:1,5 94:13
128:8 157:10
**leaving** 129:9
153:18 158:13
**led** 8:11
54:10,11
87:15
**left** 11:10
52:4 61:25
62:9 101:6
105:17,18
112:2 160:25
**legal** 115:12
116:19,20,22
145:18,19,25
146:1,6,9
150:23
**lends** 161:15
**lengthy** 104:3
**less** 38:24
47:2,3 62:3
76:4 80:19
114:24 130:17
**let** 5:2 14:6,
7 25:8 35:8
41:4 63:18
69:9 70:19
77:6 92:9
104:19 118:10
127:10 142:5
**let's** 27:19
66:21 98:12
128:3
**letter**
152:11,12,15
**letting** 103:6
**level** 61:15
120:15 137:5,
15

**license** 37:9,
11,13,17,23
63:6
**licenses** 63:4
**Lieutenant**
151:5
**life** 29:14
49:10,11,12,
15 50:4
140:25 141:3
142:14 156:17
162:4 164:10
166:25 167:1
**lifetime**
141:24
**like** 9:18
19:8,9 28:9
30:4,5,18
31:5,11 38:5
41:11,13
44:23 49:13
51:1,2 53:7
55:8 58:24
62:16 63:18
64:13 65:7
66:8 72:25
78:19 80:18
83:9 91:14
97:3 98:18
100:3,4,6,11,
18 101:10,21
104:20 106:3
107:7,10,16,
25 108:18
110:1,12,15
112:12,15
113:20 120:7
121:1 122:21,
23,24 127:25
142:15 148:12
150:16 151:19
152:19
154:16,17
155:1,14,25
156:2 160:14,
22,23 161:3,
12 162:3,4,
19,25 163:4,
21,22 164:9,

11,16,17,18
165:1,2,4,10,
18,19,20,24
166:11,12,13,
20,22 167:6,
14,23,24,25
168:21
**limit** 59:1
89:16
**limitations**
140:16
**limited**
124:18 140:14
**limousine**
100:6,8,11,12
**Linares**
151:4,5
**Linares's**
151:4
**line** 3:8 4:1,
12,20 5:22
6:9 7:9,21
8:10 9:3 10:2
26:14 28:8
68:20 70:24
71:5 107:4
**lined** 99:11
**Lines** 3:2,5,
20,22 5:16
6:5,16,20,24
7:3,13,18
8:25 9:12,18,
23 10:7,12
**lining** 136:13
**Lisa** 124:10
**list** 102:23,
24
**listed** 123:17
125:24
**listen** 11:15
118:6 156:21
**listened**
153:9 160:21
**listens**
140:18
**listing** 10:14
144:9

listings
125:25 126:1
literally
103:4 163:16
litigation
11:23 47:25
little 10:8
26:18 30:4
104:8,24
106:3 122:20
140:23 141:6,
19 162:5
163:12 164:22
165:18
live 31:18
45:24,25
lived 21:14
30:7 59:19
lives 49:20
living 29:13
30:16 60:8,12
61:22 64:9
local 92:25
135:10
locate 110:25
located 26:2
location 20:2
35:15 38:9
locations
66:18
log 126:24
long 12:10
15:5,10,23
17:3 18:10
33:2 34:1
38:10 40:22
51:23 53:11
63:17 73:16,
22 75:25 79:1
82:20,25
83:20 94:13
95:5 101:3,12
104:4 106:14
129:18 131:12
136:6,10
164:12
longer 37:18
51:7 134:7

longest 44:11
look 13:6
59:17,18 72:5
111:18,20
looked 99:9
107:6,9
160:11
looking
105:6,20
112:17
LOPEZ 3:3,6,
9,11,13,15,
17,21,24 4:2,
4,7,13,15,17,
19,23 5:1,3,
5,7,8,13,17,
23 6:1,6,10,
13,17,21,25
7:4,6,10,15,
23 8:1,4,7,
12,15,20,22
9:5,9,15,20,
24 10:9,15
13:7,10,21
14:4,9 16:13,
20 17:9,13
25:13,17
26:13 27:4,
12,14,18
28:7,15,18,23
29:4,15
30:17,20
32:2,17,19
33:9,12 35:7,
17 36:10,20
41:4,11,20
42:12,14
43:9,24 44:2,
14,20 45:1,6,
12 47:6
49:18,24 50:7
54:24 55:3,
15,23 56:1,6,
10,14,18
57:15,19
58:18 67:10,
15,21 68:6,
10,14,18
69:2,7,11,16,

19,22 70:6,
12,19 71:1,
14,18,23
75:5,8,16,19,
21 76:13,22
77:1,22 78:3,
13,19 79:9,
13,19,25
80:7,15,23
81:3,8,18,20
82:6,14,18
83:5,7,15,24
84:4,8,15
85:3,8,10,13,
23 86:5,10,
16,24 87:2,
11,18,23
88:9,12,17
89:1,9,14,18
90:8 91:2,5,
17 92:2,8,12,
14,24 93:7,24
94:10 95:8
96:20,22
97:12,15
101:16,19,24
102:22 103:22
105:15 106:12
107:16 109:4,
23 111:5,23
113:23,25
114:14 115:8,
10,12,20,25
116:18
117:13,19,25
118:2,10
119:3,12,16,
23 120:3,5,
14,17 121:3
124:22
127:17,21,24
128:2,5,8,11,
16,20 129:4,
8,10,12,16,
20,22,25
130:4,11,13,
16,21 131:9
135:3,14,23
137:2 138:10

141:7 142:24
143:16 144:12
145:1,7,12,
17,24 146:5,
8,18 147:5,7,
11,15 148:9,
12,15,22
155:7,25
156:11,15,18
157:9,13,16
167:2,10
168:4 169:14
170:2,7
lose 36:2
136:3
lost 39:11
134:15,20
135:1,4,5,13,
20,25 158:22
161:8
lot 16:9
26:11,12
39:11 101:12
103:9,11,15
108:2 111:16
112:5 121:24
123:14,15
125:20 126:9
136:13,17
152:18 154:21
159:15 163:14
165:10
loud 50:10
118:14
love 14:13
lucky 138:16
lump 23:4
lunch 66:21,
22,24
luxury 154:18
165:21
Lynch 44:17,
19,24 46:4,6,
16

---

**M**

---

mad  166:12
Madam  26:23
  29:8 70:18,22
  71:3 76:24
  109:6
made  44:3
  50:4 57:22
  72:18 73:9
  74:13,19
  99:21 102:18
  112:11,12
  114:12,16,17
  115:15 116:14
  117:1,5,7,11,
  23 126:7,25
  149:18 162:2,
  18 164:10
  167:1
magic  12:7
mailed  150:24
main  96:23
  98:19 107:25
maintain  63:4
maintained
  24:13 25:10
maitre  61:12
make  11:15,17
  22:14 36:13
  38:18 39:16
  51:14 54:3
  82:9 97:16
  103:10 114:19
  115:13
  116:19,20
  118:6 121:25
  122:23 136:15
  142:10 145:20
  146:9 152:9
  159:10,14
  167:24 169:23
makes  11:16,
  18 22:15
  80:18
making  26:19
  97:19 134:19,

25 136:4
  146:15
malady  57:2
Mama's  60:6
man  26:19
  63:18 102:15
  112:17 130:10
  147:10,14
Managerial
  34:9
managers
  158:24 159:5
Mangrove  60:5
manner  5:3
  69:12
many  15:5
  26:6,9 29:25
  30:5 44:6,9
  81:16,19,24
  93:11,20
  96:18 99:24
  100:19,22
  108:1 110:8
  113:15 123:6,
  13 139:1,25
  149:10 158:4
  169:1
Marathon
  33:6,7
  133:20,21
  138:3,8,9
March  7:14
  35:14 84:7,12
Margie  123:13
  127:18,19
marijuana
  64:8,16
Mark  123:7
  125:12,16
  127:11
Marlton
  73:19,20,21
married
  47:21,23
match  52:3
materials
  13:4,21

matter  17:10
  44:1 55:5
  57:9,10
  124:24 149:19
may  4:14 10:2
  13:1 24:21
  45:13,21,22
  60:16 61:6,9
  62:11 68:8
  90:19 131:18,
  19 132:20
  141:20 150:12
  151:7 153:24
  155:20 168:12
maybe  26:11
  58:11 91:9
  120:7 143:2
  154:2
Mays  61:19
Mcdonald
  153:1
Mcferrin
  154:11
MCSO  94:18
  145:6 150:10
me  3:2 5:2,
  10,19 6:24
  7:18 8:20
  10:19 11:11,
  16 14:6,17
  15:1 16:2
  17:11 18:16
  19:21 25:8,9,
  18,23 26:21
  27:2,24 28:4,
  24 29:9 35:8
  36:25 38:6
  39:15 41:16
  42:7 44:23
  45:15,22
  50:15 53:13
  54:20 60:19
  62:17 63:18
  64:2 65:10
  69:9,25 71:16
  72:5,9,12,16,
  18 73:1,18
  74:1,17,21,22
  75:20 76:6,17

77:6,7,14
  82:2,4,24
  84:22 88:8
  91:3 92:9
  95:9 99:18
  100:10 101:17
  102:6 103:2,
  5,7 104:16
  107:5,6,8,24
  108:14 109:14
  112:8,18
  115:19 116:9,
  21,24 121:16
  122:7,8,13
  123:3 125:14,
  17,25 126:9,
  11,17 127:10
  129:17 136:8,
  10 137:8
  138:13 140:18
  141:2,18,25
  142:1,5,12,19
  143:4,8
  144:20 146:2,
  18 147:20
  148:10 152:7,
  23,25 153:17
  155:1,18,20,
  23 156:4,21
  157:5 160:12
  162:1,18
  163:4 164:5,
  18 165:4
  167:1 168:2,
  13
meals  163:14
mean  13:8
  16:10 20:12
  21:11 22:3,12
  25:2,11 30:5
  35:20 37:7
  45:4 46:9
  49:11 50:3
  65:18 74:23
  89:23,25
  90:19 96:18
  97:16 101:11,
  17 108:5
  114:8 115:21

123:6 136:4
140:14 141:17
142:20 143:7
148:16 152:4
154:6 160:9,
17 161:10
means 13:18
31:12 156:9
meant 20:25
41:19 49:14,
15 79:5
156:21
medical 53:7
54:5,6 56:22
58:21,25
63:10,11,15
138:4
medically
54:17
medication
24:21
meet 17:16
123:25 124:3,
7 157:20,21
meeting
15:10,12,16
16:10 17:7,
17,22 18:10,
12
meetings
15:5,8,21
16:6 18:3,17
memory 25:16
79:10 97:9
101:15
men 102:13
109:22,24
mental 10:8
138:7,18
139:9 141:5
mentally
142:14 154:20
161:12
mention 11:25
mentioned
45:19 154:16
messaged
46:11,13

messages
125:16
met 12:24
17:14,25
122:8 157:17
Miami 64:5,9,
15 65:17
121:14
Miami-dade
64:21
mid-'80s
62:2,9
mid-afternoon
108:23
Mid-day 95:2
middle 12:10,
11 50:22
95:16
might 8:5
21:23 86:12
155:23
mind 103:15
153:10 163:23
mine 96:7
111:19,20
123:7
mini-bus
100:18
minimal 26:11
minimum 51:15
minute 105:19
122:12,15
161:16 162:18
164:6
minutes 104:5
105:22 127:25
130:17
Mischaracteriz
ation 148:22
missed 155:22
missing
163:14
misstated
120:9
misstating
120:7

mistake 74:13
102:6 112:6,
11,12 114:12,
16,17,19
115:14 116:15
117:1,2,5,7,
11,24 149:17
mistaken
74:12 137:8
mistakes
141:21
mobile 19:24
mocked 152:22
153:11,16
moderately
130:9
mom 49:4
75:18
moment 12:17,
21 30:15
45:23 47:16
67:5 99:12,15
110:9 116:13
137:5,6,13,25
160:2 164:2
moments
103:24
140:23,24
159:2,3
Mon 153:20
154:11
Monday 157:21
monetary
142:3,7
money 136:3
141:11,12
142:10,12,20,
21 143:7,14
Monroe 11:11
20:14,23 21:5
32:15,24 48:5
57:11 65:20
66:5 91:24,25
109:12 112:6,
16 113:19
114:17,19
115:15 116:4
119:10,18,22,

25 133:12
144:25 145:15
148:5,20
158:7 163:9
166:15 167:18
month 17:5,6
22:5,8,11,18,
22 23:1
month-and-a-
half 17:5
131:4
months 23:12,
13,14 24:7
34:15 46:7
47:9 83:2,4,
8,9
months-ish
51:24
more 6:25
23:13 47:4
48:18 60:4,5,
6,21 73:3
76:23 82:5,22
93:14 113:16
123:3 125:20,
21 128:24
137:3 141:2
156:25
160:13,21
162:10,22,23
163:5,6
164:25
morning 95:20
97:8 98:11,13
101:8,10,20
most 11:13
16:3 133:15
159:4 169:2
mother 49:1
62:7
motivated
60:2
motor 29:22,
24 30:2,3,6
motorcycle
31:11
motorized
31:12

**mouth** 41:21
**move** 12:20
 27:19,20
 59:13 60:2,7
 120:23 143:8
**moved** 24:4
 30:6 59:20
 60:11 133:17
**moving** 60:12
 61:7
**Mr** 3:10,16
 4:21 5:2,6,7
 8:16 11:8,9
 13:8,12,24
 14:5 16:17
 17:2,3,10,15
 20:17,19,20,
 21 25:6,14
 26:5,16
 27:13,20
 28:11,17,19,
 21 29:2,5,8
 31:19,25
 35:19 36:14
 41:7,13 43:25
 44:3 55:1,8,
 17,25 56:12,
 19 66:20,24
 68:22 69:9,
 18,20 70:18,
 21 71:3,7,20
 76:24 78:22
 80:17 81:19,
 21,23 85:4
 86:20 87:1,7
 88:1 89:16
 92:9 97:19
 100:17 109:6
 113:24 115:11
 116:2,20
 117:17 118:13
 119:19 120:1,
 4,12 127:23,
 25 128:3,6,9,
 14,18,22
 129:7,9,11,
 14,18,21,24
 130:2,6,9,12,
 14,18 131:2,

3,5,11,17
 145:21 146:1,
 7,13,20
 147:9,14
 148:10,14,17,
 24 155:9
 156:2,12,17,
 20 157:7,12
 161:8 163:10
 166:18 167:4,
 9,12,17,20
 168:5,7
 169:9,12,15
 170:5
**ms** 3:3,6,9,
 11,13,15,17,
 21,24 4:2,4,
 7,13,15,17,
 19,23 5:1,3,
 5,7,8,13,17,
 23 6:1,6,10,
 13,17,21,25
 7:4,6,10,15,
 23 8:1,4,7,
 12,15,20,22
 9:5,9,15,20,
 24 10:9,15
 13:7,10,21
 14:4,9 16:13,
 20 17:9,13
 25:13,17
 26:13 27:4,
 12,14,18
 28:7,15,18,
 20,23 29:4,15
 30:17,20
 32:2,17,19
 33:9,12 35:7,
 17 36:10,20
 41:4,11,20
 42:12,14
 43:9,24 44:2,
 14,19,20
 45:1,6,12
 46:4,6,16
 47:6 48:15
 49:18,24 50:7
 54:24 55:3,
 15,23 56:1,6,

10,14,18
 57:15,19
 58:18 67:10,
 15,21 68:6,
 10,14,18
 69:2,7,11,16,
 19,22 70:6,
 12,19 71:1,
 14,18,23
 75:5,8,16,19,
 21 76:13,22
 77:1,22 78:3,
 13,19 79:9,
 13,19,25
 80:7,15,23
 81:3,8,18,20
 82:6,14,18
 83:5,7,15,24
 84:4,8,15
 85:3,8,10,13,
 23 86:5,10,
 16,24 87:2,
 11,18,23
 88:9,12,17
 89:1,9,14,18
 90:8 91:2,5,
 17 92:2,8,12,
 14,24 93:7,24
 94:10 95:8
 96:20,22
 97:12,15
 101:16,19,24
 102:22 103:22
 105:15 106:12
 107:16 109:4,
 23 111:5,23
 112:9 113:23,
 25 114:14
 115:8,10,12,
 20,25 116:18
 117:13,19,25
 118:2,10
 119:3,12,16,
 23 120:3,5,
 14,17 121:3
 124:22
 127:17,21,24
 128:2,5,8,11,
 16,20 129:4,

