# EXHIBIT I

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 18-10279-Civ-WILLIAMS/TORRES

PETER SEAN BROWN,

      Plaintiff,

v.

RICHARD A. RAMSAY, in his official
capacity as Sheriff of Monroe County,

      Defendant.

_____/

## DISCOVERY ORDER

This matter is before the Court pursuant to a discovery hearing held on Thursday, July 11, 2019. The Court, with the benefit of the underlying source materials and oral argument, **ORDERS AND ADJUDGES** as follows:

Peter Sean Brown's ("Plaintiff") motion to compel is **GRANTED in part** as to Richard A. Ramsay's ("Defendant") responses to Plaintiff's first set of interrogatories. As to interrogatory No. 9, Defendant is directed to respond no later than Friday, July 19, 2019. If Defendant's responses to the entirety of interrogatory No. 9 (i.e., Parts 9(a), 9(b), and 9(c)) are not provided by this Monday, July 15, 2019 (the day before a 30(b)(6) deposition of Defendant's records custodian will take place on Tuesday, July 16, 2019), then Plaintiff will be entitled to further depose at a later date the designated 30(b)(6) witness on those same topics that are the subject of the July 16 records custodian deposition.

1

Plaintiff's motion to compel is **GRANTED in part** as to Defendant's responses to Plaintiff's first set of requests for production ("RFPs"). As to RFP No. 8, Plaintiff's counsel represented at the hearing that he will provide a list of names to Defendant's counsel by the end of the day on Thursday, July 11, 2019 (the date of the hearing). Assuming those names were provided, Defendant must produce to Plaintiff – by Friday, July 19, 2019 – all complaints or grievances lodged by those inmates.

Plaintiff's motion is **GRANTED in part**, as to service of process. Defendant shall accept service of deposition subpoenas for the following individuals, and any additional employees of the Monroe County Sheriff's Office ("MCSO") that Plaintiff seeks to depose in this case, at the address for the MCSO that Defendant provided in his Rule 26 disclosures (5525 College Road, Key West, FL 33040): (1) MCSO Officer P. Deihl, (2) MCSO Detention Deputy Enyer Gonzalez Diaz, (3) MCSO Sergeant Yvonne Dixon, (4) MCSO Detention Deputy Andrew Paskiewicz, (5) MCSO Officer Hubbard (ID: 0077), and (6) MCSO Lieutenant Joseph Linares. When Plaintiff mails the deposition subpoenas to the MCSO address listed above, the MCSO employees will be deemed to have been properly served.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of July, 2019.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge