# EXHIBIT J

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

July 23, 2019

VIA E-MAIL (BRUCE@PURDYLAW.COM)

Bruce Jolly
Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A.
2455 East Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304

Re:   July 11 Court-Ordered Responses and Productions
      [*Brown v. Ramsay*, No. 18-10279 (S.D. Fla.)]

Dear Bruce:

I write as counsel for Plaintiff Peter Sean Brown ("Plaintiff") in the above-entitled action regarding the Court's bench rulings from the July 11 Discovery Hearing ("7/11 Hearing"). As you know, these July 11 bench rulings were memorialized on the docket in the order signed on July 19, 2019 (Dkt. 74 ["Order"]), attached hereto as Exhibit A.

Among other things, the Order directed Defendant Sheriff Richard A. Ramsay ("Defendant") to do the following by July 19, 2019:

1.   Respond to Plaintiff's Interrogatory No. 9 in its entirety; and

2.   "[P]roduce . . . all complaints or grievances lodged by [the] inmates" identified in Plaintiff's July 11, 2019 letter to Defendant.[1]

*See* Order at 2. To date, Defendant has wholly failed to comply with the Order.

We recognize that you are currently on vacation; however, this does not relieve Defendant of his obligation to comply with Court-ordered deadlines. This continued disregard for Judge Torres's rulings is significantly prejudicing Plaintiff's ability to pursue his case, and is all the more problematic in light of the fast-approaching cut-off for fact discovery. As such, we insist that you comply with the Order immediately.

While we remain open to productively meeting and conferring on these issues, Defendant's repeated delays and indifference toward Court-ordered deadlines necessitates that we calendar

---

[1] These documents are responsive to Plaintiff's Request for Production No. 8.

Bruce Jolly
July 23, 2019
Page 2

a Discovery Hearing at the earliest available opportunity to resolve these and any other outstanding disputes.

Please advise as soon as possible whether you are available to attend the Court's next-available Discovery Hearing on **Friday, August 2, 2019**.  If so, we will promptly call the Court to calendar a hearing for that date.

Sincerely,

*/s/ Jonathan N. Soleimani*

Jonathan N. Soleimani

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-10279-Civ-WILLIAMS/TORRES

PETER SEAN BROWN,

      Plaintiff,

v.

RICHARD A. RAMSAY, in his official
capacity as Sheriff of Monroe County,

      Defendant.

_____/

## DISCOVERY ORDER

This matter is before the Court pursuant to a discovery hearing held on Thursday, July 11, 2019. The Court, with the benefit of the underlying source materials and oral argument, **ORDERS AND ADJUDGES** as follows:

Peter Sean Brown's ("Plaintiff") motion to compel is **GRANTED in part** as to Richard A. Ramsay's ("Defendant") responses to Plaintiff's first set of interrogatories. As to interrogatory No. 9, Defendant is directed to respond no later than Friday, July 19, 2019. If Defendant's responses to the entirety of interrogatory No. 9 (i.e., Parts 9(a), 9(b), and 9(c)) are not provided by this Monday, July 15, 2019 (the day before a 30(b)(6) deposition of Defendant's records custodian will take place on Tuesday, July 16, 2019), then Plaintiff will be entitled to further depose at a later date the designated 30(b)(6) witness on those same topics that are the subject of the July 16 records custodian deposition.

1

Plaintiff's motion to compel is **GRANTED in part** as to Defendant's responses to Plaintiff's first set of requests for production ("RFPs"). As to RFP No. 8, Plaintiff's counsel represented at the hearing that he will provide a list of names to Defendant's counsel by the end of the day on Thursday, July 11, 2019 (the date of the hearing). Assuming those names were provided, Defendant must produce to Plaintiff – by Friday, July 19, 2019 – all complaints or grievances lodged by those inmates.

Plaintiff's motion is **GRANTED in part**, as to service of process. Defendant shall accept service of deposition subpoenas for the following individuals, and any additional employees of the Monroe County Sheriff's Office ("MCSO") that Plaintiff seeks to depose in this case, at the address for the MCSO that Defendant provided in his Rule 26 disclosures (5525 College Road, Key West, FL 33040): (1) MCSO Officer P. Deihl, (2) MCSO Detention Deputy Enyer Gonzalez Diaz, (3) MCSO Sergeant Yvonne Dixon, (4) MCSO Detention Deputy Andrew Paskiewicz, (5) MCSO Officer Hubbard (ID: 0077), and (6) MCSO Lieutenant Joseph Linares. When Plaintiff mails the deposition subpoenas to the MCSO address listed above, the MCSO employees will be deemed to have been properly served.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of July, 2019.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge