UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA, KEY WEST DIVISION

**CASE NO. 4:18-cv-10279**
**WILLIAMS/TORRES**

Peter Sean Brown,
    Plaintiff,

Vs.

Richard A. Ramsay, in his official capacity of Sheriff
Of Monroe County,

    Defendant.
_____/

## **MEDIATION REPORT**

Pursuant to the Court's Order / Joint Stipulation, a Mediation conference was conducted by Tom Lardin of Mediation Firm, Inc. on 9/26/2019 9:00 AM.

The following were present:

    All Plaintiffs and Plaintiff Trial Counsel appeared.

    All Defendants and Defense Trial Counsel appeared.

The result of the Mediation conference is as follows:

    The parties have reached a Total Impasse.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on :

    **Respectfully Submitted**

By: _____

JAMES B. CHAPLIN, ESQUIRE
Florida Bar Number 110628
401 East Las Olas Boulevard, Suite 1220
Fort Lauderdale, FL 33301
Telephone: 800-741-7000