Major Age
July 16, 2019

```
 1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
 2                     KEY WEST DIVISION

 3   PETER SEAN BROWN,                    CASE NO. 18-cv-10279

 4              Plaintiff,

 5   v.

 6   RICHARD A. RAMSAY, in his
     official capacity as
 7   Sheriff of Monroe County,

 8              Defendant.

 9   _____/

10

11

12              DEPOSITION OF MAJOR TIMOTHY AGE
       [Noticed as Defendant Richard A. Ramsay, in his official
13         capacity as Sheriff of Monroe County, pursuant to
                Federal Rule of Civil Procedure 30(B)(6)]
14              -Taken on Behalf of the Plaintiff-

15

16

17        DATE TAKEN:        July 16, 2019

18        TIME:              3:11 PM - 5:54 PM

19        PLACE:             5501 College Road
                             Key West, Florida  33040
20

21

22        Examination of the witness taken before:
                    Amy Landry, RPR, FPR
23        All Keys Reporting, a U.S. Legal Support Company
     Olde Towne Centre              600 Whitehead Street
24   9701 Overseas Highway          Suite 207, 2nd Floor
     Marathon                       Key West
25   305-289-1201                   305-294-2601
```

```
 1     APPEARANCES FOR THE PLAINTIFF
                   AMIEN KACOU, ESQUIRE
 2            ACLU Foundation of Florida, Inc.
              4023 North Armenia Avenue, Suite 450
 3                  Tampa, Florida 33607
                    akacou@aclufl.org
 4
                          and
 5
                   SARAH M. RICH, ESQUIRE
 6              Southern Poverty Law Center
          150 East Ponce de Leon Avenue, Suite 340
 7                  Decatur, Georgia  30030
                    sarah.rich@splcenter.org
 8

 9             APPEARANCE FOR THE DEFENDANT
                   BRUCE W. JOLLY, ESQUIRE
10         Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A.
              Galleria Corporate Centre, Suite 1216
11                2455 East Sunrise Boulevard
              Fort Lauderdale, Florida  33304
12                  bruce@purdylaw.com

13
                      ALSO PRESENT
14         Andrew Jolly, law clerk for Bruce W. Jolly, Esquire

15
                    I N D E X
16     DEPONENT                                          PAGE
            MAJOR TIMOTHY AGE
17             Direct Examination by Mr. Kacou            3

18                  E X H I B I T S

19     Plf's  Description                              Page
        1    Notice of Deposition                       7
20      2    Bureau Directive: BOC - 2:014              16
        3    Bureau Directive: BOC - 5:003              30
21      4    Bureau Directive: BOC - 2:016              53
        5    Bureau Directive: BOC - 2:013              60
22      6    6-26-19 List of All Inmates Over Time Period  63
        7    Plf's First Set of Requests for Production  86
23      8    (marked but not referenced)
        9    Detainee Request/Grievance Log             70
24     10    Detainee Request/Grievance Log Answered In-house  76
       11    Composite of Request Reports               77
25
```

 1          (WHEREUPON, the following proceedings were had with all

 2    parties present:)

 3                           MAJOR TIMOTHY AGE

 4    was called as a witness and, having been first duly sworn,

 5    was examined and testified as follows:

 6               THE DEPONENT:  Yes.

 7                          DIRECT EXAMINATION

 8    BY MR. KACOU:

 9          Q    So good afternoon, Major Tim Age.  So as I stated

10    earlier, my name is Amien Kacou.  I represent the plaintiff,

11    Peter Sean Brown, in the litigation against Sheriff Ramsay

12    in his official capacity.  Could you please state your full

13    name and current capacity for the record?

14               MR. JOLLY:  Business address.

15          A    Timothy Age.

16          Q    And your full job title?

17          A    Commander of Bureau of Corrections.  I'm a major.

18          Q    Are you being represented by counsel today?

19          A    Yes.

20          Q    Who is your counsel?

21          A    Mr. Jolly.

22          Q    Is that also in your individual capacity?

23          A    No.

24          Q    Have you ever had your deposition taken before?

25          A    Yes.

```
 1        Q    How many times, ballpark?

 2        A    Ten, twelve.

 3        Q    When, most recently?

 4        A    It was at the PD's office.  I know that.  I

 5   couldn't tell you the year.

 6        Q    You don't know what year?

 7        A    Recent memory, no.

 8        Q    Two years, three years?

 9        A    Longer than that.  Maybe four.

10        Q    Maybe four years?

11        A    Maybe four.

12        Q    And the first time?

13        A    The first year I worked here.

14        Q    When did you start working here?

15        A    1998.

16        Q    1998?

17        A    (The deponent nodded.)

18        Q    Do you remember the nature of those proceedings?

19        A    In '98?

20        Q    Yes.

21        A    Yes.

22        Q    What was the nature of the proceedings in 1998?

23        A    It was a detention deputy battered an inmate.

24        Q    What was the nature of the proceedings -- your

25   most recent proceedings at which you -- for which you were
```

```
 1   deposed?

 2        A    I don't even remember.  I don't know.

 3        Q    All right.  Did the -- did those cases ever

 4   involve Immigration and Customs Enforcement in any way?

 5        A    No.

 6        Q    What about, did the -- did those cases involve the

 7   accuracy -- did those cases raise the issues about the

 8   accuracy of MCSO records?

 9        A    No.

10        Q    By MCSO, I mean of course the Monroe County

11   Sheriff's Office.  Have you ever provided testimony at trial

12   or in any other type of legal proceeding?

13        A    No.

14        Q    All right.  I know you've been deposed before, but

15   I will walk you through ground rules anyway, if you don't

16   mind.  So please wait to answer questions until I have

17   finished asking them.  If we speak over each other, it is

18   difficult for the court reporter to take down what is being

19   said.

20             If you don't understand any of my questions,

21   please let me know before you answer.  Otherwise I will

22   assume that you understood the question.

23             Please answer verbally, rather than with a nod or

24   a gesture, so that the court reporter can record your

25   answer.
```

```
1              Your attorney may make objections from time to

2      time.  Unless he instructs you not to answer after the

3      objection is raised, you can go ahead and answer the

4      question.

5         A    Okay.

6         Q    If you need a break at any time, please let me

7      know, and we will try to accommodate you.  I would ask,

8      however, that you answer any question that is pending before

9      we take any break.  Do you have any questions about anything

10     I have said so far?

11        A    No.

12        Q    Do you understand everything I have said so far?

13        A    Yes.

14        Q    All right.  And do you understand that you are

15     under oath?

16        A    Yes.

17        Q    All right.  Is there any reason, whether due to

18     medications or any other factor, that you cannot provide

19     truthful, accurate testimony today?

20        A    No.

21        Q    How did you find out about this deposition?

22        A    Bruce Jolly.

23        Q    When did you find out?

24        A    Yesterday.

25        Q    Just to be clear, you found out yesterday that you
```

```
 1    might be deposed today, or did you find out yesterday that

 2    there was a deposition scheduled in this case?

 3         A    That there was one scheduled.

 4         Q    That there was one scheduled?

 5         A    Yeah.  We decided yesterday that I was going to be

 6    the person for one of the questions.

 7         Q    But you were previously aware that a deposition

 8    was scheduled in this case?

 9         A    Yeah, but I was never subpoenaed to a deposition.

10         Q    Understood.  And who designated you to appear for

11    this deposition?

12         A    Bruce Jolly and I decided that I would be the best

13    person to answer -- to attempt to answer the question.

14         Q    And what did you do to prepare for this

15    deposition?

16         A    Read the question.

17         Q    The questions on --

18         A    That piece of paper, whatever -- whatever title

19    you want to call it.

20              MR. KACOU:  Okay.  This is Exhibit Number 1.  Just

21         for clarity for the record, I should mention that this

22         is a continuation of a 30(B)(6) deposition, and that

23         the same exhibits will be used, and the same numbering

24         system for the exhibits.

25         Q    So I am referring you now to Exhibit Number 1.
```

 1    Please skip to --

 2             MR. JOLLY:  39 and 40.

 3        Q    -- Topics 39 and 40.  I'm not sure what the page

 4    is.

 5        A    Page 9.

 6        Q    All right.  So are you able to testify about

 7    matters relating to MCSO's records and databases from

 8    January 1st, 2014, to the present that relate to detainers?

 9        A    Limited basis.

10             MR. JOLLY:  I should have objected to form.  Form.

11        He answered.

12        Q    What is the limit on your ability to answer those

13    questions?

14             MR. JOLLY:  Objection.  Form.  In the absence of

15        having a question asked, how can anybody say what my

16        limits are?  Objection.  Form.

17             MR. KACOU:  Let's -- okay, thank you.

18             MR. JOLLY:  My pleasure.

19        Q    Are you able to testify about matters -- I'm

20    simply repeating the question, just for clarity.  Are you

21    able to testify about matters relating to MCSO's record and

22    database system from January 1st, 2014, to the present that

23    relate to detainers?

24             MR. JOLLY:  Objection.  Form.

25        Q    Let me rephrase it, if you'd like.  Are you able

1   to -- well, if you don't mind, I will read out loud

2   Topic 39.  Well, so what topics were you designated to

3   testify upon today?

4        A    Grievances.

5        Q    Any other topics?

6        A    No.

7        Q    Can you read Topic 39 to yourself, please.

8        A    39?

9        Q    Yes.  (pause)  Okay.  Have you read that topic?

10       A    Yes.

11       Q    Are you prepared to testify with respect to that

12  topic?

13            MR. JOLLY:  Form.  Go ahead.  You know, if you ask

14       questions, he could probably do a better job.  But I

15       understand that's not what you want to do.

16            MR. KACOU:  Please.

17            MR. JOLLY:  Objection.  Form.

18            MR. KACOU:  Thank you.

19       A    I don't know what you're going after with that

20  question, the way it's written.

21       Q    Okay.  Let me refer you to Topic Number 40, if you

22  could read it to yourself.

23       A    I've read it.

24       Q    Okay.  Were you designated to testify with respect

25  to this topic?

Major Age
July 16, 2019                                    10

1        A     With grievances, yes.

2        Q     Only with grievances?

3        A     Yes.

4        Q     Only with respect to grievances?

5              MR. JOLLY:  But if you ask other questions

6        relevant, he can answer.

7              MR. KACOU:  All right.  Let's take a quick break,

8        please.

9              (A recess was taken from 3:22 p.m. to 3:23 p.m.)

10       Q     All right.  So your attorney, Bruce Jolly, stated

11  that you would be in a position to testify today on

12  Topic 40, not limited to grievances.  Are you aware of that?

13             MR. JOLLY:  Objection.  Form.  What he and I have

14       discussed is none of your business.  It's privileged.

15       And that is not what I said.

16             MR. KACOU:  Mr. Jolly, that's a speaking

17       objection.  Let me clarify.

18       Q     There is no -- when you were designated to testify

19  today, were there any specific limits placed on your

20  ability -- on the topic or set of topics that you could

21  testify about?

22             MR. JOLLY:  Objection.  Form.  Go ahead.  You can

23       answer.

24             MR. KACOU:  By the way, I should say, for the

25       record, please do not instruct the witness.

1        MR. JOLLY:  You don't want me to say, "In spite of

2     my objection, you are permitted -- arguably it's proper

3     for you to answer"?  I think it makes the process go

4     faster.

5        MR. KACOU:  I understand the intent.  But that's

6     also why I went through the ground rules, which is

7     that, "From time to time your attorney may raise

8     objections.  But you are free to answer, unless those

9     objections are related to privilege, and that's a

10    separate matter."  But this is not what's going on at

11    the moment.

12       MR. JOLLY:  Just ask your question.  He will

13    answer it.

14       MR. KACOU:  So let me start again.

15    Q    So again, maybe to repeat myself or rephrase,

16 Counsel for the defendants -- for the defendant, Sheriff

17 Ramsay, Bruce Jolly, informed us before this deposition

18 started that you were designated to testify as to Topic 40

19 and as to portions of Topic 39, although he did not specify

20 what portions of Topic 39.  Are you aware that you were

21 designated to testify as to Topic 40?

22    A    I was aware that I was here to testify about

23 grievances.

24    Q    Topic 40 refers to grievances as only a portion of

25 the documents that we requested the defendant to designate.

1    Well, let me rephrase that again.  Topic 40 -- grievances

2    are only a portion of the topics or subtopics covered under

3    Topic 40.

4              MR. JOLLY:  Okay.  Is that a question?

5              MR. KACOU:  No.  I'm pointing out that --

6              MR. JOLLY:  Why don't you ask him a question?  He

7         will answer your questions.

8              MR. KACOU:  Excuse me.

9              MR. JOLLY:  No.  He can help you if you're seeking

10        information.

11             MR. KACOU:  I understand.  Let me try to phrase it

12        properly.

13             MR. JOLLY:  Fair enough.

14        Q    Okay.  You testified that you're prepared to

15   testify with respect to grievances only; is that correct?

16        A    Yes.

17        Q    Do you understand from your reading of Topic 40

18   that grievances are not the only subject matter covered by

19   that topic?

20        A    No.  I don't understand what you're asking with

21   that question.

22             MR. JOLLY:  I should have objected to form, but

23        I'm not supposed to instruct you --

24             MR. KACOU:  Right.  So let me spell it out.

25        Q    Are you prepared to testify with respect to MCSO's

```
1    policies and practices from January 1st, 2014, to the

2    present regarding the recording and maintenance of documents

3    related to inmates in the ordinary course of business, and

4    specifically with respect to documents other than

5    grievances?

6            MR. JOLLY:  Objection.  Form.

7        Q    Did you understand my question?

8        A    (Deponent shook head.)

9        Q    By the way, as I said earlier, if you do not

10   understand my question, please let me know.  It will save us

11   some time.

12       A    Okay.  I don't understand.

13       Q    Let me try again.  Are you prepared to testify

14   about policies -- about any MCSO policies regarding the

15   recording and maintenance of documents related to inmates in

16   general?

17           MR. JOLLY:  Objection.  Form.

18       A    The best way I can answer that is I can talk about

19   topics.  I don't have any idea where you're going to go, so

20   I don't know if I'm going to know the answer or not.

21       Q    I'm just trying to make sure I understand the

22   scope of your ability to testify about the topics --

23           MR. JOLLY:  You will understand that scope when

24        you finally begin to ask him what he does and what he

25        knows.
```

```
 1              MR. KACOU:  Thank you, Bruce.
 2              MR. JOLLY:  You're welcome.  I'm just trying to
 3         help.
 4         Q    All right.  Just so you are aware, you have been
 5     designated for Topic 40, without limit.
 6              MR. JOLLY:  You keep asking him, "Are you
 7         prepared?"  Why don't you ask him, "You've been working
 8         here for 20 years.  Do you know what -- how the jail
 9         works?"
10              MR. KACOU:  Bruce, that's enough.  This is our
11         deposition, okay?  It's becoming frustrating, and it is
12         undue interference.  Please.
13              MR. JOLLY:  Respectfully, no, it's not.  You are
14         wasting your time and his time.
15              MR. KACOU:  It is my time.  Don't worry about it.
16              MR. JOLLY:  Then you're wasting my time.
17              MR. KACOU:  I'm looking for clarity.
18         Q    So you have been designated for Topic 40.  Your
19     testimony on that topic will be binding on the defendant,
20     the sheriff.
21              MR. JOLLY:  That's a fair statement.
22         Q    And we will move forward on that basis.
23              MR. JOLLY:  Okay.
24         Q    And I should say also that you have been
25     designated for Topic 39, okay?  Can you see it?
```

Major Age
July 16, 2019                                          15

1        A    Yes.

2        Q    Your testimony on that topic will be binding on

3   the sheriff.   And we will move forward on that basis.

4        A    Okay.

5        Q    Does MCSO create records for everyone they book

6   into jail?

7        A    Say that again, please.

8        Q    Does MCSO, Monroe County Sheriff's Office, create

9   records for every person booked into its jails?

10       A    Yes.

11       Q    Does MCSO maintain those records after the person

12  leaves the jail?

13       A    Yes.

14       Q    For how long?

15       A    Seven years.

16       Q    Are those records held in electronic form?

17       A    Yes.

18       Q    And is that the case for every inmate?

19       A    Yes.

20       Q    Are there policies that instruct MCSO personnel

21  regarding how inmate records must be maintained?

22       A    Yes.

23       Q    Which policies?

24       A    Without the policy, I can't tell you.

25       Q    All right.

1        A    I know there is two.

2        Q    There are two policies?

3        A    There are two books.

4        Q    There are two books?

5        A    Yes, sir.

6        Q    Do you know the title of those books?

7        A    General Orders -- Sheriff's Office General Orders.

8   And then BOC Directives.

9        Q    Understood.

10       A    BOC is Bureau of Corrections.  I'm sorry.

11       Q    I understand.  Thank you.  So let me refer you to

12  what we marked as, I believe, Exhibit Number 2.

13            MR. JOLLY:  Tim, what was the second thing called?

14       General Orders and what?

15            THE DEPONENT:  BOC Directives.

16       Q    Is this what you're referring to?  Can you see the

17  exhibit?

18       A    Yes, sir.

19       Q    Is this what you're referring to as a Bureau

20  Directive?

21            MR. JOLLY:  Objection.  Form.

22       Q    Is this an example of what you're referring to as

23  a Bureau Directive?

24       A    Yes.

25       Q    Okay.  Are you familiar with this specific Bureau

```
 1    Directive?

 2          A     Yeah, I'm familiar with it.

 3          Q     Okay.  So what are inmate admission files?

 4          A     Admission files?

 5          Q     Yes.

 6          A     What's in them?

 7          Q     Yes.  Can you describe what is in an inmate

 8    admission file?

 9          A     Well, there is the arresting affidavit.  The

10    victim's notification.  Physical descriptor.  Classification

11    worksheet.  Magistrate form.  Court date, their arraignment.

12    That's off the top of my head.  Without having a file in

13    front of me, I might have forgot something.

14          Q     What is the difference between inmate admission

15    files and custody records?

16          A     I don't know.

17          Q     Let me refer you to -- one moment, please.  Page 2

18    of the Bureau Directive, same exhibit, Exhibit Number 2,

19    under the heading "Custody and Security of Records."  Can

20    you please read to yourself the first paragraph.

21                (pause)

22          A     Okay.

23          Q     Let me repeat my question.  What is the difference

24    between custody records and inmate admission files?

25          A     To me, custody record and admission files is the
```

 1  same file.  It's broken down into two different files, and

 2  then they merge at the end of the sentence or release.

 3       Q    Can you be a little bit more specific?

 4       A    There is one that stays in records.  And that's

 5  the court.  Things that pertain to the courts stay there.

 6       Q    And the inmate admission file?

 7       A    The classification file is another file that's in

 8  classification that's his requests, grievances.

 9       Q    And is that part of the custody record or part of

10  the admission files?

11       A    Yes.  Those two files when the inmate is released,

12  for whatever reason, those two files are merged and scanned

13  in as one document.  The only exception to that is an ICE

14  detainee.  If they are under the IGSA contract, an ICE

15  detainee's grievances or requests do not go in that file.

16  That file is maintained in Krome.

17       Q    Are you referring to the Krome Detention Center?

18       A    (The deponent nodded.)

19       Q    Could you spell it out, please, if possible?

20       A    Krome?

21       Q    Yes, for the court reporter.

22       A    K-r-o-m-e.

23       Q    Okay.  We will go back to that in a moment.  So

24  you said that the inmate admission file and the -- and other

25  custody records are initially kept separately?

1        A     Yes.

2        Q     Okay.  Are they both kept electronically?

3        A     Yes.

4        Q     Are they kept electronically from the beginning of

5   an inmate's detention?

6        A     Not that I'm aware of.

7        Q     When exactly are they merged?

8        A     When the inmate is released.

9        Q     That very day?

10       A     No, not that very day.  I don't know when they

11   scan them in.

12       Q     Okay.  Is there a log-in system that tracks which

13   MCSO employee is accessing inmate admission files?

14       A     No way I would know that, sir.

15       Q     Who would know that?  You would not know whether

16   or not there is a log-in system, or what part --

17       A     You have to log in to it, yes, if that's your

18   question.  I misunderstood the question.  You have to log

19   into it, yes.

20       Q     But you don't know --

21       A     I don't know whether or not it tracks who went in

22   it.

23       Q     But do you know if you have to log into a system

24   in order to see the inmate admission file?

25       A     After they've been scanned, yes.

1        Q     When are they scanned?

2        A     When the inmate is released.

3        Q     Okay.  Are you saying that the inmate admission

4   file is kept in a physical form before the release?

5        A     Yes.  That's correct.

6        Q     Is it ever kept in electronic form before the

7   inmate's release?

8        A     Not that I'm aware of.

9        Q     And who would be aware of whether or not the

10  inmate admission file is kept in electronic form before --

11            MR. JOLLY:  Form.  Go ahead.

12       Q     Would anyone be aware at MCSO -- I was simply

13  rephrasing.

14       A     Any one person?  I can't answer that.

15       Q     In the office, in the --

16       A     In the agency.

17       Q     In the agency?

18       A     If there is an electronic form of the file prior

19  to their release, you would have to ask classification.  You

20  would have to ask jail records.

21       Q     And who is responsible for that unit?

22       A     Director Jamie Denton.  And Captain Ann Sweeney --

23  I'm sorry, she is in charge of general records.  Captain Ann

24  Sweeney is in charge of classification.

25       Q     Thank you for the clarification.  Are those -- are

1    the merged records that you're referring to, are they

2    searchable?  Are they word searchable, those electronic

3    records?  Let me know if I need to clarify.

4         A    No, you don't need to clarify.  But I don't know.

5         Q    All right.  Are you familiar with the SmartCOP

6    database?

7         A    Yes.

8         Q    Who has access to the SmartCOP database?

9         A    People within the agency.  I can name who I know.

10   People in the agency, MCSO.

11        Q    All employees have access to the SmartCOP

12   database?

13        A    To some extent, they can have it, if it's

14   job-related.

15        Q    If it's job-related.  Do all Corrections

16   officers -- or I should say -- let me rephrase that, please.

17   Do all Corrections personnel have access to the inmate

18   admission file?

19             MR. JOLLY:  Objection.  Form.

20        A    All Corrections personnel?

21        Q    Yes.

22        A    Not necessarily.

23        Q    What records personnel -- excuse me.  What

24   Corrections personnel have access to the inmate admission

25   file?

```
 1        A     Besides general records?  Detention deputies.

 2        Q     Detention deputies?  How do they access the inmate

 3   admission file?

 4        A     Go back and inform records that they're going back

 5   to pull it.

 6        Q     So they have to go through records in order to

 7   have access?

 8        A     Or just notify them, "I'm going in to pull

 9   somebody's file."  They don't have to explain why.

10        Q     And do detention deputies have access to the

11   physical file for an inmate?

12        A     Yes.  They can get to it.

13        Q     So is the inmate admission file held physically?

14        A     Yes.

15        Q     Okay.  And where is it held?

16        A     In jail records downstairs, intake and release.

17        Q     Are you familiar with the Master Name Index?

18        A     MNI?  Yes.

19        Q     How is that database created?

20        A     If they -- anyone can input into it that works for

21   the agency, has access to the database.  And any time you

22   interact with somebody patrol-wise, you would enter name and

23   descriptor information that you know of, and enter it into

24   the system.

25        Q     If I may, what do you mean by patrol-wise?
```

```
 1        A    If you're on road patrol.

 2        Q    Oh.

 3        A    Jail-wise, we search in there to see if the name

 4   is already there.

 5        Q    I see.  And was that the case in April 2018?

 6        A    I have no way of knowing that.

 7        Q    And who would know at MCSO?

 8        A    What was significant about that date?

 9        Q    That is when --

10             MR. JOLLY:  Our guy is April of '18.

11        Q    That's when the plaintiff was held.

12        A    Okay.  Whoever the booking officer was.

13        Q    So specifically the booking officer?

14             MR. JOLLY:  I think you misunderstood the

15        question.

16             MR. KACOU:  Yes, perhaps there might be some

17        confusion about this.  Let me try again.

18             MR. JOLLY:  Generally, was that the procedure?

19             MR. KACOU:  Yes.  So let's be clear.

20        Q    So for a specific inmate in April 2018, would any

21   jail employee or any Corrections staff member -- well,

22   perhaps I should --

23             MR. JOLLY:  Detention staff.  Like sworn guys.

24        The sworn people.

25             MR. KACOU:  Thank you.
```

Major Age
July 16, 2019                                      24

1              MR. JOLLY:  My pleasure.

2       Q    So let's say -- I think you referred to deputies

3  earlier.

4       A    Sworn deputies.

5       Q    Sworn deputies.  So these are the staff members

6  who interact with inmates in jail?

7       A    Deputies, yes.

8       Q    So do sworn deputies have access to the MNI?

9       A    Yes.

10       Q    Okay.  And do they have access to the inmate file,

11  to the inmate admission file?

12       A    It's not readily available.  They would have to go

13  to that area to get it.

14       Q    But the MNI is readily available?

15       A    MNI is.

16       Q    How so?

17       A    By computer.

18       Q    Their own computer?

19       A    Yeah.  The housing units all have computers.

20       Q    Is the MNI word searchable?

21       A    Word searchable?  No.

22       Q    Can you enter a key word?  For example,

23  citizenship, name?

24       A    I don't know if citizenship is something you can

25  search for.

Major Age
July 16, 2019                                            25

```
 1        Q    And was that the case in 2018 that the MNI was
 2   readily available to sworn deputies?
 3        A    Yes.
 4        Q    And just so I'm clear -- I apologize.  I haven't
 5   had lunch today.  But you were saying that the MNI is
 6   readily accessible from each deputy's computer?
 7        A    Yes.  If they sign into it, yes.
 8        Q    Are you aware of any log being kept on whether --
 9   on which deputies log into the system at any given time?  I
10   can clarify if you like.
11        A    No.  I understand the question.  I just don't know
12   how to answer it.
13             MR. JOLLY:  Then don't.
14             MR. KACOU:  Please do not instruct.
15             MR. JOLLY:  Please don't remind me not to instruct
16        the witness.  I'm going to -- you know, he works for my
17        client.
18             MR. KACOU:  No, but you're suggesting things.
19             MR. JOLLY:  Gee, what a shock.
20             MR. KACOU:  It is a shock.  Please, I apologize.
21        A    There is footprints.  There is a way IT can pull
22   the information.  I can't get it.
23        Q    Is MNI a part of SmartCOP?
24        A    It's a module, yes.
25        Q    It's a module in SmartCOP?
```

1          A     (The deponent nodded.)

2          Q     Do other agencies have access to the MNI?

3          A     Yes.

4          Q     Which agencies?

5          A     I couldn't tell you who all have access to it.

6          Q     You couldn't tell me --

7          A     I don't grant it.

8          Q     Oh, so they have to be granted permission?

9          A     Uh-huh.

10         Q     By whom?

11         A     Yes, they do.  I'm sorry.  I don't know.  I think

12    IT.

13         Q     Would IT be able to answer the question, then?

14         A     You would have to ask them.

15         Q     Does MCSO policy -- is there an MCSO policy that

16    permits employees to send work-related information through

17    their personal email accounts?

