EARM Case Comments                                                                                                      Page 1 of 2

# EARM

Logged In: ███

| Person ID: ███ | Sex: M  DOB: ███ | Current Age: 50  COB: JAMAI  COC: JAMAI |
|---|---|---|
| Subject ID: ███ | Processing Disposition: Notice to Appear Released (I-862)  RCA Look-Up | |
| Case #: ███  Case Category: [2A]  Docket: KRO - MIA CAP ███ | | |
| Final Order of Removal: No | Time in Custody: N/A | Special Class: Absconder Initiative |
| Final Order Date: N/A | Depart / Cleared Status: ACTIVE | |
| Proceed With Removal: N/A | | |
| Days Final Order in Effect: N/A | | |

**Current / Active Alerts**

Detention History

No Photo

(!) Absconder - Call LESC at 802-872-6020 before any final decisions or actions.

## Brown, Peter ███

## Comments

PLAINTIFF'S EXHIBIT 17 RiPA 11.7-19 FC

| FILTER BY COMMENT TYPE | FILTER BY ENTERED DATE | FILTER BY DELETE STATUS |
|---|---|---|
| ☑ EARM  ☑ EADM  ☑ ATD | -- All Dates -- | ☑ Show Deleted Comments |

*All of the following comments are related to Case # ███*
Results: 22

| Date Entered | Entered By | Type | Comments | Edit | Delete |
|---|---|---|---|---|---|
| 12/04/2018 02:30 PM | ███ | EARM | USC info unlinked from EARM/EAGLE events. System updated. NCIC shows alien is deceased as of 2017. Awaiting to confirm with NY vital statistics. | | |
| 06/04/2018 09:47 AM | ███ | EARM | Subject who was brought into custody was not the subject in question. "Peter Sean Brown" is a USC born in Philadelphia with FBI# 941863MA2. Records checks show "Peter Davis Brown" (FBI# 401663HA6) with an alias of Derrick Christian as deceased in New York (SID NY6896271N). HSI New York and NY Dept of Vital Statistics were contacted to verify this information, which is still pending as of 6/4/18. Fingerprints from both individuals have been received, and this information will be forwarded to IDENT. - KG | | |
| 04/27/2018 09:55 AM | ███ | EARM | New arrival at KROME. KSTEP, wants and warrants negative. Subject arrived from Miami CAP with T-file. Case was moved to the corresponding docket. Call up was added. | | |
| 04/07/2018 03:04 PM | ███ | EARM | T-File delivered to KROME and placed in the Krome Detainer Drawer ███. JL | | |
| 04/06/2018 02:38 PM | ███ | EARM | SDDO reviewed case. Criminal Final Order w/pending criminal charges for PROBATION VIOLATION. Alien is in MONROE County Custody with PRD UNKNOWN. A-file RETIRED and ordered from NRC. T-File forwarded to Krome Detainer Drawer (███) pending release from Miami-Dade Custody. (SDDO Cabarcas) | | |
| 04/06/2018 02:03 PM | ███ | EARM | Final Order B&B. Subject was arrested in Monroe County, Florida for Probation Violation. Subject is an ICE Fugitive/Absconder Initiative 2. Ordered removed 6/20/1989. T File created, A File ordered. Case processed and forwarded to SDDO for review. - KG | | |
| 04/09/2009 10:47 AM | ███ | EARM | SID #'S: NEW YORK - STATE ID/NY6836145Z NEW JERSEY - STATE ID/NJ853615B | | |
| 08/09/2008 03:16 PM | EARM_MIG | EARM | CENF: 2/4/08-FILE XFRD TO NRC FOR ENTRY INTO NCIC. EC. | | |
| 08/09/2008 03:16 PM | EARM_MIG | EARM | CHERRY HILL.D45 | | |
| 08/09/2008 03:15 PM | EARM_MIG | EARM | AT LARGE.-C09 5/30/07: FILE RETURNED FROM LESC FOR FURTHER ACTION. FILE TO | | |
| 08/09/2008 03:15 PM | EARM_MIG | EARM | SDO KENDRICK OF CNJ/FUGOPS WAS ADVISED AND THE PETER SEAN BROWN WAS RELEASED. PETER DAVIS BROWN (A███ REMAINS | | |
| 08/09/2008 03:14 PM | EARM_MIG | EARM | VE HAS FBI#401663HA6. WHEN PETER SEAN BROWN | | |

