UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Peter Sean Brown,

    Plaintiff,

v.

Richard A. Ramsay, in his official capacity as Sheriff of Monroe County,

    Defendant.

Case No. 18-cv-10279

**UNOPPOSED MOTION TO STAY PRETRIAL AND TRIAL DEADLINES**

Plaintiff Peter Sean Brown ("Plaintiff") respectfully moves to stay all pretrial and trial deadlines in this case for 90 days, or until after the Court resolves the parties' cross-motions for summary judgment—whichever comes first. Defendant Sheriff Richard A. Ramsay ("Defendant") does not oppose this request.[1]

\* \* \*

On March 27, 2020, Plaintiff moved to stay pretrial and trial deadlines in light of the parties' pending cross-motions for summary judgment and the ongoing COVID-19 pandemic. ECF No. 157. The Court granted that motion in part and denied it in part, staying pretrial and trial deadlines for 60 days. ECF No. 158.

On May 26, 2020, the parties jointly requested an additional 60-day stay to allow time for the summary judgment motions to be resolved. ECF No. 161. On May 27, 2020, the Court granted that request, further staying pretrial and trial deadlines and directing the parties to file a joint scheduling proposal "with revised pre-trial deadlines and a proposed trial date" by July 29, 2020.

On July 28, 2020, the parties jointly requested an additional 61-day stay to allow time for the summary judgment motions to be resolved. ECF No. 166. Recognizing that the Court had directed the filing of a proposed pretrial and trial schedule, however, the parties jointly proposed an amended schedule. *See id.* In doing so, the parties noted that "the situation regarding the COVID-19 pandemic remains uncertain, as does the outlook for a January trial date," further noting that "[t]he parties may need to seek leave to adjust this schedule." ECF No. 166 at 1. On August 28, 2020, the Court entered the following scheduling order (*see* ECF No. 167):

//

---

[1] While the Court's previous extensions have been 60 days in length, counsel for Defendant has indicated that he is already double booked for trials in mid-March 2021 (approximately 60 days from the current trial date) and therefore requests that any further stay of pretrial and trial deadlines be for 90 days in order to avoid any scheduling conflicts.

| Date | Item |
|---|---|
| October 26, 2020 | Deadline to file motions *in limine* |
| November 16, 2020 | Deadline to file a joint pre-trial stipulation, exhibit lists, witness lists, and proposed jury instructions or conclusions of law (for non-jury trials) |
| November 16, 2020 | Deadline to file deposition designations |
| January 12, 2021, 11:00 am | Calendar Call |
| January 19, 2021 | Trial |

As Plaintiff noted in his previous Motion to Stay Pretrial Deadlines, ECF No. 157, the parties have filed cross-motions for summary judgment on all of Plaintiff's claims. *See* ECF Nos. 126, 127. All response and reply briefing on those motions is complete, *see* ECF Nos. 148, 150, 152, 154, and summary judgment will likely resolve many if not all of the liability issues in this case or, at the very least, substantially inform the parties' pretrial preparations and submissions, including motions *in limine* and related pretrial filings. Further, the disruptions caused by the COVID-19 pandemic continue to make it especially difficult to prepare for and hold a trial at this time. Plaintiff therefore proposes that pretrial and trial deadlines be stayed and revisited once summary judgment is decided, at which point it will be clear which issues, if any, remain for trial.

At the present time, the Court's pretrial deadlines are fast-approaching. Motions *in limine* are currently due October 26, 2020, and the pretrial stipulation, witness lists, exhibit lists, and proposed jury instructions are due November 16, 2020. *See* ECF No. 167. Trial is currently set for January 19, 2021. *Id*. These deadlines should be stayed for two reasons.

*First*, the pending summary judgment motions are likely to resolve the vast majority of issues that a trial would address. The parties agree that there are no genuine disputes as to any material facts, and have therefore sought summary judgment on every liability issue in this case. In addition, a ruling on summary judgment may promote settlement, which could obviate the need

2

for any trial to take place.  It is therefore premature for the parties and the Court to invest substantial time and energy preparing for trial on issues that are likely to be resolved without trial.

*Second*, the COVID-19 pandemic continues to pose substantial disruptions to the parties, counsel, and the federal courts, making it especially difficult to prepare for and conduct a trial at this time.

Plaintiff therefore respectfully requests the following, which Defendant does not oppose:

- A stay of all pretrial and trial deadlines for 90 days or until after the Court decides the cross-motions for summary judgment, whichever comes first; and

- An order that, within 30 days of the resolution of those motions, the parties must submit a joint status report proposing a schedule moving forward.

Dated:   October 13, 2020

Respectfully submitted,

*/s/ Daniel Tilley*
Daniel Tilley (Fla. Bar No. 102882)
ACLU Foundation of Florida, Inc.
4343 W. Flagler St., Suite 400
Miami, FL 33134
Telephone: (786) 363-2700
dtilley@aclufl.org

Amien Kacou (Fla. Bar No. 44302)
ACLU Foundation of Florida, Inc.
4023 N. Armenia Avenue, Suite 450
Tampa, FL 33607
Telephone: (813) 288-8390
akacou@aclufl.org

Spencer E. Amdur*
Cody H. Wofsy*
My Khanh Ngo*
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-1198
samdur@aclu.org
cwofsy@aclu.org
mngo@aclu.org

Omar C. Jadwat*
Lee Gelernt*
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2500
ojadwat@aclu.org
lgelernt@aclu.org

Sarah M. Rich*
Southern Poverty Law Center
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: (404) 521-6700
sarah.rich@splcenter.org

A.J. Hernandez Anderson (Fla. Bar No. 0018092)
Southern Poverty Law Center
P.O. Box 12463
Miami, FL 33101
Telephone: (786) 347-2056
aj.hernandez@splcenter.org

Heather L. Richardson*
Jonathan N. Soleimani*
Jennifer K. Bracht*
Jason S. Kim*
Patrick Hayden*
Andrew C. Bernstein*
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
hrichardson@gibsondunn.com
jsoleimani@gibsondunn.com
jbracht@gibsondunn.com
phayden@gibsondunn.com
jkim@gibsondunn.com
abernstein@gibsondunn.com

*Admitted pro hac vice
Attorneys for Plaintiff