UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Peter Sean Brown,<br><br>        Plaintiff,<br><br>   v.<br><br>Richard A. Ramsay, in his official capacity as Sheriff of Monroe County,<br><br>        Defendant. | Case No. 18-cv-10279 |

**UNOPPOSED MOTION TO CONTINUE PRETRIAL AND TRIAL DEADLINES**

Plaintiff Peter Sean Brown ("Plaintiff") respectfully moves to continue all pretrial and trial deadlines in this case, and defer deadlines to file motions *in limine*, stipulations, and deposition designations for 62 days. Defendant Sheriff Richard A. Ramsay ("Defendant") does not oppose this request.

\* \* \*

On March 27, 2020, Plaintiff moved to stay pretrial and trial deadlines in light of the parties' pending cross-motions for summary judgment and the ongoing COVID-19 pandemic. ECF No. 157. The Court granted that motion in part and denied it in part, staying pretrial and trial deadlines for 60 days. ECF No. 158.

On May 26, 2020, the parties jointly requested an additional 60-day stay to allow time for the summary judgment motions to be resolved. ECF No. 161. On May 27, 2020, the Court granted that request, further staying pretrial and trial deadlines and directing the parties to file a joint scheduling proposal "with revised pre-trial deadlines and a proposed trial date" by July 29, 2020. ECF No. 162.

On July 28, 2020, the parties jointly requested an additional 61-day stay to allow time for the summary judgment motions to be resolved. ECF No. 166. Recognizing that the Court had directed the filing of a proposed pretrial and trial schedule, however, the parties jointly proposed an amended schedule. *See id.* On August 28, 2020, the Court entered an amended scheduling order. ECF No. 167.

On October 13, 2020, Plaintiff filed an unopposed motion to stay pretrial and trial deadlines. ECF No. 171. The motion requested a stay of all deadlines for 90 days or until the Court resolved the summary judgment motions. On October 23, 2020, the Court denied the motion, but continued pretrial and trial deadlines. ECF No. 173.

On January 6, 2021, Plaintiff filed another unopposed motion to continue pretrial and trial deadlines in light of the pending summary judgment motions and the ongoing COVID-19 pandemic. ECF No. 174. On January 12, 2021, the Court granted that motion and adopted the pretrial schedule proposed by the parties. ECF No. 175.

As Plaintiff noted in his previous motions to stay pretrial deadlines, ECF Nos. 157, 171, 174, the parties have filed cross-motions for summary judgment on all of Plaintiff's claims. *See* ECF Nos. 126, 127. All response and reply briefing on those motions is complete, *see* ECF Nos. 148, 150, 152, 154, and summary judgment will likely resolve many if not all of the liability issues in this case or, at the very least, substantially inform the parties' pretrial preparations and submissions, including motions *in limine* and related pretrial filings. Further, the disruptions caused by the COVID-19 pandemic continue to make it especially difficult to prepare for and hold a trial at this time.

At the present time, the Court's pretrial deadlines are fast-approaching. Motions *in limine* are currently due March 16, 2021, and the pretrial stipulation and deposition designations are due April 6, 2021. *See* ECF No. 175. These deadlines should be continued for 62 days, for two reasons.[1]

*First*, the pending summary judgment motions are likely to resolve the vast majority of issues that a trial would address. The parties agree that there are no genuine disputes as to any material facts, and have therefore sought summary judgment on every liability issue in this case. In addition, a ruling on summary judgment may promote settlement, which could obviate the need for any trial to take place. It is therefore premature for the parties and the Court to invest substantial time and energy preparing for trial on issues that are likely to be resolved without trial.

---

[1] Plaintiff requests 62 days, rather than 60, to avoid deadlines falling on weekends.

*Second*, the COVID-19 pandemic continues to pose substantial disruptions to the parties, counsel, and the federal courts, making it especially difficult to prepare for and conduct a trial at this time.

In accordance with the Court's most recent scheduling order, Plaintiff therefore respectfully requests the following, which Defendant does not oppose:

- A continuance of all pretrial and trial deadlines; and

- An order that: The Parties shall file their Motions *In Limine* by May 17, 2021. The Parties shall file their Pretrial Stipulation and Deposition Designations by June 7, 2021.

Dated:   March 8, 2021

<div style="margin-left: 40%;">

Respectfully submitted,

*/s/ Amien Kacou*

Amien Kacou (Fla. Bar No. 44302)
ACLU Foundation of Florida, Inc.
4023 N. Armenia Avenue, Suite 450
Tampa, FL 33607
Telephone: (813) 288-8390
akacou@aclufl.org

Daniel Tilley (Fla. Bar No. 102882)
ACLU Foundation of Florida, Inc.
4343 W. Flagler St., Suite 400
Miami, FL 33134
Telephone: (786) 363-2700
dtilley@aclufl.org

</div>

Spencer E. Amdur*
Cody H. Wofsy*
My Khanh Ngo*
American Civil Liberties Union
Foundation
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-1198
samdur@aclu.org
cwofsy@aclu.org
mngo@aclu.org

Omar C. Jadwat*
Lee Gelernt*
American Civil Liberties Union
Foundation
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2500
ojadwat@aclu.org
lgelernt@aclu.org

Sarah M. Rich*
Southern Poverty Law Center
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: (404) 521-6700
sarah.rich@splcenter.org

A.J. Hernandez Anderson (Fla. Bar No. 0018092)
Southern Poverty Law Center
P.O. Box 12463
Miami, FL 33101
Telephone: (786) 347-2056
aj.hernandez@splcenter.org

                                              Heather L. Richardson*
                                              Jonathan N. Soleimani*
                                              Jennifer K. Bracht*
                                              Jason S. Kim*
                                              Patrick Hayden*
                                              Andrew C. Bernstein*
                                              Gibson, Dunn & Crutcher LLP
                                              333 South Grand Avenue
                                              Los Angeles, CA 90071
                                              Telephone: (213) 229-7000
                                              hrichardson@gibsondunn.com
                                              jsoleimani@gibsondunn.com
                                              jbracht@gibsondunn.com
                                              phayden@gibsondunn.com
                                              jkim@gibsondunn.com
                                              abernstein@gibsondunn.com

                                              *Admitted pro hac vice*
                                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion To Continue Pretrial And Trial Deadlines was served via the U.S. District Court for the Southern District of Florida's electronic filing system on March 8, 2021, on counsel for Defendant, Harrison Adan Joss and Richard A. Giuffreda. Service via the Court's electronic filing system is permitted under Federal Rule of Civil Procedure 5(b)(2)(E) and S.D. Fla. Local Rule 5.1(e).

Dated: March 8, 2021

                                              */s/ Amien Kacou*
                                              Amien Kacou