**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Peter Sean Brown,

       Plaintiff,

   v.

Richard A. Ramsay, in his official capacity as
Sheriff of Monroe County,

      Defendant.

Case No. 18-cv-10279

**ORDER GRANTING**
**UNOPPOSED MOTION TO CONTINUE PRETRIAL AND TRIAL DEADLINES**

THIS MATTER came before the Court upon the UNOPPOSED MOTION TO
CONTINUE PRETRIAL AND TRIAL DEADLINES filed by Plaintiff on March 8, 2021.  Upon
consideration of said motion, and the Court being otherwise fully advised in the premises, it is
hereby

**ORDERED and ADJUDGED** that the unopposed motion is **GRANTED**.  Accordingly,
the deadlines and trial schedule set forth in the Court's paperless order [175] are CONTINUED.
The Parties shall file their Motions In Limine by May 17, 2021.  The Parties shall file their Pretrial
Stipulation and Deposition Designations by June 7, 2021.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this _____ day of _____
2021.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE