UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-10279-CIV-KMW

PETER SEAN BROWN,

      Plaintiff,

v.

RICHARD A. RAMSAY, in his official
capacity as Sheriff of Monroe County,

      Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL

Harrison A. Joss, counsel for Defendant Richard A. Ramsay, hereby moves the Court pursuant to Southern District of Florida Local Rule 11.1 (d)(3) for an order permitting him to withdraw as counsel of record for Defendant in this action, based on the following:

1.    Mr. Joss has been counsel for Defendant since August 1, 2019 [DE 82].

2.    Mr. Joss wishes to withdraw as counsel for Defendant because he is leaving the firm of Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A.

3.    Under Local Rule 11.1(d)(3), Mr. Joss has given the requisite notice to Defendant and opposing counsel of his intent to withdraw from representing Defendant.

4.    Under Local Rule 7.1(a)(3), Mr. Joss has conferred with all parties who may be affected by the relief sought in this Motion in a good faith effort to resolve the issue of withdraw raised in the Motion.

5.    Defendant will continue to be represented in this action by Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A.

1

6. Pursuant to Local Rule 11.1(d)(3), the current mailing address of Defendant's current counsel are provided below.

THEREFORE, the Court should grant Mr. Joss's Motion to Withdraw as Counsel.

Dated:                Respectfully submitted,

PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
Attorneys for Defendant SHERIFF
2455 East Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone (954) 462-3200
Telecopier (954) 462-3861
E-mail: harrison@purdylaw.com; patty@purdylaw.com

BY:   */s/ Harrison A. Joss*
      HARRISON A. JOSS
      Fla. Bar No. 118289


Defendant's Current Counsel:

PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 East Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone (954) 462-3200
Telecopier (954) 462-3861


*[Certificate of Service on Following Page]*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed with the Clerk of Court via the CM/ECF system, which sends a copy to: SEE ATTACHED CERTIFICATE OF SERVICE LIST, this **31st** day of August, 2021

> PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
> Attorneys for Defendant SHERIFF
> 2455 East Sunrise Boulevard, Suite 1216
> Fort Lauderdale, Florida 33304
> Telephone (954) 462-3200
> Telecopier (954) 462-3861
> E-mail: bruce@purdylaw.com


BY:   */s/ Harrison A. Joss*
      HARRISON A. JOSS
      Fla. Bar No. 118289

## CERTIFICATE OF SERVICE LIST

### PETER SEAN BROWN V. RICHARD A. RAMSAY, etc.
### CASE NO. 18-10279-CIV-KMW

SPENCER E. AMDUR
CODY H. WOFSY
American Civil Liberties Union
39 Drumm Street
San Francisco, CA 94111
Telephone (415) 343-1198
samdur@aclu.org
cwofsy@aclu.org

AMIEN KACOU
ACLU Foundation of Florida, Inc.
4023 N. Armenia Avenue, Suite 450
Tampa, Florida 33607
Telephone (813) 288-8390
akacou@aclufl.org
Fla. Bar No. 443020

OMAR C. JADWAT
LEE GELERNT
American Civil Liberties Union
125 Broad Street
New York, NY 10004
Telephone (212) 549-2500
ojadwat@aclu.org
lgelernt@aclu.org

JENNIFER K. BRACHT
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone (213) 229-7000
jbracht@gibsondunn.com

SARAH M. RICH
Southern Poverty Law Center
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone (404) 521-6700
sarah.rich@splcenter.org

JONATHAN N. SOLEIMANI
JASON S KIM
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone (213) 229-7000
jsoleimani@gibsondunn.com
jkim@gibsondunn.com

DANIEL B. TILLEY
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
Telephone (786) 363-2714
Fla. Bar No. 102882
Dtilley@aclufl.org

ANNE JANET HERNANDEZ ANDERSON
Southern Poverty Law Center
P.O. Box 12463
Miami, Florida 33101
Telephone (786) 347-2056
aj.hernandez@splcenter.org

HEATHER RICHARDSON
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone (213) 229-7000
hrichardson@gibsondunn.com

PATRICK HAYDEN
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, New York 10166
Telephone (212) 351-4000
phayden@gibsondunn.com