**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Peter Sean Brown,

     Plaintiff,

    v.

Richard A. Ramsay, in his official capacity as
Sheriff of Monroe County,

     Defendant.

Case No. 18-cv-10279

**JOINT NOTICE OF NINETY DAYS EXPIRING**

As required by L.R. 7.1(b)(4), the parties respectfully submit this joint notice of motions

that have been pending and fully briefed for a period of over 90 days with no hearing set:

- Parties' Joint Motion To File Under Seal (ECF No. 209, April 11, 2022)

- Defendant's Motion in Limine (ECF No. 200, Mar. 21, 2022; Opp. ECF No. 205, Apr. 4, 2022; Reply ECF No. 210, April 11, 2022)

- Plaintiff's Motions in Limine (ECF No. 201, Mar. 21, 2022; Opp. ECF No. 204, Apr. 4, 2022; Reply ECF No. 207, April 11, 2022)

- Defendant's Unopposed Motion Requesting Trial Dates (ECF No. 202, Mar. 30, 2022; response due Apr. 13, 2022, none filed)

- Joint Motion for Status Conference (ECF No. 198, Mar. 7, 2022)

- Plaintiff's Motion For Partial Summary Judgment (ECF No. 126, Feb. 18, 2020; Opp. ECF No. 150, Mar. 9, 2020; Reply ECF No. 154, Mar. 19, 2020)

- Defendant's Motion For Final Summary Judgment (ECF No. 127, Feb. 18, 2020; Opp. ECF No. 148, Mar. 9, 2020; Reply ECF No. 152, Mar. 16, 2020)

1

Respectfully submitted on the 14th day of October, 2022.


By: */s/ Daniel Tilley*
Daniel Tilley (Fla. Bar No. 102882)
Katherine H. Blankenship (FL Bar No. 1031234)
ACLU Foundation of Florida, Inc.
4343 W. Flagler St., Suite 400
Miami, FL 33134
Telephone: (786) 363-2700
dtilley@aclufl.org
kblankenship@aclufl.org

Amien Kacou (Fla. Bar No. 44302)
ACLU Foundation of Florida, Inc.
4023 N. Armenia Avenue, Suite 450
Tampa, FL 33607
Telephone: (813) 288-8390
akacou@aclufl.org

Cody H. Wofsy*
Spencer E. Amdur*
My Khanh Ngo*
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-1198
cwofsy@aclu.org
samdur@aclu.org
mngo@aclu.org

Omar C. Jadwat*
Lee Gelernt*
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2500
ojadwat@aclu.org
lgelernt@aclu.org

By: */s/ Andrew W. Jolly*
ANDREW W. JOLLY, ESQUIRE
Fla. Bar No. 1032793
PURDY, JOLLY, GIUFFREDA, BARRANCO &
JISA, P.A.
Attorneys for Defendant SHERIFF
2455 East Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone (954) 462-3200
Telecopier (954) 462-3861
E-mail: Andrew@purdylaw.com
           Cecilia@purdylaw.com

2

Sarah M. Rich*
Southern Poverty Law Center
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: (404) 521-6700
sarah.rich@splcenter.org

A.J. Hernandez Anderson (Fla. Bar No. 0018092)
Southern Poverty Law Center
P.O. Box 12463
Miami, FL 33101
Telephone: (786) 347-2056
aj.hernandez@splcenter.org

Heather L. Richardson*
Jonathan N. Soleimani*
Jennifer K. Bracht*
Andrew C. Bernstein*
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
hrichardson@gibsondunn.com
jsoleimani@gibsondunn.com
jbracht@gibsondunn.com
abernstein@gibsondunn.com

*Admitted pro hac vice
Attorneys for Plaintiff