8,10,12,16,
 20,22,25
 130:4,11,13,
 16,21 131:9
 135:3,14,23
 137:2 138:10
 139:17 141:7
 142:24 143:16
 144:12 145:1,
 7,12,17,24
 146:5,8,18
 147:5,7,11,15
 148:9,12,15,
 22 155:7,25
 156:11,15,18
 157:9,13,16
 167:2,10
 168:4 169:14
 170:2,7
**much** 13:15
 21:22 22:6
 24:5 31:7
 39:11,23
 41:15 51:13
 60:24 72:17
 102:23 103:14
 107:3 117:9
 118:19 130:19
 136:3 138:6
 143:7 147:21
 152:8 153:10
 154:19 163:11
**multi-faceted**
 37:2
**multiple**
 115:17 149:2,
 3 163:2
**multitude**
 152:8
**must** 102:6
**mutual** 121:10
**my** 3:4,6,9,
 11,13,14,15,
 17,21,24,25
 4:2,4,7,10,
 13,15,16,17,
 18,19,22,23,
 24 5:1,7,10,
 13,14,17,18,

20,23,24 6:1,
2,6,7,10,11,
13,14,17,18,
21,22,25 7:1,
4,10,15,23
8:1,7,15,20,
22 9:5,9,15,
16,20,24 10:9
11:9,10 14:3,
9 16:13,15
19:13 20:14,
25 22:15
27:5,14 28:8,
15,24 30:12
33:12,18
34:24 35:4,8,
12 36:24 38:7
40:2,10,20
41:3,21 42:6
45:8 47:2
49:20 50:16
51:3 53:14
54:10,11,21,
24 55:4,23
56:1,6,8,10,
14 57:15
58:15,18,20
61:25 62:7,24
67:10,15,21
68:2,6,10,12,
14,16,18,24
69:2,4,7,19
70:1,6,8 72:4
74:16 75:10,
12 76:13,15,
18 77:5,22,24
78:3,5,13,16,
20 79:19,21,
25 80:2,7,9
81:3,5,15
82:3,6,8,14
83:24 84:15
85:24 86:5,16
87:23 88:9,12
89:1,9 90:8,
10 91:17 92:5
94:10 98:18
100:24 103:15
107:17 108:15

109:11,15
110:9,16,19,
23,25 111:13,
19 112:7,10,
15,16 114:21
115:13,21
116:1,18
117:4,8,14,19
118:11,13
119:17,23
120:4,9
123:13 124:18
125:6 128:12,
16,20 129:4,
13,16 130:4,
16 133:6
134:14
135:14,24
136:1,4
137:13 138:23
141:3,8,15,24
142:14
145:13,18,24
146:5,8,19
147:7,11,12
149:18 153:9
154:14 155:4,
7,21,25
156:7,15
158:9 159:4,5
163:16 164:2,
9 166:7,23
167:23 169:8,
11

**myself** 13:2
15:17 18:13
37:7 60:6
91:10 134:3
167:24

---

### N

**name** 11:9
18:23 19:5
20:6 24:16
25:9,18 31:23
34:6 45:19,23
48:13 56:25
93:22 98:23

102:10 107:12
108:7,10,11
110:5 124:9
133:23
137:24,25
151:4 152:22
153:25
**names** 19:8
20:4 73:12
74:5 101:22
107:13 109:20
154:20
**narrative**
103:7
**near** 61:20
62:11
**necessary**
117:21
**need** 12:8,10,
13 41:9 75:20
106:18 110:15
112:8 115:24
128:1,10,16
129:2 130:2,
3,4,5 156:23
157:10
163:14,15
**needed** 104:22
128:15 161:9
**needs** 128:21,
23 129:5
130:4 158:18
**negate** 115:5,
6
**neglected**
168:8
**never** 37:19,
22 112:24
114:2 120:19
126:10 127:2
128:6 132:11
141:22,23
148:25 151:17
160:22 164:10
166:6,7
**new** 24:4
37:21 52:1
60:14,15,16

61:19 62:11
72:14,25
73:19,20
128:4 140:13
168:15
**news** 162:9
**next** 54:4
84:2 103:21
105:14,25
106:1,2 122:5
166:4
**nice** 130:8,
10,12,14
**nicknames**
19:8
**night** 65:7,
14,18 66:5
95:16 153:1
154:4
**nightmare**
165:15
**nightmares**
167:7,15
**no** 5:7 10:14
11:24 12:7,17
18:9 19:8,10,
14,16 21:18
22:1 23:3,10
24:19,24 25:4
28:19 29:23
31:20,22
32:3,11 33:20
34:11 35:3
36:1,21 37:5,
8,10,14,15,
16,18,24
38:20,22
39:1,14,17
42:18,20,24
43:3 45:18
46:11,15,18,
20 47:4 48:25
49:8,22 50:2,
25 53:23 54:2
58:10 59:5,10
63:5,8,12,14,
16,21,22
66:1,15 67:2,
8 68:4 69:20

Peter Steven Brown
July 17, 2019                                                                 36

71:1,20 72:5
73:2 74:14
76:10 78:11
82:3 83:16
85:11,14
88:22 92:6,7,
23 95:15,25
98:5,8 99:15
100:6,10
101:25 104:20
105:3 108:4
110:13
111:16,19
113:6,8,13
116:13 118:3
119:5,11
120:3,24
121:4 123:6
127:13,16
128:11,16
129:7 130:18,
25 134:6
135:18 136:23
138:4,21
139:16 140:5
143:17,22,24
144:1,5,9
145:8 147:20
149:23 150:2,
14 151:24
154:3,19
157:6,9
158:9,10,13
159:25 160:12
166:20 167:21
168:3,4,20,25
**nobody** 107:2,
3 160:2,21,23
162:2
**nod** 12:3
**nodded** 50:9
**non-existent**
135:17
**none** 24:9,11
26:8 27:1
141:21
**noon** 94:15
97:7

**normal** 22:20
29:20 170:6
**normally**
29:13 136:2
**not** 3:8,12,
16,17 4:2,4,
7,13,15,17,
19,25 5:5,8,
13,18,24,25
6:2,6,10,14,
17,21,25
7:10,14,15,
22,23 8:1,7,
11,15,20,22
9:5,9,20
10:14 11:21,
24 12:3,9,10,
17 13:1,9,10,
12,15,16,23
14:1,4,6,9,
13,14 16:13
19:7,13
21:14,18
22:23 24:15
25:18 26:11
27:13,16,22
28:5 29:5
30:8,14 31:13
33:13,17
34:10 35:15,
20,22,24
36:17 37:8,
10,12,14
41:14 42:16
44:2,19,25
45:23 46:2,19
47:12,19,22,
24 48:2,4,7,
12,16,19
49:2,3 50:8,
21 52:3,6
54:3 55:4,6,
15,19,21
56:3,12,14
57:1,4,7 60:9
63:15,19,20
67:10,15,21
68:7,10,14,18
69:6,16,22

70:6,21,22
74:7 75:3,6
76:14 77:23,
25 78:4,9,14,
23,24 79:19
80:1,8,19
81:4 82:3,6
83:24 84:13,
15 85:11,21,
24 86:5,17
87:12,16,24
88:9,12 89:2,
10 91:8,18
93:16,17,18
94:1 95:25
97:3,19 98:7
100:13 103:14
111:16
113:12,14
115:6,13
116:3,17,21,
23 117:2,9
118:1,8,13
119:12,24
120:3,5,6,14,
17 121:2,4
122:18 124:16
126:11 127:1,
3,5 128:9,14,
22,24 129:2,
7,9,20,22
130:8,10,19,
20 132:3
133:15,25
134:17 135:5,
7,11,14,19,24
138:3,7,9
141:14 142:9,
12,16,17
143:18,24
144:9,23
145:23 146:7,
12 147:6,11,
12,20,21,23,
25 149:22
150:2,12
151:9,20
152:17,18,20,
22 153:24,25

154:20,25
155:21 156:5,
7 158:2,13,22
159:19
160:12,14
161:5,24
162:11,12
163:1,13
164:9 165:2,
3,16 166:25
167:1,7,15
168:1,12,13,
20,23 169:16,
17,19,22,24,
25 170:3
**not-pleasant**
100:6,8
**nother** 137:15
**nothing**
124:24 127:20
153:3 155:19
160:18,23
**notified**
133:2,5
**now** 3:20 5:16
11:19 12:15
20:14 24:16
25:8 26:23
32:14 35:4
47:3,4 53:16,
18 55:12
57:11,14
63:19 64:1
73:5 76:11
80:3 92:19,20
107:22 128:3
130:5 133:20
134:8 136:20
150:16,18,19
161:21,25
162:9 165:4,
7,25 167:3
169:23
**nowhere** 29:4
**number** 84:25
85:16 108:2
112:7,16,17
127:6,7,8
134:13

numbers
  112:14
numerous
  12:24 126:7

———————————

O

o'clock   43:19
  95:20
oath   11:22
object   5:1
  28:7 69:8
  83:5,7 92:9
  138:10
objecting
  130:20
objection   3:3
  5:7 7:23 8:7
  10:9 13:7,17
  17:9 25:13,17
  27:4 29:15
  30:17,20
  32:2,17,19
  33:9 35:7,17
  36:10,11,20
  41:20 42:12,
  14 43:9,24
  44:14,20
  45:1,6,12
  47:6 49:18,24
  50:7 55:10
  69:19 70:12
  71:1,14,18,23
  75:5,8,16,19,
  21 76:22 77:1
  79:9,13
  80:15,23
  81:8,18 83:15
  84:4,8 85:8,
  10,13,23
  86:16 89:14
  91:2,5 92:2,
  8,12,14,24
  93:7,24 95:8
  96:20,22
  97:12,17,20
  101:16,19,24
  102:22 103:22

105:15 106:12
109:4,23
111:5,23
113:23 114:14
115:8,10,20,
25 116:18
117:25 118:2
119:3,12,16
120:9,17
121:3 124:22
127:17 131:9
135:3,14,23
137:2 141:7
142:24 143:16
145:1,7,12,
17,24 146:5,
14,19 147:5
148:9,13,22
166:18
objections
  146:15 148:13
obligated
  115:3 169:15
obligation
  11:14
observe
  111:14
observed
  108:13
obstacles
  126:16
obtain   125:19
  126:3 152:9
  168:19
obtaining
  134:12
obviously
  4:25 35:15
  38:13 69:5
  116:3
occasion
  53:24 54:17
  78:7 93:14
  131:23 132:17
occasions
  6:25 7:4,19
  82:5,13 84:23

occur   3:5
  54:22 55:1
  76:7 121:2
occurred   3:12
  10:3 16:6
  55:14 56:4
  62:18 76:6
  90:17 132:21
  133:13
occurring   8:5
  86:13
October   36:5,
  8,15 83:6
odd   98:12
  99:12
of   3:1,23
  4:6,7,20 5:5,
  16,23 6:1,13,
  25 7:4,13,14,
  19,22 8:5,6,
  10,11,13
  10:4,13,18
  12:3,10,11,15
  13:5 14:22
  15:18,24
  16:9,19,20
  17:21 18:14,
  18 19:1,3,10,
  12,14 20:15
  21:15,17,21
  22:22 23:21,
  24 24:1,4
  25:9,18,19
  26:1,12,14
  28:3,8,12
  29:19 30:2,5
  31:12 33:7
  34:20 35:14
  36:4,5 38:1,
  14 39:8,11,18
  40:12,13,15
  41:5,9,18
  42:9,10,17,
  22,25 43:1
  44:11,19
  45:16 46:17
  47:1,5,11,19
  48:23 49:17,
  19 50:22

51:2,16 52:11
54:4,11,17
56:17,25
57:5,6,13,21,
25 58:4,5,11,
14,16 59:4
60:15 61:16
62:13 63:17,
22,23 64:7,16
65:6 67:4,19,
20 68:20
69:15 70:11,
20 71:10,13
72:7 73:24
74:5 75:12,
14,15 76:1,8,
9,11 77:9,11,
21 78:2,10,11
79:2,6,16,24
81:12,15,17
82:1,3,5,13,
21,25 83:1,
10,13,14,18
84:11,12,23,
25 85:2,3,4,
6,21 86:12,
13,14,15,22
87:8,14,15,
16,20 88:21
90:11,23,24
91:8,10,22,23
92:1 93:10,
22,23 95:16
96:3 97:24
98:1,4,8,11,
18,19,20,23
99:8,11,19
101:22 102:1
103:3 104:1,
2,3,6,19,21
106:2,6,14,
15,23 107:3,
4,6,25 108:5,
6,7,17 109:3,
9,10,13,14,
17,18,19
110:3,10,15,
16 111:16,24
112:3 113:7,

| | | | |
|---|---|---|---|
| 18 114:21,24 116:10 118:3, 16,19,23 119:7,8 120:15,16 121:20,23 122:12,23,25 123:7,8,14, 16,19 124:19 125:18,20,25 126:9,24 127:11,23,25 129:1 131:5, 6,17,18,19, 21,22,25 132:1,2,5,6, 9,16,24 133:2,11,13, 23 134:6,7,9, 10,20,23 135:5,9,21 136:10,17,25 137:11 138:4 139:4,13,19 141:12,18,21 142:10 143:10,14,15, 24 144:2,4,7, 17,18 146:20 147:3,8,24 148:3,18,22, 23 149:8,15, 18,19,20 150:8,9,12 151:2,3 152:8,12,18, 20,24 153:1, 2,10,12 154:1,18,20 156:7 157:18, 23,25 158:17 159:3,4,24,25 160:1,13,25 161:17 162:1, 20 163:4,5,7, 8,13,14,15 164:17,21 165:17 166:11,23,24, | 25 167:23 169:2,3,4,6, 9,23,24 **off**  45:13 82:3 106:16, 21,23 107:11 109:18 142:16,17 153:25 159:13 163:24 164:17 **offense**  55:11 **offer**  15:4 19:14 141:15 **offered**  51:10 112:25 118:23 126:9 136:16 **offhand**  150:2 **office**  6:7 11:10 74:1 78:11,15 126:8 152:21 163:9 166:15 169:19 **officer**  153:1 154:15 **officers** 73:12 **official** 108:8 144:3 **officials** 99:24 101:23 102:2 108:1 **often**  28:11 90:16 161:23 **Oh**  6:11 9:3 25:6 42:4 62:8 74:7 77:18 79:21 88:23 95:12 109:9 117:17 119:1,9 127:10 128:6 135:18 144:2 146:13 147:14 148:5 149:23 150:25 154:2, 4 162:1 167:12 | **okay**  3:2,8,15 5:16 7:13,25 9:3 10:15 17:24 19:11 21:14 22:10 23:15 24:25 25:8,20,23 27:2 30:9,13 31:7 33:11 34:10,25 35:12 36:22 37:25 38:3,5 39:18,22 41:13 42:16 43:14,25 45:19 47:11 50:3,12 51:13 53:17 55:8,21 56:9,25 58:4, 21 59:13 62:25 66:12 67:6 72:2 75:14 76:11 77:8,14 78:18 81:11,24 83:17 84:11, 21 86:3 87:2 88:23 90:17 92:20,22 94:13 95:12 96:8 103:1 105:13 109:2 111:7 113:4, 20 114:12 116:12 117:9 118:25 119:6 120:21 121:21 127:24 128:5, 7,8 130:16 132:16 133:2 136:10 140:3, 24 142:6 144:12 146:25 148:14 149:7, 22 150:25 154:13 156:5, 18 157:3,12 160:15 | **old**  146:16 147:12,14 **older**  48:21, 22 **on**  3:10 4:6,9 6:24 7:4,18, 21 8:21 9:4,8 10:12 12:1,4 14:2 16:12,14 17:16,23 19:13 26:3 27:19,20 28:13 32:3 35:13,14,15 42:25 43:21, 25 44:24 45:10 46:11 50:21,25 54:21 55:10, 25 56:23 57:25 58:4 66:19 67:18, 25 70:24 71:5 72:16 73:6,20 76:8 77:9,10 78:7,9 79:1, 6,7 81:15 82:4,13,20 83:1,13,20 84:6,22 85:6, 20 88:11,15, 24 89:8 91:22,23,25 92:22 93:9, 12,14,21,23, 25 94:5 98:20 100:24 102:23,24 103:15,16 104:2,8 107:1 109:12,13 113:6 114:10 115:1,16,21, 22 116:5,11 118:15 119:25 120:2,12,23 121:4,5 122:25 123:14 124:11,19 |