18         A     Say that again, please.

19         Q     Is there an MCSO policy -- and I will rephrase

20    slightly, if you don't mind.  Is there an MCSO policy with

21    respect to allowing employees to send work-related

22    information through their personal email accounts?

23         A     Not that I'm aware of.

24         Q     So you're not aware of any such policy?

25               MR. JOLLY:  Asked and answered.  Go ahead.

Major Age
July 16, 2019                                    27

1          Q    Just to clarify.

2          A    Yes.

3          Q    Does MCSO have a policy regarding retention of

4     email records?

5          A    Yes.

6          Q    What is that policy?

7          A    What number?

8          Q    Sure, if there is a number.

9          A    It's got a number.  But without the General Orders

10    book, I can't tell you.

11         Q    So it is a -- that policy is to be found in the

12    General Orders?

13         A    Yes, sir.

14         Q    Is there a title to that policy?

15         A    I'm sure it has a title.

16         Q    Can you recall the title of that policy?

17         A    No.

18         Q    Can you describe that policy?  For example, is

19    there a number of years for which MCSO personnel are

20    required to retain email records?

21         A    A number of years?

22         Q    Yes.

23         A    I don't know, sir.

24         Q    Do you know any other information about the

25    retention policy?

1          A     No.

2                MR. JOLLY:  Objection.  Form.

3          Q     All right.  Can you give me a step-by-step

4     description of how inmate admission files are created?

5          A     Step-by-step?

6          Q     Yes.

7          A     So in other words, you want me to walk through an

8     intake process?

9          Q     Yes, sir.  Yes, please.

10         A     The arresting entity brings them into the

11    sally port, brings them up.  They are first screened by a

12    nurse.

13         Q     And then?

14         A      If the nurse makes the recommendation that he can

15    be detained, then he stays.  The arresting agency goes into

16    the report-writing room and writes the report.  The

17    detention deputy takes the inmate over to the property

18    counter and starts -- they start relinquishing their

19    property, and we have an inventory.

20         Q     Let me stop you there for a second.  Is there any

21    document that the arresting officer or agency is required to

22    submit to the detention deputy during that process?

23         A     Yes.  The A form.

24         Q     The A form?

25         A     Arrest affidavit, victim notification, and

 1    assessment sheet.

 2         Q    What information does the arrest affidavit

 3    contain?

 4         A    Name, date of birth, weight, height, address if

 5    known.  And the information -- there is charges, and then

 6    the summary of what the arrest was about.

 7         Q    All right.  Do the affidavits include any

 8    information on place of birth, or an inmate's place of

 9    birth?

10         A    I believe so.

11         Q    Do the affidavits include any information on an

12    inmate's driver's license information?

13         A    I don't know.

14         Q    Do the affidavits include any information on the

15    inmate's Social Security number?

16         A    Yes, if they give it.

17         Q    Are inmates asked for their Social Security

18    number?

19         A    Yes.

20         Q    By whom?

21         A    It could be the arresting agency or us.

22         Q    Okay.  Does the -- do MCSO -- does the detention

23    officer have any input as to the content of the A form?

24         A    No.

25         Q    How are inmate grievances submitted?

1     A     An inmate grievance is submitted at the end of the

2     shift.  The attention that we assign this, we call it a

3     rover who retrieves them all.

4          Q     Did you say rover?

5          A     They call it a rover.  They go around and they

6     collect them from all the housing units and bring them

7     upstairs and give them to the sergeant.

8          Q     Physically?

9          A     Yes.

10         Q     Let me refer you to Exhibit Number 3, please.

11    Specifically to the heading "Policy and Procedures."  Do you

12    see it?

13         A     3?  Exhibit 3?

14         Q     Yes.  Exhibit Number 3.

15         A     Okay.

16         Q     It's Bureau Directive 5:003; is that right?

17         A     Yes.

18         Q     Under the header "Policy and Procedures," can you

19    read the first paragraph to yourself, please.

20         A     What header are you talking about?  "Policy and

21    Procedures"?

22         Q     "Policy and Procedures."  If I may point, here.

23         A     Oh, here?  I'm sorry.  What do you want me to do

24    with it?  Read it?

25         Q     Yes.  Just the first paragraph.

```
 1              (pause)

 2      A    Okay.

 3      Q    Okay.  So what is the kiosk?

 4      A    It's an -- Aramark installs them in the housing

 5 units, A-r-a-m-a-r-k.

 6      Q    What is the inmate request form?

 7      A    That's a physical paper form.

 8      Q    Are all inmate grievances entered on that physical

 9 inmate request form?

10      A    Inmate grievances?  For the most part, if the

11 inmate understands the procedure.

12      Q    Is there an electronic system for inmates to enter

13 their grievances?

14      A    Repeat that question again.

15      Q    Is there an -- does MCSO maintain an electronic

16 system for grievances, whether for submission --

17      A    Ms. Curry creates a spreadsheet.

18      Q    Forgive me --

19      A    Ms. Curry creates a spreadsheet.

20      Q    Who is Ms. Curry?

21      A    She is two captains' administrative assistant.

22      Q    Which captains?

23      A    Captain Sweeney and Captain Crane.

24      Q    What are their roles?

25      A    Captain Crane is in charge of jail operations in
```

1    all three facilities.  Captain Sweeney is in charge of

2    support services.  She's like contracts.

3         Q    Gotcha.  So Ms. Curry, when you said that she

4    creates a spreadsheet, you said?

5         A    With grievances, yes.

6         Q    With grievances.  She manually enters that

7    information from the inmate request form into the electronic

8    system?

9         A    She gives it a number.

10        Q    She gives --

11        A    She numbers it.

12        Q    She numbers the --

13        A    -- grievance form.

14        Q    The grievance.  Physically?

15        A    Yes.  She writes a number on it.  And then she

16   logs that into her Excel spreadsheet.

17        Q    What information does she enter into the Excel

18   spreadsheet?

19        A    Do you have one here?  I can take a stab at it,

20   but I'm not going to get it all.

21        Q    Is there a description of the grievance in the

22   spreadsheet?

23        A    Yes.

24             MR. JOLLY:  These are for inmates; right?  Not the

25        ICE guys?

1            THE DEPONENT:  These are the inmates.

2            MR. JOLLY:  Okay.  I was getting confused.

3      Q    Do you know the format of that spreadsheet?

4      A    Format?

5      Q    Yes.  It is in Excel form?

6      A    Yeah, I'm pretty sure it's an Excel spreadsheet.

7      Q    And who receivers inmate grievances once they're

8  collected?

9      A    Say that again, I'm sorry.  My phone is driving me

10  crazy.  It's my son calling me over and over again, so I'm

11  going to have to step out.  But what is the question?

12      Q    Who receives inmate grievances once they're

13  submitted or collected?  Who processes them?

14      A    Venezia gets them, Curry.  She gets the grievances

15  for inmates.  When it gets to her desk, she vets it.  Does

16  it qualify for a grievance, or it's not a grievance?

17  Because sometimes they come up and they're not grievances.

18  But she will number it, enter necessary stuff in her

19  spreadsheet, and she will send it off to where it needs to

20  go, like which department the grievance falls under, for

21  attention.

22            MR. JOLLY:  Major, do you need to call your son?

23            THE DEPONENT:  I do.

24            MR. JOLLY:  Let's take a break.

25            (A recess was taken from 4:00 p.m. to 4:01 p.m.)

1        Q    So we were discussing the spreadsheets for

2    grievances.  You said, I believe, that Ms. Curry, who is an

3    assistant to Captains Sweeney and Crane, maintains the

4    spreadsheet?

5        A    Yes, sir.

6        Q    Did she --

7        A    For inmates.

8        Q    For inmates, yes.  Did she do that in April 2018?

9        A    Yes.

10        Q    And what are the criteria that distinguish that?

11    You said that she was vetting, I think is the word you used;

12    that she would vet whether it's a grievance or it's not.

13    What is the set of criteria to decide?

14        A    She reads the content of the description of what

15    they're aggrieving, and see if it -- a lot of times they

16    will put "Inmate Grievance" on it, and it will be an inmate

17    request for socks.  So if it's something that shouldn't

18    go -- that doesn't belong there, she's going to send that

19    off to laundry, and they're going to take care of it.  And

20    she will not log it.

21        Q    Gotcha.  Is there a general description of the

22    distinction between a grievance and a different type of

23    request?

24        A    There is a policy on grievances.  And it's in the

25    inmate handbook, what qualifies under a grievance, and

1    what's not grievable.

2         Q    Where is that policy?

3         A    It's in the inmate handbook.

4         Q    The inmate handbook?

5         A    (The deponent nodded.)  There are certain things

6    that can't be aggrieved.

7         Q    Understood.  So how are the grievance spreadsheets

8    maintained?

9         A    She keeps it.

10        Q    Physically on her computer?

11        A    Yes.

12        Q    Are those grievance spreadsheets shared with other

13   MCSO staff?

14        A    No.  She is the only one who accesses her

15   spreadsheet until somebody requests it.

16        Q    Who can request it?

17        A    Public records request.  One of us can go in and

18   ask her to pull it up.

19        Q    Would a complaint about being held improperly on

20   an ICE detainer count as a grievance?

21             MR. JOLLY:  Form.  You're missing it.

22             MR. KACOU:  Was that for me?

23             MR. JOLLY:  It's for you.

24             MR. KACOU:  Oh, thank you.

25             MR. JOLLY:  You're welcome.

1       A    Say that again.

2       Q    Sure, because we were distracted.  Would a

3   complaint about being held improperly on an ICE detainer

4   qualify as a grievance?

5            MR. JOLLY:  Form.

6       A    That would be a complaint.

7       Q    That would be a complaint.  And would it be added

8   to the spreadsheet for grievances?

9       A    No.  A complaint wouldn't be added.

10      Q    What is the difference between a complaint and a

11  grievance?

12      A    Well, he is an inmate.  And if he was to write

13  about another entity's hold on him, that's not for us.

14      Q    So the -- so what would you -- what would MCSO --

15  how would MCSO process a complaint --

16      A    It would be directed --

17           MR. JOLLY:  Let him finish, because there is a

18       difference.

19      Q    How would MCSO process a complaint about a

20  detainer?

21      A    How would MCSO process a complaint about a

22  detainer?  That's what you said?

23      Q    Yes.

24      A    It would go to the shift lieutenant.

25      Q    Was that the case in April 2018?

1      A    Yes.

2      Q    Is there a specific policy that addresses this

3  issue?

4      A    No.

5      Q    What are the responsibilities of the shift

6  lieutenant with respect to responding to such complaints?

7      A    Investigate it if necessary, and respond

8  accordingly if possible.

9      Q    Does the shift lieutenant have a responsibility to

10  report the complaint to anyone else?

11      A    It would depend on what it's about.

12      Q    A complaint about a detainer?

13      A    No.

14      Q    And how long do you -- how long are the -- how

15  long are the grievance spreadsheets maintained?

16      A    It would be the seven years.

17      Q    Seven years, the same?  Are they reviewed as -- in

18  a normal course of business by anyone other than the person

19  who maintains them, specifically Ms. Curry?

20      A    Say that one more time.

21      Q    Yes.  Are the grievance spreadsheets reviewed by

22  anyone other than Ms. Curry in the normal course of

23  business?

24      A    It's possible.

25      Q    It's possible?

1        A     (The deponent nodded.)

2        Q     There is no policy with respect to whether or not,

3   for example, a major would be required to review the

4   grievance spreadsheets on a regular basis?

5        A     No.

6        Q     So once the -- once Ms. Curry determines that a

7   request is in fact a grievance, or that let's say a

8   communication from an inmate is actually a grievance, does

9   she have any responsibility to inform any other staff of the

10  nature of that grievance?

11       A     Well, she does inform another staff member.  She

12  gives it to the department head that's over that department

13  to investigate the grievance and respond if they can.

14       Q     So -- and just to clarify again the distinction,

15  to make sure I'm clear about the difference between a

16  complaint about an ICE detainer and a grievance.  You would

17  not -- would there be information on the grievance -- on a

18  grievance spreadsheet about detainers?

19            MR. JOLLY:  Objection.  Form.  Go ahead.

20       Q     Could there be information about detainers on a

21  grievance sheet?

22       A     It's possible.

23       Q     Under what circumstance?

24       A     She might have summarized it as -- I can't really

25  answer that.  I don't know how she would -- what she would

```
 1    read into it and what she would put as the nature of the
 2    grievance.  I don't know.
 3        Q    Is there policy that instructs Ms. Curry to
 4    distinguish complaints from grievances, specifically
 5    complaints --
 6        A    No.
 7        Q    You stated that the -- a grievance would be -- so
 8    you stated that a complaint about an ICE detainer would be
 9    typically handled by a shift lieutenant?
10        A    Yes.
11        Q    Yes.  And you stated that the shift lieutenant
12    would investigate the complaint if necessary and respond
13    accordingly?
14        A    (The deponent nodded.)
15        Q    Correct?  Right?
16             MR. JOLLY:  Objection.  Form.
17        Q    Sure.  But for clarity, are there any specific
18    requirements?  And I apologize if we've gone over some of
19    this not too long ago.  But again, for clarity, are there
20    any specific requirements on the shift lieutenant for the
21    manner of processing complaints about detainers?
22        A    No.
23             MR. JOLLY:  Objection.  Form.
24        Q    Are there any expectations on shift lieutenants
25    for the manner in which complaints about detainers must be
```

1    processed?  Expectations, of course, from MCSO.

2              MR. JOLLY:  Form.

3         Q    And I will define further.  Expectations defined

4    broadly to include policies or practices.  Anything at all?

5         A    I can't answer that.

6         Q    So a complaint about a detainer goes to a shift

7    lieutenant who has no specific duty to do anything at all

8    about it; is that correct?

9              MR. JOLLY:  You are screwing this up.  But go

10        ahead.  Do your best.  Do your best, major.

11             MR. KACOU:  That is suggestive language.

12             MR. JOLLY:  That was suggestive language, that

13        you're screwing it up?  I'm sorry, I didn't mean to

14        suggest.  I meant to say it.

15             MR. KACOU:  Let's not engage.

16             MR. JOLLY:  You're screwing it up.  Major, do the

17        best you can.

18        A    What's the question?

19        Q    That's the problem.  It's distracting.  So would

20   you agree when a shift lieutenant receives a complaint, the

21   shift lieutenant has no specific duty to do anything about

22   it when the complaint is about a detainer?

23             MR. JOLLY:  Objection.  Form.  See, I can't give

24        you any more information.  So if he is unwilling to

25        make it right, I can't do anything about it.

Major Age
July 16, 2019                                      41

```
 1              MR. KACOU:  He can tell me if it's not clear.  I
 2       can help with that.
 3              MR. JOLLY:  No, I can help you, but you don't want
 4       to hear from me.
 5              MR. KACOU:  There is a reason for that.  You're
 6       the defendant's attorney.
 7              MR. JOLLY:  Oh, I'm sorry.  I didn't think you
 8       wanted us to engage.
 9       Q    Would you like me to clarify?
10       A    Yeah.  I don't know how to answer what you're
11  asking me.
12       Q    I'm trying to find out whether or not there is a
13  policy at MCSO that requires shift lieutenants who receive
14  complaints about detainers to investigate those complaints.
15              MR. JOLLY:  Objection.  Form.
16       Q    When they do receive such complaints, or if they
17  receive such complaints.
18              MR. JOLLY:  Same objection.
19       A    I don't know.
20       Q    Okay.  Would a shift lieutenant -- I apologize if
21  I'm going around this.  I'm trying to make sure you're
22  clear, on the record, especially.  So a shift lieutenant who
23  receives a complaint from an inmate about a detainer would
24  not violate an MCSO policy by not investigating that
25  complaint?
```

1      A    Correct.

2            MR. JOLLY:  Objection.  Form.  You've answered.

3            MR. KACOU:  Actually, he was answering, but I did

4      not hear it because you were talking.  It's true.

5            MR. JOLLY:  I am sorry, apparently you don't want

6      me to make objections.

7      Q    Let me rephrase.  I believe you said "correct"?

8      A    Yes.

9      Q    Thank you.  All right.  Let me refer you to

10     Exhibit Number 2, I believe, titled Bureau Directive 2:014.

11     Do you see it?

12     A    Yes.

13     Q    Okay.  Are you familiar with -- oh, let me in fact

14     refer you specifically to a bullet point under -- on page 1,

15     under the heading "Inmate Admission File."

16     A    Okay.

17     Q    First bullet point.

18     A    Okay.

19     Q    Second bullet point.  Do you see it?

20     A    Yes.

21     Q    Okay.  What do the -- what does FCAC refer to?

22     A    9.08.

23            MR. JOLLY:  He is asking what the initials stand

24     for.

25     A    Florida Corrections Accreditation Commission.

1        Q    Okay.  Does FCAC, the Florida Corrections

2   Accreditation Commission, impose any standards on MCSO for

3   the type of information to be kept on inmates?

4        A    Yes.

5        Q    Does that information include place of birth?

6        A    We would have to pull the standard and review it.

7   I know it's in Chapter 14.

8        Q    Chapter 14 of FCAC?

9        A    Yes.

10       Q    So FCAC is in effect defining MCSO policy?

11            MR. JOLLY:  Objection.  Form.

12       Q    I can rephrase.  I can be more clear.  But the

13  standards in Chapter 14, which you just mentioned, establish

14  MCSO's policy with respect to the type of information that

15  you are required --

16       A    They assist.

17       Q    They assist?

18       A    (The deponent nodded.)

19       Q    You're not required?

20       A    Yes.  If there is a standard, we have to comply.

21       Q    And if --

22       A    But that's not limited to that information.

23       Q    Understood.  And if there is a standard, it will

24  be found in Chapter 14?

25            MR. JOLLY:  Of the Florida Administrative Code.

 1              MR. KACOU:   That's what it is?

 2              MR. JOLLY:   (Mr. Jolly nodded.)

 3              MR. KACOU:   Okay.

 4       A    This is referring you back to FCAC 9.08.

 5       Q    Okay.  Regarding the type of information that you

 6   collect from inmates, does it always include place of birth?

 7       A    We ask it.

 8       Q    Ask it?  We -- who specifically?  What staff?

 9       A    The booking deputy.

10       Q    The booking deputy asks of the inmate?

11       A    New arrests.

12       Q    Of the --

13       A    The arresting -- in the intake and release area,

14   they're not referred to as "inmates" yet.  They're new

15   arrests.

16       Q    Understood.  So the arrestee, then.  Oh, wait a

17   minute.  Let me make sure I understand.  So you're saying

18   that the intake deputy will ask the place of birth

19   information from the arrestee?

20       A    Correct.

21       Q    Understood.  Are there any other sources of

22   information that the intake deputy would consult in order to

23   enter the place of birth information?

24       A    If it's on the descriptor form, all of those are

25   asked of the inmate.

1      Q     The form is asked of the inmate?

2      A     Every question on the physical descriptor is

3   asked.

4      Q     Is asked?

5      A     (The deponent nodded.)

6      Q     No other source of information other than the

7   inmate is consulted?

8      A     No.  I didn't say that.

9      Q     I'm asking, then.  Is any other source of

10  information, other than the inmate, consulted for the intake

11  form?

12     A     Of course.  The arrest affidavit has something to

13  do with it.

14     Q     What other documents, or other sources, if any?

15           MR. JOLLY:  Form.  That's not a question.

16     Q     Are there other sources of information, sources

17  other than the arrest affidavit and the inmate?

18     A     Criminal history.

19     Q     Where can the criminal history be found?

20     A     You have to run it.

21     Q     Is it run as a matter of course?

22     A     Yes.

23     Q     For every inmate?

24     A     At some point, yes.

25     Q     At the time of intake?

1      A     No.

2      Q     When, approximately, or usually?

3      A     You would have to ask Classification when they do

4   it.

5      Q     Is it before the time of release?

6      A     Yes.

7      Q     Does the criminal history information include any

8   information about place of birth?

9      A     If it's known.

10     Q     Does it include any information about citizenship?

11     A     I don't know.

12     Q     Who runs the criminal history search?

13     A     Who runs it?

14     Q     Yes.  If you'd prefer, can every staff -- can

15   every sworn deputy run a criminal history search?

16     A     No.

17     Q     What staff members can run a criminal history

18   search?

19     A     People that are full access certified, or limited

20   access.

21     Q     And who are these people?

22     A     Tiffany O'Connell can provide you a list.

23     Q     So these individuals are all MCSO employees who

24   have to make a specific request for access?

25     A     Yes.  Not a request.

```
 1        Q     Sure.  What is the format?
 2        A     Different job positions require different
 3   accesses.
 4        Q     Okay.  So it's based on their responsibilities?
 5        A     Correct.
 6        Q     All right.  Regarding the type of information
 7   again that you collect from inmates, does it always include
 8   driver's license information?  I apologize if I asked that
 9   before, but just to be clear.
10        A     Yeah, the driver's license number would be on the
11   A form.
12        Q     And that information is also obtained from the
13   inmate?
14        A     I'm not the arresting officer, so I don't know.
15        Q     So there is no policy, an MCSO policy about the
16   process?
17        A     No.
18        Q     Is there any policy about the process of obtaining
19   the Social Security number for an inmate?
20        A     We ask that during booking.
21        Q     No other source of information?
22        A     The arresting officer asks for it.
23        Q     Of the inmate?
24        A     Yes.
25        Q     But does not consult any other databases,
```

1   government databases?

2              MR. JOLLY:  Objection.  Form.  That made no sense.

3        A     Yeah, I don't know that.

4        Q     Okay.  Did you understand my question?

5        A     Yes.

6        Q     Okay.  So where does MCSO record an inmate's

7   citizenship when an inmate is booked?

8        A     Where do they record it?

9        Q     Where is it entered, if you prefer?

10       A     It's entered into a database.  But the physical

11  descriptor would have that.  That's where that information

12  would be.

13       Q     And the physical descriptor, is that the intake

14  form?

15       A     It's a booking form, yes.

16       Q     Who has --

17       A     It's also entered on their fingerprint, back of

18  the fingerprint card.

19       Q     The back of the fingerprint card?

20       A     Yes, sir.

21       Q     Who has access to the fingerprint card?

22       A     Jail records enters the information.  They can

23  access it downstairs, and the person up here that does ID.

24       Q     What's that person's role, job title?

25       A     ID tech.

1      Q     ID tech?

2      A     Anybody that's filling in for her role has been

3   tasked to fill in when she's not here.

4      Q     Where is that -- in what office is that person

5   located?  Meaning the structure.

6      A     In the jail.  Admin section of the jail.

7      Q     Gotcha.  Are those the fingerprints that are

8   shared with federal law enforcement agencies?  You were

9   referring to the fingerprint card.

10     A     Say that one more time.

11     Q     Are those the fingerprints that are shared with

12  federal law enforcement agencies?

13     A     They are sent to FDLE.

14     Q     The fingerprints from the fingerprint card?

15     A     The fingerprints are electronically submitted,

16  yes.

17     Q     Electronically submitted?  Understood.  With the

18  citizenship information on the back?

19     A     Yes, if it's known.

20     Q     Okay.  And is citizenship data on the physical

21  file for the inmate?  Is citizenship data entered on the

22  physical file for the inmate?

23           MR. JOLLY:  Form.

24     Q     Is citizenship information included in a --

25           MR. JOLLY:  Somewhere.

1      Q     -- in an inmate's physical file?

2      A     Yes.

3      Q     Is it also included in the MNI?

4      A     I would have to go in there and look.  I don't

5   know.

6      Q     Is the physical inmate file accessible to all jail

7   staff?

8      A     Yes.  You asked me that already.

9      Q     I'm not always sure whether or not we covered it.

10   It's been a long day.  I apologize.  But just to be clear,

11   it's better to ask it again.

12      A     They can access it if they go down there and they

13   have a reason.

14      Q     One moment, I apologize.  (pause)  In case I

15   didn't ask you, does the MNI display place of birth

16   information for an inmate?

17      A     I don't know.

18      Q     Would it be a sufficient reason to check an

19   inmate's file if the inmate is stating that he is a U.S.

20   citizen with an ICE detainer launched against him or her?

21            MR. JOLLY:  Objection.  Form.

22      A     One more time.

23      Q     Sure.  Suppose -- let me place the context.

24   Suppose you have an inmate who is being targeted by an ICE

25   detainer, who claims to be a U.S. citizen.  Would the --

1    would a -- I apologize.

2              MR. JOLLY:  That's okay.  You're finally getting

3         close to where we're going with this case.

4         Q    So if you have an inmate who claims to be a U.S.

5    citizen and who is being targeted by a detainer, would the

6    inmate's claim to be a U.S. citizen who is targeted by a

7    detainer, would this provide -- would this claim provide a

8    basis for an MCSO staff member to gain access to the

9    inmate's MNI or other file?

10             MR. JOLLY:  Objection.  Form.  And you really

11        shouldn't be using the term "targeted."  That's not

12        quite fair.  But answer the question, even as he

13        phrased it, if you can.

14        A    Would that give -- would it prompt you to go pull

15   the file and look?  Is that what you're asking?

16        Q    No, that's not what I'm asking.

17        A    What are you asking?

18        Q    Are there limits on whether or not staff members

19   can access inmate files?

20        A    Are there limits?

21        Q    Yes.  For example, you mentioned earlier one type

22   of limit was potentially based on job responsibilities, I

23   seem to recall.  Is that correct?

24        A    Yes.

25        Q    Okay.  Is a potential reason for access to an

```
 1    inmate file, other than a job responsibility that a staff
 2    member has received a complaint from an inmate claiming to
 3    be a U.S. citizen, when the inmate has received or is
 4    subject to an ICE detainer?
 5              MR. JOLLY:  Do you understand it?
 6              MR. KACOU:  He will let me know.
 7              MR. JOLLY:  No.  I'm asking him, do you understand
 8         it?  If you do, you will answer the question.  I have
 9         objected to form.
10         A    If you're asking me if an inmate says they're a
11    U.S. citizen, can they go look and see?
12         Q    Yes.
13         A    They can, yes.
14         Q    And when you say "they," you mean MCSO staff?
15         A    The housing deputy.
16         Q    The housing deputy specifically.  Quickly, who
17    inputs the information regarding inmate citizenship into
18    records?
19         A    Jail records.
20         Q    Specific staff members?  Any records personnel,
21    essentially?
22         A    No, I've got to clarify.
23         Q    Sure.
24         A    Jail records until midnight.  Then Detention takes
25    over at midnight.
```

1        Q     It's the after-hours thing.  We heard about that.

2        A     And that's Key West.  That's not up the Keys.

3        Q     Understood.  So let me point you to Exhibit

4   Number 4.

5              MR. JOLLY:  Is this a place to break?

6              MR. KACOU:  Please.  Let's take a break.

7              (A recess was taken from 4:32 p.m. to 4:38 p.m.)

8        Q     Let me refer you to Exhibit Number 4, please,

9   Major Age.  That's Bureau Directive 2:016, under the heading

10  "Policy and Procedures," and specifically under the heading

11  "Physical Information Form Questions."  Do you see it?