| Date Entered | Entered By | Type | Comments | Edit | Delete |
|---|---|---|---|---|---|
| 08/09/2008 03:14 PM | EARM_MIG | EARM | WAS SEARCHED INIAFIS THE ONLY RECORD THAT BELONGED TO HIM WAS FBI #941183MA | | |
| 08/09/2008 03:12 PM | EARM_MIG | EARM | WILDWOOD CREST IS A DIFFERENT PETER BROWN. HIS FBI# 941883MA2 IS HIS NCIC RAP SHEET. PETER DAVIS BROWN, THE ICE FUGITI | | |
| 08/09/2008 03:12 PM | EARM_MIG | EARM | NAMES ARE THE SAME BUT THE PHOTOS AND PRINTS THAT WERE USED WERE USED IN ERROR. THE PETER BROWN THAT WAS DETAINED ATT | | |
| | | | A FINGERPRINT SEARCH WAS CONDUCTED ON IAFIS AND THE SUBJECT DID NOT CORRESPOND WITH THE PERSON THAT WAS DETAINED. THE | | |

Page 1 of 2

**Comment Type Legend**
EARM: Case comments entered in the EARM system.
EADM: Detention comments entered in the EADM system.
ATD: Alternatives to Detention comments entered in the EARM system.

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) |
Release EARM 5.54

ICE000101

12/10/2018

EARM Case Comments | Page 1 of 1

# EARM

Logged In:

Person ID: Sex: M DOB: Current Age: 50 COB: JAMAI COC: JAMAI
Subject ID: Processing Disposition: Notice to Appear Released (I-862) RCA Look-Up
Case #: Case Category: (2A) Docket: KRO - MIA CAP
Final Order of Removal: No   Time in Custody: N/A   Special Class: Absconder Initiative
Final Order Date: N/A   Depart / Cleared Status: ACTIVE   2
Proceed With Removal: N/A
Days Final Order in Effect: N/A

Current / Active Alerts
Detention History

No Photo

(!) Absconder - Call LESC at 802-872-6020 before any final decisions or actions.

## Brown, Peter

## Comments

FILTER BY COMMENT TYPE | FILTER BY ENTERED DATE | FILTER BY DELETE STATUS
[✓] EARM | -- All Dates -- | [✓] Show Deleted Comments
[✓] EADM
[✓] ATD

*All of the following comments are related to Case #*
Results: 22

| Date Entered | Entered By | Type | Comments | Edit | Delete |
|---|---|---|---|---|---|
| 08/09/2008 03:08 PM | EARM_MIG | EARM | FILE LOCATION: XFR/NRC | | |
| 08/09/2008 03:05 PM | EARM_MIG | EARM | 03/05/05- THE DETAINER WAS PLACED ON AN INCORRECT PERSON. THE PERSON THAT WAS DETAINED WAS THE NOT THE SUBJECT. | | |
| 08/09/2008 03:04 PM | EARM_MIG | EARM | CENF: LESC IS TO FED-EX A-FILE, SUBJ TO BE PICKED UP ON 03/04/05 FROM CAPE MAY CO. JAIL. (03/03/2005, PF) | | |
| 08/09/2008 02:50 PM | EARM_MIG | EARM | CENF: SUBJ ARRESTED BY WILDWOOD CREST P.D., ABSCONDER F/O. LESC SENT DETAINER, SUBJ BEING HELD AT CAPE MAY CO. JAIL. | | |
| 08/09/2008 02:48 PM | EARM_MIG | EARM | CENF; 2/7/03 SUBJECT ENTERED INTO NCIC AS A WANTED PERSON BYTHE AAIRU. | | |
| 08/09/2008 02:20 PM | EARM_MIG | EARM | FILE IN NCIC- PLEASE MODIFY TO HAVE YOUR OFFICE NOTIFIED OR CANCEL AS APPROPRIATE. | | |
| 08/09/2008 02:12 PM | EARM_MIG | EARM | 6/20/89 ORDERED DEPORTED TO JAMAICA. NO APPEAL FILED. NO SHOW SURRENDER FOR DEPORT ON 9/26/89. | | |

Page [2 v] of 2

**Comment Type Legend**
EARM: Case comments entered in the EARM system.
EADM: Detention comments entered in the EADM system.
ATD: Alternatives to Detention comments entered in the EARM system.

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) |
Release EARM 5.54

ICE000102

12/10/2018