125:18,24
126:3 127:9
130:21
131:23,25
132:16,17
133:12 135:6,
10,17 140:3,
14 141:3,14
142:4 143:8,
17,20 144:6
147:24 150:3,
5,11 152:19
153:1,2,5,6
154:8,19,21
157:2 159:12
160:24 161:15
163:9 164:8,
12 165:4,11,
23 166:14
168:2
**once** 22:12
34:17 93:21
139:2 140:1
158:18 163:1
**one** 5:9 6:24
7:13,19 11:15
17:7 18:5,6
20:10,11,19
23:4,5 25:24
26:19 28:12,
13 32:11
35:13 36:9
41:2 43:25
44:1,24 46:20
53:24 62:10
66:4 69:24
76:2,4,23
82:4,23
84:11,23 85:5
93:1,14,17
94:1 96:15,
16,23 97:20
104:6 109:10
110:2,14
112:2,5 113:7
114:16,24
115:18 120:6,
10 126:12
137:11 140:1

147:25 149:17
150:17 151:3,
7,12,14,15,
16,17,24
152:3,18,19
153:1,2,19
154:7,9
157:25 161:16
165:2
**one-** 112:15
**ones** 82:24
115:17 133:17
149:16 152:20
**ongoing** 55:4
**only** 17:7
30:22 43:4
66:15 71:20
103:25 108:10
115:6 118:23
131:20 134:23
136:1 138:18
141:15,16
156:22 157:25
164:2,13
**Oops** 112:5
**open** 55:5
98:20 166:3
**opened** 43:19
**operations**
63:16
**opinion** 86:21
**opportunity**
7:22 55:13
85:22
**opposed** 12:2
124:15
**opposite**
159:24
**optometrist**
59:7
**optometry**
59:3
**or** 6:25 11:14
13:1,16 16:25
18:1 19:8,11
20:22 21:13
23:7 24:7,23
25:18 26:17

29:18 30:7
33:2,3,8,13
34:3,15,20
35:6,9 36:18
45:4 46:5,8,
16 47:8,9,12
48:3,21 50:1,
8 52:19 53:3,
22 54:5 57:11
59:13,25
60:2,21 65:5,
18 66:2,5
71:11 72:15
74:21 79:6
82:5 83:22
91:10 93:16
95:18 98:23
100:20 101:1
102:9,15,21
103:24 104:18
105:16 106:6,
10 107:3
110:17 111:4
112:15,25
115:1,2,18
116:7 119:2,8
121:1,22
123:20 124:3,
16 125:2,4
126:2 130:14
131:4,15
133:4,18,23
134:4,15
135:19 137:8,
17,23 138:19
140:8 141:20
142:17 143:23
146:3 149:10
150:7,12,16
152:18 154:22
155:1,14,15
158:4,18
159:17 162:7
165:18 166:16
167:15,25
168:21 169:6
170:1
**order** 12:4
28:24 119:2

150:7
**ordering** 37:3
152:10
169:21,22
170:5
**orders** 13:19
**ordinarily**
20:1 129:1
169:25
**original**
93:10
**originally**
10:12 144:6
**other** 9:4,19
14:6,14,24,25
16:6 18:3
19:5,12 22:20
28:2 30:16
31:11,23
32:9,10 42:22
43:2 45:19
47:25 53:25
58:8,21,22
59:7,8 60:10
63:15 65:5
66:12,17 73:7
76:7 88:25
90:11,12
91:15 96:14
99:22 104:6
105:1,17
114:7 119:18
124:25 129:19
135:8 140:1,
3,4 141:2,3
151:11 153:2
154:15 155:2,
13 157:20
158:18 160:9
168:23 169:25
**our** 49:20
138:4
**out** 7:22 8:3
12:5 17:24
23:23 25:21
27:9 28:18,
19,25 29:12
30:5 36:16
44:12 50:10

51:2 55:8
72:17 75:7,9
85:15,22 86:9
93:6 96:2,11,
19,25 97:24
98:13,18,22
100:20 101:9
104:19 105:6,
14 106:4,20
107:20
108:15,17,24
110:14,15
111:7 112:2
117:10 119:20
121:23,24,25
122:14 125:23
128:12 129:12
135:21 143:15
147:24 153:4,
20 154:8
158:23 162:1,
24 163:5
164:13 165:4,
19,23 166:6
167:23
**outside** 104:2
137:20
139:13,15
**over** 12:25
56:23 62:12
76:1 95:22
97:4 99:9,11
104:4 113:5
116:25 163:8
164:4
**overnight**
21:14
**overwhelming**
140:23
**owe** 5:9,10
69:24,25
**own** 20:12
29:22,24
31:9,11 38:7
49:20 143:21
167:22
**owned** 30:2,6
**owner** 34:10

**owners** 52:1
**owns** 27:18

---

**P**

**P-E-T-E-R**
18:24
**p.m.** 66:23
130:22 157:14
170:8
**pace** 27:20
**Pack** 166:4
**page** 3:2,5,8,
20,22 4:1,12
5:16,22 6:5,
9,16,20,24
7:3,9,13,18,
21 8:10,25
9:3,12,18,23
10:2,7,12
71:5
**paid** 3:23
21:17 22:10
52:19,23,25
58:16 61:13
**painful**
141:17
**pair** 109:19
**paper** 115:1
127:9 154:18,
19 160:1,11,
13
**papers** 111:17
134:15,16,18
**paperwork**
39:11 75:10,
11 92:5
108:15 110:17
116:6 135:16
**parents**
48:23,24
**parking**
101:12 103:9,
11 104:2
**part** 5:4
11:13 13:5
23:24 56:17
60:15 69:14

91:10 98:19,
20 107:25
131:19 133:15
**parties** 11:2
13:3 17:19
147:2
**party** 114:16
**pass** 75:2
**passed** 50:20
158:19
**past** 10:18
33:4 86:23
121:22 142:19
144:17 166:7,
8,9
**path** 49:20
**pay** 21:19,22,
23 22:7,12,21
23:7 28:2
58:11 153:10
**paying** 23:4
50:22
**payment** 21:23
23:2
**PD** 131:20,22
132:1
**pen** 154:18
**pencil** 154:19
**pending** 35:18
85:5 87:12
131:6,16
**Pennsylvania**
19:4 75:24
**people** 26:22
101:2 104:6,
9,10 107:1,10
108:5 110:3
111:25
122:16,24,25
123:2,13,14,
16 141:16
142:21,22
147:16 154:20
155:24 160:13
164:23
166:14,22
169:9

**perceive** 87:8
142:10
**percent** 127:5
152:20
**perfect**
128:5,7 164:9
**performance**
158:21,22
**perhaps**
155:23
**perilous**
159:23
**period** 8:11
9:7 21:15,17
22:11,20,21
23:5 35:5
36:9 40:21
44:11 63:17
76:4,7 87:16
89:6,13 90:2,
13,17,22,23
92:23 93:9,13
104:3,12,14
131:18 134:6,
24 135:13
137:10 145:23
**periods** 113:5
**permit** 129:1
**permitted**
35:22 110:18
**perplexed**
59:17,18
**perplexing**
5:5 69:15
**person** 29:12
30:19 34:3
102:8 105:16
107:10 118:23
137:23 153:25
154:7 163:13
164:8
**person's**
105:17
**personally**
37:8
**pertaining**
143:6 144:24

Peter   11:3
  18:24 19:5
  130:5,11,13
  167:3
Philadelphia
  19:4
phone   29:17,
  18,19 30:9,22
  32:3 34:18
  122:24 134:12
  163:17
phonetic
  123:7
physical   9:4,
  7,14 40:23,24
  50:13 88:25
  89:5,15,23
  90:7,12,13
  161:16 163:7
physically
  35:1 95:25
  161:13
pick   121:16
picked   72:20
  73:5 95:9,11
picking   102:6
picture
  109:12,15
  111:19 159:3
  163:4
piece   160:1,
  13
Pine   8:19,21
  19:19 25:24
  31:4 33:25
  60:9 88:6,11,
  15 166:8
pinnacle
  160:25
pinpointed
  115:16
pissed   109:18
place   15:8,12
  19:3 38:3
  46:2 114:21
  117:10,20
  162:12

placed   10:12
  110:13 113:6
  120:15 134:3
  144:6 152:5
  168:2
plan   159:21
plead   8:6
  86:15
pleading
  87:13
please   6:3
  8:8,13,23
  9:1,10,16,25
  10:10,17,19,
  20 14:23 20:6
  26:14 33:12
  72:3 78:6
  86:19 87:19
  88:14,20
  89:11 90:10
  94:12 102:5
  110:25 115:25
  117:13 118:11
  128:12 129:25
  141:9 142:5
  144:15,19,21
  153:8 155:7
  157:10
pled   55:2,11
  85:4
plus   38:18
  61:13
point   3:23
  24:17 27:21
  29:3 30:14
  35:24 42:8
  49:22 52:22
  58:17,22
  62:10 64:9
  65:14 66:20
  72:7 85:1
  103:10 107:13
  109:10 113:9
  118:3 162:20
  163:20 165:2
points   103:24
police   73:12
  78:8

policeman   3:6
  54:23 72:23
portions
  29:19
posed   5:3
  69:11 71:2
position
  115:13
positive
  98:25 99:1
possession
  64:6,7,16
  134:7,9
possibility
  114:20
possible
  106:19 107:8
  126:20 142:19
  154:17 160:14
post-high
  168:8,19
potential
  114:5
pounds   47:8
powerless
  159:18 160:23
practice   63:7
precise   22:23
  23:13
preclude   22:2
preparation
  13:6
prepare   12:23
  13:14,25
  14:8,16 15:2,
  6 17:25 18:4,
  17 67:1,3
  126:24
prepared
  159:21
preparing
  17:8
present   11:2
  15:16 18:12
  32:7 99:22
  129:17 146:12
  162:9

press   141:3
pretrial
  156:22
pretty   32:21
  72:16 98:25
  99:1 102:23
  103:14 113:24
  138:6 152:8
  159:4 166:20
previous   87:8
  116:11
previously
  136:16
price   142:4
primary   44:7
Prince   153:12
prior   15:9
  18:9 45:16
  50:12 60:12
  61:6 65:6
  71:9 138:21
  139:8
Prison   100:17
private   105:1
  132:11
privately
  28:24
privilege
  3:10,17,21,
  24,25 5:13
  7:24 8:2,22
  9:5,20 10:9,
  16 13:7,22
  27:15,17,18,
  23 28:9,12,13
  55:24 56:13
  57:16 58:19,
  20 70:7 85:25
  86:6 88:13
  89:2 91:18
  141:8 144:13,
  14
probably
  35:23 46:5
  65:17 74:22
  85:17 101:11,
  21 123:13
  125:15 140:20

141:18

**probation** 4:6
6:7,13 7:22
8:5,17 10:4,
12,13,18
41:18 42:10
43:1 52:11
57:20,21
58:4,15 67:19
76:8 77:10,11
78:10,11,15
79:16,24 82:1
83:1,13,18
85:2,3,6,21
86:13,23 87:9
88:3 91:23
92:1,11
93:11,23 94:2
116:11 124:2
131:6 132:1,
6,9,24 133:13
134:21,25
135:21 137:14
144:6,7,18

**problem** 5:2
69:10 71:9,
11,12,13 72:9
97:14,21
106:4 113:10
114:5 120:4

**Proceed**
147:15

**proceeding**
17:1,4 45:22
132:2 133:13

**proceedings**
10:5 11:1
13:1 132:12,
25

**process** 13:5,
6 75:25 94:7
96:19 101:3
120:24 165:20

**processes**
12:25 99:19

**processing**
95:18

**product** 13:22

**professional**
44:22 63:4,6
137:16 168:24

**progressed**
159:17

**pronunciation**
73:21

**proper** 13:2
14:18,19
44:22 93:16,
17 130:20

**properly**
167:24

**properties**
96:25

**property**
30:12 95:21
96:24 99:20
134:4 143:21
158:9 165:24

**protect** 87:3

**protecting**
87:4,5

**protocol** 13:2

**prove** 116:7

**provided**
134:1 144:22,
25

**provides**
55:12

**providing**
140:8,9

**proximity**
61:21 98:1

**Prychodko**
124:10

**psych** 137:22

**psychiatric**
137:17,23
142:2

**psychologist**
137:23

**public** 123:21
124:19,25
130:23 131:7,
13 132:17

**punishable**
155:15

**punishments**
141:22

**purpose** 25:7
26:14 34:20,
23 42:5 45:4

**put** 97:3
117:15 121:5
136:17 142:4
143:17,19,20
148:21
151:20,22
160:24
161:10,17
164:5

**putting** 41:20
121:4

---

**Q**

**quarter** 101:6

**question** 4:2,
5,8,13,19
5:3,4,5,18,24
6:2,6,11,14,
17,21 7:1,10,
15,16 8:7,12,
21,22 9:6,9,
21 11:15,16
12:10,11,12
13:20 14:21
22:15 24:17,
23 25:8
26:24,25 27:6
28:14 29:9,10
32:22 33:14
35:8,18
39:12,22
41:22 42:6
44:2 55:19
56:18 57:7
67:11,16,22
68:7,19
69:11,13,16
70:16,24
71:2,5,7 72:7
76:14,25

77:23 78:4,14
79:20 80:1,8,
20 81:4 82:7
83:25 84:14,
16 86:17
87:17 88:10,
13 89:3,10,20
91:19 97:15
103:17 109:5,
7 118:6,7,8,
22 119:13,14
124:15
127:18,21
129:16 132:5,
8 136:21
138:23 142:25
143:1 146:10
147:6,8,22
155:8 156:11,
18,20 167:5,
11 169:2

**questioned**
73:9,11

**questioning**
4:20 26:14
28:8 68:20
118:3 129:15
154:24

**questions**
11:13 12:2,6,
16 26:20
28:13 33:14
35:23 41:5
54:5 71:19
80:16,24
81:20,21
117:21 120:5
145:13 158:5
168:4

**quick** 104:22

**quite** 5:19
24:19 29:2
41:24 73:2,3
76:16 98:8
121:20 151:9
169:1,19

## R

raise 118:11
raised 119:4
 164:8
raising
 118:11,13
Ramsay 11:11
rate 44:9
reach 145:18,
 25 146:6,8
read 26:25
 29:8,10 70:24
 71:4,5 76:25
 78:22 109:7
 169:15,16,17,
 18,19 170:1,5
reading 157:7
 169:13
real 12:7
 136:1 143:21
realization
 161:17
realize 98:16
 99:6 155:14
realized
 112:11
realizing
 153:3
really 24:4
 26:3 30:1
 44:2 59:6
 65:23 97:10
 98:7 100:10,
 13 104:9
 107:2,3,18,19
 109:20 110:6,
 7 112:17
 122:18,20,23
 134:23
 136:14,17,18
 137:19 143:18
 146:1,2
 147:23 153:10
 157:1 159:16,
 18,20 160:2
 161:14 162:25