12       A     Yes.

13       Q     Okay.  It says, "The following questions will be

14  asked by the intake deputy searching for the Physical

15  Information Form;" correct?

16       A     Yes.

17       Q     Look at the bullet points on the right-hand side.

18  One of them is birth city and state?

19       A     Yes.

20       Q     The other is citizenship?

21       A     Yes.

22       Q     So can we interpret the "will" in "The following

23  questions will be asked by the intake deputy/sergeant for

24  the Physical Information Form," can we interpret "will" in

25  that sentence to be a requirement that is placed on the

Major Age
July 16, 2019                                        54

```
 1   intake deputy or sergeant to ascertain the birth city and

 2   the state?

 3            MR. JOLLY:  Objection.  Form.  Answer.

 4        A    It means they will ask.

 5        Q    It means they will ask?

 6        A    (The deponent nodded.)

 7        Q    They will ask every time?

 8        A    Yes.

 9        Q    Okay.  So is the information on the physical

10   information form ever edited?  Meaning after it's entered,

11   is it ever edited after the fact, later?

12        A    I don't know.

13        Q    You don't know?  Is the information on an MNI ever

14   edited at a later date?  Specifically the citizenship

15   information.

16        A    I don't know.

17        Q    What about the place of birth information?

18        A    I don't know if anybody goes back and corrects it.

19        Q    Do they have the authority -- does anyone have the

20   authority to edit inmate records for citizenship, with

21   respect to citizenship?

22        A    Not anybody.  But people in detention, yes.

23        Q    People in detention?

24        A    Jail records.

25        Q    On what basis?
```

```
 1        A    If -- there could be a thousand reasons why they
 2   would go in.
 3        Q    We won't go through all of them.  Give me an
 4   example.
 5        A    The eye color was wrong, so we would correct it.
 6        Q    Okay.  What about that the inmate claims to be a
 7   U.S. citizen?
 8        A    I have no way of --
 9        Q    Let me rephrase.
10        MR. JOLLY:  Finish the question.
11        Q    What about that an inmate, who is subject to a
12   detainer, claims to be a U.S. citizen.  Is that a basis on
13   which the information in inmate records with respect to
14   citizenship might be edited?
15        A    No.
16        Q    It is not?
17        A    No.
18        Q    And who in the jail -- did you say it was jail
19   records who has the authority to make those edits, when
20   there are edits to be made, to inmate records?
21        A    I know they have access to it.
22        Q    They have access?
23        A    Yes.
24        Q    But who has the authority to make the edit, just
25   so I'm clear?
```

1       A     They can.  If something has changed since the last

2   arrest, they will go in there and they will edit it.

3       Q     What about during -- right after an arrest, and

4   during a detention, are there circumstances under which an

5   inmate's information might be changed?

6             MR. JOLLY:  Objection.  Form.  Right after an

7        arrest?  But go ahead as asked.  Answer.

8       Q     All right.  Are there policies that instruct

9   deputies, sworn deputies regarding how to deal with

10  detainers?

11      A     Policies?

12      Q     Yes.

13      A     No.

14      Q     Are there any practices with respect to how sworn

15  deputies deal with detainers?

16            MR. JOLLY:  Objection.  Form.  But go ahead.

17      A     Say it again.

18      Q     Okay.  As a matter of practice, can you -- well,

19  let me rephrase that in a more open fashion.  How do intake

20  deputies typically deal with detainers?

21            MR. JOLLY:  Form.  But go ahead.

22      A     How they deal with detainers?

23      Q     Yes.  So I can clarify.  Again, I'm trying to

24  start with an open question, and then we can clarify if

25  necessary.

```
 1        A    Yeah, I'm sorry, but how they deal with it?  What
 2   do you mean?
 3        Q    So let me use the phrasing I used earlier with
 4   respect to the intake information process.  Can you give me
 5   a step-by-step?  Once a detainer is received, what is the
 6   responsibility of a sworn deputy with respect to process --
 7   or responding to that detainer, if any?
 8        A    The intake deputy receives the detainer from jail
 9   records.
10        Q    And then what happens?
11        A    They find out where the inmate is housed, and they
12   serve it.
13        Q    Okay.  Do the -- first of all, just to clarify,
14   they serve it in person, physically?
15        A    Yes.  They take it to the inmate, and they notify
16   them of the detainer.
17        Q    And that's the intake deputy?
18        A    Or whoever they give it to.  It might be the
19   rover.  It could be that housing deputy.
20        Q    Okay.  Is the -- is any specific training provided
21   with respect to that process?  Do sworn deputies receive any
22   training with respect to responding to detainers?
23             MR. JOLLY:  Objection.  Form.  And responding to
24        detainers?  They don't respond.
25             MR. KACOU:  "Respond," again, it's a matter of
```

```
 1        clarifying.  So "respond" is broad enough.  Once you
 2        receive something, you pay attention to it.  You act on
 3        it.  That's a response, strictly speaking.
 4              MR. JOLLY:  That's not the way I would have asked
 5        the question.  There is a much simpler, more direct
 6        way.  But that's not my job.
 7              MR. KACOU:  Correct.  It is not.
 8              MR. JOLLY:  You've told me you do not want my
 9        help.
10              MR. KACOU:  That's true.  I did say that.
11        Q    Would you like me to rephrase, Major?
12        A    Yes.
13        Q    Okay.  Does MCSO provide any training to deputies,
14   to sworn deputies with respect to handling detainers?
15              MR. JOLLY:  Form.  Go ahead.
16        A    That's the same thing.
17        Q    What does that mean?
18        A    I'm not understanding what you want me to -- what
19   are we after?
20        Q    Do you provide -- does MCSO provide any
21   instruction, any instruction at all, to deputies, to sworn
22   deputies, with respect to detainers?
23        A    Yes.  There is a procedure.
24        Q    There is a procedure?
25        A    (The deponent nodded.)
```

1      Q    What procedure is that?

2      A    It's the one Jamie and Tiffany created.

3      Q    Do you know the title of that procedure?

4      A    No.

5      Q    Has this procedure been produced to the plaintiff

6   in this lawsuit?

7      A    I don't know.

8      Q    Well, you're here speaking for the --

9           MR. JOLLY:  Objection.  Form, then.

10     Q    Jamie?  What is the last name of Jamie?

11     A    Denton.

12     Q    What's the last name for Tiffany?

13     A    O'Connell.

14     Q    What is Tiffany's job title?

15     A    Records manager.

16     Q    When was this procedure created?

17     A    Oh, I -- I couldn't tell you.

18     Q    Is this procedure distributed to all deputies, to

19   all sworn deputies?

20     A    It's available in intake.

21     Q    It's available in intake.  In physical form?

22     A    It was sent out in an email.

23     Q    Okay.  So when -- under what circumstances are ICE

24   holds removed from an inmate's records?

25     A    When are they removed?  When ICE tells us to

```
 1   remove it.
 2       Q    Are there circumstances -- are there any other
 3   circumstances?
 4       A    Well, we wouldn't remove it unless they released
 5   it.
 6       Q    So before a hold is placed, is there a policy to
 7   verify that the information in MCSO inmate records matches
 8   the information on the detainer?
 9       A    No.
10       Q    Let me refer you to Exhibit Number 5, I think.
11   It's BOC Directives 2:013, on the right-hand first bullet
12   point.  Please read it to yourself.
13           (pause)
14       A    Okay.
15       Q    When does placing a hold require identification
16   verification?
17       A    When does placing a hold require identification
18   verification?
19       Q    Yes.  Is this the -- well, the first bullet point
20   starts with, "When placing a hold that requires
21   identification verification;" correct?
22       A    Yes.
23       Q    When does placing a hold require identification
24   verification?
25       A    If a warrant comes from another county or another
```

```
 1    jurisdiction.
 2         Q    When does placing an ICE hold require
 3    identification verification?
 4         A    It doesn't.
 5         Q    There is no process required -- there is no
 6    process, there is no practice -- let me rephrase that.  When
 7    does placing a hold -- does placing a hold ever require any
 8    kind of verification about the inmate?  Is that clear?
 9              MR. JOLLY:  Objection.  Form.  If you understand
10         it.
11         Q    But I can rephrase if it's not clear.  Because you
12    just stated that when placing an ICE hold -- placing an ICE
13    hold does not require identification verification.  I think
14    that's what you said.
15         A    Correct.
16         Q    So I'm trying to figure out, is there any type --
17    is there any other type of verification that is required?
18         A    Of?
19         Q    Well, of the -- fair enough.  That's a fair
20    question.  Was that the case in April 2018 that --
21              MR. JOLLY:  I'm sorry?
22         Q    Let me -- there is structure to this.  Was it the
23    case in April 2018 that no identification verification was
24    required when placing a hold?
25         A    What kind of hold?
```

1              MR. JOLLY:  Form.

2        Q     Placing an ICE hold.

3        A     Say it one more time.

4        Q     Sure.  Was it the case in April 2018 that when an

5   ICE hold was placed, no identification verification was

6   required of MCSO staff?

7        A     Correct.

8        Q     Second bullet point, please, if you can read it to

9   yourself.  First sentence, it says, "Notify the respective

10  agency by telephone if needed."  Is there a log -- I'm

11  sorry.  Are you done reading?  (pause)  Are you reading that

12  single bullet?

13       A     I read it.

14       Q     Okay.  Is there a log of telephone calls made in

15  response -- let me rephrase that.  With respect to the

16  sentence, "Notify the respective agency by telephone if

17  needed," is there a log of such telephone calls?

18       A     Not that I'm aware of.

19       Q     Does MCSO disclose ICE holds in public records?

20       A     We usually ask about the direction of ICE, if they

21  want us to release it.

22       Q     There is no MCSO policy with respect to disclosing

23  ICE holds to the public?

24       A     No.

25       Q     Has this always been the case?

1        A    Yes.

2        Q    In responding to a detainer being issued -- let me

3    rephrase that.  In responding to a detainer being issued,

4    does MCSO send any of its inmate records to ICE?

5        A    Not that I'm aware of.

6        Q    Does -- in responding to a detainer being issued,

7    does MCSO send any information at all from its inmate file

8    or from intake booking regarding citizenship -- regarding

9    the citizenship of the inmate?

10       A    Not that I'm aware of.

11       Q    Regarding the place of birth of the inmate?

12       A    No.

13       Q    No, that you're aware of; or no, they wouldn't

14   send it?

15       A    No, they would not send it.

16       Q    Not send citizenship information?

17       A    No.  We don't send it to them.  No.

18       Q    Let me refer you to Exhibit Number 6, please.

19   Have you ever seen this document?

20       A    I've seen it.

21       Q    You've seen it.  Is this list maintained in the

22   normal course of business?

23       A    No.

24       Q    How was it created?  Or when was it created, first

25   of all?

```
 1        A    I don't know when.

 2        Q    How was it created?

 3        A    I would assume it's 6-26 is when it was created.

 4        Q    And how was it created?

 5        A    I don't know.

 6        Q    Did anyone at MCSO request that this list be

 7   created?

 8        A    I believe it was a public records request.

 9        Q    And where does the content of this document come

10   from?

11        A    It's a crystal report is what it looks like to me.

12        Q    Can you spell crystal?

13        A    C-R-Y-S-T-A-L.

14        Q    As in the first name?

15        A    Yeah.

16        Q    Crystal reports?

17        A    Yes.

18        Q    What are crystal reports, typically?

19        A    Crystal reports are typically something that

20   doesn't exist, and we have to pull some information to fill

21   something out.  So IT can pull a crystal report and give it

22   to us.

23        Q    I see.  Gotcha.  Is the information -- is the

24   content of this document -- is the information in this

25   document -- let me rephrase that.
```

1          Does the information in this document come from

2    the booking file, from an inmate's booking file?

3        A    I'm not aware how he creates the document, where

4    he gets the information from.

5        Q    And who keeps this document?  Who maintains it?

6             MR. JOLLY:  Objection.  Form.

7        A    It's not maintained.

8        Q    It's simply created?

9        A    Correct.

10       Q    Are there any policies with respect to the

11   accuracy that applies to this document, with respect to the

12   accuracy of the content?

13       A    No, sir.

14       Q    Let me point you to Entry 2577 on page 320.

15       A    On this (indicating)?

16       Q    Yes, please.

17       A    What page?

18       Q    Page 320.

19       A    320?

20       Q    Yes.

21       A    Okay.

22       Q    Okay.  So Entry 2577, do you see the words, "Hold

23   ICE" under that entry?

24       A    2577?

25       Q    Yes, sir.

1      A     Yeah.

2      Q     Okay.  Do these words apply only to people who are

3   booked on a state charge and then subject to a detainer?

4      A     I can't answer that.

5      Q     Who could answer this question?

6      A     The person that created it.

7      Q     And who would that be?

8      A     You would have to ask the person that requested

9   the information be pulled.  I don't know.

10      Q     Is there a way to find out?

11      A     Maybe -- maybe public records could tell you,

12   Brittany Brown.

13      Q     Can you answer any question about the content of

14   this document?

15      A     No, sir.

16            MR. JOLLY:  That's not a fair question.

17      Objection.  Form.

18      Q     You can go ahead and answer.  Can you answer any

19   question about the content of this document?

20      A     Can I answer any question?  You would have to ask

21   me a question.

22      Q     I know, but that's why I'm saying.  But I presume

23   there is a possibility that you might, which is why you're

24   hesitating.  So -- because otherwise, logically, you would

25   say simply, "No."  Is there --

1           MR. JOLLY:  It depends on your question.  Can you

2      read the name?  I can read the name.

3           MR. KACOU:  Don't do that.  Come on.

4      Q    Because here is why I'm asking it this way.

5  Because I think you stated that the document was created by

6  someone else?

7      A    Yes.

8      Q    You stated that information -- that the source of

9  the information for this document would have to be obtained.

10  If we wanted information about the source of the information

11  of this document, you would have to obtain it from someone

12  else; right?

13      A    Yes.

14      Q    So my question is, are there other aspects of this

15  document that you would be able to, you know, testify to?

16      A    You asked me to look at a certain number.  And I

17  can look at it and tell you what I read.

18           MR. JOLLY:  Objection.  Form.

19      Q    Let's go through 2577.  There is no "place of

20  birth" entry.  Is there a reason why there is no "place of

21  birth" entry?

22      A    I don't know.

23      Q    All right.  The word ICE after the date of birth,

24  do you know what that word refers to in the context of this

25  entry?

```
 1       A    2577?

 2       Q    Yes.

 3       A    After the date of birth, it says "ICE."  I

 4  don't -- I have no idea.

 5       Q    Let me point you to -- let me refer you to Entry

 6  4501.

 7       A    Okay.

 8       Q    All right.  Specifically to the INS Number column.

 9  Do you see it?  It's on the right.

10       A    Yes.

11       Q    Okay.  For Entry 4501, is there a reason why there

12  is no INS number for that entry?

13       A    They don't have one.

14       Q    4501?  Are you looking at that entry?

15       A    (The deponent nodded.)

16       Q    You see the column, INS Number?

17       A    (The deponent nodded.)

18       Q    Do you see an INS number for that entry?

19       A    No.

20       Q    So for what reason would there not be an INS

21  number for that entry?

22       A    I don't know.

23       Q    Who would know?

24       A    I don't know.

25       Q    All right.  8933.  That's on page 1120.
```

```
 1        A    Okay.

 2        Q    Under the column "Citizen Of," do you see it?

 3        A    Uh-huh.  Yes.

 4        Q     Is there a reason why there is no citizenship

 5   information in that column for this entry?

 6        A    I don't know.

 7        Q    Let me refer you to Entry 10,849.

 8        A    Okay.

 9        Q    All right.  Do you see the words "Hold ICE" in

10   that entry?

11        A    Yes.

12        Q    Do you see the name of the inmate?  Is it Burrows,

13   Francisco DelRoy?

14        A    Yes.

15        Q    Do you see there the date of birth?    ████████

16   1970?

17        A    Yes.

18        Q    Okay.  Let's move to Entry 10,850.

19        A    Okay.

20        Q    Do you see the name for this inmate?

21        A    Yes.

22        Q    Burrows, Francisco DelRoy; correct?

23        A    Yes.

24        Q    Same birthdate, ████████ , 1970?

25        A    Yes.
```

1      Q    Do you see the words "Hold ICE" for this entry?

2      A    Yes.

3      Q    Okay.  Why would the words "Hold ICE" appear twice

4    specifically -- well, let me rephrase that.  Does the fact

5    that the words "Hold ICE" appear at two separate entries for

6    the same -- apparently the same inmate, does that mean that

7    detainers were issued on that same individual on two

8    separate occasions?

9           MR. JOLLY:  Form.

10     A    You're asking me why the hold shows up twice?

11     Q    Yes, sir.

12     A    I don't know.

13     Q    You don't know?

14     A    No.

15     Q    Let me get you quickly to jump to -- actually, let

16   me introduce another exhibit.

17          MR. KACOU:  That would be Exhibit Number 9.

18          (Plaintiff's Exhibit 9 was marked.)

19     Q    As a matter of fact, please detach what appears to

20   be two documents.  Do you recognize this document?

21     A    Yes.  It's a screen shot.

22     Q    Do you recognize the database or log?  It's a

23   document titled "Detainee Requests Grievance Log, Monroe

24   County Detention Center."  Are you familiar with this log?

25     A    Yes.

1        Q    When did you become familiar with this log?

2        A    When it was created.

3        Q    When was it created?

4        A    I don't know.

5        Q    Approximately?  And yet you became aware of it.

6   When did you become aware of it?

7        A    When we made it.

8        Q    So when was it made?

9        A    When they told us to make it, ICE.

10        Q    All right.  Are you familiar with MCSO's

11   intergovernmental services agreement with ICE?

12        A    I'm familiar, yes.

13        Q    What is it?

14        A    It's an agreement between us to house -- and ICE

15   to house ICE detainees.

16        Q    Okay.  So what is the difference between inmates

17   held on ICE detainers and inmates held for ICE under the

18   IGSA?

19        A    IGSA meaning --

20        Q    Meaning the intergovernmental services agreement.

21        A    Yes, sir.  They process in through Krome Detention

22   Center, and they transfer them to us for housing.  We

23   process them in, put them in housing.

24        Q    Are the detainees physically taken through Krome?

25   Let me make sure I'm clear.  Do all detainees -- do all IGSA

1  detainees come physically from Krome Detention Facility?

2      A    Well, their contractor brings them to us.

3      Q    Is that the case for all IGSA detainees?

4      A    Yes.

5      Q    All right.

6           MR. JOLLY:  Let me stop you for a second.

7           (Discussion off the record.)

8      Q    So regarding this exhibit, is it a log of IGSA

9  detainee grievances?

10     A    Yes.

11     Q    This exhibit, Exhibit Number 6 -- I apologize, not

12 Number 6.  Number 9.  Is it correct that all IGSA detainees

13 are held on ICE charges only?

14     A    Say that one more time.

15     Q    Is it the case that all IGSA detainees are held on

16 ICE charges only?

17     A    Yes.

18     Q    Are any of the detainees on this list inmates of

19 MCSO who received a detainer?

20     A    I don't know.

21     Q    Are IGSA grievances maintained with or separately

22 from the records of individuals who are held on local

23 charges?

24          MR. JOLLY:  I'm sorry, objection.  Form.  Madam

25      Reporter, would you read that back and -- unless you

 1     want to correct it.

 2          MR. KACOU:  No.  I will repeat the question.  I

 3     can clarify.

 4          MR. JOLLY:  Verbatim?  Go ahead.

 5          MR. KACOU:  I will look at it again and go over

 6     it.

 7          MR. JOLLY:  Go ahead.

 8     Q    Are IGSA grievances, and I'm referring to --

 9          MR. JOLLY:  You mean inmates?  Detainees?  Not the

10     grievances.

11          MR. KACOU:  I'm confused.

12          MR. JOLLY:  I am, too.  I will keep my mouth shut

13     until you're done.

14     Q    Do you know what I'm referring to when I say IGSA

15   grievances?

16     A    No.

17     Q    I'm referring to the grievances on this log,

18   Exhibit Number 9.

19     A    Okay.

20     Q    Okay?  Are grievances on this log maintained with

21   or separately from records of individuals held by MCSO on

22   local charges only?  "Individuals" meaning "inmates."

23   Meaning, do you keep their records together, or do you

24   segregate those records, the records of IGSA inmates and the

25   records of other inmates?  Are they kept together?  Are they

```
 1   kept separately?

 2         A    I don't know how Classification files them.

 3         Q    So you stated earlier that requests and grievances

 4   are kept in a classification file?

 5         A    For inmates.

 6         Q    For inmates.  And that ICE detainees' grievances

 7   are maintained at Krome?

 8         A    They go to their national detention file.

 9   However, we keep a copy here.

10         Q    Is this (indicating) a copy of the grievances that

11   are sent to Krome?

12              MR. JOLLY:  I'm sorry, if you've combined the

13         two --

14              MR. KACOU:  What?

15              MR. JOLLY:  There are two different.

16              MR. KACOU:  No, they are separate.

17              MR. JOLLY:  9 is only Monroe County Detention

18         Center?

19              MR. KACOU:  Yes, I separated them.  I'm only

20         talking about Monroe County Detention Center.

21              MR. JOLLY:  I got it.

22              MR. KACOU:  So what was the question?

23              (The last question was read back.)

24              MR. KACOU:  Thank you.

25         Q    Exhibit 9.
```

1        A    Yes.   These are the detainees.

2        Q    Detainees?

3        A    (The deponent nodded.)

4        Q    What type of detainees?

5        A    There is only one type of detainee for us.   It's

6   an ICE detainee.

7        Q    On this grievance form or grievance log?

8        A    We refer to ICE detainees as ICE detainees.

9        Q    Gotcha.   As opposed to inmates?

10        A    Yes.

11        Q    Gotcha.   Understood.   Then quickly, let me refer

12   you back to Directive 5:003.   I think that's Exhibit --

13            MR. JOLLY:   Here.

14        Q    Yes, in that pile, please.   I think it's

15   Exhibit 3.   Do you have it?

16        A    Yes.

17        Q    All right.   Let me refer you specifically to

18   page 4 under the heading "Immigration and Customs

19   Enforcement Detainee Request Form," on the right-hand side.

20   Can you read that paragraph quickly to yourself, please.

21            (pause)

22        A    Yes.

23        Q    Does this portion of the directive apply in any

24   way to inmates who are held on ICE detainers?

25            MR. JOLLY:   You just combined the two, inmates and

1        ICE detainers.  Did you understand it?

2             MR. KACOU:  Oh, did I say -- yes, I did.  And

3        that's fine.  Inmates who are held on ICE detainers.  I

4        didn't say ICE detainees.

5             MR. JOLLY:  Right.  I stand corrected, and I will

6        privately chastise myself later.

7        Q    Page 4, with respect to the portion of the

8    directive you just read, the question is, Does that portion

9    of the directive apply in any way to inmates who are being

10   held on an ICE detainer?

11       A    No.

12       Q    Understood.  So are inmate grievances maintained

13   separately from detainee grievances?

14       A    Yes.

15            MR. KACOU:  Thank you.  Let me mark as Exhibit

16       10 -- I apologize.  Let me step back a bit.  Just so

17       you know, Counsel, I gave you a pack of two.  So the

18       next one is going to be Number 10.

19            MR. JOLLY:  I have them.  Yes.

20            MR. KACOU:  This is going to be Number 10.

21            (Plaintiff's Exhibit 10 was marked.)

22       Q    It's a document entitled "Detainee Requests

23   Grievance Log, Monroe County Detention Center, Answered

24   In-house."  Is this a log of ICE detainee grievances?

25       A    That's what it's titled.

1       Q    It doesn't say ICE.

2       A    It says detainee.

3       Q    So every time you say detainee, it means ICE?

4       A    Correct.

5       Q    Understood.

6            MR. KACOU:  All right.  Let's move on to mark

7       Exhibit Number 11.

8            (Plaintiff's Exhibit 11 was marked.)

9       Q    For the record, this document has a Bates number

10   PJGBJ 127 through 129.  Are you familiar with this document?

11      A    Yeah.  It's printed from the kiosk.

12      Q    So you said that grievances are not processed

13   through the kiosk; correct?

14      A    If they understand the process, yes.

15      Q    Okay.  And you just stated that this item was

16   processed through the kiosk?

17           MR. JOLLY:  Objection.  Form.

18      Q    Feel free to -- I thought you mentioned a kiosk

19   just now.

20      A    I did.

21      Q    I just wanted to make sure I understood.  You did?

22      A    (The deponent nodded.)

23      Q    Was this document produced through the kiosk?

24      A    This was printed from the kiosk, yes.

25      Q    Printed from the kiosk.  Do you see that it refers

Major Age
July 16, 2019                                          78

```
 1    to requests regarding classification?  Would this -- is this
 2    considered -- is this document -- yes, do you see it?
 3         A    Yes.
 4         Q    So is this document considered an ICE detainee
 5    grievance?
 6         A    No.
 7         Q    Okay.  Is this document considered an inmate
 8    grievance?
 9         A    Yes.
10         Q    Even though it was not --
11         A    No, rephrase that.
12         Q    Yes.  So is this document -- is this document an
13    inmate grievance, or does this document include inmate
14    grievances?
15         A    No.
16              MR. JOLLY:  Form.
17         Q    Does this document include inmate requests?
18         A    Requests?
19         Q    Yes.
20         A    Yes.
21         Q    What is the difference between a request --
22         A    A request is --
23         Q    -- and a grievance?
24              MR. JOLLY:  Let him finish.
25         Q    Between a request and a grievance?
```

 1        A    A request is that they need something, a service,

 2   or they're requesting a document from their arrest file.

 3   They can request laundry.

 4        Q    Is there a policy for responding to requests?

 5        A    Yes.

 6        Q    What is that policy?

 7        A    It's in this stack somewhere.  I saw it.

 8        Q    You saw it?

 9             MR. JOLLY:  You're going to be here a while yet?

10             MR. KACOU:  We will see.  I don't think so.  Not

11        much.  I don't think so.

12        Q    So would you say it's a bureau directive that

13   determines --

14        A    (The deponent nodded.)

15        Q    Okay.  So the -- so can you describe what that

16   policy is, the policy for responding to requests or for

17   processing requests?

18        A    I can tell you that this (indicating) was sent to

19   Classification.

20        Q    What is Classification?

21        A    They are the ones that classify the inmates and

22   decide where they live.

23        Q    What type of decision can they make, for example?

24        A    It's based on a decision tree.

25        Q    A decision tree?  Can you describe a decision

1    tree?

2         A    A classification decision tree is based on the

3    criminal history; institutional history, if known; and

4    behavior.

5         Q    Again, pointing to Exhibit Number 11, can you read

6    the request dated on the -- on page 1, dated April 26, 2018.

7              MR. JOLLY:  What was the date?  I missed it.

8              MR. KACOU:  The very first request, April 26.

9              MR. JOLLY:  I'm sorry.  Okay.

10        A    Okay.

11        Q    All right.  Do you see that it is a request that

12   states, quote, "I am being misclassified as an illegal

13   Jamaican immigrant."

14        A    That's what it says, yes.

15        Q    Further down it says, "I am a USA citizen, born in

16   Philadelphia, Pennsylvania;" correct?

17        A    Yes.

18        Q    Can you see that it says, "Whatever this mistake

19   is needs to be addressed and rectified."  Can you see that?

20        A    Yes.

21        Q    All right.  So how would -- first of all, who

22   determines whether or not a request with this content goes

23   to Classification?