163:1,14,18
164:1,24
165:1 166:13
167:1
Realtor 63:7
reapply
 158:20
reason 11:25
 19:14 24:20
 34:12 39:5,15
 47:13 49:4
 60:20 79:5
 81:7 85:16
 113:9,13
 115:7 126:11
 145:22
reasonably
 26:20
reasoning
 58:14 112:18
reasons
 126:10
recall 23:4,6
 29:11 35:2
 37:12,14
 39:21 45:13,
 14 56:25 64:1
 65:1 74:18
 79:14 83:17,
 20 93:22
 104:4 108:7
 133:23 144:24
 149:25 150:15
 152:1
receive 4:20
 68:21 93:1,3,
 5 102:20
 149:14
received 54:1
 63:16 67:7
 68:3 135:17
 159:6 160:11
receiving
 137:14 160:6
recess 29:7
 66:22 130:22
 157:14

recognize
 151:4
recollect
 40:10
recollection
 39:18
record 19:13
 28:9 41:4,12,
 13 55:10
 70:19,21
 78:19 80:19
 82:10 107:16
 118:10 119:23
 120:7,9
 130:21
 150:11,12
 151:19 155:25
 156:2 159:13
 167:3
records 74:16
 75:24 102:5
 112:15
rectified
 113:15
red-flagged
 112:23
redirect
 157:9 168:6
referring
 17:14 89:14
reflect 28:10
 41:4,14
 70:19,22
 78:19 107:16
 118:10 155:25
 156:2 167:3
refrain
 117:13
regarding
 148:6,18
 149:11
registering
 98:15
regroup
 136:18 161:10
 162:17
regular 23:2

regularity
 99:4
regularly
 158:14 165:6,
 7
reinstated
 92:11 94:2,6,
 7 124:2
 134:21,25
 135:21
reinstatement
 91:23 137:7
relate 11:13
related 14:10
 52:10 57:3
 76:20 77:11
 81:6 83:13
 87:13 156:18
 158:21
relates 55:3
 124:12 137:18
relating 5:25
 78:1 85:1
 134:24 135:1
relation 20:8
 34:8 44:18
relationship
 48:19 50:5
relatives
 48:5,8
release 7:9
 8:1 9:4,8
 80:10 83:23
 86:4 88:24
 89:7 111:22
 135:12 136:7,
 23 137:11
 154:1
released 79:7
 84:6 97:11,24
 98:12,17
 108:16 112:1
 121:6 135:6,
 11,21 144:3
 162:16
relevant
 26:15

relief  10:7
141:4
relive  162:22
163:2
rely  120:2,12
remedy  126:5
remember
24:16 27:11
45:21 47:20
48:18 49:3
64:3,5 65:13,
15,17,23 74:5
81:1 102:11
108:10 109:20
110:6 115:2
123:15 151:6
152:17,19
154:17 166:2
remembering
45:23 165:14
rendered  3:15
56:9 58:21
rent  21:17,
19,22 22:5,7,
21 28:3 29:19
30:22 38:5
rental  22:20
23:2,5
reopens  91:6
repeat  10:14
70:16 84:5
144:9 167:10
rephrase
71:25 72:1
report  26:22
142:22 155:24
reporter
26:23 28:25
29:8 70:18,23
71:3 76:24
109:6 120:8,
11
represent
11:11 26:22
132:1
representation
131:13

representative
s  99:14
119:20
represented
12:8 123:20,
22 130:23
131:7,17
representing
125:1
represents
17:1
requested
151:2
requests
152:9,18
require  93:19
required
50:13 54:6
58:25 59:1
requiring
54:1
reside  20:1
22:18
resided  38:9
61:6
residence
19:18 21:20
37:25 38:13
121:18
resident
20:23 21:2
65:24
resistance
162:5
resisting
54:11
resolution
16:22,24
resolved  6:16
7:6 64:18
71:17 74:15
80:6 82:17
109:3 111:22
160:15,18
respect
27:12,14
39:23 52:22,
25 127:18

132:5,8
146:18 147:20
Respectfully
13:24 26:16
35:22 55:17
70:21 155:17
respond  3:18
4:2,5,7,15,
17,19 6:21,25
7:10,23 8:1,
15,20 9:5
56:15 67:10,
16,21 68:10,
14,18 81:4
82:6 83:24
85:24 86:5
87:23 88:9
89:2 145:13
responded
150:1 151:4,
11
responding
120:3,5 151:6
response  4:20
12:2 14:18,19
68:21 102:20
113:2 120:1
124:15 147:25
149:14,22,23
151:13,15,24
responsible
147:2 148:2
restate  14:21
33:14
restaurant
40:8 50:24
52:1 159:2
168:25
restroom
104:7
result  16:19,
20 59:4 135:5
resulted
132:2
resulting
79:1 111:22
retain  36:18
39:8 134:4,9

150:17 154:20
retained
150:9,13
retired  112:9
return  38:19,
21,25 39:2,6,
9,20 95:3
returned
94:23 95:21
97:5 136:7
139:17
reverse  94:25
142:13,14
review  13:22
119:23 120:8
170:4
reviewed
13:5,13,24
14:25 66:25
88:21
reviewing
12:24
revisit
150:21
revisiting
162:12
Rich  28:20
112:9 139:17
ride  103:13
104:10 166:6
riding  166:7
rift  50:1
right  3:1,7,
11,14,16,18,
20 4:2,5,8,
10,13,15,16,
17,18,19,22,
24 5:1,9,10,
14,18,19,20,
24 6:2,6,7,
11,14,17,21,
22 7:1,3,10,
16 8:8 9:9,
15,16,24 11:9
16:14,16 18:3
24:16 32:6
36:2 41:1
53:24 54:25

56:2,7,8,11,
15 57:9,14
60:8,15 64:1
66:17 67:11,
17,22 68:2,7,
11,12,15,16,
19,24 69:3,4,
8,23 70:1,8
72:6 76:14,
16,18,19
77:23,24
78:4,5,9,14,
16,21,22
79:12,20,21
80:1,2,8
81:4,5 82:7,
8,12 83:25
84:7,16 86:18
89:10,19
90:9,10 93:18
94:11 97:19,
22 120:10
130:5,19
133:21 136:9,
14,19 149:25
150:16 153:20
154:11 161:21
162:11,15
167:3 169:16
170:4

**rights** 3:4
27:5 159:25
**riled** 122:23
**risen** 98:11
**road** 13:18
**role** 108:13
**room** 15:13
38:5 96:24
128:8,13
129:6,9,10,23
157:11
**roommate**
110:16,19,23,
24 111:13
169:8
**roommates**
20:3 169:11
**Rooted** 142:7

**roughly** 5:12
70:4 79:6
**Rushton** 98:25
99:2

---

## S

S-E-A-N 18:24
S-T-U-L-T-Z
20:7
**sad** 166:12
**said** 24:18
29:3 36:11
41:5,11 51:1
60:10 61:2
74:24 83:3
84:3 92:5
98:19,21
107:5 109:14,
15 112:10,23,
24 116:2
117:12,19
119:1,18,25
122:21 126:12
148:12 151:7,
9,25 154:16
155:14 156:13
160:4,22
161:3,9
162:4,19
164:9 166:4,
12
**salary** 51:16
52:21
**Saloon** 51:18,
23,25 52:13,
25
**same** 4:20 9:7
30:21 38:3
39:22 52:24
53:1 56:17
58:7 60:9
68:21 77:11
85:1 89:6,13
90:13 94:25
100:23 127:18
132:5,8
139:13 145:24

160:17
**sandwiches**
37:3
**Sarah** 17:22
18:1,13
**sarcastic**
41:6,7,8,14
**sat** 101:11
121:20,21
**savings** 23:20
143:23
**saw** 99:10
140:3 154:20
**say** 17:6 22:6
34:25 41:19
49:11 50:10
63:19 81:21
82:9 85:17
95:6 106:9
112:20
113:12,13
117:6 118:5
119:24 120:12
130:2 143:25
145:11 147:24
149:12 152:1
159:21 160:5
165:14 167:25
169:18
**saying** 98:11
117:14 118:25
120:6 150:16
**says** 119:9
**scared**
159:11,15
**scenario**
113:16,17
141:15
**schedule**
43:17
**school** 30:5
61:16,18,24
62:12 100:5
168:9,19,21
**Schuhmacher**
17:2,3 131:2,
3,5,16,17

**scuffle**
50:21,24
**Sean** 11:3
18:24 19:6
**season** 43:22
61:1
**seasonally**
59:19
**seats** 100:19
**second**
109:10,19
110:2
**sectioning**
106:23
**secured** 7:9
8:1 83:23
86:4
**security**
105:16
**see** 32:7
36:16 46:4
54:6 59:7
105:7 126:9,
10 129:23
138:7,24
139:18 151:23
156:22 164:3
165:22
**seeking** 94:14
**seem** 126:18
**seemed** 109:18
160:2
**seems** 113:20
**seen** 46:16
127:2 137:16
138:19 139:2,
4,9 142:8
151:17
**selected**
13:21 14:1
**send** 151:14,
15 160:5
**sense** 11:16,
17,18 22:15
117:8,15,20
118:1
**sent** 40:19

75:22 96:12
108:14 111:6,
12 112:6
125:16 151:19
sentenced
55:4,7,16
87:12
separate
152:15
separated
49:21
separation
49:17,19 50:1
Sergeant
153:22
series 54:4
Serious 169:3
server 51:15
service
166:21
set 106:2
109:10 110:15
sets 109:9,17
setting 11:23
seven 23:14
24:7 51:24
101:1
several
122:13
shackled 97:3
103:16
104:13,14
105:10 110:11
153:20 166:5
shake 12:3
share 22:9
she 14:7
34:12,20 35:1
44:19 45:2,4,
25 46:1,2,8,
9,12,19 48:21
121:16
124:11,17,18,
21 125:7,19,
20,23,24
126:3,5,7,8,
10,12,15,16,

17,18,19,20,
22,24,25
127:4,6
130:1,7
140:8,10,11,
14,16,18
153:25 154:1,
5
she's 34:10
44:19 45:8
129:20 140:14
shepherd
169:5
sheriff 11:11
91:25 115:15
116:4,17
117:11,23
118:9 119:6
141:10 144:25
152:12,16
167:19
sheriff's
116:24 117:4,
7 119:1
126:2,7,21
148:6,20
152:21 158:5
163:9 166:15
shift 136:5
shock 121:20
122:12
short 127:25
129:1
shorter
80:18,19
82:10 100:15
shortly 159:7
shorts 126:13
should 33:13
70:21 95:6
112:24 114:11
115:21 125:5
140:21 141:12
145:13 148:25
149:1 156:23,
24 165:21
shoulders
164:9

shouldn't
32:21 120:10
shrug 12:3
shuttle 31:1,
3
side-tracked
126:19
sign 96:25
131:22,25
132:16
signed 95:22
simple 14:19
19:16 145:8
simply 15:3
since 4:25
5:11 7:4,19
9:4,8 20:15
21:9 25:10
30:6 34:16
39:19 46:16,
17 60:10 69:5
70:2,22
80:10,12
81:12,17
82:13 84:23
88:24 89:7
90:23 91:4
113:4,18
120:24 131:17
144:3 169:24
singing
153:12,19
154:9
sir 18:20
20:4 32:23
35:22 64:12
77:13 81:14
100:25 101:5
131:14 133:2
136:1
sister 48:12,
17 75:18
sit 7:25 86:3
91:21 105:4
118:25 164:20
site 125:24
126:2,3

sitting 91:7
99:8 105:20
106:13 107:20
161:21 162:7
164:24
situation
25:4 91:7
109:3 125:1
137:4 141:17,
19 143:11,13
147:18 148:3,
6,15 149:11
153:10 154:23
155:11 156:25
159:22 162:21
163:18,19
165:9 166:11
six 18:18
23:14 24:7
34:15 38:11
59:24
skyrocketed
137:5
slammed
109:13
sleep 103:15
122:17 165:5,
7 167:7,15
slow 164:16
slumber 98:5
small 104:8
smelled
105:18
Smith 20:5,
11,12 31:19
smoke 10:15
144:11
snowball
160:20
so 5:6,22 7:6
12:6,9 13:22
14:14,20 16:9
17:7,24 18:1,
16 19:16
20:22 21:3,14
22:12 24:25
25:9,16,24
26:6,19,22

28:5,9 31:14
33:8 35:6,9
37:15,22
38:13,24
39:12 40:15,
20 41:8,14
42:3,16 43:19
46:5 47:8
49:3 50:16
53:2,24 54:7,
16 57:5 59:25
60:19,21 61:3
62:3,8,13
65:5,11 66:4,
5,21 69:18
72:5 73:22
77:20 82:17
83:22 86:20
87:4,12 96:4,
15 97:1,10,21
98:16 100:20
101:8 103:15,
25 104:1,19,
22 105:4,13,
21 106:6,20,
25 107:3
108:22
109:19,20
110:8 111:20
112:25 113:9,
20 115:15
121:1,22
122:23 123:22
129:1,20
131:4,15,16,
17,20 134:11,
13,17,25
135:12,16,19
136:2 137:9
138:5,15,18,
19,23 140:6
141:1,23,24
146:15 147:9
151:15,22
154:19 157:10
158:9,16
159:19,20,23
160:18 162:9
163:13,25

164:5,22,24
165:9,10
166:11 168:3,
21 169:1
170:3
**social** 167:7,
10,16
**socialized**
167:9
**solely** 133:15
147:19,20
**solves** 120:4
**some** 9:19
18:16 28:3,5
41:9 52:16
54:17 64:9
65:14 70:10
72:7,8 73:2,
3,6 91:9,15
99:4 102:6
106:4 110:16
111:24 112:5,
15 118:7
121:20,25
122:24 126:11
136:12,13
140:23,24
147:24 149:18
153:4 154:23
159:2 163:7
164:10
165:11,18
**somebody** 48:3
106:5 164:18
165:22
**somehow** 50:4
87:9 104:10
111:3 126:18
**someone** 73:8
106:4 116:10
124:19
**something**
36:23 51:3
102:9 106:6
110:17 121:23
122:21 126:15
141:18,23
142:16 155:22

159:19 161:22
163:23 166:9
167:6,14,23
168:1,2 170:3
**sometime** 66:2
108:22
**sometimes**
43:21 112:12
141:1,2 165:8
**somewhere**
18:18 70:9
104:19 106:10
134:14 136:16
**song** 153:13
154:12
**sorry** 7:14
16:8 20:25
22:6 39:17
41:7 44:22
54:3 70:23
71:3 76:23
77:16 78:17
84:12 100:10
106:14 107:13
112:5,11
118:20 125:5
128:18 133:25
146:24 155:9
**sort** 5:5
19:10 69:15
99:11 110:16
118:16,23
135:9 146:20
149:18,19
150:8 159:24
169:23
**sought** 137:16
**soul** 161:15
**sound** 84:7,9
**source** 75:14
**sources** 42:22
43:1
**Spanning**
63:17
**speak** 28:15,
24 32:3 41:23
44:24 46:6
48:17 91:9

125:1,13
126:20,22
128:12,16,19,
22 152:14
**speaking**
97:17,20
108:5,6
146:14,15
148:13
**special**
138:17
**specific**
22:21 65:10,
11 82:22
**specifically**
49:13 93:15
123:4 152:19
**specify**
152:15
**speculation**
113:25 119:17
124:23
**speed** 26:15
**spell** 18:22
20:6 34:6
**spelled** 18:24
19:19
**spend** 65:7,14
66:8
**spending**
60:4,5,6,21,
25
**spent** 66:4
**split** 29:20
149:12
**spoke** 74:6
102:8,12,15
107:2 108:8
125:11
154:16,22
**spoken** 46:16
120:25
**spot** 51:1
**staff** 9:7
89:6 125:5,6
148:6,20
150:10