24        A    He did.  Peter Brown.

25        Q    Peter Brown did?

1      A    (The deponent nodded.)

2      Q    At the kiosk?

3      A    Yes.

4      Q    It's an option the inmate selects for themselves?

5      A    Yes.

6      Q    Was that the correct option for this type of

7   content?

8      A    That's an opinion.

9      Q    It's a matter of opinion?

10     A    (The deponent nodded.)

11     Q    What is -- what happens -- what is Classification

12   supposed to do with this request, a request with this

13   content?

14     A    Well, they received it 4-26, and he was gone by

15   the time they received it.

16     Q    All right.  So let's move on to page number 2, or

17   rather to the next page.  Do you see the first entry on

18   April 8, 2018?

19     A    Yes.

20     Q    Original request.  Do you see that it says, "I am

21   requiring information regarding legal advice pertaining to a

22   false immigration detainer.  I am and have always been a

23   U.S. citizen and this is not the first time this has been an

24   harassment."  Do you see that?

25     A    Yes.

1        Q    Okay.  And this request was sent to Program

2   Services?

3        A    Yes.

4        Q    How would Program Services handle a request with

5   this content?

6        A    Well, I will notate that it was sent to Programs,

7   specifically law library.

8        Q    Okay.  And what is law library supposed to do with

9   a request of that nature?

10        A    From the document, the person that he sent it to,

11   it says, "Are you asking for permission to go to the law

12   library?  We cannot advise you on any legal process."

13        Q    And then the next page, first entry.  April 19,

14   2018.  "I'm trying to obtain information concerning a

15   unvalid ICE hold.  I'm a U.S. citizen.  How is this even

16   possible?"  Sent to "Records," subtype "Holds."  Is that

17   correct?

18        A    Yes.

19        Q    How would Records handle this kind of request?

20        A    They wouldn't.  They forward it.  They didn't.

21        Q    They did not forward it?

22        A    They forwarded it.

23        Q    They forwarded it?

24        A    Yes.

25        Q    To whom?

1       A    S. Medina.

2       Q    Who is S. Medina?

3       A    Stacy Medina.

4       Q    What is Stacy Medina's job title?

5       A    She used to be a programs assistant.

6       Q    She was -- Stacy Medina was recently arrested with

7  drugs in her possession; is this correct?

8            MR. JOLLY:  I don't know about "recent."  Answer

9       the question, even though he added "recent."

10      A    With drugs in her possession.

11      Q    Are you aware of Stacy Medina being arrested?

12      A    I am.

13      Q    Okay.  When?  When was she arrested,

14  approximately?

15      A    Let's see.  This is July.  March, April.

16      Q    Okay.

17      A    That's a guess.

18      Q    Understood.  So what would the program

19  assistant -- what would be the responsibility of the program

20  assistant when they receive a request for this content?

21  We're still talking about the original request dated

22  April 19, 2018.

23      A    Well, this kind of statement doesn't belong to

24  Medina.

25      Q    What kind of statement?

```
 1        A    Stacy Medina's job responsibilities, if that's a
 2   question.
 3        Q    Sure.  Yes.
 4        A    Was a -- she's a law librarian.  She does
 5   religious diets.
 6        Q    Working in the Records department?  It says,
 7   "Type:  Records."  How would a law librarian like her
 8   receive --
 9        A    He sent it to Records.  He chose that.  We didn't
10   do it.
11        Q    So the law librarian works for the Records
12   department?
13        A    No.
14        Q    So why would Stacy Medina be responding to this
15   request?
16        A    I can't answer that.
17        Q    What about P. Deihl?
18        A    Oh, you asked -- say that question again.
19        Q    Which one?
20        A    The one you just said, what would Stacy Medina --
21             MR. JOLLY:  Madam Reporter?
22             MR. KACOU:  Yes, please.
23        A    Why Stacy Medina did what?
24             MR. JOLLY:  Stop talking so that she can read it
25        back.  We all have to stop.
```

| | |
|---|---|
| 1 | (The question on page 84, line 14 was read back.) |
| 2 | A    Again, Deihl sent it to Medina. |
| 3 | Q    Who is Deihl? |
| 4 | A    She's the Records supervisor. |
| 5 | Q    Is there any reason why Deihl would send this |
| 6 | information to Medina? |
| 7 | A    I don't know. |
| 8 | Q    Does -- would Deihl have a responsibility in April |
| 9 | 2018 to process that request in a particular way, a request |
| 10 | with this content? |
| 11 | A    There is no way she could answer that. |
| 12 | Q    What do you mean by answer?  I'm not sure I |
| 13 | understand. |
| 14 | A    The question. |
| 15 | Q    "How is this even possible?" |
| 16 | A    Yes. |
| 17 | Q    Right.  The information being provided of an |
| 18 | inmate claiming to be a U.S. citizen on an invalid ICE hold. |
| 19 | That piece of information, not the question.  In obtaining |
| 20 | that piece of information, would Deihl have a responsibility |
| 21 | to handle that information in any particular way? |
| 22 | A    Yes.  She has to do something with it. |
| 23 | Q    What specifically? |
| 24 | A    She sent it to someone else, because she doesn't |
| 25 | have the answer. |

1       Q    It doesn't matter who else?

2       A    She is saying, "It doesn't belong here."

3       Q    But she sent it to the law librarian?

4       A    She did.

5       Q    Okay.  Let me quickly refer you to Exhibit

6   Number -- that was right after Exhibit 6.  Exhibit 7.

7   Exhibit 7, please.

8            MR. JOLLY:  This is a new topic?  I need to take

9       another break.

10           MR. KACOU:  Let's take a break.

11           (A recess was taken from 5:35 p.m. to 5:39 p.m.)

12      Q    So let's go back to Exhibit Number 7, specifically

13  Request for Production Number 8.  That would be on page 6.

14  It says, "Please produce any and all documents pertaining to

15  complaints related to detainers received by MCSO from

16  January 1, 2006, to the present, including logs thereof and

17  responses thereto."

18      A    Which one is that?

19      Q    Number 8.

20           MR. JOLLY:  Page 6.

21      Q    At the top.

22      A    Okay.

23      Q    So just so I'm clear, again, grievances do not

24  include complaints in your nomenclature, in MCSO

25  nomenclature?

1        A    For inmates, yes.

2        Q    Yes what?  What do you mean?

3        A    An inmate complaint.

4        Q    An inmate complaint may include a grievance; is

5   that what you're saying?  Is a grievance a type of inmate

6   complaint?

7        A    To me, no.

8        Q    It is not?

9        A    (Deponent shook head.)

10       Q    An inmate complaint can take the form of a

11  grievance -- excuse me, of a request instead.  Is this what

12  you're suggesting?

13       A    Yeah.

14       Q    Okay.  So when an inmate who is subject to a

15  detainer wants to issue a request related to that

16  detainer -- or a complaint or a grievance, whatever it is,

17  because if I remember correctly -- and I apologize if it's

18  not structured well, but I will go over that again if

19  necessary.

20            You suggested that it is up to the inmate to

21  determine what the proper procedure would be, what the

22  proper outlet would be for a complaint.  For example, an

23  inmate may -- an inmate who is subject to a detainer and who

24  claims to be a U.S. citizen, and who wants to communicate

25  with MCSO on record about the -- about their complaint, they

 1   would have the option to issue a request or to issue a

 2   grievance?

 3           MR. JOLLY:  Form.

 4       Q   If it's unclear, I'll be glad to rephrase.  I just

 5   want to make sure that you understand, because there is a

 6   complexity to it.

 7           MR. JOLLY:  There is that.

 8       Q   This is a little bit different.

 9       A   I don't understand.  I'm sorry.

10       Q   So is it possible to find detainer-related

11   information in inmate requests?

12       A   Is it possible?

13       Q   Yes.

14       A   I have no way of knowing that.

15       Q   So we just established that with Exhibit 11, we

16   had an example of a request that included detainer-related

17   information.  Do I need to define what "detainer-related

18   information" means?

19           MR. JOLLY:  Objection to form.

20       A   On this (indicating)?

21       Q   Yes.  So this is a request; correct?

22       A   Yes.

23       Q   Okay.  It includes information about a detainer?

24       A   Yes.

25       Q   And this is from the kiosk, you said earlier?

```
1       A    Yes.

2       Q    Are kiosk requests -- let's call them that.  Are

3  kiosk requests searchable by word?  Word searchable?

4       A    I don't know, sir.

5       Q    You don't know?

6       A    I don't.

7       Q    Who would?

8       A    Aramark.

9       Q    Aramark.  What about MCSO staff?

10      A    No.

11      Q    MCSO does not keep a log of inmate requests

12  internally?

13      A    No.

14      Q    But you stated that this --

15      A    However, the kiosk will.

16      Q    The kiosk will?

17      A    You can print it.

18      Q    You can print it.  But you cannot search

19  information in the kiosk?

20      A    I don't know.

21      Q    You don't know?

22      A    (Deponent shook head.)

23      Q    Who would know?  You're saying it would be --

24           MR. JOLLY:  Let me object to form.  "Search

25      information in the kiosk," that's really unfair.  But
```

1      you will do your best to answer that question.

2           MR. KACOU:   Language is what it is.

3      Q    Is it possible to -- tell me about -- I tell you

4    what.  Tell me about the kiosk.  How does the kiosk work?

5      A    The kiosks are in housing.  The inmate has access

6    to it.  They can look at how much they have on their

7    commissary account.  They can order commissary, and there is

8    a request module.

9      Q    Can you describe the request module?

10     A    There is different departments, and who you want

11   to make the request to.  And you pick -- the inmate picks

12   who they want to send the request to.  Then they can type it

13   and send it.

14     Q    When is the information available to be printed,

15   the information from the kiosk?  Any information.

16     A    When it's entered.

17     Q    At that time?

18     A    Yes.

19     Q    Is it possible to retrieve information from the

20   kiosk at a later date?

21     A    Yes.

22     Q    It is?  Okay.  In the process of retrieving that

23   information, is it possible to search for specific

24   information based on a word search, on a key word?

25     A    I don't know.

1       Q    You don't know?

2       A    I don't know.

3       Q    And do you -- who typically searches the kiosk?

4       A    The kiosk belongs to Aramark.

5       Q    Okay.  So how was this Exhibit 11 created or

6   obtained?  Who handled it internally?

7       A    Director Allen printed it.

8       Q    Who is Director Allen?

9       A    Programs director.  Inmate programs director.

10      Q    And his first name?

11           MR. JOLLY:  It's a her.

12           MR. KACOU:  My apologies.

13      A    Keena, K-e-e-n-a.

14           MR. JOLLY:  It's nice that you assumed it was a

15      man, though.

16           MR. KACOU:  It is not nice.

17           MR. JOLLY:  I'm not making a comment there.

18           MR. KACOU:  It is a major failing on my part.

19      Q    Suppose an inmate fills out a grievance, a

20   physical grievance form.  Let me rephrase.  Suppose an

21   inmate who is the subject of a detainer, or who -- suppose

22   an inmate who wants to complain about being held illegally

23   on a detainer fills out a physical grievance form.  Is there

24   a way to search those physical forms for information?

25      A    You said grievance?

```
 1          Q    I said grievances.

 2          A    That's what I understood.  Is that what you said?

 3          Q    Yes.  Because I presume that there is a

 4     separate -- I think there is an intake, if I remember, there

 5     is an intake form of some sort, separate from the kiosk.

 6     The kiosk is for requests; right?

 7          A    (The deponent nodded.)

 8          Q    And then there is a physical intake -- some kind

 9     of physical form to process grievances?

10          A    Paper form.

11          Q    It's a paper form?

12          A    (The deponent nodded.)

13          Q    Okay.  So suppose an inmate fills out a paper form

14     for the purpose of complaining, let's say, about the

15     legality of their detainer.  Would there be a way to search

16     those physical forms specifically for that content?

17          A    The paper forms for an inmate would get filed with

18     the inmate's file.  So you would have to find out which

19     inmate you were asking for, and then we can produce it.

20          Q    The information would not be obtainable through a

21     search of the inmate file by key word?

22               MR. JOLLY:  You mean electronically?

23               MR. KACOU:  Electronically.

24          A    I don't know that.

25          Q    You don't know?
```

Major Age
July 16, 2019                                    93

1        A    (Deponent shook head.)

2        Q    Are the grievance forms, the paper forms for

3   grievances, are they scanned into FORTIS?

4        A    Yes.

5        Q    Is the information in FORTIS word searchable?

6        A    I don't know.

7        Q    You don't know?  Who would know?

8        A    Director Denton and Director -- I mean Manager

9   O'Connell.

10       Q    Records manager?

11       A    Correct.

12            MR. KACOU:  One moment, please.

13            (pause)

14       Q    So with respect to the detainer procedure that was

15   created by Director Denton, what is that procedure?

16            MR. JOLLY:  Form.

17       Q    If you do not understand, I will clarify.

18            MR. JOLLY:  Answer the question.  You can't

19       clarify, if that's what your understanding is.

20       A    You want me to tell you what it says?

21       Q    Yes, what the procedure is.  Right?  Director

22   Denton created a procedure; is that correct?  I mean, I

23   think somewhere in the record you have said --

24       A    It's a section in that direct -- that procedure,

25   whatever you want to call it.

Major Age
July 16, 2019                                          94

1        Q    What is it called internally?

2        A    It's a document.

3        Q    It's a document.  Okay.  So what is the procedure

4   for detainers as described in that document?

5        A    The detainer comes in, however it gets here, on

6   fax, usually fax.  They take it.  Records hands it to a

7   detention deputy for service.  They bring it back.  It goes

8   into their file.

9        Q    Anything else?

10       A    No.  Not that I can remember.

11       Q    And is training provided with respect to the

12   content of that document?

13       A    In that document, it tells them where to fill the

14   service out.

15       Q    Where to what?

16       A    Fill the service out.

17       Q    Fill the service?

18       A    There is a "service" section.

19       Q    Oh.

20       A    All they do is fill it out.

21       Q    Oh, I see.

22       A    Inform the inmate that it's there.  If they ask

23   for a copy, they get a copy.  And they take the original

24   back to Records.

25       Q    So no training is provided with respect to

1    handling that document?

2        A    No.  Not for service, no.

3        Q    You testified that this procedure was emailed out;

4    is that correct?

5        A    I emailed it out.

6        Q    You emailed it out?

7        A    To my staff.

8        Q    To your staff.  So what is your staff, the

9    entirety of the staff under jail command?  So the entire

10   Corrections department?

11       A    The Bureau of Corrections, people assigned to the

12   Bureau of Corrections.  So it would be my captain's

13   lieutenants.

14       Q    And those emails would be maintained according to

15   your retention policy?

16       A    Yes.

17            MR. KACOU:  Okay.  All right, then, no more

18       questions.

19            MR. JOLLY:  He does not waive.  Same procedure for

20       review that we discussed with Ms. Denton.  I will take

21       a copy if ordered.

22            THE REPORTER:  And are you ordering?

23            MR. KACOU:  Yes.

24            (The deposition concluded at 5:54 p.m.)

25

```
 1                      CERTIFICATE OF OATH

 2

 3   STATE OF FLORIDA )
                      )
 4   COUNTY OF MONROE )

 5

 6

 7          I, Amy Landry, RPR, FPR, the undersigned

 8   authority, certify that Major Timothy Age personally

 9   appeared before me and was duly sworn.

10

11          WITNESS my hand and official seal this 24th day of

12   July, 2019.

13

14

15

16

17          _____
            Amy Landry
18          Notary Public - State of Florida
            Commission No. GG 083384
19          Expires:  April 26, 2021

20

21

22

23

24

25
```

Major Age
July 16, 2019                                              97

```
1                    CERTIFICATE OF REPORTER

2

3     STATE OF FLORIDA )
                       )
4     COUNTY OF MONROE )

5

6           I, Amy Landry, Registered Professional Reporter

7     and Florida Professional Reporter, do HEREBY CERTIFY that I

8     was authorized to and did stenographically report the

9     deposition of Major Timothy Age; that a review of the

10    transcript was requested; and that the transcript, pages 1

11    through 95, is a true record of my stenographic notes.

12

13          I FURTHER CERTIFY that I am not a relative,

14    employee, attorney, or counsel of any of the parties, nor am

15    I a relative or employee of any of the parties' attorney or

16    counsel connected with the action, nor am I financially

17    interested in the action.

18

19          DATED this 24th day of July, 2019 at Key West,

20    Monroe County, Florida.

21

22                        _____

                          Amy Landry, RPR, FPR
23                        All Keys Reporting,
                          a U.S. Legal Support Company
24                        9701 Overseas Highway
                          Marathon, Florida  33050
25
```

1                          ERRATA SHEET

2     DO NOT WRITE ON THE TRANSCRIPT ~ ENTER CHANGES ON THIS PAGE

3            IN RE: PETER SEAN BROWN v. RICHARD A. RAMSAY etc.
                     Deposition of Major Timothy Age
4                         Taken July 16, 2019
                      U.S. Legal Job No. 1968157
5

6     Page  Line    Change                      Reason

7     _____

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22
      Under penalties of perjury, I declare that I have read the
23    foregoing document and that the facts stated in it are true.

24

25    _____           _____
      DATE                         Major Timothy Age

```
 1              WITNESS NOTIFICATION LETTER

 2   July 26, 2019

 3   Major Timothy Age
     c/o Bruce W. Jolly, Esquire
 4   Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A.
     Galleria Corporate Centre, Suite 1216
 5   2455 East Sunrise Boulevard
     Fort Lauderdale, Florida  33304
 6   bruce@purdylaw.com

 7

 8   In Re: Peter Sean Brown v. Richard A. Ramsay etc.
            Deposition taken on July 16, 2019
 9          U.S. Legal Support Job No. 1968157

10

11   The transcript of the above-referenced proceeding has been
     prepared and is being provided to your office for review by
12   the witness.

13   We respectfully request that the witness complete their
     review within 30 days and return the errata sheet to our
14   office at the below address or via email to:
     southeastproduction@uslegalsupport.com.

15

16   Sincerely,

17   Amy Landry, RPR, FPR
     U.S. Legal Support, Inc.
18   700 East Dania Beach Boulevard
     First Floor
19   Dania Beach, FL 33004
     305-289-1201

20

21

22

23

24   CC via transcript:
     Amien Kacou, Esquire
25   Jonathan N. Soleimani, Esquire
```

```
      Exhibits

EX 0001 Major
Timothy Age PL
TF 071619
  7:20,25
EX 0002 Major
Timothy Age PL
TF 071619
  16:12 17:18
  42:10
EX 0003 Major
Timothy Age PL
TF 071619
  30:10,13,14
  75:15
EX 0004 Major
Timothy Age PL
TF 071619
  53:3,4,8
EX 0005 Major
Timothy Age PL
TF 071619
  60:10
EX 0006 Major
Timothy Age PL
TF 071619
  63:18 72:11
  86:6
EX 0007 Major
Timothy Age PL
TF 071619
  86:6,7,12
EX 0008 Major
Timothy Age PL
TF 071619
EX 0009 Major
Timothy Age PL
TF 071619
  70:17,18
  73:18 74:25
EX 0010 Major
Timothy Age PL
TF 071619
  76:15,16,21
```

EX 0011 Major
Timothy Age PL
TF 071619
  77:7,8 80:5
  88:15 91:5

───────────────

**1**

**1**  7:20,25
  42:14 80:6
  86:16
**10**  76:16,18,
  20,21
**10,849**  69:7
**10,850**  69:18
**11**  77:7,8
  80:5 88:15
  91:5
**1120**  68:25
**127**  77:10
**129**  77:10
**14**  43:7,8,13,
  24 69:15,24
  85:1
**18**  23:10
**19**  82:13
  83:22
**1970**  69:16,24
**1998**  4:15,16,
  22
**1st**  8:8,22
  13:1

───────────────

**2**

**2**  16:12
  17:17,18
  42:10 81:16
**20**  14:8
**2006**  86:16
**2014**  8:8,22
  13:1
**2018**  23:5,20
  25:1 34:8
  36:25 61:20,
  23 62:4 80:6
  81:18 82:14

83:22 85:9
**2577**  65:14,
  22,24 67:19
  68:1
**26**  80:6,8
**2:013**  60:11
**2:014**  42:10
**2:016**  53:9

───────────────

**3**

**3**  30:10,13,14
  75:15
**30(B)(6)**  7:22
**320**  65:14,18,
  19
**39**  8:2,3 9:2,
  7,8 11:19,20
  14:25
**3:22**  10:9
**3:23**  10:9

───────────────

**4**

**4**  53:4,8
  75:18 76:7
**4-26**  81:14
**40**  8:2,3 9:21
  10:12 11:18,
  21,24 12:1,3,
  17 14:5,18
**4501**  68:6,11,
  14
**4:00**  33:25
**4:01**  33:25
**4:32**  53:7
**4:38**  53:7

───────────────

**5**

**5**  60:10
**5:003**  30:16
  75:12
**5:35**  86:11
**5:39**  86:11

**5:54**  95:24

───────────────

**6**

**6**  63:18
  72:11,12
  86:6,13,20
**6-26**  64:3

───────────────

**7**

**7**  86:6,7,12

───────────────

**8**

**8**  81:18
  86:13,19
**84**  85:1
**8933**  68:25

───────────────

**9**

**9**  8:5 70:17,
  18 72:12
  73:18 74:17,
  25
**9.08**  42:22
  44:4
**98**  4:19

───────────────

**A**

**A-R-A-M-A-R-K**
  31:5
**ability**  8:12
  10:20 13:22
**able**  8:6,19,
  21,25 26:13
  67:15
**about**  5:6,7
  6:9,21 8:6,
  19,21 10:21
  11:22 13:14,
  18,22 14:15
  23:8,17 27:24
  29:6 30:20
  35:19 36:3,

13,19,21
37:11,12
38:15,16,18,
20 39:8,21,25
40:6,8,21,22,
25 41:14,23
46:8,10
47:15,18 53:1
54:17 55:6,11
56:3 61:8
62:20 66:13,
19 67:10
74:20 83:8,21
84:17 87:25
88:23 89:9
90:3,4 91:22
92:14
**absence** 8:14
**access** 21:8,
11,17,24
22:2,7,10,21
24:8,10 26:2,
5 46:19,20,24
48:21,23
50:12 51:8,
19,25 55:21,
22 90:5
**accesses**
35:14 47:3
**accessible**
25:6 50:6
**accessing**
19:13
**accommodate**
6:7
**according**
95:14
**accordingly**
37:8 39:13
**account** 90:7
**accounts**
26:17,22
**Accreditation**
42:25 43:2
**accuracy** 5:7,
8 65:11,12
**accurate** 6:19

**act** 58:2
**actually** 38:8
42:3 70:15
**added** 36:7,9
83:9
**address** 3:14
29:4
**addressed**
80:19
**addresses**
37:2
**Admin** 49:6
**administrative**
31:21 43:25
**admission**
17:3,4,8,14,
24,25 18:6,
10,24 19:13,
24 20:3,10
21:18,24
22:3,13 24:11
28:4 42:15
**advice** 81:21
**advise** 82:12
**affidavit**
17:9 28:25
29:2 45:12,17
**affidavits**
29:7,11,14
**after** 6:2
9:19 15:11
19:25 54:10,
11 56:3,6
58:19 67:23
68:3 86:6
**after-hours**
53:1
**afternoon** 3:9
**again** 11:14,
15 12:1 13:13
15:7 23:17
26:18 31:14
33:9,10 36:1
38:14 39:19
47:7 50:11
56:17,23
57:25 73:5
80:5 84:18

85:2 86:23
87:18
**against** 3:11
50:20
**Age** 3:3,9,15
53:9
**agencies**
26:2,4 49:8,
12
**agency** 20:16,
17 21:9,10
22:21 28:15,
21 29:21
62:10,16
**aggrieved**
35:6
**aggrieving**
34:15
**ago** 39:19
**agree** 40:20
**agreement**
71:11,14,20
**ahead** 6:3
9:13 10:22
20:11 26:25
38:19 40:10
56:7,16,21
58:15 66:18
73:4,7
**all** 3:1 5:3,
14 6:14,17
8:6 10:7,10
14:4 15:25
21:5,11,15,
17,20 24:19
26:5 28:3
29:7 30:3,6
31:8 32:1,20
40:4,7 42:9
44:24 46:23
47:6 50:6
55:3 56:8
57:13 58:21
59:18,19
63:7,25 67:23
68:8,25 69:9
71:10,25
72:3,5,12,15

75:17 77:6
80:11,21
81:16 84:25
86:14 94:20
95:17
**Allen** 91:7,8
**allowing**
26:21
**already** 23:4
50:8
**also** 3:22
11:6 14:24
47:12 48:17
50:3
**although**
11:19
**always** 44:6
47:7 50:9
62:25 81:22
**am** 7:25 42:5
73:12 80:12,
15 81:20,22
83:12
**Amien** 3:10
**and** 3:4,5,13,
16 4:12 5:4
6:3,7,14
7:10,12,14,
22,23 8:2,3,
7,21 10:13,15
11:9,19 13:1,
2,3,15,24
14:11,14,22,
24 15:3,18
16:8,14
17:15,19,24,
25 18:1,4,6,
9,12,24 20:9,
21,22 22:4,
10,15,16,21,
22,23 23:5,7
24:10 25:1,4
26:19,25
28:13,16,18,
19,25 29:5
30:5,6,7,11,
18,20,22
31:23 32:15

33:7,10,17,19
34:3,10,15,
16,19,22,24,
25 35:17
36:7,10,12
37:7,14
38:13,14,16
39:1,11,12,18
40:3 43:6,21,
23 44:13
45:17 46:21
47:12 48:13,
23 49:20
50:4,12 51:5,
10,15 52:11,
14 53:2,10,18
54:1,18 55:18
56:2,3,24
57:10,11,15,
17,23 59:2
64:4,9,20,21
65:5 66:3,7,
18 67:16,17
71:5,14,17,22
72:25 73:5,8,
24 74:3,6
75:18,25
76:2,5 77:15
78:23,25
79:21 80:3,19
81:14,22,23
82:1,8,13
86:14,16
87:17,23,24
88:25 90:7,
10,11,13
91:3,10 92:8,
19 93:8
94:11,23
95:14,22

**Ann** 20:22,23

**another** 18:7
36:13 38:11
60:25 70:16
86:9

**answer** 5:16,
21,23,25 6:2,
3,8 7:13 8:12
10:6,23 11:3,

8,13 12:7
13:18,20
20:14 25:12
26:13 38:25
40:5 41:10
51:12 52:8
54:3 56:7
66:4,5,13,18,
20 83:8 84:16
85:11,12,25
90:1 93:18

**answered** 8:11
26:25 42:2
76:23

**answering**
42:3

**any** 5:4,12,20
6:6,8,9,17,18
9:5 10:19
13:14,19
20:14 22:21
23:20,21
25:8,9 26:24
27:24 28:20
29:7,11,14,23
38:9 39:17,
20,24 40:24
43:2 44:21
45:9,14 46:7,
10 47:18,25
52:20 56:14
57:7,20,21
58:13,20,21
60:2 61:7,16,
17 63:4,7
65:10 66:13,
18,20 72:18
75:23 76:9
82:12 85:5,21
86:14 90:15