**stands** 44:12
**start** 12:16
  40:10 59:21
  79:4 110:7
  139:15
  164:16,18,19,
  20
**started** 21:10
  114:3 120:24
  153:12 164:16
**state** 18:22
  32:22 36:12
  76:23 98:4,14
  109:5 135:10
  165:15
**stated** 28:23
  48:16 95:14
  117:4
**statement**
  35:10 42:13
  71:2 108:25
**States** 107:6
**stating** 35:20
  72:15 93:18
  134:2 152:3
**status** 34:24
  108:24
**stay** 46:1
  106:3
**stayed** 21:14
**staying** 54:2
**stays** 162:23
**stem** 57:13
**step** 28:18,25
  105:25 106:1
  128:12
**steps** 103:2
  126:19 162:18
**stick** 141:18
**still** 29:16
  30:11,13
  33:17 34:12
  35:20 45:7
  50:20 53:17
  55:4 87:11
  106:19
  108:20,21
  110:11 115:24

151:15 160:8,
  15 161:17
  163:21 165:4,
  6,12,13,20
  166:23
**stitches**
  54:13
**Stock** 33:3
  56:23 133:19
**stop** 40:18
  158:15
**stopped** 23:25
  41:17 106:6,
  16 163:17
**stops** 104:11
**story** 165:3
**straightened**
  108:24
**straightforwar
d** 32:21
**street** 19:8
  26:3 50:25
  96:5,6,11
  98:13 166:7
**strength**
  163:15
**stressing**
  137:4
**stripped**
  160:2
**strong** 164:8
**struck** 53:20
**struggle** 42:4
**stuck** 104:21
**study** 168:16
**stuff** 12:15
  13:4 14:25
  39:11 140:22
  147:24 162:8
  165:8,18
**Stultz** 20:5
  31:23,24,25
**submit** 149:11
**submitted**
  150:10
**subsequent**
  82:21 136:22

**subsequently**
  77:10 80:11
**substance** 4:1
  67:7,9
**successful**
  111:1
**such** 57:13
  127:2 145:8
**sucks** 25:3
**sudden** 160:1
**sue** 116:17,
  21,23
**sued** 11:12
  48:3 116:17
**suffer** 24:21
  57:2
**suffered**
  50:12
**suggest** 45:4
  145:12 152:11
**suggested**
  120:22
**suggesting**
  55:11
**suggestions**
  140:22
**suing** 117:2
  141:10
**Sullivan**
  168:14
**summer** 61:4
  62:10,12,13
**sun** 101:7
**supervision**
  3:23 58:12,16
**supervisor**
  34:3 43:23
  44:4,7,11
  45:8
**support** 30:18
**supposed**
  10:14 86:25
  87:3,5 119:21
  144:10
  169:19,22
**sure** 11:15
  19:23 22:14

28:17 36:13
  39:16 46:3
  47:14,15
  48:12,16
  52:15 59:16
  70:17 74:11
  79:4 82:24
  90:15,25 91:1
  95:14 113:12
  117:9 121:19
  123:5,12
  135:7,24
  152:17,20
  158:3,11
  169:20
**surprised**
  98:8
**surprises**
  101:17
**surreal**
  166:11
**survival**
  163:12
**survive** 25:11
**survived**
  48:24
**surviving**
  48:8
**suspended**
  37:13
**sworn** 11:4
**system** 32:16,
  25 116:8
  149:9 151:1
  152:13 157:23
**systems** 104:1

---

**T**

**table** 109:14
  161:21
**take** 8:14
  12:13 15:8,12
  31:1 42:1
  54:8 75:25
  87:22 101:3
  104:19 105:19
  107:19 124:11

126:19 127:22
128:3,20,23
129:4,8,13
130:3 149:7
163:17,18
**taken** 29:7
54:12 66:22
73:14 95:6,16
98:18 99:20
128:18 130:22
134:17 157:14
158:9 162:11
**takes** 59:25
169:6
**taking** 24:21
26:17 73:12
106:16 107:11
**talk** 12:11,12
49:7 128:25
129:7 130:18
**talked** 34:15
123:12 165:22
**talker** 118:14
**talking** 9:18
16:1 40:24
91:14 108:22
120:21 125:6
130:6
**tank** 65:8,14,
19 66:5,13
**tasks** 163:25
**tax** 38:19,21,
25 39:2,5,6,
8,9,19
**Teach** 63:6
**tear** 53:17
**technician**
168:17
**telephone**
28:3 32:4
125:13,15
**tell** 3:2 6:24
7:18 8:20
10:19 11:16
16:2 17:11
18:16 25:23
27:2,16,22
28:3 29:25

30:1 33:12
38:6 41:16
42:7 45:15
50:15 53:13
60:19 62:17
64:2 66:10
71:16 72:4,9,
12 73:1 75:20
76:6 77:7,14
82:2,4,24
84:22,25 88:8
91:3 99:18
103:5,7
107:8,24
112:4,8
115:19,25
116:21 119:20
122:24 123:3
125:14 127:1
140:13 141:25
142:1 143:8
144:20 146:2
147:14 152:7,
25 155:1,18
156:4,21
162:22 169:12
**telling** 13:14
14:1 35:2
104:16 142:12
162:1
**ten** 73:3
**tend** 16:18
27:6
**tended** 138:4
**tends** 86:21
87:10
**tentative**
10:7 141:4
**tenure** 159:4
**terminated**
158:20
**terminology**
93:18
**terms** 10:13,
18 136:25
144:7,17,18
**testified**
11:5 157:17,

22 159:6
160:4
**testify** 11:22
**testimony**
148:23
**than** 9:19
13:16 14:6,
14,24,25
19:5,12 23:13
32:9,10 42:22
43:2 48:1,18
58:22 59:7,8
60:10 62:3
73:3 76:4
90:11,12
91:15 93:14
96:15 114:7,
24 124:25
125:21 130:17
135:8 136:24
141:2 155:2
160:9 168:23
**thank** 27:21
77:15,17
80:13 82:11
130:21 157:13
**Thanks** 20:21
**that** 4:2,3,5,
6,8,9,13,18,
19,23 5:11,
18,24 6:2,6,
10,11,14,17,
21 7:1,10,14,
15,22 8:2,3,
7,12,18,20
9:3,5,7,9,12,
13,14,19,20
10:3,5,8,13,
14,19 11:16,
25 12:3,5,6,
9,15,23,25
13:5,8,19,21
14:10,25
15:12,16,22,
24 16:4,9
17:1,4,10,17,
18,22 18:9,
10,12,16
19:8,9,13,21

20:1,15,16
21:7,10,15,17
22:2,15,17,
23,24 23:20
24:3,5,6,8,9,
12,13,17,18,
21 25:2,9,15
26:16,20
27:6,13,15,
16,19,22,24
28:10,23,25
30:4,18 31:7,
18 32:18,20,
23 33:5,15
34:6,20,24,25
35:9,10,15,
19,20 36:1,3,
7,9,17 38:9,
13 39:8,9,12
40:4,11,16,20
41:4,9,14,17,
19,24 42:9,21
43:4,25 44:1,
3,8,12 45:8,
15 46:1,10,13
48:20 49:4,9,
14,15,16,22
50:1,8,13,15
51:19 52:2,10
53:18 54:3,6
55:3,6,11,15,
16,19 56:18
57:3,7,8,9,
10,19,21,22
58:3,8,13,15,
24 59:1,8,17,
25 60:20
61:5,20 62:5,
8,11,12,14,
21,25 63:15,
16,19,23
64:12,18
65:4,11,22
66:8,10,12,
15,16,25
67:3,11,12,
16,18,22,25
68:7,17,19
69:1 70:2,9,

19,20,22,25
71:4,16,18,21
72:4,8,10,12,
14,15,16,17,
18 73:1,9,14,
16 74:8,12,
13,20,24
75:2,3,7,25
76:6,7,14,15,
19,20,23
77:3,23 78:4,
7,11,14,20,
22,24 79:4,
10,16,18,20
80:1,3,4,8
81:4,6,7,9,12
82:7 83:3,4,
8,12,20,25
84:7,9,13,15,
18 85:9,15,
16,17,21
86:6,9,17,20,
21 87:7,8,13,
17 88:4,8,17,
21,23 89:2,6,
10,12,17,18
90:3,4,6,7,
13,17,18,22
91:7,15,18,21
92:4,6,10,13,
16,20,23
93:6,9,13,17,
18 94:5,8,16,
19 95:12,13,
21 97:1,2,14,
15,16 98:1,6,
7,8,16,23
99:2,3,6,12,
15,18,19
100:10 101:2,
3,14,17
102:4,8,9,14
104:6,8,22,
24,25 106:4,
5,6,17,25
107:2,3,8,10,
11,17 108:11,
13,17,18,23,
24 109:11,17

110:3 111:15
112:6,10,11,
18,20 113:2,
10,12,21,22,
24 114:5,7,
11,12,13,15,
16,20,21,24
115:3,4,5,6,
9,13,14,16,23
116:1,9,10,14
117:1,2,4,5,
6,7,10,11,14,
23 118:1,3,6,
7,9,10,23,25
119:2,24,25
120:1,2,4,8,
11,12,19,22
121:1,7
122:13
123:12,25
124:1,13,14,
15,18,24
125:18,23
126:3,11,14,
15,16,20
127:1,6,7,8,
10,11,13
128:1,9,14
129:2,10,11,
23 131:23
132:9,14,21
133:1,12
134:2,3,8,10,
16 135:1,4,5,
8,9,11,12,16,
17,19,20
136:2,4,10,16
137:5,7,13,
14,15 138:12,
23 139:15
140:3 141:5,
11,12,15
142:3,4,8,10,
12,15,20
143:7,14
144:7,8,9,20,
22 145:2,3,5,
14,18,22,23,
25 146:6,9,13

147:3,8,9,23,
25 148:2,10,
12,17,19,25
149:12,20,22,
25 150:1,10,
16,21,24
151:1,7,12,
13,17,18
152:3,4,7,8,
12,14,21,22,
24,25 153:3,
14,17 154:4,
9,11,14,15,
16,20,25
155:2,3,9,13,
17,20,23
156:9,21,24
157:17,22,24
158:18,24
159:3,6,9,10,
14,18,20,21,
22 160:2,3,4,
6,7,11,13,14,
23,24 161:1,
3,5,6,7,11,
13,14,20,22,
25 162:21
163:4,6,7,13,
18,22 164:2,
11,12 165:3,
9,14,15,21
166:6,11,14
167:3,4,5,22
168:1,2,12,23
169:20,22
**that's**   3:16
5:6,7,19 7:3
12:18,19
14:13 17:24
18:2 20:24
21:16 23:22
24:5 25:20
29:2,5 36:22
38:15 39:18
40:2,24 42:2,
4,13 49:12
51:20 53:24
54:16 56:12
57:25 58:13

62:25 65:1,4
69:18,19
73:10 76:16
78:9,18 80:15
82:12 83:9,10
85:17 89:22
92:5 94:1,14
95:11 97:9,
10,19 101:9
105:13,21
108:3 109:14,
15 111:7
117:21 118:21
119:12 120:1
129:3 138:21
141:14,18
142:12,14
143:18 145:11
147:6 149:23
151:9,25
152:8,10,13
153:14 154:11
156:7,17,20
160:14 163:23
166:2 168:2
169:9,10,12,
23 170:5
**their**   20:4
44:9 74:16
114:1,4
119:20 166:14
**them**   12:11,12
17:25 32:3
38:24 49:3,7
75:22,23
81:15 85:4
99:10 103:3
109:21 110:18
111:12 112:7
122:24 125:13
128:21 129:5
134:15
141:21,22
145:4 149:15
150:18,19,20,
22,23,24
157:23,25
168:13

theme   153:13
themselves
  108:6
then   3:8
  12:12 22:5,8
  23:20,24 24:3
  36:1 40:19
  46:11 51:15
  55:9,21 59:6,
  20,21 61:3
  62:13 65:12
  66:9,10 73:9,
  13 74:17 92:9
  93:16 95:16,
  17 96:25
  97:2,3 99:21
  105:23,24
  106:11 110:14
  111:25 112:13
  113:13 115:1
  116:10 120:24
  121:24 122:7,
  9,22 126:15
  127:14 128:3,
  5 129:12
  135:16 141:3
  146:4,10,11
  148:11 150:6
  151:1,13
  158:19 159:25
  162:2,3,20
  164:2,3,19,20
  166:3,4,12,13
there   9:18
  12:7,13 13:15
  17:22 18:5
  20:11 24:20
  25:24 29:4
  33:19 34:13
  35:17,21
  36:23 40:11
  44:6,9,15
  46:1 47:12,14
  49:22 50:3,
  19,21,24
  51:15,16
  53:17 54:7,16
  60:17 62:20
  64:13 66:24

67:3 71:1,2,
7,8,13 72:13,
15 73:8 90:24
91:14 92:6,7
93:15,16,17
95:9 98:22
99:6,8,11,13,
24 101:1,11
102:5 103:14,
18,23,24
104:3,7,11
105:2,20
106:3,4,5,13
107:2 109:16,
24 110:3,8
112:15,24
118:3 121:4,
15,17,20,21
123:14 124:7,
20 127:6
129:10,23
130:19 134:13
137:22
140:23,24
142:14 148:21
149:12,17
151:14
152:18,24
153:16 154:5,
6,25 158:3,11
159:2,4
161:19 162:6,
7,12,23
164:20,24
165:12
these   7:13
41:5 72:13
84:11 91:8
112:14 123:16
131:16 140:18
162:11
they   7:5
15:23 20:8,12
51:10 52:1,3
66:7,8,10
72:5,13,18
73:18 74:16,
24 75:2,7,10,
17 81:25

82:16,24
96:7,8 98:2,
21 99:10
100:7 102:11,
12 104:20
105:18,19,22,
24 106:16,17,
20,21,22,23,
24 107:5,6,7
109:19,24
110:2 111:10
112:5,10,11,
12,14,17
114:16,20
115:18,19
116:9 119:1,
19 125:25
126:9,11,12
134:17 135:18
138:12,13,14
141:1 150:8,
11,12 155:15
158:3,21
160:5 166:3,4
They're   20:11
142:22
they've   36:24
thing   66:15
72:6 104:25
127:2 154:12
155:15 156:7
157:2 161:2
166:3,4,14,23
167:1,22
168:18 169:15
things   10:13
16:9 110:9
136:13,17
138:4 140:19
141:20 144:7
155:13 159:3
161:10 162:7
165:7
think   5:2
16:7,25 17:11
18:9 26:7,9
27:6,20 28:2
29:2 31:23
35:23 39:2

40:2 41:8
42:16 43:7
46:11 47:8
55:18 56:19
66:4,14 69:10
71:7 73:5
79:7 80:10
81:23 85:18
89:22 92:4
93:9 97:21
98:7 113:14
115:15,19,22
116:2,4
117:17,21
118:9 120:10
125:16
130:12,18
137:9 141:12
146:3 148:11
150:6 151:12
152:14 154:1,
3,5 155:9,14
156:3,23,25
159:20 160:5
161:6,19
163:6 164:10
165:3,8
thinking
110:10
115:21,22,23,
24 116:1,2
160:15 162:8
164:19,24
165:9 166:8
this   3:23
4:14,20,21
8:21,22 10:2
11:12 12:7,22
13:14 15:3
17:8,25 18:4,
17 20:15
23:10 24:17
25:4 26:6,14,
19 27:13
28:7,11,20,21
30:14 31:21
32:1,6 45:22,
23 48:1 50:25
54:9 55:3,5,8