**anybody** 8:15
49:2 54:18,22

**anyone** 20:12
22:20 37:10,
18,22 54:19
64:6

**anything** 6:9
40:4,7,21,25
94:9

**anyway** 5:15

**apologies**
91:12

**apologize**
25:4,20 39:18
41:20 47:8
50:10,14 51:1
72:11 76:16
87:17

**apparently**
42:5 70:6

**appear** 7:10
70:3,5

**appears** 70:19

**applies** 65:11

**apply** 66:2
75:23 76:9

**approximately**
46:2 71:5
83:14

**April** 23:5,
10,20 34:8
36:25 61:20,
23 62:4 80:6,
8 81:18 82:13
83:15,22 85:8

**Aramark** 31:4
89:8,9 91:4

**are** 3:18 6:14
8:6,16,19,20,
25 9:11 10:12
11:2,8,9,20
12:2,18,25
13:13 14:4,6,
13 15:16,20
16:2,3,4,25
17:3 18:12,
14,17,25
19:2,4,7
20:1,3,25
21:1,2,5
22:17 24:5
25:8 27:19
28:4,11
29:17,25
30:20 31:8,24
32:24 33:1
34:10 35:5,7,

12 37:5,14,
15,17,21
39:17,19,24
40:9 42:13
43:15 44:21,
24 45:16
46:19,21,23
49:7,11,13,15
51:17,18,20
55:20 56:4,8,
14 58:19
59:23,25 60:2
62:11 64:18,
19 65:10 66:2
67:14 68:14
70:24 71:10,
24 72:13,15,
18,21,22
73:8,20,25
74:4,7,11,15,
16 75:1,24
76:3,9,12
77:10,12
79:21 82:11
83:11 89:2
90:5 93:2,3
95:22

**area** 24:13
44:13

**arguably** 11:2

**around** 30:5
41:21

**arraignment**
17:11

**arrest** 28:25
29:2,6 45:12,
17 56:2,3,7
79:2

**arrested**
83:6,11,13

**arrestee**
44:16,19

**arresting**
17:9 28:10,
15,21 29:21
44:13 47:14,
22

**arrests**

44:11,15
**as** 3:4,5,9
11:18,19,21,
24 13:9
16:12,19,22
18:13 29:23
35:20 36:4
37:17 38:24
39:1 44:14
45:21 51:12
56:7,18 64:14
70:19 75:8,9
76:15 80:12
94:4
**ascertain**
54:1
**ask** 6:7 9:13
10:5 11:12
12:6 13:24
14:7 20:19,20
26:14 35:18
44:7,8,18
46:3 47:20
50:11,15
54:4,5,7
62:20 66:8,20
94:22
**asked** 8:15
26:25 29:17
44:25 45:1,3,
4 47:8 50:8
53:14,23 56:7
58:4 67:16
84:18
**asking** 5:17
12:20 14:6
41:11 42:23
45:9 51:15,
16,17 52:7,10
67:4 70:10
82:11 92:19
**asks** 44:10
47:22
**aspects** 67:14
**assessment**
29:1
**assign** 30:2

**assigned**
95:11
**assist** 43:16,
17
**assistant**
31:21 34:3
83:5,19,20
**assume** 5:22
64:3
**assumed** 91:14
**at** 4:4,25
5:11 6:6
11:10 18:2
20:12 23:7
25:9 30:1
32:19 40:4,7
41:13 45:24,
25 52:25
53:17 54:14
58:21 63:7
64:6 67:16,17
68:14 70:5
73:5 74:7
81:2 86:21
90:6,17,20
95:24
**attempt** 7:13
**attention**
30:2 33:21
58:2
**attorney** 6:1
10:10 11:7
41:6
**August** 69:15,
24
**authority**
54:19,20
55:19,24
**available**
24:12,14 25:2
59:20,21
90:14
**aware** 7:7
10:12 11:20,
22 14:4 19:6
20:8,9,12
25:8 26:23,24
62:18 63:5,

10,13 65:3
71:5,6 83:11

---

**B**

**back** 18:23
22:4 44:4
48:17,19
49:18 54:18
72:25 74:23
75:12 76:16
84:25 85:1
86:12 94:7,24
**ballpark** 4:1
**based** 47:4
51:22 79:24
80:2 90:24
**basis** 8:9
14:22 15:3
38:4 51:8
54:25 55:12
**Bates** 77:9
**battered** 4:23
**became** 71:5
**because** 33:17
36:2,17 42:4
61:11 66:24
67:4,5 85:24
87:17 88:5
92:3
**become** 71:1,6
**becoming**
14:11
**been** 3:4 5:14
14:4,7,18,24
19:25 49:2
50:10 59:5
62:25 81:22,
23
**before** 3:24
5:14,21 6:8
11:17 20:4,6,
10 46:5 47:9
60:6
**begin** 13:24
**beginning**
19:4

**behavior** 80:4
**being** 3:18
5:18 25:8
35:19 36:3
50:24 51:5
63:2,3,6 76:9
80:12 83:11
85:17 91:22
**believe** 16:12
29:10 34:2
42:7,10 64:8
**belong** 34:18
83:23 86:2
**belongs** 91:4
**Besides** 22:1
**best** 7:12
13:18 40:10,
17 90:1
**better** 9:14
50:11
**between**
17:14,24
34:22 36:10
38:15 71:14,
16 78:21,25
**binding** 14:19
15:2
**birth** 29:4,8,
9 43:5 44:6,
18,23 46:8
50:15 53:18
54:1,17 63:11
67:20,21,23
68:3 69:15
**birthdate**
69:24
**bit** 18:3
76:16 88:8
**BOC** 16:8,10,
15 60:11
**book** 15:5
27:10
**booked** 15:9
48:7 66:3
**booking**
23:12,13
44:9,10 47:20
48:15 63:8

65:2
**books** 16:3,4,
6
**born** 80:15
**both** 19:2
**break** 6:6,9
10:7 33:24
53:5,6 86:9,
10
**bring** 30:6
94:7
**brings** 28:10,
11 72:2
**Brittany**
66:12
**broad** 58:1
**broadly** 40:4
**broken** 18:1
**Brown** 3:11
66:12 80:24,
25
**Bruce** 6:22
7:12 10:10
11:17 14:1,10
**bullet** 42:14,
17,19 53:17
60:11,19
62:8,12
**bureau** 3:17
16:10,19,23,
25 17:18
30:16 42:10
53:9 79:12
95:11,12
**Burrows**
69:12,22
**business** 3:14
10:14 13:3
37:18,23
63:22
**but** 5:14 7:7,
9 9:14 10:5
11:5,8,10
12:22 19:20,
23 21:4 24:14
25:5,18 27:9
32:20 33:11,
18 39:17,19

40:9 41:3
42:3 43:12,22
47:9,25 48:10
50:10 51:12
54:22 55:24
56:7,16,21
57:1 58:6
61:11 66:22
86:3 87:18
89:14,18,25
**by** 3:8,18
5:10 10:24
12:18 13:9
22:25 24:17
26:10 28:11
29:20 37:18,
21 39:9 41:24
50:24 51:5,6
53:14,23
62:10,16 67:5
73:21 81:14
85:12 86:15
89:3 92:21
93:15

---

## C

**C-R-Y-S-T-A-L**
64:13
**call** 7:19
30:2,5 33:22
89:2 93:25
**called** 3:4
16:13 94:1
**calling** 33:10
**calls** 62:14,
17
**can** 5:24 6:3
8:15 9:7
10:6,22 12:9
13:18 14:25
16:16 17:7,19
18:3 21:9,13
22:12,20
24:22,24
25:10,21
27:16,18
28:3,14 30:18

32:19 35:16,
17 38:13
40:17 41:1,2,
3 43:12 45:19
46:14,17,22
48:22 50:12
51:13,19
52:11,13
53:22,24
56:1,18,23,24
57:4 61:11
62:8 64:12,21
66:13,18,20
67:1,2,17
73:3 75:20
79:3,15,18,
23,25 80:5,
18,19 84:24
87:10 89:17,
18 90:6,7,9,
12 92:19
94:10
**can't** 15:24
20:14 25:22
27:10 35:6
38:24 40:5,
23,25 66:4
84:16 93:18
**cannot** 6:18
82:12 89:18
**capacity**
3:12,13,22
**Captain**
20:22,23
31:23,25 32:1
**captain's**
95:12
**captains**
31:22 34:3
**captains'**
31:21
**card** 48:18,
19,21 49:9,14
**care** 34:19
**case** 7:2,8
15:18 23:5
25:1 36:25
50:14 51:3

61:20,23
62:4,25 72:3,
15
**cases** 5:3,6,7
**Center** 18:17
70:24 71:22
74:18,20
76:23
**certain** 35:5
67:16
**certified**
46:19
**changed** 56:1,
5
**Chapter** 43:7,
8,13,24
**charge** 20:23,
24 31:25 32:1
66:3
**charges** 29:5
72:13,16,23
73:22
**chastise** 76:6
**check** 50:18
**chose** 84:9
**circumstance**
38:23
**circumstances**
56:4 59:23
60:2,3
**citizen**
50:20,25
51:5,6 52:3,
11 55:7,12
69:2 80:15
81:23 82:15
85:18 87:24
**citizenship**
24:23,24
46:10 48:7
49:18,20,21,
24 52:17
53:20 54:14,
20,21 55:14
63:8,9,16
69:4
**city** 53:18
54:1

claim  51:6,7
claiming  52:2
  85:18
claims  50:25
  51:4 55:6,12
  87:24
clarification
  20:25
clarify  10:17
  21:3,4 25:10
  27:1 38:14
  41:9 52:22
  56:23,24
  57:13 73:3
  93:17,19
clarifying
  58:1
clarity  7:21
  8:20 14:17
  39:17,19
classification
  17:10 18:7,8
  20:19,24 46:3
  74:2,4 78:1
  79:19,20
  80:2,23 81:11
classify
  79:21
clear  6:25
  23:19 25:4
  38:15 41:1,22
  43:12 47:9
  50:10 55:25
  61:8,11 71:25
  86:23
client  25:17
close  51:3
Code  43:25
collect  30:6
  44:6 47:7
collected
  33:8,13
color  55:5
column  68:8,
  16 69:2,5
combined
  74:12 75:25

come  33:17
  64:9 65:1
  67:3 72:1
comes  60:25
  94:5
command  95:9
Commander
  3:17
comment  91:17
commissary
  90:7
Commission
  42:25 43:2
communicate
  87:24
communication
  38:8
complain
  91:22
complaining
  92:14
complaint
  35:19 36:3,6,
  7,9,10,15,19,
  21 37:10,12
  38:16 39:8,12
  40:6,20,22
  41:23,25 52:2
  87:3,4,6,10,
  16,22,25
complaints
  37:6 39:4,5,
  21,25 41:14,
  16,17 86:15,
  24
complexity
  88:6
comply  43:20
computer
  24:17,18 25:6
  35:10
computers
  24:19
concerning
  82:14
concluded
  95:24

confused  33:2
  73:11
confusion
  23:17
considered
  78:2,4,7
consult  44:22
  47:25
consulted
  45:7,10
contain  29:3
content  29:23
  34:14 64:9,24
  65:12 66:13,
  19 80:22
  81:7,13 82:5
  83:20 85:10
  92:16 94:12
context  50:23
  67:24
continuation
  7:22
contract
  18:14
contractor
  72:2
contracts
  32:2
copy  74:9,10
  94:23 95:21
correct  12:15
  20:5 39:15
  40:8 42:1,7
  44:20 47:5
  51:23 53:15
  55:5 58:7
  60:21 61:15
  62:7 65:9
  69:22 72:12
  73:1 77:4,13
  80:16 81:6
  82:17 83:7
  88:21 93:11,
  22 95:4
corrected
  76:5
Corrections
  3:17 16:10

21:15,17,20,
  24 23:21
  42:25 43:1
  95:10,11,12
correctly
  87:17
corrects
  54:18
could  3:12
  9:14,22 10:20
  18:19 29:21
  38:20 55:1
  57:19 66:5,11
  85:11
couldn't  4:5
  26:5,6 59:17
counsel  3:18,
  20 11:16
  76:17
count  35:20
counter  28:18
county  5:10
  15:8 60:25
  70:24 74:17,
  20 76:23
course  5:10
  13:3 37:18,22
  40:1 45:12,21
  63:22
court  5:18,24
  17:11 18:5,21
courts  18:5
covered  12:2,
  18 50:9
Crane  31:23,
  25 34:3
crazy  33:10
create  15:5,8
created  22:19
  28:4 59:2,16
  63:24 64:2,3,
  4,7 65:8 66:6
  67:5 71:2,3
  91:5 93:15,22
creates
  31:17,19 32:4
  65:3

criminal
45:18,19
46:7,12,15,17
80:3
criteria
34:10,13
crystal
64:11,12,16,
18,19,21
current 3:13
Curry 31:17,
19,20 32:3
33:14 34:2
37:19,22 38:6
39:3
custody
17:15,19,24,
25 18:9,25
Customs 5:4
75:18

D

data 49:20,21
database 8:22
21:6,8,12
22:19,21
48:10 70:22
databases 8:7
47:25 48:1
date 17:11
23:8 29:4
54:14 67:23
68:3 69:15
80:7 90:20
dated 80:6
83:21
day 19:9,10
50:10
deal 56:9,15,
20,22 57:1
decide 34:13
79:22
decided 7:5,
12
decision
79:23,24,25

80:2
defendant
11:16,25
14:19
defendant's
41:6
defendants
11:16
define 40:3
88:17
defined 40:3
defining
43:10
Deihl 84:17
85:2,3,5,8,20
Delroy 69:13,
22
Denton 20:22
59:11 93:8,
15,22 95:20
department
33:20 38:12
84:6,12 95:10
departments
90:10
depend 37:11
depends 67:1
deponent 3:6
4:17 13:8
16:15 18:18
26:1 33:1,23
35:5 38:1
39:14 43:18
45:5 54:6
58:25 68:15,
17 75:3 77:22
79:14 81:1,10
87:9 89:22
92:7,12 93:1
deposed 5:1,
14 7:1
deposition
3:24 6:21
7:2,7,9,11,
15,22 11:17
14:11 95:24
deputies
22:1,2,10

24:2,4,5,7,8
25:2,9 56:9,
15,20 57:21
58:13,14,21,
22 59:18,19
deputy 4:23
28:17,22
44:9,10,18,22
46:15 52:15,
16 53:14 54:1
57:6,8,17,19
94:7
deputy's 25:6
deputy/
sergeant
53:23
describe 17:7
27:18 79:15,
25 90:9
described
94:4
description
28:4 32:21
34:14,21
descriptor
17:10 22:23
44:24 45:2
48:11,13
designate
11:25
designated
7:10 9:2,24
10:18 11:18,
21 14:5,18,25
desk 33:15
detach 70:19
detained
28:15
detainee
18:14 70:23
72:9 75:5,6,
19 76:13,22,
24 77:2,3
78:4
detainee's
18:15
detainees
71:15,24,25

72:1,3,12,15,
18 73:9 75:1,
2,4,8 76:4
detainees'
74:6
detainer
35:20 36:3,
20,22 37:12
38:16 39:8
40:6,22 41:23
50:20,25
51:5,7 52:4
55:12 57:5,7,
8,16 60:8
63:2,3,6 66:3
72:19 76:10
81:22 87:15,
16,23 88:23
91:21,23
92:15 93:14
94:5
detainer-
related
88:10,16,17
detainers
8:8,23 38:18,
20 39:21,25
41:14 56:10,
15,20,22
57:22,24
58:14,22 70:7
71:17 75:24
76:1,3 86:15
94:4
detention
4:23 18:17
19:5 22:1,2,
10 23:23
28:17,22
29:22 52:24
54:22,23 56:4
70:24 71:21
72:1 74:8,17,
20 76:23 94:7
determine
87:21
determines
38:6 79:13
80:22

did 4:14 5:3,
6,7 6:21,23
7:1,14 11:19
13:7 30:4
34:6,8 42:3
48:4 55:18
58:10 64:6
71:1,6 76:1,2
77:20,21
80:24,25
82:21 84:23
86:4
didn't 40:13
41:7 45:8
50:15 76:4
82:20 84:9
diets 84:5
difference
17:14,23
36:10,18
38:15 71:16
78:21
different
18:1 34:22
47:2 74:15
88:8 90:10
difficult
5:18
direct 3:7
58:5 93:24
directed
36:16
direction
62:20
directive
16:20,23
17:1,18 30:16
42:10 53:9
75:12,23
76:8,9 79:12
Directives
16:8,15 60:11
director
20:22 91:7,8,
9 93:8,15,21
disclose
62:19

disclosing
62:22
discussed
10:14 95:20
discussing
34:1
discussion
72:7
display 50:15
distinction
34:22 38:14
distinguish
34:10 39:4
distracted
36:2
distracting
40:19
distributed
59:18
do 4:18 6:9,
12,14 7:14
9:14,15 10:25
12:17 13:9
14:8 16:6
18:15 19:23
21:15,17
22:2,10,25
24:8,10 25:14
26:2,11 27:24
29:7,11,14,22
30:11,23
32:19 33:3,
22,23 34:8
37:14 40:7,
10,16,21,25
41:16 42:11,
19,21 45:13
46:3 48:8
52:5,7,8
53:11 54:19
56:19 57:2,
13,21 58:8,20
59:3 65:22
66:2 67:3,24
68:9,18 69:2,
9,12,15,20
70:1,20,22
71:25 73:14,

23 75:15
77:25 78:2
80:11 81:12,
17,20,24 82:8
84:10 85:12,
22 86:23 87:2
88:17 90:1
91:3 93:17
94:20
document
18:13 28:21
63:19 64:9,
24,25 65:1,3,
5,11 66:14,19
67:5,9,11,15
70:20,23
76:22 77:9,
10,23 78:2,4,
7,12,13,17
79:2 82:10
94:2,3,4,12,
13 95:1
documents
11:25 13:2,4,
15 45:14
70:20 86:14
does 13:24
15:5,8,11
26:15 27:3
29:2,22 31:15
32:17 33:15
37:9 38:8,11
42:21 43:1,5
44:6 46:7,10
47:7,25 48:6,
23 50:15
54:19 58:13,
17,20 60:15,
17,23 61:2,7,
13 62:19
63:4,6,7 64:9
65:1 70:4,6
75:23 76:8
78:13,17 84:4
85:8 89:11
90:4 95:19
doesn't 34:18
61:4 64:20
77:1 83:23

85:24 86:1,2
don't 4:6
5:2,15,20
9:1,19 11:1
12:6,20
13:12,19,20
14:7,15 17:16
19:10,20,21
21:4 22:9
24:24 25:11,
13,15 26:7,
11,20 27:23
29:13 38:25
39:2 41:3,10,
19 42:5 46:11
47:14 48:3
50:4,17
54:12,13,16,
18 57:24 59:7
63:17 64:1,5
66:9 67:3,22
68:4,13,22,24
69:6 70:12,13
71:4 72:20
74:2 79:10,11
83:8 85:7
88:9 89:4,5,
6,20,21 90:25
91:1,2 92:24,
25 93:6,7
done 62:11
73:13
down 5:18
18:1 50:12
80:15
downstairs
22:16 48:23
driver's
29:12 47:8,10
driving 33:9
drugs 83:7,10
due 6:17
duly 3:4
during 28:22
47:20 56:3,4
duty 40:7,21

## E

**each** 5:17
25:6
**earlier** 3:10
13:9 24:3
51:21 57:3
74:3 88:25
**edit** 54:20
55:24 56:2
**edited** 54:10,
11,14 55:14
**edits** 55:19,
20
**effect** 43:10
**electronic**
15:16 20:6,
10,18 21:2
31:12,15 32:7
**electronically**
19:2,4 49:15,
17 92:22,23
**else** 37:10
67:6,12 85:24
86:1 94:9
**email** 26:17,
22 27:4,20
59:22
**emailed** 95:3,
5,6
**emails** 95:14
**employee**
19:13 23:21
**employees**
21:11 26:16,
21 46:23
**end** 18:2 30:1
**enforcement**
5:4 49:8,12
75:19
**engage** 40:15
41:8
**enough** 12:13
14:10 58:1
61:19

**enter** 22:22,
23 24:22
31:12 32:17
33:18 44:23
**entered** 31:8
48:9,10,17
49:21 54:10
90:16
**enters** 32:6
48:22
**entire** 95:9
**entirety** 95:9
**entitled**
76:22
**entity** 28:10
**entity's**
36:13
**entries** 70:5
**entry** 65:14,
22,23 67:20,
21,25 68:5,
11,12,14,18,
21 69:5,7,10,
18 70:1 81:17
82:13
**especially**
41:22
**essentially**
52:21
**establish**
43:13
**established**
88:15
**even** 5:2
51:12 78:10
82:15 83:9
85:15
**ever** 3:24
5:3,11 20:6
54:10,11,13
61:7 63:19
**every** 15:9,18
45:2,23
46:14,15 54:7
77:3
**everyone** 15:5
**everything**

6:12
**exactly** 19:7
**EXAMINATION**
3:7
**examined** 3:5
**example** 16:22
24:22 27:18
38:3 51:21
55:4 79:23
87:22 88:16
**Excel** 32:16,
17 33:5,6
**exception**
18:13
**excuse** 12:8
21:23 87:11
**exhibit** 7:20,
25 16:12,17
17:18 30:10,
13,14 42:10
53:3,8 60:10
63:18 70:16,
17,18 72:8,11
73:18 74:25
75:12,15
76:15,21
77:7,8 80:5
86:5,6,7,12
88:15 91:5
**exhibits**
7:23,24
**exist** 64:20
**expectations**
39:24 40:1,3
**explain** 22:9
**extent** 21:13
**eye** 55:5

## F

**facilities**
32:1
**Facility** 72:1
**fact** 38:7
42:13 54:11
70:4,19

**factor** 6:18
**failing** 91:18
**fair** 12:13
14:21 51:12
61:19 66:16
**falls** 33:20
**false** 81:22
**familiar**
16:25 17:2
21:5 22:17
42:13 70:24
71:1,10,12
77:10
**far** 6:10,12
**fashion** 56:19
**faster** 11:4
**fax** 94:6
**FCAC** 42:21
43:1,8,10
44:4
**FDLE** 49:13
**federal** 49:8,
12
**Feel** 77:18
**figure** 61:16
**file** 17:8,12
18:1,6,7,15,
16,24 19:24
20:4,10,18
21:18,25
22:3,9,11,13
24:10,11
42:15 49:21,
22 50:1,6,19
51:9,15 52:1
63:7 65:2
74:4,8 79:2
92:18,21 94:8
**filed** 92:17
**files** 17:3,4,
15,24,25
18:1,10,11,12
19:13 28:4
51:19 74:2
**fill** 49:3
64:20 94:13,
16,17,20

filling  49:2
fills  91:19,
  23  92:13
finally  13:24
  51:2
find  6:21,23
  7:1  41:12
  57:11  66:10
  88:10  92:18
fine  76:3
fingerprint
  48:17,18,19,
  21  49:9,14
fingerprints
  49:7,11,14,15
finish  36:17
  55:10  78:24
finished  5:17
first  3:4
  4:12,13  17:20
  28:11  30:19,
  25  42:17
  57:13  60:11,
  19  62:9  63:24
  64:14  80:8,21
  81:17,23
  82:13  91:10
Florida  42:25
  43:1,25
following  3:1
  53:13,22
follows  3:5
footprints
  25:21
for  3:13  4:25
  5:18  7:6,10,
  14,21,24  8:20
  10:24  11:3,16
  14:5,8,17,18,
  25  15:5,9,14,
  18  18:12,21
  20:21,25
  22:11,20
  23:20  24:22,
  25  25:16
  27:18,19
  28:20  29:17
  31:10,12,16

32:24  33:15,
  16,20  34:1,7,
  8,17  35:22,23
  36:8,13  38:3
  39:17,19,20,
  25  41:5  42:24
  43:2  45:10,23
  46:24  47:19,
  22  49:2,21,22
  50:16  51:8,
  21,25  53:14,
  23  54:20
  59:8,12  67:9
  68:11,12,18,
  20,21  69:5,20
  70:1,5  71:17,
  22  72:3,6
  74:5,6  75:5
  77:9  79:4,16,
  23  81:4,6
  82:11  83:20
  84:11  86:13
  87:1,22  90:23
  91:24  92:6,
  14,16,17,19
  93:2  94:4,7,
  23  95:2,19
Forgive  31:18
forgot  17:13
form  8:10,14,
  16,24  9:13,17
  10:13,22
  12:22  13:6,17
  15:16  16:21
  17:11  20:4,6,
  10,11,18
  21:19  28:2,
  23,24  29:23
  31:6,7,9
  32:7,13  33:5
  35:21  36:5
  38:19  39:16,
  23  40:2,23
  41:15  42:2
  43:11  44:24
  45:1,11,15
  47:11  48:2,
  14,15  49:23
  50:21  51:10

52:9  53:11,
  15,24  54:3,10
  56:6,16,21
  57:23  58:15
  59:9,21  61:9
  62:1  65:6
  66:17  67:18
  70:9  72:24
  75:7,19  77:17
  78:16  87:10
  88:3,19  89:24
  91:20,23
  92:5,9,10,11,
  13  93:16
format  33:3,4
  47:1
forms  91:24
  92:16,17  93:2
FORTIS  93:3,5
forward  14:22
  15:3  82:20,21
forwarded
  82:22,23
found  6:25
  27:11  43:24
  45:19
four  4:9,10,
  11
Francisco
  69:13,22
free  11:8
  77:18
from  6:1  8:7,
  22  10:9  11:7
  12:17  13:1
  19:4  25:6
  30:6  32:7
  33:25  38:8
  39:4  40:1
  41:4,23  44:6,
  19  47:7,12
  49:14  52:2
  53:7  57:8
  59:24  60:25
  63:7,8  64:10
  65:1,2,4
  67:11  72:1,22
  73:21  76:13

77:11,24,25
  79:2  82:10
  86:11,15
  88:25  90:15,
  19  92:5
front  17:13
frustrating
  14:11
full  3:12,16
  46:19
further  40:3
  80:15

_____

G

gain  51:8
gave  76:17
Gee  25:19
general  13:16
  16:7,14  20:23
  22:1  27:9,12
  34:21
Generally
  23:18
gesture  5:24
get  22:12
  24:13  25:22
  32:20  70:15
  92:17  94:23
gets  33:14,15
  65:4  94:5
getting  33:2
  51:2
give  28:3
  29:16  30:7
  40:23  51:14
  55:3  57:4,18
  64:21
given  25:9
gives  32:9,10
  38:12
glad  88:4
go  6:3  9:13
  10:22  11:3
  13:19  18:15,
  23  20:11
  22:4,6  24:12

26:25 30:5
33:20 34:18
35:17 36:24
38:19 40:9
50:4,12 51:14
52:11 55:2,3
56:2,7,16,21
58:15 66:18
67:19 73:4,5,
7 74:8 82:11
86:12 87:18
**goes** 28:15
40:6 54:18
80:22 94:7
**going** 7:5
9:19 11:10
13:19,20
22:4,8 25:16
32:20 33:11
34:18,19
41:21 51:3
76:18,20 79:9
**gone** 39:18
81:14
**good** 3:9
**got** 27:9
52:22 74:21
**Gotcha** 32:3
34:21 49:7
64:23 75:9,11
**government**
48:1
**grant** 26:7
**granted** 26:8
**grievable**
35:1
**grievance**
30:1 32:13,
14,21 33:16,
20 34:12,16,
22,25 35:7,
12,20 36:4,11
37:15,21
38:4,7,8,10,
13,16,17,18,
21 39:2,7
70:23 75:7
76:23 78:5,8,