56:17 58:16,
22 66:20
67:1,4 68:8,
20,22 73:10,
13 80:4 85:1
88:10,13
91:6,10,24
99:12,21
102:18
104:12,14,22
105:13 106:8
107:13,20
109:11,13,16
110:4,13,21
111:21 112:7,
17,20 113:9,
14,15,16
114:2,5,21
116:7,8 118:5
119:1,9
120:19,24
126:3 127:21
128:24
130:11,20
132:14,20
133:7,20
134:19 136:1,
20 137:18
138:2,22,24
139:2,11,13,
23 140:1
141:2,19,23
142:8,19,23,
25 143:1,2,3,
10,11,13,24
146:13
147:10,17,21,
24 152:4
153:6 154:22
155:2,3,11,21
156:8,9,19,
22,25 157:1,
21 160:1,9,
14,15 161:21
162:3,25
163:19,21
164:4,25
167:16,23
169:15

those   6:12,
16,25 7:4,5,
19 8:6 10:4
11:13 15:8
30:22 35:15,
25 47:1 79:23
80:6,17 81:6
82:5,13,16
84:23 85:1
86:15 113:7
132:11,12,24
134:18 144:24
145:6 149:7
151:2
though   4:21
9:18 17:6
35:23 68:22
91:14 118:17
164:7
thought   36:14
83:10 98:12
113:14,24
128:15
143:12,19
154:14 160:12
168:10 170:2
threatening
118:17 141:22
three   7:4 8:5
10:4 15:7
17:21 18:14,
17,18 47:9
80:15,17
81:25 82:13,
21 83:2 85:4
86:12 101:14
109:9,17
123:16
132:18,24
133:18 140:6
157:25 168:5
three-bedroom
19:25
through   3:8
4:1 5:22 6:9
7:14 8:11
10:2 15:3
35:14 36:5,8,
15 39:10

62:20 74:16
75:22 77:6
84:12 87:16
99:19,20
103:2,25
109:9 110:4,9
111:6,11
125:16,24
157:23 158:2
160:9 161:5
163:1 165:3
166:10
Thursday
16:11,12
time   14:2
15:25 21:15,
17 22:10
23:10 24:9
28:5 31:21
40:20,21
42:9,21 43:21
44:7,12 45:22
47:5,11,18
50:21 51:1,8,
9 58:4 60:4,
5,6,8,21,24
61:22 62:5,12
63:17 64:4,10
65:11,13
72:7,14,16
73:2,3,14,17
74:1 75:12
76:23 78:20
91:22 92:19
93:10 94:14
95:1,19,21
97:5,11,24
98:9,19
100:23 101:2,
9,12,21
104:3,6
106:8,25
107:15,18
108:14,16,17
110:20 113:5
114:6 116:11
118:4 121:7,
20 123:12,19
124:1 127:13,

14,25 129:1
131:21 133:12
134:6,10
136:2,4
137:11 139:2
140:2 142:13
143:2,24
157:20 158:6,
10,12,17,22
160:15,17
161:1,3,13
162:10 164:23
165:11,25
timed   158:23
times   12:24
22:12 66:5
81:16,19,24
93:11,20
110:12 113:4
122:13 133:18
139:1,4,25
140:3,6
141:1,2,3
162:6
timing   128:5
tips   38:18
51:16 52:21
61:13
tiring   166:25
title   105:17
titles   151:21
to   3:3,4,6,9,
11,12,13,14,
15,17,21,23,
24,25 4:2,3,
4,5,7,8,9,10,
12,13,15,16,
17,18,19,20,
21,22,23,24,
25 5:1,8,10,
11,13,14,17,
20,23,24,25
6:1,2,6,7,10,
11,12,13,14,
17,18,21,22,
25 7:1,9,10,
13,14,15,21,
22,23 8:1,3,
5,7,10,11,15,

20,21,22 9:3,
4,5,9,13,15,
19,20,24
10:3,7,9,14,
16 11:9,14,
15,19,22
12:1,2,5,7,8,
11,12,13,14,
23 13:9,10,
13,15,18,19,
22,23,24
14:1,3,4,8,9,
10,12,13,14,
15 15:1,2,4,
6,13,20
16:13,15,18
17:9,14,24,25
18:3,9,17,18
19:14 20:8,11
21:11 22:24
23:23 24:4,
15,17,22
25:8,11,13,
15,16,17,20,
25 26:4,15,
18,20,21,22
27:4,5,6,9,
17,22,23
28:2,7,9,12,
13,15,24
29:7,8,15
30:17,18,20
31:1,3,4
32:2,4,7,11,
17,19,20
33:9,14 34:3,
8,12,15,24,25
35:7,17,22
36:7,10,11,
12,16,18,20,
23 37:18,20,
21 38:6,7,11
39:5,12,15,23
40:19,21
41:9,12,13,
16,19,20
42:1,4,8,12,
14 43:9,21,24
44:14,20,23,

24 45:1,2,3,
4,6,12,15,16,
21,22 46:1,6,
9,16 47:6
48:17 49:4,7,
9,13,18,23,24
50:5,7,10,12,
17,18,23
51:2,4,10
52:1,2,10,22,
25 53:3,14,
19,25 54:4,6,
7,8,9,10,11,
12,16,24
55:2,3,8,11,
13,19,22,23
56:1,3,4,6,8,
10,14,21
57:3,7,15,23
58:8,11,15,
16,18,20,21,
22 59:1,2,6,
7,13,22,24,25
60:2,7,12,19,
20 61:1,4,7,
18,21 62:6,
10,24 63:18,
22 64:2,19
65:1,6,7,12,
13,18 66:9,
22,25 67:3,5,
10,11,13,15,
16,21,22,23,
24 68:2,6,10,
12,14,16,18,
21,22,23,24
69:2,4,6,7,8,
21,22 70:1,3,
6,8,12 71:1,
9,14,18,21,
23,24 73:18,
22,25 74:8,19
75:2,5,8,16,
19,20,21,22,
23 76:13,18,
20,22 77:1,7,
11,22,24
78:1,3,5,13,
16,19 79:5,9,

13,19,21,23,
25 80:2,7,9,
15,17,18,23
81:3,4,5,7,8,
18 82:6,7,8,
23 83:2,4,5,
7,8,13,15,24
84:4,8,10,11,
13,15,25
85:1,4,8,10,
13,15,16,17,
22,23,24
86:4,5,8,9,
12,16,17,21,
22,25 87:3,6,
10,13,15,23,
24 88:9,10,
12,24 89:1,2,
9,14,15,16,
17,18 90:4,5,
8 91:2,5,7,
10,16,17
92:2,6,8,12,
14,24 93:7,
11,19,24
94:10,16,21,
23 95:3,4,6,
7,8,10,15,17,
20,21,22
96:2,5,8,12,
13,19,20,22,
23,24,25
97:1,4,5,11,
12,16,17,22,
25 98:2,6,7,
12,14,16,17
99:6,9,22
100:14 101:6,
9,14,16,19,24
102:12,15,18,
22,24 103:1,
4,9,10,15,22,
23 104:3,5,7,
9,10,18,20,
23,24 105:9,
11,12,15,19,
21,22,24
106:2,3,12,
15,17,18,20,

24 107:1,4,
16,19 108:4,
13,14 109:4,
17,18,23
110:4,7,8,15,
16,17,18,19,
24,25 111:4,
5,7,12,14,21,
23 112:8,20
113:5,9,13,
22,23 114:5,
14 115:3,8,
10,13,19,20,
23,24,25
116:7,19,20,
21,25 117:6,
10,14,16,25
118:2,5,6,7
119:1,2,3,10,
12,16,18,19
120:1,3,5,8,
9,11,22,25
121:3,10,12,
16,18,23,24,
25 122:1,14,
23,24 123:12
124:12,15,21,
22 125:1,2,6,
11,13,17,18,
19,21 126:3,
5,7,8,10,17,
18,20,22,24
127:6,7,17,
18,20 128:3,
11,12,16,19,
20,22,23,25
129:2,4,7,8,
13,14,22,23
130:2,3,6,7,
18,20,22
131:9 132:5,
8,14,21,22
133:9 134:11,
12,13,15,24
135:1,3,9,11,
14,18,19,23
136:2,3,7,8,
11,14,15,17,
18,19,21

137:2,15,18
138:4,10,21,
24 139:8,17
140:14,18,20
141:3,4,7,8,
18,19,25
142:1,3,4,12,
13,15,17,20,
21,22,23,24
143:4,6,9,12,
13,14,19
144:9,10,13,
22,24,25
145:1,6,7,11,
12,13,17,18,
22 146:2,5,7
147:10,24
148:5,9,13,
20,21 149:12,
15 150:10,12,
18,21,22,23,
24,25 151:3,
14,15,18,19,
21,24 152:12,
14,15,22
153:9,10,11,
17,20,21,25
154:11,16,22,
23 155:1,2,4,
11,18,20,21,
23,24,25
156:2,4,6,7,
19,22,23
157:5,7,9,14
158:7,11,19,
20,21 159:16,
17,18,20,21,
22 160:2,5,8,
12,13,23
161:4,6,9,10,
15,17,19
162:2,5,11,
12,14,15,17,
18,19,20,22
163:1,5,6,8,
12,14,16,20,
25 164:3,11,
13,23 165:4,
5,11,21,22,

24,25 167:2,
7,15,22,24,25
168:8,9,10,
13,14,16
169:12,15,16,
17,18,19
170:1,2,3,4
**today** 7:25
8:3 9:13
12:1,25 13:14
76:21 81:7
86:3,8 87:9
90:5 91:7,21
118:25 136:2
161:21
**today's** 5:11
13:1 70:3
**together**
136:17 161:10
**toilet** 100:16
**told** 30:21
93:1 109:10
110:1 112:8,
18,22 117:7,
10,23 118:1,9
119:10,22,24
120:21 122:13
136:10 140:18
151:20 161:24
**tone** 41:6,8
70:19
**too** 5:19
23:21 74:22
76:17 105:10
142:22 147:21
**took** 72:18
101:14 106:20
125:18 136:8
162:17 164:15
**tools** 165:24
**top** 81:15
82:3 154:1
**total** 18:19
21:9 79:3,5
84:25 139:4
**tough** 27:13
**tracked** 75:10

**trade** 63:2,9
168:21,24
**tragedies**
140:25
**training**
168:24
**transcript**
12:4 170:4
**transferred**
37:19,20
158:6
**transgressions**
141:20
**transition**
44:9
**translate**
12:4
**transpired**
73:24
**transport**
31:12 53:3,7
94:17 97:25
98:17 99:24
101:2,4,22
102:2 106:7
134:14 160:24
**transportation**
30:24,25
**transported**
53:3,4 73:18,
25 100:22
111:4 122:7
**transporting**
116:9
**treated** 54:17
56:16 59:2
**treater** 56:21
**treatment**
3:15 56:9
58:21 63:15
67:7 68:3
137:16
**tried** 51:2
104:18,23
107:1 121:23,
24,25 122:23
126:8,20
127:6

**triggered**
9:19 91:15
**trip** 103:13
**trouble** 24:18
164:12
**true** 14:13
29:5
**truth** 14:19,
20 15:4 148:1
**truthfully**
11:19
**try** 110:16,25
126:16 140:18
**trying** 12:5
17:24 23:23
25:16,20
26:18 27:9
36:16 39:15
42:1 50:23
85:15 96:19
101:9 107:19
111:7 117:10
119:19 120:10
121:25 122:14
126:17
134:11,12
136:15 151:10
154:23
155:11,18
156:6 159:21
160:12 163:5
**Tuesday**
16:10,11
**turn** 142:16,
17 159:17
163:24 166:14
**twist** 5:4
69:14
**two** 15:9,18
16:3 20:3,5
31:18 46:25
59:8 65:18
66:5 71:13
81:20,21 83:2
93:21 99:25
109:19 110:1,
2 133:18
139:4 149:13,

15 150:24
152:24
157:23,24
158:18
**two-and-a-half**
83:9
**two-digit**
112:16
**two-week**
158:17
**type** 143:10
**typical** 43:16

---

**U**

**U.S.** 72:17
102:7 114:20
116:6
**Uh-huh** 38:4
51:5 52:5
53:8,10,21
54:15 56:24
64:17 65:21
72:21 85:19
93:4 99:3
104:15 113:3
123:18,23
124:4 138:25
149:21 153:7
**under** 4:6
11:22 25:1,2
67:19 114:23
**underlying**
55:11 76:20
77:12
**understand**
5:4,18 7:22
15:20 20:25
24:23 27:16
41:22,24
55:18 60:19
69:13 70:25
71:24 72:5
75:7 76:15,19
80:3,20,24
81:6,9 85:6,
21 86:24 87:1
91:21 92:10,

20,22 93:6
112:25
114:12,23
144:22 145:2,
14 152:5
155:2,17
156:12,25
167:13
**understanding**
20:14 35:4,8,
12 57:25 77:5
109:3 158:24
**understood**
11:18 42:6,7
43:6 48:4
**unfair** 78:25
**uniform** 94:20
96:3
**United** 107:6
**unlawful**
146:3,4
**until** 9:13
24:7 33:8
40:15 43:20
58:14 73:18
76:8 90:5
91:22 92:11,
18 95:9
104:21 120:19
123:20 124:2
131:5 133:20
136:23 137:11
145:15
**up** 7:13 24:7,
17 26:15
40:15 42:8
60:17 62:19
72:20 73:5,
10,13 84:11
95:9,11 99:11
102:6 104:24
107:2 116:11
120:20 121:16
122:8,16,23
127:10 131:5
134:16 136:13
137:9 150:3
162:5 164:1,
11 165:8,14,

17 166:4,5
167:22
**upbeat** 166:22
**upon** 95:3
134:3
**upset** 156:15,
17 160:6
166:13
**Upstate**
168:15
**urinalysis**
57:24 58:2
**urinate** 104:9
**urinated**
105:12
**us** 17:21
41:15 59:25
91:7 119:10
128:13 141:1
**usage** 104:9
**use** 4:4,22,23
24:5 25:25
26:11 67:14
68:25 69:1
105:11 112:14
129:10,23
134:12
**used** 4:25
5:12 69:6
70:4,20
165:11
**usually** 23:8
72:5
**utilities**
22:5,9 29:20
**utility** 28:3
**utilized**
19:11

---

**V**

**vacation**
158:18
**vague** 148:15
**valid** 37:18
**van** 100:17

**Varied** 82:22
**variety**
100:15
**various** 82:22
123:2 158:5
**vary** 135:24
**vehicle**
29:22,24
30:2,3,6
97:25 100:1
103:10 105:17
160:24
**verbal** 12:2
**verbally**
12:2,6
**very** 26:11
41:5 89:20
104:2 130:10
131:21 137:4
149:17 159:18
**via** 75:22
113:15 149:8,
13 157:25
**video** 88:21
93:21,25
**violate** 6:9
79:17
**violated** 6:10
10:3 58:9
79:18 86:22
132:21
**violating**
10:18 144:17
**violation** 4:6
6:13 7:21,23
9:23 10:4
41:18 42:9
43:1 52:11
57:20,21
58:4,6,14
67:19 76:8
77:9 78:9
79:16,24 82:1
83:1,13,18
85:2,3,20,23
87:8 92:1
93:10,23 94:9
123:21 131:6,

9,11 132:1,5,
9,24 133:13
137:14
**violations**
6:13 8:5,6
77:10 79:24
85:6 86:12,
13,15
**violence**
54:12
**Visa** 52:13
**vision** 53:16
**visit** 46:9
54:4
**visited**
31:19,25 32:6
46:19 140:6
**vital** 75:24
**Viva** 51:18,
23,25 52:25
**Viviana** 3:16
15:17 16:17
17:20 18:1,13
56:12
**vocational**
168:21
**voice** 118:11,
12,13,19
119:4
**voluntarily**
52:4

---

**W**

**wage** 38:17
51:13,15
52:13
**wages** 38:23
134:20 135:1,
4,5,13,20
161:9
**wait** 97:14
103:23 104:3
**waited** 105:22
127:20 146:13
**waiter** 43:15
51:22 61:12

**waiting** 97:4
99:8 104:1
**waive** 170:1,3
**waiving** 157:8
169:13
**wake** 165:8,17
**wake-up**
158:10
**walk** 77:6
103:1 107:23
143:14 164:1,
14
**walked** 50:22
**walls** 91:9
162:6,11
**want** 3:12
9:19 13:13
14:12 15:1
16:18 21:11
22:24 27:21
36:7 45:3
56:3,4 59:1
63:22 64:2
65:12 71:21
89:16 91:16
92:6 103:4
105:21 115:19
116:20,21
124:21
125:11,17
141:11,13
142:18,19,22,
23 143:7,14
146:1,2
148:21 149:12
150:12,18
153:11 155:20
156:4 157:5,7
162:12,19
163:15 167:25
169:12
**wanted** 36:23
62:6,24
150:21 155:23
170:2
**wants** 130:7
**ward** 63:10,11
168:17