13,23,25
87:4,5,11,16
88:2 91:19,
20,23,25 93:2
**grievances**
9:4 10:1,2,4,
12 11:23,24
12:1,15,18
13:5 18:8,15
29:25 31:8,
10,13,16
32:5,6 33:7,
12,14,17
34:2,24 36:8
39:4 72:9,21
73:8,10,15,
17,20 74:3,6,
10 76:12,13,
24 77:12
78:14 86:23
92:1,9 93:3
**ground** 5:15
11:6
**guess** 83:17
**guy** 23:10
**guys** 23:23
32:25

---

### H

**had** 3:1,24
25:5 88:16
**handbook**
34:25 35:3,4
**handle** 82:4,
19 85:21
**handled** 39:9
91:6
**handling**
58:14 95:1
**hands** 94:6
**happens** 57:10
81:11
**harassment**
81:24
**has** 21:8
22:21 27:15
40:7,21 45:12

48:16,21 49:2
52:2,3 55:19,
24 56:1 59:5
62:25 77:9
81:23 85:22
90:5
**have** 3:24
5:11,16 6:9,
10,12 8:10
9:9 10:13
12:22 13:19
14:4,18,24
17:13 19:17,
18,23 20:19,
20 21:11,13,
17,24 22:6,7,
9,10 23:6
24:8,10,12,19
26:2,5,8,14
27:3 28:19
29:23 32:19
33:11 37:9
38:9,24 43:6,
20 45:20
46:3,24 48:11
50:4,13,24
51:4 52:8
54:19 55:8,
21,22 58:4
63:19 64:20
66:8,20 67:9,
11 68:4,13
75:15 76:19
81:22 84:25
85:8,20,25
88:1,14 90:6
92:18 93:23
**haven't** 25:4
**having** 3:4
8:15 17:12
**he** 6:2 8:11
9:14 10:6,13
11:12,19
12:6,9 13:24
25:16 28:14,
15 36:12
40:24 41:1
42:3,23 50:19
51:12 52:6

65:3,4 80:24
81:14 82:10
83:9 84:9
95:19
**head** 13:8
17:12 38:12
87:9 89:22
93:1
**header** 30:18,
20
**heading** 17:19
30:11 42:15
53:9,10 75:18
**hear** 41:4
42:4
**heard** 53:1
**height** 29:4
**held** 15:16
22:13,15
23:11 35:19
36:3 71:17
72:13,15,22
73:21 75:24
76:3,10 91:22
**help** 12:9
14:3 41:2,3
58:9
**her** 32:16
33:15,18
35:10,14,18
49:2 50:20
83:7,10 84:7
91:11
**here** 4:13,14
11:22 14:8
30:22,23
32:19 48:23
49:3 59:8
67:4 74:9
75:13 79:9
86:2 94:5
**hesitating**
66:24
**him** 12:6
13:24 14:6,7
36:13,17
50:20 52:7
78:24

**his** 3:12
14:14 18:8
91:10
**history**
45:18,19
46:7,12,15,17
80:3
**hold** 36:13
60:6,15,17,
20,23 61:2,7,
12,13,24,25
62:2,5 65:22
69:9 70:1,3,
5,10 82:15
85:18
**holds** 59:24
62:19,23
82:16
**house** 71:14,
15
**housed** 57:11
**housing** 24:19
30:6 31:4
52:15,16
57:19 71:22,
23 90:5
**how** 4:1 6:21
8:15 14:8
15:14,21
22:2,19 24:16
25:12 28:4
29:25 35:7
36:15,19,21
37:14 38:25
41:10 56:9,
14,19,22 57:1
63:24 64:2,4
65:3 74:2
80:21 82:4,
15,19 84:7
85:15 90:4,6
91:5
**however** 6:8
74:9 89:15
94:5

---

**I**

**I'LL** 88:4
**I'M** 3:17 8:3,
19 12:5,23
13:20,21
14:2,17 16:10
17:2 19:6
20:8,23 22:8
25:4,16
26:11,23
27:15 30:23
32:20 33:6,9,
10 38:15
40:13 41:7,
12,21 45:9
47:14 50:9
51:16 52:7
55:25 56:23
57:1 58:18
61:16,21
62:10,18
63:5,10 65:3
66:22 67:4
71:12,25
72:24 73:8,
11,14,17
74:12,19 80:9
82:14,15
85:12 86:23
88:9 91:17
**I'VE** 9:23
52:22 63:20
**ICE** 18:13,14
32:25 35:20
36:3 38:16
39:8 50:20,24
52:4 59:23,25
61:2,12 62:2,
5,19,20,23
63:4 65:23
67:23 68:3
69:9 70:1,3,5
71:9,11,14,
15,17 72:13,
16 74:6 75:6,
8,24 76:1,3,
4,10,24 77:1,

3 78:4 82:15
85:18
**ID** 48:23,25
49:1
**idea** 13:19
68:4
**identification**
60:15,17,21,
23 61:3,13,23
62:5
**if** 5:15,17,20
6:6 8:25 9:1,
13,21 10:5
12:9 13:9,20
18:14,19
19:17,23
20:18 21:3,
13,15 22:20,
25 23:1,3
24:24 25:7,10
26:20 27:8
28:14 29:4,16
30:22 31:10
34:15,17
36:12 37:7,8
38:13 39:12,
18 40:24
41:1,16,20
43:20,21,23
44:24 45:14
46:9,14 47:8
48:9 49:19
50:12,19
51:4,13 52:8,
10 54:18 55:1
56:1,24 57:7
60:25 61:9,11
62:8,10,16,20
67:10 74:12
77:14 80:3
84:1 87:17,18
88:4 92:4
93:17,19
94:22 95:21
**IGSA** 18:14
71:18,19,25
72:3,8,12,15,
21 73:8,14,24

**illegal** 80:12
**illegally**
91:22
**immigrant**
80:13
**immigration**
5:4 75:18
81:22
**impose** 43:2
**improperly**
35:19 36:3
**in** 3:11,12,22
4:19,22 5:4,
12 7:2,8 8:14
10:11 11:1
13:3,15 15:16
17:6,7,12
18:4,7,13,15,
16,23 19:11,
17,21,24
20:4,6,10,15,
16,17,23,24
21:10 22:6,8,
16 23:3,5,20
24:6 25:1,25
27:11 28:7
31:4,25 32:1,
21 33:5,18
34:8,24 35:3,
17 36:25
37:17,22 38:7
39:25 42:13
43:7,10,13,24
44:13,22
49:2,3,4,6,24
50:1,3,4,14
53:22,24
54:22,23
55:2,13,18
56:2,19 57:14
59:6,20,21,22
60:7 61:20,23
62:4,14,19
63:2,3,6,21
64:14,24 65:1
67:24 69:5,9
71:21,23 74:4
75:14,23 76:9
79:7 80:15

83:7,10 84:6
85:8,9,19,21
86:24 88:11
89:19,25
90:5,22 93:5,
23,24 94:4,5,
13
**In-house**
76:24
**include** 29:7,
11,14 40:4
43:5 44:6
46:7,10 47:7
78:13,17
86:24 87:4
**included**
49:24 50:3
88:16
**includes**
88:23
**including**
86:16
**Index** 22:17
**indicating**
65:15 74:10
79:18 88:20
**individual**
3:22 70:7
**individuals**
46:23 72:22
73:21,22
**inform** 22:4
38:9,11 94:22
**information**
12:10 22:23
25:22 26:16,
22 27:24
29:2,5,8,11,
12,14 32:7,17
38:17,20
40:24 43:3,5,
14,22 44:5,
19,22,23
45:6,10,16
46:7,8,10
47:6,8,12,21
48:11,22
49:18,24

50:16 52:17
53:11,15,24
54:9,10,13,
15,17 55:13
56:5 57:4
60:7,8 63:7,
16 64:20,23,
24 65:1,4
66:9 67:8,9,
10 69:5 81:21
82:14 85:6,
17,19,20,21
88:11,17,18,
23 89:19,25
90:14,15,19,
23,24 91:24
92:20 93:5
**informed**
11:17
**initially**
18:25
**initials**
42:23
**inmate** 4:23
15:18,21
17:3,7,14,24
18:6,11,24
19:8,13,24
20:2,3,10
21:17,24
22:2,11,13
23:20 24:10,
11 28:4,17
29:25 30:1
31:6,8,9,10,
11 32:7 33:7,
12 34:16,25
35:3,4 36:12
38:8 41:23
42:15 44:10,
25 45:1,7,10,
17,23 47:13,
19,23 48:7
49:21,22
50:6,16,19,24
51:4,19 52:1,
2,3,10,17
54:20 55:6,
11,13,20

57:11,15 60:7
61:8 63:4,7,
9,11 69:12,20
70:6 76:12
78:7,13,17
81:4 85:18
87:3,4,5,10,
14,20,23
88:11 89:11
90:5,11 91:9,
19,21,22
92:13,17,19,
21 94:22
**inmate's** 19:5
20:7 29:8,12,
15 48:6 50:1,
19 51:6,9
56:5 59:24
65:2 92:18
**inmates** 13:3,
15 24:6 29:17
31:12 32:24
33:1,15 34:7,
8 43:3 44:6,
14 47:7
71:16,17
72:18 73:9,
22,24,25
74:5,6 75:9,
24,25 76:3,9
79:21 87:1
**input** 22:20
29:23
**inputs** 52:17
**INS** 68:8,12,
16,18,20
**installs** 31:4
**instead** 87:11
**institutional**
80:3
**instruct**
10:25 12:23
15:20 25:14,
15 56:8
**instruction**
58:21
**instructs** 6:2
39:3

**intake** 22:16
28:8 44:13,
18,22 45:10,
25 48:13
53:14,23 54:1
56:19 57:4,8,
17 59:20,21
63:8 92:4,5,8
**intent** 11:5
**interact**
22:22 24:6
**interference**
14:12
**intergovernmen
tal** 71:11,20
**internally**
89:12 91:6
94:1
**interpret**
53:22,24
**into** 15:6,9
18:1 19:19,23
22:20,23
25:7,9 28:10,
15 32:7,16,17
39:1 48:10
52:17 93:3
94:8
**introduce**
70:16
**invalid** 85:18
**inventory**
28:19
**investigate**
37:7 38:13
39:12 41:14
**investigating**
41:24
**involve** 5:4,6
**is** 3:10,20,22
5:17,18 6:3,
8,17 7:20,22
8:4,12 10:14,
15,18 11:6,10
12:4,15 13:18
14:10,11,15
15:18 16:1,
10,16,19,22

17:7,9,14,23,
25 18:4,7,9,
11,13,16
19:8,12,13,16
20:2,4,6,10,
18,21,23,24
22:13,15,19
23:4,9,10
24:14,15,20,
24 25:5,20,
21,23 26:15,
19,20 27:6,8,
11,14,18
28:20,21 29:5
30:1,16 31:3,
6,12,15,20,
21,25 32:1,21
33:5,9,11
34:2,11,13,
21,24 35:2,14
36:10,12,17
37:2 38:2,7,8
39:3 40:8,11,
22,24 41:5,12
42:23 43:10,
20,23 44:1,4
45:1,2,4,7,9,
21 46:5 47:1,
12,15,18
48:7,9,13
49:4,20,21,24
50:3,6,19,24
51:5,6,15,23,
25 52:3 53:5,
18,20,25
54:9,11,13
55:11,12,16
57:5,11,20
58:1,5,7,23,
24 59:1,10,
14,18 60:6,19
61:5,6,8,16,
17,22 62:10,
14,17,22
63:21 64:3,
11,23,24
66:10,23,25
67:4,14,19,20
68:11,12

69:4,12
71:13,16
72:3,8,12,15
74:10,17 75:5
76:8,18,20,24
78:1,2,4,7,
12,21,22
79:1,4,6,16,
20 80:2,11,19
81:11,23
82:8,15,16
83:2,4,7,15
85:3,5,11,15
86:2,8,18
87:4,5,8,11,
14,16,20,23
88:5,7,8,10,
12,21,25
90:2,3,7,10,
14,19,22,23
91:8,16,18,
21,23 92:2,3,
4,5,6,8 93:5,
15,19,21,22
94:1,3,11,18,
20,25 95:4,8

**issue**   37:3
87:15 88:1

**issued**   63:2,
3,6 70:7

**issues**   5:7

**it**   4:4,23
5:17 7:19
8:25 9:22,23
11:3,13
12:11,24
13:10 14:11,
15,25 17:2
18:19 19:17,
19,21,22 20:6
21:13 22:5,
12,15,20,23
24:13 25:7,
12,20,21,22
26:5,7,12,13
27:11,15
29:16,21
30:2,5,12,24
32:9,11,15,

19,20 33:5,
15,16,18,19
34:15,16,19,
20 35:9,15,
16,18,21
36:7,16,24
37:7,11,16
38:12,24 39:1
40:8,13,14,
16,22,25
42:4,11,19
43:6,23 44:1,
6,7,8 45:13,
20,21 46:4,5,
10,13 47:7,22
48:8,9,23
50:3,9,11,12,
18 51:13,14
52:5,8 53:11,
13 54:4,5,11,
18 55:5,16,
18,21 56:2,17
57:1,12,14,
15,18,19
58:2,3,7
59:22 60:1,4,
5,12 61:4,10,
22 62:3,4,8,
9,13,21
63:14,15,17,
20,21,24
64:2,3,4,8,
11,21 65:5
66:6 67:1,4,
11,17 68:3,9
69:2,12 71:2,
3,5,6,7,8,9,
13 72:8,12,15
73:1,5,6
74:21 75:15
76:1 77:1,2,
3,25 78:2,10
79:7,8 80:7,
11,14,15,18
81:14,15,20
82:6,10,11,
20,21,22,23
84:6,9,10,24
85:2,22,24

86:1,2,3,14
87:8,16,20
88:6,10,12,23
89:17,18,23
90:2,3,6,12,
13,19,22,23
91:6,7,14,16,
18 92:19
93:20,25
94:1,5,6,7,
13,20 95:5,6,
12

**it's**   9:20
10:14 11:2
14:11,13 18:1
21:13,15
24:12 25:24,
25 27:9 30:16
31:4 33:6,10,
16 34:12,17,
24 35:3,23
37:11,24,25
38:22 40:19
41:1 42:4
43:7 44:24
46:9 47:4
48:10,15,17
49:19 50:10,
11 53:1 54:10
57:25 59:2,
20,21 60:11
61:11 64:3,11
65:7,8 68:9
70:21,22
71:14 75:5,14
76:22,25
77:11 79:7,
12,24 81:4,9
87:17 88:4
90:16 91:11,
14 92:11
93:24 94:2,3,
22

**item**   77:15

**its**   15:9
63:4,7

**J**

jail  14:8
15:6,12 20:20
22:16 23:21
24:6 31:25
48:22 49:6
50:6 52:19,24
54:24 55:18
57:8 95:9
Jail-wise
23:3
jails  15:9
Jamaican
80:13
Jamie  20:22
59:2,10
January  8:8,
22 13:1 86:16
job  3:16 9:14
47:2 48:24
51:22 52:1
58:6 59:14
83:4 84:1
job-related
21:14,15
Jolly  3:14,21
6:22 7:12
8:2,10,14,18,
24 9:13,17
10:5,10,13,
16,22 11:1,
12,17 12:4,6,
9,13,22 13:6,
17,23 14:2,6,
13,16,21,23
16:13,21
20:11 21:19
23:10,14,18,
23 24:1
25:13,15,19
26:25 28:2
32:24 33:2,
22,24 35:21,
23,25 36:5,17
38:19 39:16,
23 40:2,9,12,

16,23 41:3,7,
15,18 42:2,5,
23 43:11,25
44:2 45:15
48:2 49:23,25
50:21 51:2,10
52:5,7 53:5
54:3 55:10
56:6,16,21
57:23 58:4,8,
15 59:9 61:9,
21 62:1 65:6
66:16 67:1,18
70:9 72:6,24
73:4,7,9,12
74:12,15,17,
21 75:13,25
76:5,19 77:17
78:16,24 79:9
80:7,9 83:8
84:21,24
86:8,20 88:3,
7,19 89:24
91:11,14,17
92:22 93:16,
18 95:19
July  83:15
jump  70:15
jurisdiction
61:1
just  6:25
7:20 8:20
11:12 13:21
14:2,4 22:8
25:4,11 27:1
30:25 38:14
43:13 47:9
50:10 55:24
57:13 61:12
75:16 76:8,16
77:15,19,21
84:20 86:23
88:4,15

**K**

K-E-E-N-A
91:13

K-R-O-M-E
18:22
Kacou  3:8,10
7:20 8:17
9:16,18 10:7,
16,24 11:5,14
12:5,8,11,24
14:1,10,15,17
23:16,19,25
25:14,18,20
35:22,24
40:11,15
41:1,5 42:3
44:1,3 52:6
53:6 57:25
58:7,10 67:3
70:17 73:2,5,
11 74:14,16,
19,22,24
76:2,15,20
77:6 79:10
80:8 84:22
86:10 90:2
91:12,16,18
92:23 93:12
95:17,23
Keena  91:13
keep  14:6
73:12,23 74:9
89:11
keeps  35:9
65:5
kept  18:25
19:2,4 20:4,
6,10 25:8
43:3 73:25
74:1,4
key  24:22
53:2 90:24
92:21
Keys  53:2
kind  61:8,25
82:19 83:23,
25 92:8
kiosk  31:3
77:11,13,16,
18,23,24,25
81:2 88:25

89:2,3,15,16,
19,25 90:4,
15,20 91:3,4
92:5,6
kiosks  90:5
know  4:4,6
5:2,14,21 6:7
9:13,19
13:10,20 14:8
16:1,6 17:16
19:10,14,15,
20,21,23
21:3,4,9
22:23 23:7
24:24 25:11,
16 26:11
27:23,24
29:13 33:3
38:25 39:2
41:10,19 43:7
46:11 47:14
48:3 50:5,17
52:6 54:12,
13,16,18
55:21 59:3,7
64:1,5 66:9,
22 67:15,22,
24 68:22,23,
24 69:6
70:12,13 71:4
72:20 73:14
74:2 76:17
83:8 85:7
89:4,5,20,21,
23 90:25
91:1,2 92:24,
25 93:6,7
knowing  23:6
88:14
known  29:5
46:9 49:19
80:3
knows  13:25
Krome  18:16,
17,20 71:21,
24 72:1 74:7,
11

## L

**language**
40:11,12 90:2
**last** 56:1
59:10,12
74:23
**later** 54:11,
14 76:6 90:20
**launched**
50:20
**laundry** 34:19
79:3
**law** 49:8,12
82:7,8,11
84:4,7,11
86:3
**lawsuit** 59:6
**leaves** 15:12
**legal** 5:12
81:21 82:12
**legality**
92:15
**let** 5:21 6:6
8:25 9:21
10:17 11:14
12:1,11,24
13:10,13
16:11 17:17,
23 21:3,16
23:17 28:20
30:10 36:17
42:7,9,13
44:17 50:23
52:6 53:3,8
55:9 56:19
57:3 60:10
61:6,22 62:15
63:2,18 64:25
65:14 68:5
69:7 70:4,15
71:25 72:6
75:11,17
76:15,16
78:24 86:5
89:24 91:20

**let's** 8:17
10:7 23:19
24:2 33:24
38:7 40:15
53:6 67:19
69:18 77:6
81:16 83:15
86:10,12 89:2
92:14
**librarian**
84:4,7,11
86:3
**library** 82:7,
8,12
**license** 29:12
47:8,10
**lieutenant**
36:24 37:6,9
39:9,11,20
40:7,20,21
41:20,22
**lieutenants**
39:24 41:13
95:13
**like** 8:25
23:23 25:10
32:3 33:20
41:9 58:11
64:11 84:7
**limit** 8:12
14:5 51:22
**limited** 8:9
10:12 43:22
46:19
**limits** 8:16
10:19 51:18,
20
**line** 85:1
**list** 46:22
63:21 64:6
72:18
**litigation**
3:11
**little** 18:3
88:8
**live** 79:22
**local** 72:22
73:22

**located** 49:5
**log** 19:17,18,
23 25:8,9
34:20 62:10,
14,17 70:22,
23,24 71:1
72:8 73:17,20
75:7 76:23,24
89:11
**log-in** 19:12,
16
**logically**
66:24
**logs** 32:16
86:16
**long** 15:14
37:14,15
39:19 50:10
**Longer** 4:9
**look** 50:4
51:15 52:11
53:17 67:16,
17 73:5 90:6
**looking** 14:17
68:14
**looks** 64:11
**lot** 34:15
**loud** 9:1
**lunch** 25:5

## M

**Madam** 72:24
84:21
**made** 48:2
55:20 62:14
71:7,8
**Magistrate**
17:11
**maintain**
15:11 31:15
**maintained**
15:21 18:16
35:8 37:15
63:21 65:7
72:21 73:20
74:7 76:12

95:14
**maintains**
34:3 37:19
65:5
**maintenance**
13:2,15
**major** 3:3,9,
17 33:22 38:3
40:10,16 53:9
58:11 91:18
**make** 6:1
13:21 38:15
40:25 41:21
42:6 44:17
46:24 55:19,
24 71:9,25
77:21 79:23
88:5 90:11
**makes** 11:3
28:14
**making** 91:17
**man** 91:15
**manager** 59:15
93:8,10
**manner** 39:21,
25
**manually** 32:6
**many** 4:1
**March** 83:15
**mark** 76:15
77:6
**marked** 16:12
70:18 76:21
77:8
**Master** 22:17
**matches** 60:7
**matter** 11:10
12:18 45:21
56:18 57:25
70:19 81:9
86:1
**matters** 8:7,
19,21
**may** 6:1 11:7
22:25 30:22
87:4,23

maybe   4:9,10,
  11 11:15
  66:11
MCSO   5:8,10
  13:14 15:5,8,
  11,20 19:13
  20:12 21:10
  23:7 26:15,
  19,20 27:3,19
  29:22 31:15
  35:13 36:14,
  15,19,21 40:1
  41:13,24
  43:2,10 46:23
  47:15 48:6
  51:8 52:14
  58:13,20 60:7
  62:6,19,22
  63:4,7 64:6
  72:19 73:21
  86:15,24
  87:25 89:9,11
MCSO's   8:7,21
  12:25 43:14
  71:10
me   5:21 6:6
  8:25 9:21
  10:17 11:1,14
  12:1,8,11,24
  13:10,13
  16:11 17:13,
  17,23,25
  21:3,16,23
  23:17 25:15
  26:6 28:3,7,
  20 30:10,23
  31:18 33:9,10
  35:22 41:1,4,
  9,11 42:6,7,
  9,13 44:17
  50:8,23 52:6,
  10 53:3,8
  55:3,9 56:19
  57:3,4 58:8,
  11,18 60:10
  61:6,22 62:15
  63:2,18
  64:11,25
  65:14 66:11

67:16 68:5
69:7 70:4,10,
  15,16 71:25
  72:6 75:11,17
  76:15,16 86:5
  87:7,11 89:24
  90:3,4 91:20
  93:20
mean   5:10
  22:25 40:13
  52:14 57:2
  58:17 70:6
  73:9 85:12
  87:2 92:22
  93:8,22
meaning   49:5
  54:10 71:19,
  20 73:22,23
means   54:4,5
  77:3 88:18
meant   40:14
medications
  6:18
Medina   83:1,
  2,3,6,11,24
  84:14,20,23
  85:2,6
Medina's   83:4
  84:1
member   23:21
  38:11 51:8
  52:2
members   24:5
  46:17 51:18
  52:20
memory   4:7
mention   7:21
mentioned
  43:13 51:21
  77:18
merge   18:2
merged   18:12
  19:7 21:1
midnight
  52:24,25
might   7:1
  17:13 23:16
  38:24 55:14

56:5 57:18
  66:23
mind   5:16 9:1
  26:20
minute   44:17
misclassified
  80:12
missed   80:7
missing   35:21
mistake   80:18
misunderstood
  19:18 23:14
MNI   22:18
  24:8,14,15,20
  25:1,5,23
  26:2 50:3,15
  51:9 54:13
module   25:24,
  25 90:8,9
moment   11:11
  17:17 18:23
  50:14 93:12
Monroe   5:10
  15:8 70:23
  74:17,20
  76:23
more   18:3
  37:20 40:24
  43:12 49:10
  50:22 56:19
  58:5 62:3
  72:14 95:17
most   4:3,25
  31:10
mouth   73:12
move   14:22
  15:3 69:18
  77:6 81:16
mr   3:8,14,21
  7:20 8:2,10,
  14,17,18,24
  9:13,16,17,18
  10:5,7,13,16,
  22,24 11:1,5,
  12,14 12:4,5,
  6,8,9,11,13,
  22,24 13:6,
  17,23 14:1,2,

6,10,13,15,
  16,17,21,23
  16:13,21
  20:11 21:19
  23:10,14,16,
  18,19,23,25
  24:1 25:13,
  14,15,18,19,
  20 26:25 28:2
  32:24 33:2,
  22,24 35:21,
  22,23,24,25
  36:5,17 38:19
  39:16,23
  40:2,9,11,12,
  15,16,23
  41:1,3,5,7,
  15,18 42:2,3,
  5,23 43:11,25
  44:1,2,3
  45:15 48:2
  49:23,25
  50:21 51:2,10
  52:5,6,7
  53:5,6 54:3
  55:10 56:6,
  16,21 57:23,
  25 58:4,7,8,
  10,15 59:9
  61:9,21 62:1
  65:6 66:16
  67:1,3,18
  70:9,17 72:6,
  24 73:2,4,5,
  7,9,11,12
  74:12,14,15,
  16,17,19,21,
  22,24 75:13,
  25 76:2,5,15,
  19,20 77:6,17
  78:16,24
  79:9,10 80:7,
  8,9 83:8
  84:21,22,24
  86:8,10,20
  88:3,7,19
  89:24 90:2
  91:11,12,14,
  16,17,18

92:22,23
93:12,16,18
95:17,19,23
**Ms** 31:17,19,
20 32:3 34:2
37:19,22 38:6
39:3 95:20
**much** 58:5
79:11 90:6
**must** 15:21
39:25
**my** 3:10 5:20
8:15,18 11:2
13:7,10
14:15,16
17:12,23 24:1
25:16 33:9,10
48:4 58:6,8
67:14 73:12
91:12,18
95:7,12
**myself** 11:15
76:6

---

### N

**name** 3:10,13
21:9 22:17,22
23:3 24:23
29:4 59:10,12
64:14 67:2
69:12,20
91:10
**national** 74:8
**nature** 4:18,
22,24 38:10
39:1 82:9
**necessarily**
21:22
**necessary**
33:18 37:7
39:12 56:25
87:19
**need** 6:6
21:3,4 33:22
79:1 86:8
88:17