**warrant** 41:19
42:10 43:1
76:9 83:1
91:25 92:23
**was** 3:15 5:3,
5 7:9 9:18
11:4,5 12:5
13:25 15:16
16:4,7,19,21,
22 17:11,13,
18,21,22
18:1,5,8,9,12
21:13,24
22:6,10
23:15,20,24
24:2,3,9,13,
14 25:15
26:23,25 28:2
29:7,10 30:3,
4,5 31:2,23
34:3,25 35:1,
19 36:8,12,13
37:25 40:5,11
43:4,14,15,
16,19 44:4,7,
9,11,15
45:16,20
46:1,12,13
50:16,19,20,
21,24,25
51:1,9,13,15,
16 52:10,15
53:4,6,7,13,
14 54:8,21
56:9,21 57:6
58:5 59:4
60:4,5,21
62:6,11,12,
19,21 64:4,5,
12,18 65:4,
17,22,24
66:8,13,14,
15,22,24
69:11,15
70:20,24
71:5,7,13,17,
18,20 72:13,
14,15,16,17,
18,23,25

73:2,6,8
74:8,12,13,
15,19,24
75:3,14,22
76:2,25 80:10
81:25 83:11,
23 84:2,18
90:22,23
91:14 92:6,11
93:1,9 94:2,
6,7 95:9,12,
13,15,16,21,
22 96:12,15,
19,25 97:7,8,
13,25 98:1,4,
6,7,8,9,10,
14,18,23,25
99:2,6,8,19
100:11,20
101:1,7,8,10,
11,20,21
102:4,6,15,23
103:13,14,15,
17 104:4,8
105:1,3,10
106:1,4,5,8,
14,25 107:1,
10,11,14,25
108:13,14,17,
18,20,21,24
109:3,7,11,
13,16,17,24
110:1,2,3,5,
8,14,15,19,21
111:1,2,3,6,
14,16,24
112:2,12,13,
15,18,19
113:2,14,15,
24 114:2,20,
22,24 115:1,6
118:3,24
119:1,14,21,
24 121:4,7,
24,25 122:12,
21,22,25
123:3,6,8,14,
15 124:2,5,6,
9,14,15,16,25

125:19,20,21,
24 126:3,8,
10,15,16,17
127:6 130:22
131:3,20,23
132:17 133:6,
9 134:2,3,7,
11,12,21,25
135:17,19,21
136:4,6,11,
12,13,14,22,
23 137:4,14
138:23 139:13
141:23
145:16,23
146:3,14
147:25
148:10,11,15,
17,19 149:12,
17,20,22,23
150:7 151:11,
12,14 152:1,
2,3,6,14,18
153:1,2,3,4,
6,16,17,18
154:1,5,6,7,
9,14,16,21
155:9 157:14,
25 158:3,6,9,
11,12,22
159:4,11,21,
23 160:8,13,
16,20,24,25
161:8,9,12,
13,14 162:3,
20,25 163:2,
3,21 164:2,
11,25 165:1,
2,9 166:3,5,
14,25 167:23
168:2,17,21
169:10
**wasn't**  10:14
52:3 58:13
95:14 98:15
104:8,9,22
110:9 111:19,
20 116:10
120:22 124:13

136:18 141:19
144:10 154:17
158:3 164:6
**watch**  108:19
158:8
**way**  12:1 51:2
52:24 53:1
54:4 94:25
100:20 102:12
107:2 118:21
122:7 128:24
130:7 147:20
148:2 150:1
154:8 158:11
169:24
**ways**  152:8
**we**  5:6 7:25
10:5 12:4,16,
20 13:17 14:2
16:1 18:5
22:3,9 26:14
28:20,21,22
29:4,20 36:16
37:7 41:9
44:22 45:9
46:11 49:20
69:18 75:23
81:7 86:3,24
91:21 101:6,
7,10,11,12
103:9,18,23
104:1,3,11
105:19,24
106:3,5,13,
15,21 107:23
113:4 115:22
118:25 119:9
120:11 122:8
125:5 126:18
127:22
129:10,23
130:2 133:1
138:16 152:9,
10 158:9,16
166:7 168:10,
12 170:7
**We'll**  79:4
**we're**  5:19
12:5 22:1,23

54:7,16 76:16
87:4 104:21
108:22 161:21
167:2 169:9
**we've**  25:9
112:23 128:18
**weak**  165:1
**wearing**  158:8
**Wednesday**
15:24 16:4,8,
10 17:17,23
157:18
**week**  15:9,21,
24 16:6,8
17:8,16 18:3,
8 31:8 33:4,8
52:18 131:15
138:19 157:18
**weekly**  39:22
**weeks**  136:12
158:18 162:24
164:15
**weigh**  47:3,4,
5,12
**weight**  46:23
47:2
**weird**  95:12,
13 98:9,10,14
106:15 107:7,
9 157:1
163:23 164:25
165:7,18
166:14,24
**welcome**  5:22
77:18,20
**well**  4:9
12:4,18 15:1,
21 22:2 23:22
24:19 25:8
32:15 33:17
36:6 39:22
41:24 43:12
44:7 50:12
52:15 58:13
60:9,10 65:7,
10 67:25
78:24 79:4
80:17 85:4,15

87:2 89:23
90:16,21
92:4,9 93:1
94:15 95:14
96:24 98:12
101:6 102:23
103:4 104:4
105:3,13
107:2 112:5,
19,23 113:13
117:5 118:21
119:14 122:2
125:7 127:10,
14 129:12,14,
20,21,24
134:23 136:1
138:23
143:14,18
145:5,11
147:9 148:24
150:12,18
156:5,20
157:21
159:11,15
163:11 164:4
165:7 170:7
**went**  49:20
61:4 62:10,13
73:20 93:14
94:1,4,21
96:11,23,24
103:5 105:18,
19,24 107:5
113:5 136:11
160:22 162:18
166:12
168:10,14
**were**  4:6,9
5:8,16,17,22,
25 6:5,7,9,
16,20,24 7:3,
5,14,18 8:5,
14,21,25
10:12,13 11:1
12:5 17:13
20:11 31:25
33:5,7,21,23
35:4,15,16,24
36:4,7 40:22

41:16,18
42:8,9,16,17
44:6,9 45:9,
10 46:13
47:19 51:16
52:1,3,6,8,
19,22,25
53:2,9,19,25
54:17 58:8
60:8,11,12,
17,21 61:3,22
63:18 64:9,
15,24 65:24
67:18,19,25
69:21 72:20
73:5,6,11,14,
16,23,25
74:3,18,19,25
75:3 76:8,11,
12 77:20
78:1,10,12,15
79:1,5,7,14,
17 80:6,21,
22,25 81:2,
11,12,13,16,
19,24,25
82:1,4,12,16,
20,25 83:12,
20 84:13,22,
25 86:13,22
87:21 88:11,
15,19 90:21
91:24 92:22
93:10 94:7,20
95:5,6 96:1,
7,8,10,16
97:5,11,24
98:16 99:13,
21,24 100:22
101:1,7
102:13
103:12,17
104:1,14,16,
20 105:19
106:16,21,22,
23,24 107:7
108:8,16,23
109:24
110:11,18

111:15 112:1,
5,11,12,17,22
114:16,25
116:8,9 117:6
121:2,6
123:19,22
125:2 126:13
127:14 131:6
133:2,5,9,11,
12,16 134:1,
10 135:4,5,
10,11,18,20,
21 137:10
138:8 139:18
141:21,22
144:3,6,7,23,
24 149:13
150:8 152:24
156:24
157:23,24
158:3,4,6,7,
16,25 159:7
162:16 165:14
166:7 167:15
**weren't** 60:10
104:11 158:9
160:9 162:15
**West** 24:3
25:22,25 26:1
31:2,4 33:3
40:8 45:25
50:16 51:19,
20 54:9,10,12
56:22 59:13
60:2 78:8,10
**what** 3:10,15
4:18,22 5:2,6
6:9,12 7:14,
18 8:25 10:3,
12,14,19
12:1,5,18,19,
22 13:4,13,25
14:6,8,15,17,
20 15:2 16:1,
6,12,17,19,20
17:11,13,16,
24 19:18
20:8,25
22:13,16,20,

24 23:22 24:7
25:2,20
26:13,23
28:1,21 29:2,
12 30:2,16,25
32:12 34:8,23
36:16 37:1,25
38:16 39:3,18
40:1,5,7,24
41:11,19
43:14,16
44:22 46:21
47:5,12,18
49:9,11,13,
15,19 50:15,
18 51:13
52:15 53:13
55:14,18,25
56:9 57:17,
21,22 58:5,22
60:2,15
61:11,15
62:17 63:9,25
64:3,7,18
65:4 68:17,25
69:9,18 70:15
71:16,24
72:24 73:20
74:1,8,18,24
75:11,14
79:5,17,23
80:4,14,21
81:11,13,16
83:3,4,8,10
84:13,22
86:24 87:5
88:19 89:12
90:2,17 91:3
92:4,5 94:5,
7,14 95:1,11,
19 96:4,10,19
97:5,10,11,
20,24 98:10,
23 100:7,11
101:9 102:4,
20 103:1,5,7,
21 105:14,21,
23 106:1,5,8,
11,22,24

107:1 108:11,
13,16,17
109:2,8
110:3,5,20,24
111:14 112:4,
8,22 113:21
114:1,4,19
115:18,19,24
116:4 117:11
118:8 119:17,
20,21 121:7,
17 122:11,14,
25 123:24
124:9,11,17,
21 125:10,17
126:5,18,19
127:14,18
128:1 132:21
134:1,15
135:4,7,13,
17,19,24
137:6,7,13
140:8,13,14,
16,20 141:11,
13,15,17,25
142:2,9,18,
22,23 143:9,
10,18 144:6,
10,20 145:5
146:23,25
147:3,7,14,24
148:1,15,19
149:7,20
150:5 151:9,
11 152:1,2,25
153:4 155:4,
5,6,17 156:7,
9,12,21
158:6,11
159:17,19,22,
24 161:5,10,
17 163:7,23
164:4 167:6,
9,14,21,25
168:16 169:3
**what's** 16:24
17:10 22:4
25:16 26:4
44:1 48:13

97:14 112:20
115:14
142:13,14
149:3 155:4,
12
**whatever**  7:5
21:9 22:8
38:5 45:16
50:4 72:13,15
82:16 97:25
98:14 105:17
112:14 125:4,
24 126:2
137:22 141:20
148:21,24
150:6 156:8,9
167:22
**wheel**  163:4
**when**  3:2
4:18,22 7:21,
24 8:1,3
10:12 12:4
13:19 15:8,23
17:14,25
21:19 22:10,
17,21 23:4,
11,18,22
24:3,12,15
27:2,9 28:1
29:12,24 30:2
31:2 33:21,23
37:11 38:16
39:2 40:9
41:17 42:17
44:4,12 46:4,
6 47:19
48:13,17
49:1,11 50:15
51:9 54:9
55:9 59:13,21
60:11 62:1,8,
15,21 63:18,
25 64:6,12,15
65:15,22 66:7
68:17,25
71:16 72:4
73:1,5,10
76:6 80:14,
21,25 82:25

84:2 85:20
86:1,4,8
87:4,9 88:15
90:21 94:1,4,
13,20 98:16,
22 99:6
101:10 102:24
103:1,9,18
107:8 109:11
110:12 112:6
121:17 122:4,
11,22 131:3,
22 133:2,9
139:13 144:6
151:19 153:18
158:6 160:10
161:8,19
162:24
**whenever**
22:22 24:12
**where**  5:25
6:5,20,24
8:14,16,21
12:14 15:12
22:13,14
23:15,18,23
24:2,13 25:9
26:2 27:8
31:3,16 33:5,
23 35:1 37:20
39:8 45:24
46:2 48:11,15
50:15 51:17
53:19,24,25
54:1,3,5,17
59:6 60:8,12
61:6,18 62:8
63:25 64:20
65:16 66:13
73:25 78:1,12
80:14,21 81:2
82:4 83:10
87:21,25
88:11 94:2
95:3 96:21
98:13,21
99:10 103:5
108:23 109:16
121:6,9,13

122:9 127:8
130:1 132:17
133:9,16,20
138:1 139:21
140:23,24
142:21 152:6
159:16,17
160:23
161:24,25
162:7,20
163:20 164:11
165:24 166:9
167:1 168:13
**WHEREUPON**
11:1
**wherever**
105:18
**whether**  30:13
33:13 64:24
111:1 124:16
135:18
**which**  5:11
8:5,11 9:8
13:18 18:6
20:10 24:1,20
25:20 43:20
53:19 54:10,
11 55:11
57:11,17
62:11 64:22
65:24 70:3
76:21 77:11
79:14 82:23,
24 86:13
87:15 89:7,13
91:7 94:7
98:18 99:9
112:7 117:11
119:21
124:16,19
132:2 133:13
135:10 139:9
148:3 149:16
151:4,13
158:17 161:15
**while**  5:12
31:19,25
46:13 65:24
70:4 97:4

121:2 122:21
125:2 127:14
134:7 138:8,
19 144:23
163:19 164:23
165:19,23
166:21 169:6
**White**  109:21
**who**  8:14,15,
17 11:11
15:16 17:1,14
18:12 32:6,7
34:3 36:8
38:25 44:4,7,
11,16 45:20
48:11 56:16,
21 78:7
87:21,24 88:2
97:20 102:4
107:8 109:2
110:22
111:12,21
112:1 117:7,
10,23 118:1,
8,9 120:15,21
121:11 123:1,
3,8,11 124:25
125:11 126:1,
22 131:1
133:24 137:21
144:23 145:3
148:8 149:25
150:25 151:7,
11,20 152:21,
22,25 153:14,
16,17 169:6
**whoever**  13:25
38:24 107:10
112:17 126:20
**whole**  10:14
38:6 91:6
128:4 134:17,
22 137:3,10,
15 142:10,11
144:9 154:12
159:3
**whom**  15:23
20:1 34:3
53:5 72:22