**needed** 62:10,
17
**needs** 33:19
80:19
**never** 7:9
**new** 44:11,14
86:8
**next** 76:18
81:17 82:13
**nice** 91:14,16
**no** 3:23 4:7
5:5,9,13
6:11,20 9:6
10:18 12:5,9,
20 14:13
19:10,14 21:4
23:6 24:21
25:11,18
27:17 28:1
29:24 35:14
36:9 37:4,13
38:2,5 39:6,
22 40:7,21
41:3 45:6,8
46:1,16
47:15,17,21
48:2 51:16
52:7,22 55:8,
15,17 56:13
59:4 60:9
61:5,6,23
62:5,22,24
63:12,13,15,
17,23 65:13
66:15,25
67:19,20
68:4,12,19
69:4 70:14
73:2,16 74:16
76:11 78:6,
11,15 84:13
85:11 87:7
88:14 89:10,
13 94:10,25
95:2,17
**nod** 5:23
**nodded** 4:17
18:18 26:1
35:5 38:1

39:14 43:18
44:2 45:5
54:6 58:25
68:15,17 75:3
77:22 79:14
81:1,10 92:7,
12
**nomenclature**
86:24,25
**none** 10:14
**normal** 37:18,
22 63:22
**not** 6:2 8:3
9:15 10:12,
15,25 11:10,
19 12:18,23
13:9,20 14:13
18:15 19:6,
10,15,16,21
20:8,9 21:22
24:12 25:14,
15 26:23,24
32:20,24
33:16,17
34:12,20 35:1
36:13 38:2,17
39:19 40:15
41:1,12,24
42:4 43:19,22
44:14 45:15
46:25 47:14,
25 49:3 50:9
51:11,16,18
53:2 54:22
55:16 58:4,6,
7,8,18 61:11,
13 62:18
63:5,10,15,16
65:3,7 66:16
68:20 72:11
73:9 77:12
78:10 79:10
80:22 81:23
82:21 85:12,
19 86:23
87:8,18 89:11
91:16,17
92:20 93:17
94:10 95:2,19

**notate** 82:6
**notification**
17:10 28:25
**notify** 22:8
57:15 62:9,16
**now** 7:25
77:19
**number** 7:20,
25 9:21 16:12
17:18 27:7,8,
9,19,21
29:15,18
30:10,14
32:9,15 33:18
42:10 47:10,
19 53:4,8
60:10 63:18
67:16 68:8,
12,16,18,21
70:17 72:11,
12 73:18
76:18,20
77:7,9 80:5
81:16 86:6,
12,13,19
**numbering**
7:23
**numbers**
32:11,12
**nurse** 28:12,
14

---

### O

**O'CONNELL**
46:22 59:13
93:9
**oath** 6:15
**object** 89:24
**objected** 8:10
12:22 52:9
**objection** 6:3
8:14,16,24
9:17 10:13,
17,22 11:2
13:6,17 16:21
21:19 28:2
38:19 39:16,

23 40:23
41:15,18 42:2
43:11 48:2
50:21 51:10
54:3 56:6,16
57:23 59:9
61:9 65:6
66:17 67:18
72:24 77:17
88:19

**objections**
6:1 11:8,9
42:6

**obtain**   67:11
82:14

**obtainable**
92:20

**obtained**
47:12 67:9
91:6

**obtaining**
47:18 85:19

**occasions**
70:8

**of**   3:17 4:18,
22,24 5:8,10,
12,20 7:6,18,
22 8:14
10:12,14,20
11:1,19,20,24
12:2,17 13:2,
3,15,22 16:6,
10,22 17:12,
13,18,19
18:2,9 19:4,6
20:8,9,18,23,
24 22:23
23:6,10 25:8,
23 26:23,24
27:3,16,19,21
28:4 29:4,6,
8,23 30:1
31:25 32:1,21
33:3 34:13,
14,15,19,21,
22 35:17
37:5,18,22
38:9,10 39:1,
18,21 40:1

43:3,5,8,14,
25 44:5,6,10,
12,18,21,23,
24,25 45:1,6,
9,12,16,21,25
46:5,8 47:6,
18,21,23
48:17,19 49:6
50:15 51:22
53:18 54:17
55:3,8 56:18
57:6,13,16,25
59:3,10 61:8,
17,18,19,25
62:6,14,17,
18,20 63:4,5,
9,10,11,13,
22,25 64:9,24
65:12 66:13,
19 67:8,10,
11,14,19,20,
23,24 68:3
69:2,12,15
70:19 71:5,6
72:8,18,22
73:21,24,25
74:10 75:4,5,
23 76:7,9,17,
24 79:23
80:21 81:6,9
82:9,19
83:11,19,23,
25 85:17,19,
20 87:5,10,11
88:14,16
89:11 90:22
91:21 92:5,9,
14,15,21
94:12 95:9,
11,12

**off**   17:12
33:19 34:19
72:7

**office**   4:4
5:11 15:8
16:7 20:15
49:4

**officer**
23:12,13

28:21 29:23
47:14,22

**officers**
21:16

**official**   3:12

**oh**   23:2 26:8
30:23 35:24
41:7 42:13
44:16 59:17
76:2 84:18
94:19,21

**okay**   6:5 7:20
8:17 9:9,21,
24 12:4,14
13:12 14:11,
23,25 15:4
16:25 17:3,22
18:23 19:2,12
20:3 22:15
23:12 24:10
29:22 30:15
31:2,3 33:2
41:20 42:13,
16,18,21 43:1
44:3,5 47:4
48:4,6 49:20
51:2,25 53:13
54:9 55:6
56:18 57:13,
20 58:13
59:23 60:14
62:14 65:21,
22 66:2 68:7,
11 69:1,8,18,
19 70:3 71:16
73:19,20
77:15 78:7
79:15 80:9,10
82:1,8 83:13,
16 86:5,22
87:14 88:23
90:22 91:5
92:13 94:3
95:17

**on**   7:17 8:12
10:11,19,20
11:10 14:19,
22 15:2,3
23:1 25:8,9

29:8,11,14
31:8 32:15
34:16,24
35:10,19
36:3,13 37:11
38:4,17,20
39:20,24
41:22 42:14
43:2,3 44:24
45:2 47:4,10
48:17 49:18,
20,21 51:18,
22 53:17,25
54:9,13,25
55:12 58:2
60:8,11
65:14,15 66:3
67:1,3 68:9,
25 70:7 71:17
72:13,15,18,
22 73:17,20,
21 75:7,19,24
76:3,10 77:6
79:24 80:2,6
81:16,17
82:12 85:1,18
86:13 87:25
88:20 90:6,24
91:18,23 94:5

**once**   33:7,12
38:6 57:5
58:1

**one**   7:3,4,6
17:17 18:4,13
20:14 32:19
35:14,17
37:20 49:10
50:14,22
51:21 53:18
59:2 62:3
68:13 72:14
75:5 76:18
84:19,20
86:18 93:12

**ones**   79:21

**only**   10:2,4
11:24 12:2,
15,18 18:13
35:14 66:2

72:13,16
73:22 74:17,
19 75:5
**open** 56:19,24
**operations**
31:25
**opinion** 81:8,
9
**opposed** 75:9
**option** 81:4,6
88:1
**or** 5:12,23
6:18 7:1
10:20 11:15
12:2 13:20
18:2,9,15
19:16,21 20:9
21:16 22:8
23:21 28:21
29:8,21
33:13,16
34:12 38:2,7
40:4 41:12,16
45:14 46:2,19
50:9,20 51:9,
18 52:3 54:1
57:7,18 60:25
63:8,13,24
70:22 72:21
73:21,23 75:7
78:13 79:2,16
80:22 81:16
87:16 88:1
91:5,21
**order** 19:24
22:6 44:22
90:7
**ordered** 95:21
**ordering**
95:22
**Orders** 16:7,
14 27:9,12
**ordinary** 13:3
**original**
81:20 83:21
94:23
**other** 5:12,17
6:18 9:5 10:5

13:4 18:24
26:2 27:24
28:7 35:12
37:18,22 38:9
44:21 45:6,9,
10,14,16,17
47:21,25 51:9
52:1 53:20
60:2 61:17
67:14 73:25
**otherwise**
5:21 66:24
**our** 14:10
23:10
**out** 6:21,23,
25 7:1 9:1
12:5,24 18:19
33:11 41:12
57:11 59:22
61:16 64:21
66:10 91:19,
23 92:13,18
94:14,16,20
95:3,5,6
**outlet** 87:22
**over** 5:17
28:17 33:10
38:12 39:11
52:25 73:5
87:18
**own** 24:18

---

**P**

**p.m.** 10:9
33:25 53:7
86:11 95:24
**pack** 76:17
**page** 8:3,5
17:17 42:14
65:14,17,18
68:25 75:18
76:7 80:6
81:16,17
82:13 85:1
86:13,20
**paper** 7:18
31:7 92:10,

11,13,17 93:2
**paragraph**
17:20 30:19,
25 75:20
**part** 18:9
19:16 25:23
31:10 91:18
**particular**
85:9,21
**parties** 3:2
**patrol** 23:1
**patrol-wise**
22:22,25
**pause** 9:9
17:21 31:1
50:14 60:13
62:11 75:21
93:13
**pay** 58:2
**PD's** 4:4
**pending** 6:8
**Pennsylvania**
80:16
**people** 21:9,
10 23:24
46:19,21
54:22,23 66:2
95:11
**perhaps**
23:16,22
**permission**
26:8 82:11
**permits** 26:16
**permitted**
11:2
**person** 7:6,13
15:9,11 20:14
37:18 48:23
49:4 57:14
66:6,8 82:10
**person's**
48:24
**personal**
26:17,22
**personnel**
15:20 21:17,
20,23,24

27:19 52:20
**pertain** 18:5
**pertaining**
81:21 86:14
**Peter** 3:11
80:24,25
**Philadelphia**
80:16
**phone** 33:9
**phrase** 12:11
**phrased** 51:13
**phrasing** 57:3
**physical**
17:10 20:4
22:11 31:7,8
45:2 48:10,13
49:20,22
50:1,6 53:11,
14,24 54:9
59:21 91:20,
23,24 92:8,9,
16
**physically**
22:13 30:8
32:14 35:10
57:14 71:24
72:1
**pick** 90:11
**picks** 90:11
**piece** 7:18
85:19,20
**pile** 75:14
**PJGBJ** 77:10
**place** 29:8
43:5 44:6,18,
23 46:8
50:15,23 53:5
54:17 63:11
67:19,20
**placed** 10:19
53:25 60:6
62:5
**placing**
60:15,17,20,
23 61:2,7,12,
24 62:2

plaintiff
    3:10 23:11
    59:5
plaintiff's
    70:18 76:21
    77:8
please 3:12
    5:16,21,23
    6:6 8:1 9:7,
    16 10:8,25
    13:10 14:12
    15:7 17:17,20
    18:19 21:16
    25:14,15,20
    26:18 28:9
    30:10,19
    53:6,8 60:12
    62:8 63:18
    65:16 70:19
    75:14,20
    84:22 86:7,14
    93:12
pleasure 8:18
    24:1
point 30:22
    42:14,17,19
    45:24 53:3
    60:12,19 62:8
    65:14 68:5
pointing 12:5
    80:5
points 53:17
policies
    13:1,14
    15:20,23 16:2
    40:4 56:8,11
    65:10
policy 15:24
    26:15,19,20,
    24 27:3,6,11,
    14,16,18,25
    30:11,18,20,
    22 34:24 35:2
    37:2 38:2
    39:3 41:13,24
    43:10,14
    47:15,18
    53:10 60:6
    62:22 79:4,6,

16 95:15
port 28:11
portion 11:24
    12:2 75:23
    76:7,8
portions
    11:19,20
position
    10:11
positions
    47:2
possession
    83:7,10
possibility
    66:23
possible
    18:19 37:8,
    24,25 38:22
    82:16 85:15
    88:10,12
    90:3,19,23
potential
    51:25
potentially
    51:22
practice
    56:18 61:6
practices
    13:1 40:4
    56:14
prefer 46:14
    48:9
prepare 7:14
prepared 9:11
    12:14,25
    13:13 14:7
present 3:2
    8:8,22 13:2
    86:16
presume 66:22
    92:3
pretty 33:6
previously
    7:7
print 89:17,
    18

printed
    77:11,24,25
    90:14 91:7
prior 20:18
privately
    76:6
privilege
    11:9
privileged
    10:14
probably 9:14
problem 40:19
procedure
    23:18 31:11
    58:23,24
    59:1,3,5,16,
    18 87:21
    93:14,15,21,
    22,24 94:3
    95:3,19
Procedures
    30:11,18,21,
    22 53:10
proceeding
    5:12
proceedings
    3:1 4:18,22,
    24,25
process 11:3
    28:8,22
    36:15,19,21
    47:16,18
    57:4,6,21
    61:5,6 71:21,
    23 77:14
    82:12 85:9
    90:22 92:9
processed
    40:1 77:12,16
processes
    33:13
processing
    39:21 79:17
produce 86:14
    92:19
produced 59:5
    77:23

Production
    86:13
program 82:1,
    4 83:18,19
programs 82:6
    83:5 91:9
prompt 51:14
proper 11:2
    87:21,22
properly
    12:12
property
    28:17,19
provide 6:18
    46:22 51:7
    58:13,20
provided 5:11
    57:20 85:17
    94:11,25
public 35:17
    62:19,23 64:8
    66:11
pull 22:5,8
    25:21 35:18
    43:6 51:14
    64:20,21
pulled 66:9
purpose 92:14
put 34:16
    39:1 71:23

_____

Q

qualifies
    34:25
qualify 33:16
    36:4
question 5:22
    6:4,8 7:13,16
    8:15,20 9:20
    11:12 12:4,6,
    21 13:7,10
    17:23 19:18
    23:15 25:11
    26:13 31:14
    33:11 40:18
    45:2,15 48:4

51:12 52:8
55:10 56:24
58:5 61:20
66:5,13,16,
19,20,21
67:1,14 73:2
74:22,23 76:8
83:9 84:2,18
85:1,14,19
90:1 93:18
**questions**
5:16,20 6:9
7:6,17 8:13
9:14 10:5
12:7 53:11,
13,23 95:18
**quick** 10:7
**quickly** 52:16
70:15 75:11,
20 86:5
**quite** 51:12
**quote** 80:12

---

## R

**raise** 5:7
11:7
**raised** 6:3
**Ramsay** 3:11
11:17
**rather** 5:23
81:17
**read** 7:16
9:1,7,9,22,23
17:20 30:19,
24 39:1 60:12
62:8,13 67:2,
17 72:25
74:23 75:20
76:8 80:5
84:24 85:1
**readily**
24:12,14
25:2,6
**reading** 12:17
62:11
**reads** 34:14

**really** 38:24
51:10 89:25
**reason** 6:17
18:12 41:5
50:13,18
51:25 67:20
68:11,20 69:4
85:5
**reasons** 55:1
**recall** 27:16
51:23
**receive**
41:13,16,17
57:21 58:2
83:20 84:8
**received**
52:2,3 57:5
72:19 81:14,
15 86:15
**receivers**
33:7
**receives**
33:12 40:20
41:23 57:8
**recent** 4:7,25
83:8,9
**recently** 4:3
83:6
**recess** 10:9
33:25 53:7
86:11
**recognize**
70:20,22
**recommendation**
28:14
**record** 3:13
5:24 7:21
8:21 10:25
17:25 18:9
41:22 48:6,8
72:7 77:9
87:25 93:23
**recording**
13:2,15
**records** 5:8
8:7 15:5,9,
11,16,21
17:15,19,24

18:4,25
20:20,23
21:1,3,23
22:1,4,6,16
27:4,20 35:17
48:22 52:18,
19,20,24
54:20,24
55:13,19,20
57:9 59:15,24
60:7 62:19
63:4 64:8
66:11 72:22
73:21,23,24,
25 82:16,19
84:6,7,9,11
85:4 93:10
94:6,24
**rectified**
80:19
**refer** 9:21
16:11 17:17
30:10 42:9,
14,21 53:8
60:10 63:18
68:5 69:7
75:8,11,17
86:5
**referred** 24:2
44:14
**referring**
7:25 16:16,
19,22 18:17
21:1 44:4
49:9 73:8,14,
17
**refers** 11:24
67:24 77:25
**regarding**
13:2,14 15:21
27:3 44:5
47:6 52:17
56:9 63:8,11
72:8 78:1
81:21
**regular** 38:4
**relate** 8:8,23
**related** 11:9

13:3,15 86:15
87:15
**relating** 8:7,
21
**release** 18:2
20:4,7,19
22:16 44:13
46:5 62:21
**released**
18:11 19:8
20:2 60:4
**relevant** 10:6
**religious**
84:5
**relinquishing**
28:18
**remember** 4:18
5:2 87:17
92:4 94:10
**remind** 25:15
**remove** 60:1,4
**removed**
59:24,25
**repeat** 11:15
17:23 31:14
73:2
**repeating**
8:20
**rephrase** 8:25
11:15 12:1
21:16 26:19
42:7 43:12
55:9 56:19
58:11 61:6,11
62:15 63:3
64:25 70:4
78:11 88:4
91:20
**rephrasing**
20:13
**report** 28:16
37:10 64:11,
21
**report-writing**
28:16
**reporter**
5:18,24 18:21
72:25 84:21

95:22

**reports**
 64:16,18,19

**represent**
 3:10

**represented**
 3:18

**request** 31:6,
 9 32:7 34:17,
 23 35:16,17
 38:7 46:24,25
 64:6,8 75:19
 78:21,22,25
 79:1,3 80:6,
 8,11,22
 81:12,20
 82:1,4,9,19
 83:20,21
 84:15 85:9
 86:13 87:11,
 15 88:1,16,21
 90:8,9,11,12

**requested**
 11:25 66:8

**requesting**
 79:2

**requests**
 18:8,15 35:15
 70:23 74:3
 76:22 78:1,
 17,18 79:4,
 16,17 88:11
 89:2,3,11
 92:6

**require** 47:2
 60:15,17,23
 61:2,7,13

**required**
 27:20 28:21
 38:3 43:15,19
 61:5,17,24
 62:6

**requirement**
 53:25

**requirements**
 39:18,20

**requires**
 41:13 60:20

**requiring**
 81:21

**respect** 9:11,
 24 10:4
 12:15,25 13:4
 26:21 37:6
 38:2 43:14
 54:21 55:13
 56:14 57:4,6,
 21,22 58:14,
 22 62:15,22
 65:10,11 76:7
 93:14 94:11,
 25

**Respectfully**
 14:13

**respective**
 62:9,16

**respond** 37:7
 38:13 39:12
 57:24,25 58:1

**responding**
 37:6 57:7,22,
 23 63:2,3,6
 79:4,16 84:14

**response** 58:3
 62:15

**responses**
 86:17

**responsibiliti
es** 37:5 47:4
 51:22 84:1

**responsibility**
 37:9 38:9
 52:1 57:6
 83:19 85:8,20

**responsible**
 20:21

**retain** 27:20

**retention**
 27:3,25 95:15

**retrieve**
 90:19

**retrieves**
 30:3

**retrieving**
 90:22

**review** 38:3
 43:6 95:20

**reviewed**
 37:17,21

**right** 5:3,14
 6:14,17 8:6
 10:7,10 12:24
 14:4 15:25
 21:5 28:3
 29:7 30:16
 32:24 39:15
 40:25 42:9
 47:6 56:3,6,8
 67:12,23
 68:8,9,25
 69:9 71:10
 72:5 75:17
 76:5 77:6
 80:11,21
 81:16 85:17
 86:6 92:6
 93:21 95:17

**right-hand**
 53:17 60:11
 75:19

**road** 23:1

**role** 48:24
 49:2

**roles** 31:24

**room** 28:16

**rover** 30:3,4,
 5 57:19

**rules** 5:15
 11:6

**run** 45:20,21
 46:15,17

**runs** 46:12,13

---

**S**

**said** 5:19
 6:10,12 10:15
 13:9 18:24
 32:3,4 34:2,
 11 36:22 42:7
 61:14 77:12
 84:20 88:25
 91:25 92:1,2

93:23

**sally** 28:11

**same** 7:23
 17:18 18:1
 37:17 41:18
 58:16 69:24
 70:6,7 95:19

**save** 13:10

**saw** 79:7,8

**say** 8:15
 10:24 11:1
 14:24 15:7
 21:16 24:2
 26:18 30:4
 33:9 36:1
 37:20 38:7
 40:14 45:8
 49:10 52:14
 55:18 56:17
 58:10 62:3
 66:25 72:14
 73:14 76:2,4
 77:1,3 79:12
 84:18 92:14

**saying** 20:3
 25:5 44:17
 66:22 86:2
 87:5 89:23

**says** 52:10
 53:13 62:9
 68:3 77:2
 80:14,15,18
 81:20 82:11
 84:6 86:14
 93:20

**scan** 19:11

**scanned** 18:12
 19:25 20:1
 93:3

**scheduled**
 7:2,3,4,8

**scope** 13:22,
 23

**screen** 70:21

**screened**
 28:11

**screwing**
 40:9,13,16

Sean 3:11
search 23:3
  24:25 46:12,
  15,18 89:18,
  24 90:23,24
  91:24 92:15,
  21
searchable
  21:2 24:20,21
  89:3 93:5
searches 91:3
searching
  53:14
second 16:13
  28:20 42:19
  62:8 72:6
section 49:6
  93:24 94:18
Security
  17:19 29:15,
  17 47:19
see 14:25
  16:16 19:24
  23:3,5 30:12
  34:15 40:23
  42:11,19
  52:11 53:11
  64:23 65:22
  68:9,16,18
  69:2,9,12,15,
  20 70:1 77:25
  78:2 79:10
  80:11,18,19
  81:17,20,24
  83:15 94:21
seeking 12:9
seem 51:23
seen 63:19,
  20,21
segregate
  73:24
selects 81:4
send 26:16,21
  33:19 34:18
  63:4,7,14,15,
  16,17 85:5
  90:12,13

sense 48:2
sent 49:13
  59:22 74:11
  79:18 82:1,6,
  10,16 84:9
  85:2,24 86:3
sentence 18:2
  53:25 62:9,16
separate
  11:10 70:5,8
  74:16 92:4,5
separated
  74:19
separately
  18:25 72:21
  73:21 74:1
  76:13
sergeant 30:7
  54:1
serve 57:12,
  14
service 79:1
  94:7,14,16,
  17,18 95:2
services 32:2
  71:11,20
  82:2,4
set 10:20
  34:13
seven 15:15
  37:16,17
shared 35:12
  49:8,11
she 20:23
  31:21 32:3,6,
  9,10,11,12,
  15,17 33:14,
  15,18,19
  34:6,8,11,12,
  14,20 35:9,14
  38:9,11,24,25
  39:1 83:5,6,
  13 84:4,24
  85:11,22,24
  86:2,3,4
she's 32:2
  34:18 49:3
  84:4 85:4

sheet 29:1
  38:21
sheriff 3:11
  11:16 14:20
  15:3
Sheriff's
  5:11 15:8
  16:7
shift 30:2
  36:24 37:5,9
  39:9,11,20,24
  40:6,20,21
  41:13,20,22
shock 25:19,
  20
shook 13:8
  87:9 89:22
  93:1
shot 70:21
should 7:21
  8:10 10:24
  12:22 14:24
  21:16 23:22
shouldn't
  34:17 51:11
shows 70:10
shut 73:12
side 53:17
  75:19
sign 25:7
significant
  23:8
simpler 58:5
simply 8:20
  20:12 65:8
  66:25
since 56:1
single 62:12
sir 16:5,18
  19:14 27:13,
  23 28:9 34:5
  48:20 65:13,
  25 66:15
  70:11 71:21
  89:4
skip 8:1

slightly
  26:20
Smartcop
  21:5,8,11
  25:23,25
so 3:9 5:16,
  24 6:10,12
  7:25 8:6 9:2
  10:10 11:14,
  15 12:24
  13:19 14:4,18
  16:11 17:3
  18:23 22:6,13
  23:13,19,20
  24:2,5,8,16
  25:4 26:8,24
  27:11 28:7
  29:10 31:3
  32:3 33:10
  34:1,17 35:7
  36:14 38:6,14
  39:7 40:6,19,
  24 41:22
  43:10 44:16,
  17 46:23
  47:4,14,15
  48:6 51:4
  53:3,22 54:9
  55:5,25 56:23
  57:3 58:1
  59:23 60:6
  61:16 64:21
  65:22 66:24
  67:14 68:20
  71:8,16 72:8
  74:3,22
  76:12,16,17
  77:3,12 78:4,
  12 79:10,11,
  12,15 80:21
  81:16 83:18
  84:11,14,24
  86:12,23
  87:14 88:10,
  15,21 91:5
  92:13,18
  93:14 94:3,25
  95:8,9,12

Social  29:15,
  17 47:19
socks  34:17
some  13:11
  21:13 23:16
  39:18 45:24
  64:20 92:5,8
somebody
  22:22 35:15
somebody's
  22:9
someone  67:6,
  11 85:24
something
  17:13 24:24
  34:17 45:12
  56:1 58:2
  64:19,21 79:1
  85:22
sometimes
  33:17
somewhere
  49:25 79:7
  93:23
son  33:10,22
sorry  16:10
  20:23 26:11
  30:23 33:9
  40:13 41:7
  42:5 57:1
  61:21 62:11
  72:24 74:12
  80:9 88:9
sort  92:5
source  45:6,9
  47:21 67:8,10
sources  44:21
  45:14,16
speak  5:17
speaking
  10:16 58:3
  59:8
specific
  10:19 16:25
  18:3 23:20
  37:2 39:17,20
  40:7,21 46:24
  52:20 57:20

90:23
specifically
  13:4 23:13
  30:11 37:19
  39:4 42:14
  44:8 52:16
  53:10 54:14
  68:8 70:4
  75:17 82:7
  85:23 86:12
  92:16
specify  11:19
spell  12:24
  18:19 64:12
spite  11:1
spreadsheet
  31:17,19
  32:4,16,18,22
  33:3,6,19
  34:4 35:15
  36:8 38:18
spreadsheets
  34:1 35:7,12
  37:15,21 38:4
stab  32:19
stack  79:7
Stacy  83:3,4,
  6,11 84:1,14,
  20,23
staff  23:21,
  23 24:5 35:13
  38:9,11 44:8
  46:14,17 50:7
  51:8,18 52:1,
  14,20 62:6
  89:9 95:7,8,9
stand  42:23
  76:5
standard
  43:6,20,23
standards
  43:2,13
start  4:14
  11:14 28:18
  56:24
started  11:18
starts  28:18
  60:20

state  3:12
  53:18 54:2
  66:3
stated  3:9
  10:10 39:7,8,
  11 61:12
  67:5,8 74:3
  77:15 89:14
statement
  14:21 83:23,
  25
states  80:12
stating  50:19
stay  18:5
stays  18:4
  28:15
step  33:11
  76:16
step-by-step
  28:3,5 57:5
still  83:21
stop  28:20
  72:6 84:24,25
strictly  58:3
structure
  49:5 61:22
structured
  87:18
stuff  33:18
subject  12:18
  52:4 55:11
  66:3 87:14,23
  91:21
submission
  31:16
submit  28:22
submitted
  29:25 30:1
  33:13 49:15,
  17
subpoenaed
  7:9
subtopics
  12:2
subtype  82:16
such  26:24
  37:6 41:16,17