| | | | |
|---|---|---|---|
| 73:11 74:6 | 7 | 132:5,8 | 164:16 169:20 |
| 93:22 102:8 | **wind** 122:25 | 134:4,18 | **worked** 34:1 |
| 103:6 108:8 | **window** 158:17 | 137:9,17 | 35:5,9 38:25 |
| 150:22 151:18 | **winter** 61:1,3 | 139:15 140:6, | 40:15 42:21 |
| **whose** 96:6 | **wish** 12:8 | 22,24 141:3, | 44:4,8,12 |
| 137:24 153:25 | 78:22 143:4 | 18,22 143:15 | 45:16 51:18 |
| **why** 3:20 | 157:2 161:3 | 144:3 146:18 | 63:11,13 99:2 |
| 5:17,22 7:3 | 165:21 | 153:22 154:8, | 110:3 |
| 13:12 24:5 | **with** 4:6 5:2 | 19,22,24 | **working** 31:2 |
| 40:18 47:13 | 9:4,7 11:1 | 157:17,20 | 35:15,24,25 |
| 51:25 57:14, | 12:9,22,24 | 158:25 159:4 | 36:4 38:16 |
| 25 58:1 62:5, | 13:17 14:2, | 163:4 164:8, | 40:18 41:17 |
| 23 65:1 76:12 | 15,24 15:6,23 | 23 165:25 | 42:8,16,22 |
| 77:14,20 | 17:7,8,10,14, | 166:16 | 50:20 60:5 |
| 82:12 112:1 | 16,18,25 | 168:12,13 | 64:5 104:9 |
| 115:1 116:10, | 18:1,4,16,17 | **within** 13:1 | 158:15 |
| 17,21,23 | 20:1,5 22:5, | 29:19,21 | **works** 11:10 |
| 145:18 146:4 | 17 24:8,22 | 30:12 72:14 | 34:12 62:25 |
| 147:6 151:14, | 25:4 27:8,12, | 74:10 91:8 | 112:7 152:7 |
| 25 158:15 | 14 29:13 | 98:1 103:11 | 169:24 |
| 160:14 162:15 | 31:18 32:3 | 116:6,8 | **world** 140:13 |
| 166:1 169:10 | 36:18 39:22 | 123:12 125:20 | **worry** 22:14 |
| **Wildwood** | 44:1,19,25 | 126:21 133:7 | 130:11,13 |
| 62:10 | 47:16 49:3 | 137:19 140:15 | 153:19 154:10 |
| **will** 3:8 | 50:5 51:3 | 152:13 153:2 | **worse** 113:16 |
| 8:11,14,15 | 52:22,25 | **without** 89:19 | 160:20,22 |
| 11:12,13,17 | 53:18 54:11 | 129:16,18 | 163:2,3 |
| 12:9,25 13:17 | 59:21 61:22 | **witness** 11:4 | **would** 5:7 |
| 14:2,6 17:10 | 63:16 66:16 | **woke** 165:14 | 9:13 14:13 |
| 26:19 27:6, | 67:19 69:10 | **women** 109:22 | 15:24 17:6 |
| 20,24 28:18 | 70:10 71:9 | **won't** 82:24 | 18:22 19:2 |
| 29:5 32:23 | 72:9 73:8 | 169:17 | 21:23 28:9,25 |
| 33:15,19 42:7 | 74:6 76:7 | **word** 148:21 | 30:18 31:1,8 |
| 43:25 55:10, | 79:4 88:25 | **wording** 20:24 | 33:15 34:24 |
| 21 59:21 | 89:5 91:8 | 21:1 | 38:13 39:4,8 |
| 63:19 65:12 | 92:3 93:10,15 | **words** 22:21 | 40:11 41:11, |
| 82:9 87:13, | 96:13 97:14 | 28:2 41:21 | 13 43:20 |
| 16,21,24 | 99:4,13 | 105:1 119:2 | 44:18,23 |
| 90:24 98:21 | 100:15 102:1, | **work** 13:22 | 49:9,13 55:8 |
| 108:7 115:11, | 6,8,24 103:6 | 15:20 31:1 | 59:11 60:25 |
| 23 120:2,12, | 108:8 109:3, | 36:18 40:9 | 61:5 62:3 |
| 23 124:19 | 10,17 110:8 | 43:16 45:11 | 65:4,25 69:20 |
| 125:5 129:12 | 111:25 113:7 | 50:19 51:17, | 71:3 78:11,19 |
| 130:17 137:9 | 116:6 123:24, | 23 61:9 | 83:3,4,8 |
| 139:15 | 25 124:3,7 | 104:25 126:12 | 90:4,21,22 |
| 142:10,11 | 125:15,16,25 | 136:6,7,8,11, | 92:10 106:9 |
| 143:8 146:4 | 127:18 128:24 | 14,19 158:20, | 107:16 |
| 160:15 166:6 | 129:14 130:16 | 25 162:15 | 110:12,13 |
| 169:20 170:3, | 131:6,13 | | 113:14 114:2 |

116:11 119:17
120:7 128:6
130:16 133:7
135:25 140:11
145:3,18
155:1 156:2,
25 157:24
158:2 160:5
163:21 164:1,
17,18,19,20,
22 165:23
**wouldn't**  14:7
40:4 84:10
116:7 119:19
160:10 161:6
**Wow**  162:3
**write**  140:18
148:21 152:15
**writing**  85:14
110:8 148:5
**written**  26:7,
10 149:13
150:9 152:1,
20 157:24
158:1,3,4
**wrong**  42:7
50:21 51:1
60:19 77:7
84:9 115:23
116:1,2
125:25 141:20
**wrote**  3:2,3
27:2,3,9
28:1,2 150:6
152:11

---

**Y**

---

**yeah**  17:23
18:15 21:2
22:1 23:17
25:3,6 40:4,
23 41:3 45:8
54:19 66:7
74:24 76:3,5
83:10 89:21
91:13 92:21
96:9 97:10

99:5 103:19
105:5,7
107:23 110:19
111:9 117:3
124:2 134:11,
13 135:2
137:9 139:7
140:7,12
154:5,14
156:12 162:1
164:1 165:6,
16 169:11
**year**  3:3 19:2
20:15 26:6,9
27:3 34:2
35:6,9,12
36:17 38:19,
21 39:3,6,19
40:12 43:6,7
46:5 64:5
**years**  30:1,5
38:11 40:11
46:25 48:18
49:2 59:9,20,
23,24 60:20
61:16 65:25
73:3 113:15,
16 114:10
147:12 168:11
169:1
**yes**  5:10 8:19
10:4,5 13:10
15:19 16:5
18:20,21
19:17 20:24
21:4 25:1
27:25 30:10,
12 31:15
32:5,23 33:1,
10 34:14,19
35:11,19 36:6
39:7 40:14,17
42:11,15
43:5,11,13
45:9 48:10
49:6 50:11,14
51:12 52:9,12
54:8 55:17
57:13 59:12

60:18,23
61:8,10,23
62:4 63:24
64:11 65:13
69:25 71:15
72:11 73:4,15
74:4 77:2,4,
13 79:11
80:5,13,24
81:10,14
83:8,19
84:10,19 87:4
88:7 90:16
92:15 93:2,8
94:22 99:17
100:9,25
101:5 102:3,
19 103:4,20
109:1 110:12
113:20
114:16,18
116:16 118:20
122:3 123:10
124:8 128:2
131:14,19,24
132:4,7,10,
19,23 133:1,
2,22 134:6,8
135:8 138:15
139:12,20,24
148:4,7 150:4
153:15 157:19
159:1 168:10,
22 170:3
**Yes-ish**
113:11,12
**yesterday**
15:9 146:15
157:18
**yesterday's**
15:10,19
**yet**  55:16
**York**  168:15
**you**  3:2,8,9,
12,20,23 4:1,
3,4,6,8,9,12,
14,16,18,21,
22,23,25 5:2,
4,8,9,10,12,

16,17,18,22,
25 6:5,7,9,
10,12,20,24
7:3,14,18,21,
22,24,25 8:3,
5,6,10,11,13,
14,17,18,21,
25 9:3,4,7,
12,13,14,23
10:3,12,13,
14,16,17,19
11:11,12,15,
18,20,22
12:5,7,8,10,
11,12,13,14,
15,20,23
13:5,6,18
14:7,8,10,15,
21,25 15:1,2,
4,6,18,21
16:2,20 17:1,
7,11,13,14,
16,17,25
18:14,16,22
19:5,11,21
20:1,8,19,23,
25 21:5,10,
11,14,17,19,
22,25 22:6,8,
10,16,17,21
23:2,4,7,9,
11,13,15,18,
22,23 24:1,6,
7,12,13,18,
20,21,25
25:2,9,11,15,
18,23 26:7,9
27:2,6,7,9,
16,21,24
28:1,2,3,11,
18,19,24
29:8,13,16,
20,22,24,25
30:1,2,6,9,
11,13,16,18,
21 31:9,11,
14,18,19,25
32:4,6,8,14,
21,22,23,24

| | | | |
|---|---|---|---|
| 33:2,5,7,14, 16,19,21,23 34:1,3,6,12, 15,20,21 35:2,4,5,9, 12,15,16,24, 25 36:2,4,7, 9,10,11,12, 16,23 37:4,6, 9,11 38:5,6, 9,12,19,21, 24,25 39:2,5, 8,12,19,23 40:2,9,15,18, 22 41:9,16, 17,19,22 42:1,6,7,8,9, 16,17,21,22 43:1,6,7 44:4,8,12,18, 23,24,25 45:3,7,10,11, 15,19,24 46:4,6,8,9, 13,16,19 47:3,5,8,12, 19,21,23,25 48:5,8,13,17, 19 49:4,7,9, 11,13,15,16, 22 50:5,10,12 51:4,6,8,10, 14,17,23,25 52:4,6,8,19, 23,25 53:2,3, 9,13,19,22, 24,25 54:1,3, 17,20 55:10, 18,21,22 56:3,4,16,18, 25 57:2,5,11, 14,17,19,21, 22,25 58:1,2, 8,16,21,24,25 59:3,7,11,13, 17,21 60:8, 10,11,12,17, 19,20,21,24, 25 61:2,3,6, | 9,11,18,22,24 62:1,3,5,8, 15,17,23,25 63:1,2,4,6,9, 11,13,16,18, 19,23 64:2,3, 9,15,20,22,24 65:5,10,24 66:4,7,8,9, 10,15 67:1,3, 6,9,12,14,18, 19,23,25 68:3,5,8,13, 17,23,25 69:1,6,9,13, 22,24,25 70:4,9,14,25 71:3,9,13,21, 22,23,24 72:4,7,8,9,20 73:1,5,6,11, 14,16,23,25 74:3,5,6,8, 13,18,19,21, 22,23,24 75:2,3,17,20 76:6,8,11,12, 15,19,21,23 77:3,5,9,15, 17,20 78:1,7, 10,12,15,22 79:1,5,7,14, 17,18,23 80:3,4,11,13, 20,21,22,25 81:2,6,9,11, 12,17,19,20, 21,23,24 82:2,4,11,12, 20,22,24,25 83:1,12,17,20 84:2,5,6,12, 13,22,25 85:6,9,12,14, 16,18,20,21 86:1,3,8,13, 15 87:3,7,14, 16,20,21 88:2,5,11,15, | 17,19,21,23, 25 89:5,12, 13,14,18,19, 22,23,25 90:3,5,6,7, 12,18,21 91:3,11,21,23 92:4,6,10,13, 16,20,22 93:3,5,6,10, 11,13,15,20, 22,23 94:1,4, 7,9,13,14,16, 20,21,23 95:3,5,10,11, 14,21,24 96:1,4,8,10, 11,16,21,24 97:5,11,15, 17,20,21,24, 25 98:2,3,6, 16,21,22 99:6,7 100:6, 11 101:14,20, 22 102:1,8, 12,15,18,20, 22,24 103:1, 4,5,6,12,17, 25 104:12,14, 16,21,23 105:4,7,11,20 106:18,25 107:6,8,9,12, 15,19 108:3, 5,6,7,8,13, 16,23 109:5, 14,16,21 110:7,11,17, 18,22,24 111:1,14,15, 18,21 112:1, 4,8,19,20,22 113:6,9,21,22 114:5,7,12, 13,15,17,23, 24 115:3,4,7, 9,14,15,19 116:4,14,17, 23 117:3,5,6, | 7,10,11,15, 16,17,19,20, 23 118:1,5,6, 8,9,25 119:1, 14,23 120:6, 7,8,13,16,21, 22 121:2,6,9, 15,17,21 122:2,9,11, 13,14,17,19 123:1,3,6,8, 13,17,19,22, 24,25 124:3, 6,7,14,17,18, 20 125:1,2, 11,13,14,17 126:6,16 127:1,8,10, 11,14 128:1, 8,9,12,15,19, 22 129:2,6,7, 16,18,20,25 130:3,5,6,7, 8,12,16,18, 21,23 131:7, 17,22,25 132:1,11,14, 16,21 133:2, 5,9,11,12,16, 23,24 134:1, 4,9,10,19,25 135:4,5,7,10, 18,19,20,21 136:2,3,6,11, 13,25 137:7, 10,16 138:7, 8,12,13 139:9,10,18 140:3,6,13, 17,20,24,25 141:10,11,12, 13,25 142:1, 2,7,10,15,16, 17,18,20,22, 25 143:2,4,7, 9,12,14,15, 19,21,23 144:2,3,6,8, 10,13,16,20, |

22,23 145:2,
5,14,22
146:8,9,10,
18,22,25
147:3,9,14,
16,17,20,25
148:1,3,5,11,
12,19,20,21,
25 149:5,11,
14,20,25
150:3,5,8,9,
10,13,15,16,
18 151:4,6,8,
18,19,23
152:1,11,12,
15,21,22
153:11,16,17,
22,25 154:15,
16,18,24,25
155:5,12,18,
20,21,22,23
156:4,11,14,
18,21,22,23,
24,25 157:5,
7,10,13,17,
20,22,24
158:5,6,7,11,
15,17,19,20,
21 159:1,6,7,
10,14,18,20,
22,23,25
160:4,5,6,10,
12,14,17,20,
24 161:1,2,6,
8,9,10,23,25
162:3,4,6,12,
13,15,16,21,
22 163:11,12,
13,15,22,23
164:4,5,7,8,
12,13,16,20,
21,22,23,25
165:1,2,7,8,
10,11,12,14,
16,17,18,19,
23 166:3,5,6,
7,10,13,14,
15,16,19,20,
21,22 167:5,

14,18,19,22,
25 168:3,8,9,
12,13,19,23
169:3,4,12,
14,15,16,17,
18,23 170:2,3
**you'll**  78:23
**you're**  5:22
7:14 8:3
10:15 13:8,
14,15 14:1,17
22:13 24:19
27:8 29:12
41:20 55:5,19
57:6 63:19,20
77:6,18,20
84:13 86:9
93:19 97:2,4,
19,21 102:23,
24 104:13,20
105:6 107:22
114:8 115:12
116:18 117:2,
17,21 120:10
127:11 128:24
130:8,10,19
135:11 141:10
142:11 144:12
145:19 146:7
151:20 158:19
161:6,24
162:1 165:17
167:6 169:6,
18,22
**you've**  4:25
5:11 9:8
12:14 18:17
20:14 21:3
25:10,11
26:7,10 30:6
31:19 37:22
38:23 39:15
46:16 47:8
54:5 58:22
59:2,6,8
65:11 66:4
69:5 70:2,9
72:6 77:10
80:12 85:7

89:7 113:4,18
114:8 117:1
120:9 127:2
135:8 136:10
138:19,23
139:4 143:1
145:11 162:4,
22 163:12
169:18
**young**  63:18,
19,20 147:10
**younger**  48:21
**your**  5:5,9,25
7:9 8:1,10,11
9:4,8 10:7,8,
15,16,18
11:14,19 12:9
14:6,15,24,25
15:1,6 17:3,7
18:22 19:18
20:24 21:11
22:20 24:22
25:16 26:21
27:16,17
29:3,13
30:16,22
31:16 32:12
33:8,13,15
34:3 35:23
36:2,8,18,22
37:1,13,17,25
38:13,16
39:18,22 40:5
41:23 43:4,
14,16,23
44:4,12,18,24
45:4,16 46:21
47:5,11
48:17,23
49:1,4 50:5,
18 51:13,21
52:10,13
53:16 55:9
56:21 57:5,9,
10,25 61:15,
22 62:15,17
63:1,3,19
66:21,25
69:16,23

70:10 75:15,
18 78:1 79:10
80:10 83:23
86:4,21
87:14,15
88:24 89:7,19
91:22,23
92:11 94:2,20
95:3,21 96:11
97:9 99:2
101:15 108:23
109:2,3
111:22 112:23
113:2,5
114:23
115:22,23,24
118:1,12,16,
19 120:1
123:19 124:2,
11,14 125:1,
18 126:24
128:19,25
129:18 130:6
131:1,6 132:2
134:4,21,25
135:12,13,21
136:7 139:8
141:4,5,13,25
142:2,8,9
144:12,14,18
145:13,14,22
148:6,18
149:11,24
154:1 155:3,8
157:17,20
158:21,24,25
161:8,15
163:9,23,25
164:14 165:5
169:24 170:3
**yours**  44:19
123:16
**yourself**  4:1,
8,12,14 13:2
25:4 30:18
53:3 59:11
67:9,23 68:5,
9 87:3 157:2

**yourselves**
  141:16

_____

         **Z**

_____

**Z's**  26:5
**zone**  164:21