62:17
sufficient
  50:18
suggest  40:14
suggested
  87:20
suggesting
  25:18 87:12
suggestive
  40:11,12
summarized
  38:24
summary  29:6
supervisor
  85:4
support  32:2
suppose
  50:23,24
  91:19,20,21
  92:13
supposed
  12:23 81:12
  82:8
sure  8:3
  13:21 27:8,15
  33:6 36:2
  38:15 39:17
  41:21 44:17
  47:1 50:9,23
  52:23 62:4
  71:25 77:21
  84:3 85:12
  88:5
Sweeney
  20:22,24
  31:23 32:1
  34:3
sworn  3:4
  23:23,24
  24:4,5,8 25:2
  46:15 56:9,14
  57:6,21
  58:14,21
  59:19
system  7:24
  8:22 19:12,
  16,23 22:24
  25:9 31:12,16

32:8

**T**

**take** 5:18 6:9
10:7 32:19
33:24 34:19
53:6 57:15
86:8,10 87:10
94:6,23 95:20
**taken** 3:24
10:9 33:25
53:7 71:24
86:11
**takes** 28:17
52:24
**talk** 13:18
**talking** 30:20
42:4 74:20
83:21 84:24
**targeted**
50:24 51:5,6,
11
**tasked** 49:3
**tech** 48:25
49:1
**telephone**
62:10,14,16,
17
**tell** 4:5
15:24 26:5,6
27:10 41:1
59:17 66:11
67:17 79:18
90:3,4 93:20
**tells** 59:25
94:13
**Ten** 4:2
**term** 51:11
**testified** 3:5
12:14 95:3
**testify** 8:6,
19,21 9:3,11,
24 10:11,18,
21 11:18,21,
22 12:15,25
13:13,22
67:15

**testimony**
5:11 6:19
14:19 15:2
**than** 4:9 5:23
13:4 37:18,22
45:6,10,17
52:1
**thank** 8:17
9:18 14:1
16:11 20:25
23:25 35:24
42:9 74:24
76:15
**that** 3:22
4:4,9 5:22,24
6:8,14,18,25
7:1,3,4,5,7,
12,18,21,22
8:8,22 9:9,
11,19 10:11,
12,15,20
11:7,18,20,
22,25 12:1,4,
5,14,15,18,
19,21 13:18,
23 14:19,22,
24 15:2,3,7,
18,20 18:4,5,
9,13,15,16,
23,24 19:6,9,
10,12,14,15
20:3,8,14,21
21:1,16 22:4,
19,20,23
23:5,6,8,9,18
24:13 25:1,5
26:15,18,23
27:6,11,14,
16,18 28:14,
21,22 30:2,16
31:8,14 32:3,
6,16 33:3,9
34:2,8,10,11,
12,17,18
35:2,6,22
36:1,6,7,25
37:2,20 38:6,
7,10,12,25
39:3,7,8,11

40:5,8,11,12
41:2,5,13,24
43:5,14,22
44:5,18,22
45:8 46:19
47:7,8,12,20
48:2,3,11,13,
23,24 49:4,7,
10,11 50:8,19
51:14,15,23
52:1 53:1,25
55:6,11,12
56:8,19 57:7,
19,21 58:10,
17 59:1,3
60:7,20 61:6,
8,12,17,20,23
62:4,11,15,18
63:3,5,10,13
64:6,19,25
65:11,23
66:4,6,7,8,23
67:3,5,8,15,
24 68:12,14,
18,21 69:5,10
70:4,5,6,7,17
72:3,12,14,
15,25 74:3,6,
10 75:14,20
76:8 77:12,
15,25 78:11
79:1,6,12,15,
18,21 80:11,
18,19 81:6,
20,24 82:6,9,
10,16 84:9,
16,18,24
85:9,11,19,
20,21 86:6,
13,18 87:5,
15,18,20
88:5,7,14,15,
16 89:2,14
90:1,17,22
91:14 92:2,3,
16,24 93:14,
15,22,24
94:4,10,12,
13,22 95:1,3,

4,20
**that's** 9:15
10:16 11:5,9
14:10,21
17:12 18:4,7,
8 19:17 20:5
23:11 31:7
36:13,22
38:12 40:19
43:22 44:1
45:15 48:11
49:2 51:2,11,
16 53:2,9
57:17 58:3,4,
6,10,16
61:14,19
66:16,22
68:25 75:12
76:3,25 80:14
81:8 83:17
84:1 89:25
92:2 93:19
**their** 17:11
20:19 24:18
26:17,22
28:18 29:17
31:13,24 47:4
48:17 72:2
73:23 74:8
79:2 87:25
90:6 92:15
94:8
**them** 5:17
17:6 19:11
22:8 26:14
28:10,11
30:3,6,7 31:4
33:13,14
37:19 53:18
55:3 57:16
63:17 71:22,
23 72:2 74:2,
19 76:19 89:2
94:13
**themselves**
81:4
**then** 14:16
16:8 18:2
25:13 26:13

28:13,15 29:5
32:15 44:16
45:9 52:24
56:24 57:10
59:9 66:3
75:11 82:13
90:12 92:8,19
95:17
**there**  6:17
7:2,3,4
10:18,19
15:20 16:1,2,
3,4 17:9
18:4,5 19:12,
16 20:18
23:3,4,16
25:21 26:15,
19,20 27:8,
14,19 28:20
29:5 31:12,15
32:21 34:18,
21,24 35:5
36:17 37:2
38:2,17,20
39:3,17,19,24
41:5,12
43:20,23
44:21 45:16
47:15,18
50:4,12
51:18,20
55:1,20 56:2,
4,8,14 58:5,
23,24 60:2,6
61:5,6,16,17,
22 62:10,14,
17,22 65:10
66:10,23,25
67:14,19,20
68:11,20
69:4,15 74:15
75:5 79:4
85:5,11 88:5,
7 90:7,10
91:17,23
92:3,4,8,15
94:18,22
**thereof**  86:16

**thereto**  86:17
**these**  24:5
32:24 33:1
46:21,23 66:2
75:1
**they**  15:5
18:2,14 19:2,
4,7,10 20:1
21:1,2,13
22:2,6,9,12,
20 24:10,12
25:7 26:8,11
28:11,18
29:16 30:5
33:17 34:15
37:17 38:13
41:16 43:16,
17 46:3 48:8,
22 49:13
50:12 52:11,
13,14 54:4,5,
7,19 55:1,21,
22 56:1,2,22
57:1,11,14,
15,18,24
59:25 60:4
62:20 63:13,
15 68:13
71:9,21,22
73:25 74:8,16
77:14 79:1,3,
21,22,23
81:14,15
82:20,21,22,
23 83:20
87:25 90:6,7,
12 93:3 94:6,
7,20,22,23
**they're**  22:4
33:7,12,17
34:15,19
44:14 52:10
79:2
**they've**  19:25
**thing**  16:13
53:1 58:16
**things**  18:5
25:18 35:5

**think**  11:3
23:14 24:2
26:11 34:11
41:7 60:10
61:13 67:5
75:12,14
79:10,11 92:4
93:23
**this**  6:21
7:2,8,11,14,
20,21 9:25
11:10,17
14:10 16:16,
19,22,25
23:17 30:2
37:2 39:19
40:9 41:21
44:4 51:3,7
53:5 59:5,6,
16,18 60:19
61:22 62:25
63:19,21
64:6,9,24
65:1,5,11,15
66:5,14,19
67:4,9,11,14,
24 69:5,20
70:1,20,24
71:1 72:8,11,
18 73:17,20
74:10 75:7,23
76:20,24
77:9,10,15,
23,24 78:1,2,
4,7,12,13,17
79:7,18
80:18,22
81:6,12,23
82:1,5,15,19
83:7,15,20,23
84:14 85:5,
10,15 86:8
87:11 88:8,
20,21,25
89:14 91:5
95:3
**those**  4:18
5:3,6,7 8:12
11:8 15:11,16

16:6 18:11,12
20:25 21:2
35:12 41:14
44:24 49:7,11
55:19 73:24
91:24 92:16
95:14
**though**  78:10
83:9 91:15
**thought**  77:18
**thousand**  55:1
**three**  4:8
32:1
**through**  5:15
11:6 22:6
26:16,22 28:7
55:3 67:19
71:21,24
77:10,13,16,
23 92:20
**Tiffany**  46:22
59:2,12
**Tiffany's**
59:14
**Tim**  3:9 16:13
**time**  4:12
6:1,2,6 11:7
13:11 14:14,
15,16 22:21
25:9 37:20
45:25 46:5
49:10 50:22
54:7 62:3
72:14 77:3
81:15,23
90:17
**times**  4:1
34:15
**Timothy**  3:3,
15
**title**  3:16
7:18 16:6
27:14,15,16
48:24 59:3,14
83:4
**titled**  42:10
70:23 76:25

**to** 5:16,18
6:1,2,7,17,25
7:5,9,10,13,
14,19,25 8:1,
6,7,8,10,12,
19,21,22,23
9:1,2,7,11,
15,21,22,24,
25 10:4,9,11,
12,18 11:1,3,
7,8,9,15,18,
19,21,22,24,
25 12:11,14,
15,22,23,25
13:1,3,4,13,
15,19,20,21,
22,24 14:2
16:11,16,19,
22 17:17,20,
25 18:5,13,
17,23 19:17,
18,23,24
20:19,20
21:1,3,4,8,
11,13,17,24
22:5,6,8,9,
10,12,21 23:3
24:2,8,10,11,
12,13 25:2,
12,15,16
26:2,5,8,13,
14,16,21
27:1,11,14,20
28:7,17,21,22
29:23 30:7,
10,11,19,23
31:12 32:20
33:11,15,19,
22,25 34:3,
13,18,19
35:18 36:8,
12,24 37:6,9,
10 38:2,3,9,
12,13,14,15
39:3 40:4,6,
7,13,14,21,24
41:4,8,9,10,
12,14,21
42:6,9,14,21

43:3,6,14,20,
22 44:4,14,22
45:12,20
46:3,24 47:9
48:21 49:3,9,
13 50:4,6,10,
11,18,25
51:3,4,6,8,
14,23,25
52:2,4,9,22
53:3,5,7,8,25
54:1,20,21
55:6,11,12,
13,19,20,21,
24 56:9,14,23
57:4,6,7,13,
15,18,21,22,
23 58:2,11,
13,14,18,21,
22 59:5,18,25
60:6,10,12
61:16,22
62:8,15,21,
22,23 63:2,3,
4,6,17,18
64:11,20,22
65:10,11,14
66:2,3,8,10,
20 67:9,11,
15,16,24
68:5,8 69:7,
18 70:15,19
71:9,14,15,22
72:2 73:1,8,
14,17 74:8,11
75:8,9,12,17,
20,24 76:7,9,
18,20 77:6,
18,21 78:1
79:4,9,16,18
80:5,19,23
81:12,16,17,
21 82:1,6,8,
10,11,14,16,
25 83:5,23
84:9,14,25
85:2,6,9,18,
21,22,24
86:3,5,8,11,

12,14,15,16
87:7,14,15,
20,23,24
88:1,4,5,6,
10,17,19
89:24 90:1,3,
6,11,12,14,
19,23 91:4,
22,24 92:9,
15,18 93:14,
20,25 94:6,
11,13,15,24,
25 95:7,8,11,
14

**today** 3:18
6:19 7:1 9:3
10:11,19 25:5
**together**
73:23,25
**told** 58:8
71:9
**too** 39:19
73:12
**top** 17:12
86:21
**topic** 9:2,7,
9,12,21,25
10:12,20
11:18,19,20,
21,24 12:1,3,
17,19 14:5,
18,19,25 15:2
86:8
**topics** 8:3
9:2,5 10:20
12:2 13:19,22
**tracks** 19:12,
21
**training**
57:20,22
58:13 94:11,
25
**transfer**
71:22
**tree** 79:24,25
80:1,2
**trial** 5:11

**true** 42:4
58:10
**truthful** 6:19
**try** 6:7 12:11
13:13 23:17
**trying** 13:21
14:2 41:12,21
56:23 61:16
82:14
**twelve** 4:2
**twice** 70:3,10
**two** 4:8 16:1,
2,3,4 18:1,
11,12 31:21
70:5,7,20
74:13,15
75:25 76:17
**type** 5:12
34:22 43:3,14
44:5 47:6
51:21 61:16,
17 75:4,5
79:23 81:6
84:7 87:5
90:12
**typically**
39:9 56:20
64:18,19 91:3

---

**U**

**U.S.** 50:19,25
51:4,6 52:3,
11 55:7,12
81:23 82:15
85:18 87:24
**Uh-huh** 26:9
69:3
**unclear** 88:4
**under** 6:15
12:2 17:19
18:14 30:18
33:20 34:25
38:23 42:14,
15 53:9,10
56:4 59:23
65:23 69:2
71:17 75:18

95:9
**understand**
5:20 6:12,14
9:15 11:5
12:11,17,20
13:7,10,12,
21,23 16:11
25:11 44:17
48:4 52:5,7
61:9 76:1
77:14 85:13
88:5,9 93:17
**understanding**
58:18 93:19
**understands**
31:11
**understood**
5:22 7:10
16:9 35:7
43:23 44:16,
21 49:17 53:3
75:11 76:12
77:5,21 83:18
92:2
**undue** 14:12
**unfair** 89:25
**unit** 20:21
**units** 24:19
30:6 31:5
**unless** 6:2
11:8 60:4
72:25
**until** 5:16
35:15 52:24
73:13
**unvalid** 82:15
**unwilling**
40:24
**up** 28:11
33:17 35:18
40:9,13,16
48:23 53:2
70:10 87:20
**upon** 9:3
**upstairs** 30:7
**us** 11:17
13:10 29:21
35:17 36:13

41:8 59:25
62:21 64:22
71:9,14,22
72:2 75:5
**USA** 80:15
**use** 57:3
**used** 7:23
34:11 57:3
83:5
**using** 51:11
**usually** 46:2
62:20 94:6

---

**V**

**Venezia** 33:14
**verbally** 5:23
**Verbatim** 73:4
**verification**
60:16,18,21,
24 61:3,8,13,
17,23 62:5
**verify** 60:7
**very** 19:9,10
80:8
**vet** 34:12
**vets** 33:15
**vetting** 34:11
**victim** 28:25
**victim's**
17:10
**violate** 41:24

---

**W**

**wait** 5:16
44:16
**waive** 95:19
**walk** 5:15
28:7
**want** 7:19
9:15 11:1
28:7 30:23
41:3 42:5
58:8,18 62:21
73:1 88:5
90:10,12

93:20,25
**wanted** 41:8
67:10 77:21
**wants** 87:15,
24 91:22
**warrant** 60:25
**was** 3:4,5
4:4,22,23,24
7:2,3,4,5,8,9
10:9 11:22
16:13 20:12
23:5,8,11,12,
18 25:1 29:6
33:2,25 34:11
35:22 36:12,
25 40:12 42:3
51:22 53:7
55:5,18
59:16,22
61:20,22,23
62:4,5 63:24
64:2,3,4,8
67:5 70:18
71:2,3,8
74:22,23
76:21 77:8,
15,23,24
78:10 79:18
80:7 81:6,14
82:1,6 83:6,
13 84:4 85:1
86:6,11 91:5,
14 93:14 95:3
**wasting**
14:14,16
**way** 5:4 9:20
10:24 13:9,18
19:14 23:6
25:21 55:8
58:4,6 66:10
67:4 75:24
76:9 85:9,11,
21 88:14
91:24 92:15
**we** 5:17 6:7,9
7:5 11:25
14:22 15:3
16:12 18:23
23:3 28:19

30:2 34:1
36:2 43:6,20
44:7,8 47:20
50:9 53:1,22,
24 55:3,5
56:24 58:19
60:4 62:20
63:17 64:20
67:10 71:7,22
74:9 75:8
79:10 82:12
84:9,25 88:15
92:19 95:20
**we're** 51:3
83:21
**we've** 39:18
**weight** 29:4
**welcome** 14:2
35:25
**well** 9:1,2
12:1 17:9
23:21 36:12
38:11 56:18
59:8 60:4,19
61:19 70:4
72:2 81:14
82:6 83:23
87:18
**went** 11:6
19:21
**were** 3:1 4:25
7:7 9:2,24
10:18,19
11:18,20 25:5
34:1 36:2
42:4 49:8
70:7 92:19
**West** 53:2
**what** 4:6,22,
24 5:6,18
7:14 8:3,12,
15 9:2,15,19
10:13,15
11:20 12:20
13:24 14:8
16:12,13,14,
16,19,22
17:3,7,14,23

| | | | |
|---|---|---|---|
| 19:16 21:23 | 19:7,8,10 | 37:19 40:7 | 13:4 16:25 |
| 22:25 23:8 | 20:1,2 23:9, | 41:13,22 44:8 | 17:2 21:5 |
| 25:19 27:6,7 | 11 32:3 33:15 | 46:12,13,21, | 22:17,22 24:6 |
| 29:2,6 30:20, | 40:20,22 | 23 48:16,21 | 26:20 30:24 |
| 23 31:3,6,24 | 41:16 46:2,3 | 50:24,25 | 32:5,6 35:12 |
| 32:17 33:11 | 48:7 49:3 | 51:4,5,6 | 37:6 38:2 |
| 34:10,13,14, | 52:3,14 55:19 | 52:16 55:11, | 41:2 42:13 |
| 25 36:10,14, | 59:16,23,25 | 18,19,24 65:5 | 43:14 45:13 |
| 22 37:5,11 | 60:15,17,20, | 66:2,5,7 | 49:8,11,17 |
| 38:23,25 39:1 | 23 61:2,6,12, | 68:23 72:19, | 50:20 51:3 |
| 41:10 42:21, | 24 62:4 63:24 | 22 75:24 | 54:20 55:13 |
| 23 44:1,8 | 64:1,3 71:1, | 76:3,9 80:21 | 56:9,14,15, |
| 45:14 46:17 | 2,3,6,7,8,9 | 83:2 85:3 | 20,22,24 |
| 47:1 49:4 | 73:14 83:13, | 86:1 87:14, | 57:1,3,6,21, |
| 51:15,16,17 | 20 87:14 | 23,24 89:7,23 | 22 58:14,22 |
| 54:17,25 | 90:14,16 | 90:10,12 | 60:20 62:15, |
| 55:6,11 56:3 | **where** 13:19 | 91:3,6,8,21, | 22 65:10,11 |
| 57:1,5,10 | 22:15 33:19 | 22 93:7 | 70:24 71:1, |
| 58:17,18 | 35:2 45:19 | **whoever** 23:12 | 10,11 72:21 |
| 59:1,10,14,23 | 48:6,8,9,11 | 57:18 | 73:20 76:7 |
| 61:14,25 | 49:4 51:3 | **whom** 26:10 | 77:10 80:22 |
| 64:11,18 | 57:11 64:9 | 29:20 82:25 | 81:12 82:4,8 |
| 65:17 67:17, | 65:3 79:22 | **why** 11:6 12:6 | 83:6,10 |
| 24 68:20 | 94:13,15 | 14:7 22:9 | 85:10,22 |
| 70:19 71:13, | **WHEREUPON** 3:1 | 55:1 66:22,23 | 87:25 88:15 |
| 16 73:14 | **whether** 6:17 | 67:4,20 68:11 | 92:17 93:14 |
| 74:14,22 75:4 | 19:15,21 20:9 | 69:4 70:3,10 | 94:11,25 |
| 76:25 78:21 | 25:8 31:16 | 84:14,23 85:5 | 95:20 |
| 79:6,15,20,23 | 34:12 38:2 | **will** 5:15,21 | **within** 21:9 |
| 80:7,14 81:11 | 41:12 50:9 | 6:7 7:23 9:1 | **without** 14:5 |
| 82:8 83:4,18, | 51:18 80:22 | 11:12 12:7 | 15:24 17:12 |
| 19,25 84:17, | **which** 4:25 | 13:10,23 | 27:9 |
| 20,23 85:12, | 11:6 15:23 | 14:19,22 | **witness** 3:4 |
| 23 87:2,5,11, | 19:12 25:9 | 15:2,3 18:23 | 10:25 25:16 |
| 21 88:17 89:9 | 26:4 27:19 | 26:19 33:18, | **won't** 55:3 |
| 90:2,4 92:2 | 31:22 33:20 | 19 34:16,20 | **word** 21:2 |
| 93:15,19,20, | 39:25 43:13 | 40:3 43:23 | 24:20,21,22 |
| 21 94:1,3,15 | 55:13 56:4 | 44:18 52:6,8 | 34:11 67:23, |
| 95:8 | 66:23 84:19 | 53:13,22,23, | 24 89:3 90:24 |
| **what's** 11:10 | 86:18 92:18 | 24 54:4,5,7 | 92:21 93:5 |
| 17:6 35:1 | **while** 79:9 | 56:2 73:2,5, | **words** 28:7 |
| 40:18 48:24 | **who** 3:20 7:10 | 12 76:5 79:10 | 65:22 66:2 |
| 59:12 | 19:15,21 | 82:6 87:18 | 69:9 70:1,3,5 |
| **whatever** 7:18 | 20:9,21 21:8, | 89:15,16 90:1 | **work** 90:4 |
| 18:12 80:18 | 9 23:7 24:6 | 93:17 95:20 | **work-related** |
| 87:16 93:25 | 26:5 30:3 | **with** 3:1 5:23 | 26:16,21 |
| **when** 4:3,14 | 31:20 33:7, | 9:11,19,24 | **worked** 4:13 |
| 6:23 10:18 | 12,13 34:2 | 10:1,2,4 | |
| 13:23 18:11 | 35:14,16 | 12:15,20,25 | |

Marie Adam

**working** 4:14
14:7 84:6
**works** 14:9
22:20 25:16
84:11
**worksheet**
17:11
**worry** 14:15
**would** 6:7
7:12 10:11
19:14,15
20:9,12,19,20
22:22 23:7,20
24:12 26:13,
14 34:12
35:19 36:2,6,
7,14,15,16,
19,21,24
37:11,16
38:3,16,17,25
39:1,7,8,12
40:19 41:9,
20,23 43:6
44:22 46:3
47:10 48:11,
12 50:4,18,25
51:1,5,7,14
55:2,5 58:4,
11 63:15 64:3
66:7,8,20,24
67:9,11,15
68:20,23
70:3,17 72:25
78:1 79:12
80:21 82:4,19
83:18,19
84:7,14,20
85:5,8,20
86:13 87:21,
22 88:1 89:7,
23 92:15,17,
18,20 93:7
95:12,14
**wouldn't** 36:9
60:4 63:13
82:20
**write** 36:12
**writes** 28:16
32:15

**written** 9:20
**wrong** 55:5

---

**Y**

**Yeah** 7:5,9
17:2 24:19
33:6 41:10
47:10 48:3
57:1 64:15
66:1 77:11
87:13
**year** 4:5,6,13
**years** 4:8,10
14:8 15:15
27:19,21
37:16,17
**yes** 3:6,19,25
4:20,21 6:13,
16 9:9,10
10:1,3 12:16
15:1,10,13,
17,19,22
16:5,18,24
17:5,7 18:11,
21 19:1,3,17,
19,25 20:5
21:7,21
22:12,14,18
23:16,19
24:7,9 25:3,
7,24 26:3,11
27:2,5,13,22
28:6,9,23
29:16,19
30:9,14,17,25
32:5,15,23
33:5 34:5,8,9
35:11 36:23
37:1,21
39:10,11
42:8,12,20
43:4,9,20
45:22,24
46:6,14,25
47:24 48:5,
15,20 49:16,
19 50:2,8
51:21,24

52:12,13
53:12,16,19,
21 54:8,22
55:23 56:12,
23 57:15
58:12,23
60:19,22 63:1
64:17 65:16,
20,25 67:7,13
68:2,10 69:3,
11,14,17,21,
23,25 70:2,
11,21,25
71:12,21
72:4,10,17
74:19 75:1,
10,14,16,22
76:2,14,19
77:14,24
78:2,3,9,12,
19,20 79:5
80:14,17,20
81:3,5,19,25
82:3,18,24
84:3,22
85:16,22
87:1,2 88:13,
21,22,24 89:1
90:18,21 92:3
93:4,21
95:16,23
**yesterday**
6:24,25 7:1,5
**yet** 44:14
71:5 79:9
**you** 3:12,18,
24 4:5,6,14,
18,25 5:11,
15,20,21,22
6:2,3,6,7,8,
9,12,14,18,
21,23,25 7:1,
7,10,14,19,25
8:6,17,19,20,
25 9:1,2,7,9,
11,13,15,18,
21,24 10:5,
11,12,18,20,
22 11:1,2,3,

8,18,20 12:6,
9,14,17,23,25
13:7,9,13,23,
24 14:1,4,6,
7,8,13,18,24,
25 15:24
16:6,11,16,25
17:7,17,20
18:3,17,19,24
19:15,17,18,
20,23 20:3,
19,25 21:4,5
22:17,21,22,
23,25 23:14,
25 24:2,22,24
25:5,8,10,16
26:5,6,14,20
27:10,16,18,
24 28:3,7,20
30:4,10,11,
18,20,23
32:3,4,19
33:3,22 34:2,
11 35:23,24
36:14,22
37:14 38:16
39:7,8,11
40:9,17,20,24
41:3,7,9
42:4,5,7,9,
11,13,14,19
43:13,15
44:4,5 45:20
46:3,22 47:7
48:4,9 49:8
50:8,15,24
51:4,10,13,
14,17,21
52:5,7,8,14
53:3,8,11
54:13 55:18
56:18 57:2,4
58:1,2,8,11,
18,20 59:3,17
60:10 61:9,
11,14 62:8,11
63:18,19
64:12 65:14,
22 66:8,11,

Matt Albaugh

```
13,18,20,23,           87:5,12 89:23
24 67:1,5,8,       you've  5:14
11,15,16,17,         14:7 42:2
24 68:5,9,14,        58:8 63:21
16,18 69:2,7,        74:12
9,12,15,20         your  3:12,16,
70:1,13,15,          20,22,24 4:24
20,22,24             5:24 6:1 8:12
71:1,5,6,10          10:10,14,19
72:6,25 73:9,        11:7,12 12:7,
14,23 74:3,24        17 13:22
75:12,15,17,         14:14,18 15:2
20,25 76:1,8,        19:17 33:22
15,17 77:3,          40:10 67:1
10,12,15,18,         86:24 90:1
21,25 78:2           93:19 95:8,15
79:8,12,15,        yourself  9:7,
18,25 80:5,          22 17:20
11,18,19             30:19 60:12
81:17,20,24          62:9 75:20
82:11,12
83:11 84:18,
20 85:12 86:5
87:2,20 88:5,
25 89:5,14,
17,18,21
90:1,3,9,10,
11 91:1,3,14,
25 92:2,18,
19,22,25
93:7,17,18,
20,23,25
95:3,6,22
you'd  8:25
46:14
you're  9:19
12:9,14,20
13:19 14:2,16
16:16,19,22
21:1 23:1
25:18 26:24
35:21,25
40:13,16
41:5,10,21
43:19 44:17
51:2,15 52:10
59:8 63:13
66:23 70:10
73:13 79:9
```